UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------- x

ARTISAN MANUFACTURING CORPORATION,

Plaintiff,

- against -

ALL GRANITE & MARBLE CORPORATION.,

Defendant.

----------------------------------------------------------- x

Judge Pauley

07 CV 11278

Civil Action No.:



**CORPORATE DISCLOSURE STATEMENT**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Artisan Manufacturing Corporation certifies that there exists no parent company or publicly held company owning more than ten percent (10%) of its stock.

Dated: New York, New York
       December 14, 2007

ARNOLD & PORTER LLP

By: *Louis S. Ederer*
Louis S. Ederer (LE-7574)
Eleanor Lackman (EL-3668)
399 Park Avenue
New York, New York 10022
Telephone:  (212) 715-1000
Facsimile:  (212) 715-1399
Email:  louis.ederer@aporter.com

*Counsel for Plaintiff*
*Artisan Manufacturing Corporation*