# United States District Court

SOUTHERN DISTRICT OF NEW YORK

ARTISAN MANUFACTURING CORP.,

Plaintiff,

v.

ALL GRANITE & MARBLE CORP.,

Defendant.

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

07 CV 11278


Judge Pauley

TO: (Name and Address of Defendant)

All Granite & Marble Corp.
1-a Mount Vernon Street
Ridgefield Park, N.J. 07660

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY (name and address)

Louis S. Ederer
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                        DEC 1 4 2007

CLERK                                                              DATE

_Marcos Quintero_

(BY) DEPUTY CLERK

# AFFIDAVIT OF SERVICE

R.D. WELLS SERVICES

Index # *07 CV 11278*

STATE OF NEW YORK    UNITED STATES DISTRICT Court,    SOUTHERN DISTRICT OF NEW YORK

ARTISAN MANUFACTURING CORP.,

Plantiff

against

Defendant

ALL GRANITE & MARBLE CORP.,

STATE OF NEW YORK
County of: *ALBANY*

*Robert Wells*, being duly sworn, deposes and says that he/she is over the age of eighteen(18) years; that on: *12/24/2007* at the office of the Secretary of State, of the State of New York in the City of Albany, New York, he/she served the annexed **Summons & Complaint in a Civil Action, Civil Cover Sheet & Corporate Disclosure Statement** on **ALL GRANITE & MARBLE CORP.**

Defendant in this action, by delivering to and leaving with *Carol Vogt* an authorized agent in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of *$40.00* Dollars. That said service was made pursuant to Section *306*, Business Corporation Law.

Deponent further says that he/she knew the person so served as aforesaid to be an authorized agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Deponent further states that he/she describes the person actually served as follows:

Sex:   Skin Color:  Hair Color: Age (Approx.)  Height (Approx.) Weight (Approx.)

*Female  White     Brown     50        5'2        130*

Other Identifying Features: *Glasses*

_____
Robert Wells

Sworn to before me, this

26 day of December, 2007

_____
Notary Public-Commissioner of Deeds

R. D. WELLS SERVICES
P.O. BOX 3931
ALBANY, NY 12203

ROSEMARY LANNI
Notary Public, State of New York
Qualified in Albany County
Reg No 4904277
Commissior Expires Nov 2, 2008

State of New York - Department of State
Receipt for Service

Receipt #:  200712260205                           Cash #: 200712260155
Date of Service:  12/24/2007                       Fee Paid: $40 - CHECK

Service was directed to be made pursuant to:  SECTION 306 OF THE BUSINESS
    CORPORATION LAW

Party Served:   ALL GRANITE & MARBLE CORP.


Plaintiff/Petitioner:
        ARTISAN MANUFACTURING CORP.


Service of Process Address:
ALL GRANITE & MARBLE CORP.
1-A MT. VERNON STREET
RIDGEFIELD PARK,  NJ 07660

                                                Secretary of State
                                                By   CAROL VOGT