USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/14/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ARTISAN MANUFACTURING
COPORATION,                                    :

                          Plaintiff,          :        07 Civ. 11278 (WHP)

              -against-                        :        SCHEDULING ORDER NO. 1

ALL GRANITE & MARBLE
CORPORATION,                                   :

                                               :
                          Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

        Counsel for all parties having appeared for a January 11, 2008 conference, the

following schedule is established on consent:

1. Defendant shall file and serve its opposition to Plaintiff's motion for a
   preliminary injunction by 5:00 p.m. on January 25, 2008;

2. Plaintiff shall file and serve its reply on the motion by 5:00 p.m. on January
   30, 2008; and

3. This Court will hold oral argument on February 1, 2008 at 11:00 a.m.


Dated:    January 11, 2008
        New York, New York

                    SO ORDERED:


                    _____
                    WILLIAM H. PAULEY III
                        U.S.D.J.

*Counsel of Record:*

Louis Sherman Ederer, Esq.
Eleanor Martine Lackman, Esq.
John Maltbie, Esq.
Arnold & Porter, LLP
399 Park Avenue
New York, NY 10022
*Counsel for Plaintiff*

R. Glenn Schroeder, Esq.
Ludomir Budzyn, Esq.
Hoffmann & Baron, LLP
6900 Jericho Turnpike
Syosset, NY 11791
*Counsel for Defendant*