```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
ARTISAN MANUFACTURING              :
COPORATION,
                Plaintiff,   :    07 Civ. 11278 (WHP)

       -against-                 :    <u>SCHEDULING ORDER NO. 2</u>

ALL GRANITE & MARBLE               :
CORPORATION,
                              :
                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

        Counsel for the parties having requesting an extension to the schedule set forth in this Court's Order dated January 11, 2008, the following schedule is established on consent:

1. Defendant shall file and serve its opposition to Plaintiff's motion for a preliminary injunction by February 15, 2008;

2. Plaintiff shall file and serve its reply on the motion by February 22, 2008; and

3. This Court will hold oral argument on February 29, 2008 at 12:15 p.m.

Dated:    February 5, 2008
             New York, New York

                                      SO ORDERED:

                                      WILLIAM H. PAULEY III
                                          U.S.D.J.

*Counsel of Record:*

Louis Sherman Ederer, Esq.
Eleanor Martine Lackman, Esq.
John Maltbie, Esq.
Arnold & Porter, LLP
399 Park Avenue
New York, NY 10022
*Counsel for Plaintiff*

R. Glenn Schroeder, Esq.
Ludomir Budzyn, Esq.
Hoffmann & Baron, LLP
6900 Jericho Turnpike
Syosset, NY 11791
*Counsel for Defendant*