UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------x
                     :

ARTISAN MANUFACTURING   :
CORPORATION,              :
                     :
                     :    07-cv-11278 (WHP)
         Plaintiff,       :
                     :    **STIPULATED EXTENSION**
   v.                 :    **OF TIME FOR DEFENDANT TO**
                     :    **ANSWER COMPLAINT**
                     :
ALL GRANITE & MARBLE   :
CORPORATION,              :
                     :    *Filed Via ECF*
         Defendant.     :
                     :
--------------------------------------------------x

Defendant All Granite & Marble Corporation and Plaintiff Artisan Manufacturing

Corporation hereby request an extension of time of thirty (30) days for Defendant All

Granite & Marble Corporation to Answer the Complaint in this Action.  Thus,

Defendant's Answer shall be filed by March 14, 2008.

By: _____          By: _____
    Jon A. Chiodo (JC-1215)             John Maltbie (JM 3658)
    HOFFMANN & BARON, LLP          ARNOLD & PORTER, LLP
    6 Campus Drive                   399 Park Avenue
    Parsippany, New Jersey 07054     New York, NY 10022
    973-331-1700                      212-715-1000

    Attorney For DEFENDANT,        Attorney for PLAINTIFF,
    All Granite & Marble Corp.       Artisan Manufacturing Corp.

**SO ORDERED**:

Dated: _____

                          _____
                          Hon. William H. Pauley, U.S. D.J.