UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
ARTISAN MANUFACTURING
CORPORATION,

            Plaintiff,

v.

ALL GRANITE & MARBLE
CORPORATION,

            Defendant.
------------------------------------------------------x

07-cv-11278 (WHP)

*Filed Via ECF*

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of February, 2008, I electronically filed the following:

- Defendant's Opposition to Plaintiff's Motion for a Preliminary Injunction;
- Declaration of Robert Deja In Support of Defendant's Opposition to Plaintiff's Motion for a Preliminary Injunction;
- Declaration of Sebastian Sroka In Support of Defendant's Opposition to Plaintiff's Motion for a Preliminary Injunction; and
- Declaration of Jon Chiodo, Esq. In Support of Defendant's Opposition to Plaintiff's Motion for a Preliminary Injunction

with the Clerk of Court using the ECF system, which was electronically sent to the following:

        Eleanor Martine Lackman
        Louis Sherman Ederer
        Arnold & Porter, LLP
        399 Park Avenue
        New York, NY 10022

        By: _____
              Jon A. Chiodo