# ARNOLD & PORTER LLP

**John Maltbie**
John.Maltbie@aporter.com

212.715.1103
212.715.1399 Fax

399 Park Avenue
New York, NY 10022-4690

February 15, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/25/08

**VIA FACSIMILE WITH PERMISSION**
The Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street, Room 2210
New York, NY 10007

Re: <u>Artisan Manufacturing Corp. v. All Granite & Marble Corp.</u>, 07 cv 11278 (S.D.N.Y.) (WHP)

Dear Judge Pauley:

We represent the Plaintiff Artisan Manufacturing Corp. ("Artisan") in the above-referenced action. We are writing to request a slight adjustment to the schedule currently in place for Artisan's motion for preliminary injunction.

As the Court is aware, oral argument on Artisan's motion for preliminary injunction is presently scheduled for February 29, 2008 at 12:15 pm. Defendant All Granite & Marble Corp. ("All Granite")'s opposition papers are currently due to be served by February 15, 2008, and Artisan's reply papers are currently due to be served by February 22, 2008. As the principals of the parties intend to meet to discuss settlement on Monday, February 18, 2008, <u>the parties jointly request a revision to the briefing schedule that would push back the deadline for the service of All Granite's opposition papers to Wednesday, February 20, 2008 and the deadline for the service of Artisan's reply papers to Wednesday, February 27, 2008.</u> The parties do not request that the oral argument date be changed.

We thank the Court for its attention to this matter.

Respectfully yours,

ARNOLD & PORTER LLP

By: _____
John Maltbie

cc: R. Glenn Schroeder, Esq. (via email)
Counsel for All Granite & Marble Corp.

Application Granted

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
2/20/08