**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------- x
                              :

ARTISAN MANUFACTURING CORPORATION,   :     Civil Action No.:
                              :     07 cv 11278 (WHP)
            Plaintiff,           :

            - against -          :

ALL GRANITE & MARBLE CORPORATION.,    :

            Defendant.        :

------------------------------------------------------------- x

### DECLARATION OF ALEX HAN IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION, TEMPORARY RESTRAINING ORDER AND ORDER FOR EXPEDITED DISCOVERY

ALEX HAN, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that the following is true and correct to the best of his knowledge:

1.      I am the founder of Artisan Manufacturing Corporation ("Artisan"). I presently hold the title of Marketing Director. I make this declaration in support of Artisan's motion for a preliminary injunction, temporary restraining order and order for expedited discovery against Defendant All Granite & Marble Corporation ("All Granite").

### ARTISAN AND ITS VALUABLE TRADEMARKS

2.      Since 2003, Artisan has manufactured, marketed, and sold high quality, stainless steel sinks, faucets and accessories. Artisan is considered a premium, top-of-the-line sink manufacturer, and its ARTISAN brand sinks are comparable to other high-end brands such as Kohler, Blanco and Elkay.

3.      In fact, Artisan was among the first sink manufacturers to begin using heavy 16 gauge stainless steel — which is 10-20% thicker than 18 gauge, almost 15-25% thicker than 20

gauge stainless steel and more resistant to stains and corrosion — for non-commercial home-use applications. Further, ARTISAN brand sinks have the function and convenience of professional sinks, with extra deep bowls that can accommodate large pots and pans and plumbing components that are fully coated and with rubber to deaden sound. In fact, we use the largest sound deadening pads in the industry and put pads on all sides of the sink. Artisan also undercoats the sink for both added sound deadening and thermal retention.

4.      Because the finish of the sink is the most important aspect of any stainless steel sink, Artisan also strives to provide the finest finish available on any sink. Among Artisan's investments toward that goal is the use of German sanding equipment that produces the type of brush strokes used by high-end kitchen appliance manufacturers such as Bosch, KitchenAid and SubZero. This extra step that Artisan takes allows for a visually appealing and uniform overall look among a client's kitchen appliances. Also adding to the visual appeal of our sinks is the fact that Artisan offers one of the tightest edge radiuses, which allows for use of less silicone and also allows the interior of the sink to be much larger.

5.      ARTISAN brand sinks are distributed and sold through a nationwide network of authorized distributors, dealers and resellers. At present, approximately 800 authorized dealers and resellers make up Artisan's distribution network, including over 200 authorized dealers and resellers in New York and New Jersey. Additionally, ARTISAN brand sinks are offered via the Internet through websites such as www.irawoods.com and www.uskitchenware.com. Printouts of pages displaying ARTISAN brand sinks on these websites are attached hereto as Exhibit A.

6.      The process of becoming an authorized dealer or reseller of ARTISAN brand sinks is not a simple one, however. Rather, Artisan carefully examines each entity that seeks to distribute ARTISAN brand product to ensure that the entity has a good reputation for quality and service. We also inquire as to whether the prospective dealer provides a high-quality sales

environment; offers high quality granite and other products of the same caliber as ARTISAN

brand sinks; has a substantial and well-trained sales force that can deliver a sales pitch that best

reflects the image and quality of ARTISAN brand sinks; maintains sufficient credit-worthiness to

satisfy Artisan; and cares about its customers and potentially those who would buy an ARTISAN

brand sink.

7.     Artisan is the owner of a registration in the U.S. Patent and Trademark Office

("USPTO") for the trademark ARTISAN, as well as an application to register its FLEUR-DE-

LIS design mark, for use with sinks, as follows:

| Trademark | Serial/ Registration No. | Goods | Status |
|---|---|---|---|
| ARTISAN | 2,964,024 | Sinks, namely, stainless steel and color sinks; plumbing fixtures, namely, stainless steel hot water tanks; bath tubs; sanitary apparatus and installations, namely, stainless steel toilets, stainless steel sinks, in Class 11 | Registered; first use Sept. 1, 2003 |
|  | 77/316,683 | Sinks, in Class 11 | Application filed; first use Aug. 21, 2003 |

Copies of the records of the USPTO for the foregoing registration and application are attached

hereto as Exhibit B.  Collectively the marks that are the subject of the foregoing registration and

application are hereinafter referred to as the "ARTISAN Trademarks".

8.     Artisan is also the owner of the following applications to register ARTISAN and

the FLEUR-DE-LIS design mark in the USPTO as follows:

| Trademark | Serial or Registration No. | Goods | Status |
|---|---|---|---|
| ARTISAN | 77/314,100 | Bottom grids and draining baskets for use with kitchen sinks, in Class 21 | Application filed; first use Feb. 22, 2005 |
| (fleur-de-lis design) | 78/363,897 | Kitchen accessories, namely, cutting boards, colanders; dish trays for use with kitchen sinks, toilet paper holders and tissue holders, in Class 21 | Application filed; intent to use |
| (fleur-de-lis design) | 78/979,572 | Bottom grids, draining baskets, in Class 21 | Application filed; first use Jan. 3, 2005 |

Copies of the records of the USPTO for the foregoing applications are attached hereto as Exhibit C.

9.    Artisan has expended substantial time, money and other resources in developing, advertising and promoting kitchen fixtures and sinks bearing the ARTISAN Trademarks to consumers. In fact, Artisan has spent more than $400,000 since 2003, and intends to spend an additional $200,000 in 2008, to advertise and promote its products. Advertisements for ARTISAN brand sinks, which feature the FLEUR-DE-LIS design mark, have appeared in publications including *Better Homes & Gardens, Trends, Signature Kitchens, Food & Wine, Bath & Kitchen PRO, Kitchen & Bath Business* and *Stone World*. Copies of examples of some of these advertisements are attached hereto as Exhibit D.

10.    As a result of these efforts, Artisan has enjoyed significant commercial success and consumers have come to readily identify sinks sold under and bearing the ARTISAN Trademarks as being of the highest quality and as emanating from and being sponsored and

4

approved by Artisan. Indeed, since 2003, sales of ARTISAN brand sink and related accessories have generated over $20 million in sales, with the company enjoying significant growth during that time. As a consequence, the goodwill symbolized by the ARTISAN Trademarks is of incalculable value.

## ALL GRANITE'S UNLAWFUL ACTIVITIES

11.    In October 2003, Artisan entered into discussions with All Granite, a fabricator and installer of granite and marble countertops in kitchens and bathrooms, to become an authorized dealer of ARTISAN brand sinks. In conjunction with its countertop installation services, All Granite also offers sinks and related accessories to consumers.

12.    In November 2004, All Granite became authorized to supply and resell ARTISAN brand sink products and accessories. Specifically, Artisan entered into an agreement with Jaroslaw Wojtach, Chief Executive Officer of All Granite, whereby All Granite agreed to purchase 1,600 ARTISAN brand sinks. Pursuant to the agreement, Artisan also provided All Granite with an ARTISAN brand sink featuring Artisan's FLEUR-DE-LIS design mark for use in All Granite's retail showroom.

13.    In late August 2006, Artisan ended its relationship with All Granite. While Artisan had made several attempts to salvage its relationship with All Granite, All Granite fell short of the standards Artisan requires of its dealers, and seemed to be intent on offering its customers lower cost inferior products. Artisan has not sold any ARTISAN brand products to All Granite since August 2006.

14.    In late October 2007, Artisan learned from All Granite customers that All Granite was still displaying ARTISAN brand sinks bearing Artisan's FLEUR-DE-LIS design mark in its retail showrooms, and was purporting to provide ARTISAN brand sinks along with its kitchen

5

countertops and countertop installation services. Specifically, customers of All Granite began contacting Artisan to purchase accessories for the sinks being installed by All Granite, and to report problems with the sinks. These customers told Artisan that, at the point of sale, All Granite's salesperson showed them a model installation with an ARTISAN brand sink, bearing the FLEUR-DE-LIS design mark, and represented that the ARTISAN brand sink shown will be part of the installation performed by All Granite. When these customers contracted with All Granite and ordered countertop installations, however, the countertop was installed in their homes with a sink that was not an authentic ARTISAN brand product. Instead, a substitute sink, bearing a fleur-de-lis design that is confusingly similar to Artisan's FLEUR-DE-LIS design mark, was installed. Moreover, at no point in time did All Granite inform these customers that the sink All Granite actually installed was not an ARTISAN brand sink. A photograph of the fleur-de-lis design that appears on the substitute sink installed by All Granite is attached hereto as Exhibit E.

15.     In November and December 2007, Artisan confirmed these reports by hiring a private investigator to visit the All Granite showroom and order a countertop installation with the promised ARTISAN brand sink. Indeed, Artisan went so far as to have an actual countertop installation completed. Artisan's investigation confirmed that not only is an ARTISAN brand sink on display in the All Granite showroom, but that All Granite's salespeople make specific and direct representations to potential consumers that a genuine ARTISAN brand sink will be installed in conjunction with the countertop installation. Further, just as reported by All Granite's customers, the actual sink installed is not an ARTISAN brand sink, but instead is an inferior sink that bears a fleur-de-lis design that is obviously intended to mimic Artisan's FLEUR-DE-LIS design mark.

6

16.     On December 14, 2007, Artisan's attorney, Louis Ederer, sent a cease and desist letter to All Granite demanding that All Granite immediately cease its unlawful infringing activity.  In response, however, All Granite denies any wrongdoing and specifically claims that an ARTISAN brand sink is not on display in All Granite's showroom.

17.     As noted above and as shown by the accompanying declarations of Allison Davies and Celia Muller, not only does All Granite make specific and direct reference to ARTISAN brand sinks during its sales pitches to potential customers, it also displays, and continues to display — even after Artisan's cease and desist letter — an ARTISAN brand sink on its showroom floor.

18.     Further, while All Granite has offered to "phase out" the use of the substitute sinks that bear the infringing fleur-de-lis design that is confusingly similar to Artisan's FLEUR-DE-LIS design mark, this offer does nothing to offset the damage that has been done to the ARTISAN brand by All Granite's deceptive conduct.  By displaying sinks bearing the ARTISAN Trademarks in its showroom, and by otherwise promising customers genuine ARTISAN brand sinks as part of the sale of All Granite's countertop installation services, and then substituting inferior sinks bearing confusingly similar marks, All Granite is deliberately attempting to deceive consumers into believing that the substitute sinks are authentic ARTISAN brand sinks manufactured and sold by Artisan.  Among other things, customers have reported to Artisan that the gauge, or thickness, of the substitute sinks was inferior to Artisan's high quality 16-gauge sinks and that they have encountered difficulty in finding accessories, such as "bottom grids" that help prevent the sinks from scratching, to be used in conjunction with the purported ARTISAN brand sinks.  As a consequence, and unless this Court directs All Granite to take corrective action, customers who are dissatisfied with the substitute sinks installed by All Granite with think negatively of Artisan, which they were led to believe was responsible for

7

manufacturing the sink, not All Granite.  Further, as All Granite's continued display of an ARTISAN brand sink in its showroom demonstrates, All Granite will not stop its unlawfully deceptive conduct unless ordered by this Court to do so.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE
AND CORRECT.  EXECUTED ON JANUARY 8, 2008.

Alex Han

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------- x
                                              :

ARTISAN MANUFACTURING CORPORATION,  :    Civil Action No.:
                                              :    07 cv 11278 (WHP)

                      Plaintiff,       :

                    - against -        :

ALL GRANITE & MARBLE CORPORATION.,     :

                    Defendant.      :

                                              :
------------------------------------------------------------- x


**EXHIBIT A**


HACKER SAFE
TESTED DAILY  08-JAN


**FREE SHIPPING** ☆ Give The Gift Of Relaxation This Holiday!
When you order $149+!
Some restrictions apply.
Free motor freight on $750+
+ human touch®
massage chairs
Free Handheld Massager Included w/ Most Chairs!

- ⚬ Your Cart is Empty
- ⚬ View Cart

Search [                    ] Go

- ⚬ Shop by Brand
  - ⚬ View All Brands
    - ⚬ Brands A-B
      - ⚬ Accutron
      - ⚬ Altmans
      - ⚬ Amco Housewares
      - ⚬ American Plumber
      - ⚬ American Standard
      - ⚬ Americh
      - ⚬ Ancahra by DecoLav
      - ⚬ Artisan
        - ⚬ **Artisan Kitchen Sinks**
        - ⚬ Artisan Bar Sinks
        - ⚬ Artisan Sink Kitchen Accessories
        - ⚬ Artisan Bath Sinks
        - ⚬ Artisan Kitchen Faucets
      - ⚬ Astracast
      - ⚬ Back to Basics
      - ⚬ Bates and Bates
      - ⚬ Bayes
      - ⚬ Bijou by Le Creuset
      - ⚬ Boker
      - ⚬ Braun
      - ⚬ Breville
      - ⚬ Briel
      - ⚬ Brinkmann
    - ⚬ Brands C-D
    - ⚬ Brands E-F
    - ⚬ Brands G-H
    - ⚬ Brands I-J
    - ⚬ Brands K-L
    - ⚬ Brands M-N
    - ⚬ Brands O-P
    - ⚬ Brands Q-R
    - ⚬ Brands S-T
    - ⚬ Brands U-Z
  - ⚬ Aquatic Whirlpools
  - ⚬ Berndes
  - ⚬ Blanco
  - ⚬ Blomus
  - ⚬ Bodum



**Artisan A3221-D108-S Traditional Undermount Double Bowl 16 Gauge Kitchen Sink**

ART A3221D108-S
Price: $614.25



**Artisan A3221-D108R-S Traditional Undermount Double Bowl 16 Gauge Kitchen Sink**

ART A3221D108R-S
Price: $614.25



**Artisan A3221-D97-S Traditional Undermount Double Bowl 16 Gauge Kitchen Sink**

ART A3221-D97-S
Price: $546.75



**Artisan A3218-D108-S Traditional Undermount Double Bowl 16 Gauge Kitchen Sink**

ART A3218D108-S
Price: $580.50



**Artisan A3218-D97-S Traditional Undermount Double Bowl 16 Gauge Kitchen Sink**

ART A3218D97-S
Price: $506.25



**Artisan A3118-D9-S Traditional Undermount Single Bowl 16 Gauge Kitchen Sink**

ART A3118D9-S
Price: $577.12



**Artisan A2318-D10-S Traditional Undermount Single Bowl 16 Gauge Kitchen Sink**

ART A2318D10-S
Price: $394.88



**Artisan A1618-D8-S Traditional Undermount Single Bowl 16 Gauge Kitchen/Bar Sink**

ART A1618D8-S
Price: $263.25



**Artisan A1214-D7-S Traditional Undermount Single Bowl 16 Gauge Kitchen/Bar Sink**

ART A1214D7-S
Price: $229.50

Artisan Kitchen Sinks

- Brasstech
- Buck Knives
- Bulova
- Capresso
- Casablanca Fan
- Danze
- De'Longhi
- Delta Faucet
- Duravit
- Elkay
- Emile Henry
- Fairmont Designs
- Franke
- Grohe
- Hamat / DDS
- Hansa
- Herbeau Creations
- Howard Miller
- Human Touch
- InSinkErator
- Jado
- J.A. Henckels
- John Boos & Co.
- KWC
- Le Creuset
- Moen
- Neptune
- Panasonic
- Porcher
- Rohl
- Saeco
- Steamist
- Stiebel Eltron
- Stone Forest
- Takagi
- TOTO
- Victorinox Swiss Army
- Viking
- Waste King
- WR Case Knives



**Artisan A3220-D97R-S European Undermount Double Bowl 16 Gauge Kitchen Sink**

ART A3220D97R-S
Price: $540.00



**Artisan A3121-D95R-S European Undermount Double Bowl 16 Gauge Kitchen Sink**

ART A3121D95R-S
Price: $523.13



**Artisan A3121-D95-S European Undermount Double Bowl 16 Gauge Kitchen Sink**

ART A3121D95-S
Price: $523.13

.......................



**Artisan A2321-D9-S European Undermount Single Bowl 16 Gauge Kitchen Sink**

ART A2321-D9-S
Price: $354.38



**Artisan A016-D8-S European Undermount Single Bowl 16 Gauge Kitchen/Bar Sink**

ART A016-D8-S
Price: $263.25

**Artisan A3221-D97R-S Traditional Undermount Double Bowl 16 Gauge Kitchen Sink**

ART A3221-D97R-S
Price: $546.75

.......................

IMAGE
COMING
SOON!

**Artisan A3521-D97-S Traditional Undermount Double Bowl 16 Gauge Kitchen Sink**

ART A3521-D97-S
Price: $614.25



**Artisan A2120-D9-S Traditional Undermount Single Bowl 16 Gauge Kitchen/Bar Sink**

ART A2120-D9-S
Price: $347.63



**Artisan CF3621-D10 Handcrafted Copper Farmhouse Kitchen Sink**

ART CF3621-D10
Price: $1,755.00

.......................

Artisan Kitchen Sinks



**Artisan CP3219-D10 Traditional Farmhouse Undermount Sink Stainless Steel**

ART CP3219-D10
Price: $1,320.00



**Artisan A3521-D79 Double Bowl Undermount Kitchen Sink Stainless Steel**

ART A3521D79
Price: $614.25



**Artisan A3521-D97 Double Bowl Undermount Kitchen Sink Stainless Steel**

ART A3521D97
Price: $614.25

Artisan Mfg Sinks<br>Click On Image For More Details - US KitchenWare, Inc.    Page 1 of 2

**USKitchenWare.com** *The source for designer products at fantas*

**Everything From the Charm of Yesterday to the Innovations of Tommorov**


F.A.Q.
Frequently
Asked Questions

## Welcome To: USKitchenWare.com

CO

**Kitchen Faucets**
Pull Out Spray
Faucets
Single Handle Faucets

Two Handle Faucets
Bar Faucets
Laundry Faucets
Pot Filler Faucets
Gourmet Commercial
Faucets
**Kitchen Sinks**
Topmount Rim Mount
Undermount Sinks
Single Bowl Sinks
Double Bowl Sinks
Triple Bowl Sinks
Apron Sinks
Bar Sinks
Commercial Sinks
Specialty Sinks
Laundry Sinks
**Kitchen Accessories**
Soap Dispensers
Garbage Disposers
Sink Strainers
Cabinet Hardware
**Shop by Brand**
Faucets By Brand
Sinks By Brand

Related Links
About Us
Shipping
Return Policy
Contact Us
Privacy Policy

Home

Home    View Cart    Checkout    Sale Items
Contractors

Cart Items: 0

Artisan Mfg Sinks
Click On Image For More Details: 11 Item(s) found. Displaying 1 - 9


A 2120-D9 Artisan Mfg. 16 gauge Stainless
Steel Undermount Sink
$257.50


A 2318-D10 Artisan Mfg. 16 gauge Stainless
Steel Undermount Sink
$252.50




A 2321-D9 Artisan Mfg
Steel Under
$262


A 2619-D85 Artisan Mfg. 16 gauge Stainless
Steel Undermount Sink [SALE PRICE BEST
BUY]
$305.00


A 3118 D9-D Artisan Mfg. Single Bowl
Undermount Stainless Steel Sink
$427.50


A 3121-D95 Artisan Mf
Steel Under
$387

Artisan Mfg Sinks<br>Click On Image For More Details - US KitchenWare, Inc.     Page 2 of 2

**Join** our mail list to receive instant alerts about our specials.



⦿ **Subscribe**
○ **Unsubscribe**

[ Process ]





A 3218-D97 Artisan Mfg. 16 gauge Stainless Steel Undermount Sink[SALE PRICE]
$350.00





A 3220-D97 Artisan Mfg. 16 gauge Stainless Steel Undermount Sink [SALE PRICE BEST BUY]
$375.00



A 3221 D108-D Artis...
Stainless S...
$405

**1 2 Next**

All trademarks and registered trademarks are of their respective companies. ©Copyright 20... USKitchenware.com, all rights reserved. Prices, promotions, specifications, availability and terms of ... change without notice. Despite our best efforts, a small number of items may contain pricing, typo... photography errors. Correct prices and promotions are validated at the time your order is pla...

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------- x
                              :

ARTISAN MANUFACTURING CORPORATION,   :    Civil Action No.:
                              :    07 cv 11278 (WHP)
            Plaintiff,          :

             - against -        :

ALL GRANITE & MARBLE CORPORATION.,  :

            Defendant.       :

                              :
-------------------------------------------------------------- x

**EXHIBIT B**

Int. Cl.: 11

Prior U.S. Cls.: 13, 21, 23, 31 and 34

## United States Patent and Trademark Office

Reg. No. 2,964,024
Registered June 28, 2005

### TRADEMARK
#### PRINCIPAL REGISTER

# Artisan

ARTISAN MANUFACTURING CORPORATION
(NEW YORK CORPORATION)
148 BAY 44TH STREET
BROOKLYN, NY 11214

FOR: SINKS, NAMELY, STAINLESS STEEL AND COLOR SINKS; PLUMBING FIXTURES, NAMELY, STAINLESS STEEL HOT WATER TANKS; BATH TUBS; SANITARY APPARATUS AND INSTALLATIONS, NAMELY, STAINLESS STEEL TOILETS, STAINLESS STEEL SINKS, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 9-1-2003; IN COMMERCE 9-1-2003.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-363,819, FILED 2-6-2004.

CAROL SPILS, EXAMINING ATTORNEY

Trademark Electronic Search System (TESS)                                    Page 1 of 2

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Jan 8 04:05:02 EST 2008*

`TESS HOME`  `NEW USER`  `STRUCTURED`  `FREE FORM`  `BROWSE DICT`  `SEARCH OG`  `BOTTOM`  `HELP`

`Logout`  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

`TARR Status`  `ASSIGN Status`  `TDR`  `TTAB Status`  *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Goods and Services** | IC 011. US 013 021 023 031 034. G & S: sinks. FIRST USE: 20030821. FIRST USE IN COMMERCE: 20030821 |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 05.05.03 - Fleur-de-lis<br>05.05.25 - Daffodils; Iris (flower); Other flowers |
| **Serial Number** | **77316683** |
| **Filing Date** | October 30, 2007 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) Artisan Manufacturing Corporation CORPORATION NEW YORK 1375 Broadway, 3rd Floor New York NEW YORK 10018 |
| **Attorney of Record** | Louis S. Ederer |
| **Description of Mark** | Color is not claimed as a feature of the mark. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

`TESS HOME`  `NEW USER`  `STRUCTURED`  `FREE FORM`  `BROWSE DICT`  `SEARCH OG`  `TOP`  `HELP`

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------- x

ARTISAN MANUFACTURING CORPORATION,   :

              Plaintiff,   :

       - against -   :

ALL GRANITE & MARBLE CORPORATION.,   :

           Defendant.   :

-------------------------------------------------------------- x

Civil Action No.:
07 cv 11278 (WHP)

**EXHIBIT C**

Trademark Electronic Search System (TESS)                                    Page 1 of 2

 **United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Jan 8 04:05:02 EST 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

| Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | ( *Use the "Back" button of the Internet Browser to return to TESS)*

# ARTISAN

| | |
|---|---|
| **Word Mark** | ARTISAN |
| **Goods and Services** | IC 021. US 002 013 023 029 030 033 040 050. G & S: Bottom grids and draining baskets for use with kitchen sinks. FIRST USE: 20050222. FIRST USE IN COMMERCE: 20050222 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | **77314100** |
| **Filing Date** | October 26, 2007 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) Artisan Manufacturing Corporation CORPORATION NEW YORK 1375 Broadway, 3rd Floor New York NEW YORK 10018 |
| **Attorney of Record** | Louis S. Ederer |
| **Prior Registrations** | 2964024 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Trademark Electronic Search System (TESS)

Trademark Electronic Search System (TESS)                    Page 1 of 2



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Jan 8 04:05:02 EST 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

| Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| **Goods and Services** | IC 021. US 002 013 023 029 030 033 040 050. G & S: Kitchen accessories, namely, cutting boards, colanders; dish trays for use with kitchen sinks, toilet paper holders and tissue holders |
|---|---|
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 22.05.25 - Sculptures, other; Statues, other |
| **Serial Number** | 78363897 |
| **Filing Date** | February 6, 2004 |
| **Current Filing Basis** | 1A;1B |
| **Original Filing Basis** | 1A;1B |
| **Published for Opposition** | June 28, 2005 |
| **Owner** | (APPLICANT) Artisan Manufacturing Corporation CORPORATION NEW YORK 1375 Broadway, 3rd Floor New York NEW YORK 10018 |
| **Attorney of Record** | Louis S. Ederer |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of fleur de lis. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

Trademark Electronic Search System (TESS)                                    Page 1 of 2

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Jan 8 04:05:02 EST 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Goods and Services** | IC 021. US 002 013 023 029 030 033 040 050. G & S: Kitchen accessories, namely, cutting boards, colanders; dish trays for use with kitchen sinks, toilet paper holders and tissue holders |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 22.05.25 - Sculptures, other; Statues, other |
| **Serial Number** | 78363897 |
| **Filing Date** | February 6, 2004 |
| **Current Filing Basis** | 1A;1B |
| **Original Filing Basis** | 1A;1B |
| **Published for Opposition** | June 28, 2005 |
| **Owner** | (APPLICANT) Artisan Manufacturing Corporation CORPORATION NEW YORK 1375 Broadway, 3rd Floor New York NEW YORK 10018 |
| **Attorney of Record** | Louis S. Ederer |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of fleur de lis. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

Trademark Electronic Search System (TESS)               Page 1 of 2

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Jan 8 04:05:02 EST 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

| Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | ( Use the "Back" button of the Internet Browser to return to TESS)



| | |
|---|---|
| **Goods and Services** | IC 021. US 002 013 023 029 030 033 040 050. G & S: Bottom grids and draining baskets for use with kitchen sinks. FIRST USE: 20050103. FIRST USE IN COMMERCE: 20050103 |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 22.05.25 - Sculptures, other; Statues, other |
| **Serial Number** | 78979572 |
| **Filing Date** | February 6, 2004 |
| **Current Filing Basis** | 1A;1B |
| **Original Filing Basis** | 1A;1B |
| **Published for Opposition** | June 28, 2005 |
| **Owner** | (APPLICANT) Artisan Manufacturing Corporation CORPORATION NEW YORK 1375 Broadway, 3rd Floor New York NEW YORK 10018 |
| **Attorney of Record** | Louis S. Ederer |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of fleur de lis. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

Trademark Electronic Search System (TESS)

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------ x
                                  :

ARTISAN MANUFACTURING CORPORATION,   :    Civil Action No.:
                                  :    07 cv 11278 (WHP)

            Plaintiff,             :

            - against -         :

ALL GRANITE & MARBLE CORPORATION.,   :

            Defendant.        :

------------------------------------------------------------ x

**EXHIBIT D**

# Style, Luxury, Function

Artisan's premium undermount
Kitchen Sink Collections are stylish,
functional and other choices to meet
every designer's dream kitchen

- 16 gauge thickness 304 grade
  stainless steel Sink Collection
- 13 styles and 22 sizes with
  depths up to 10-1/8"
- Farmhouse Sinks
- European-style Faucets

www.ArtisanSinks.com





# Artisan
MANUFACTURING CORP.

*Focusing on Quality*

wish list

# Budget-Friendly Style

These lean, mean, cleaning machines offer smart features for less money.





**1. FAMILY-FRIENDLY**
A child lock on this seven-cycle dishwasher keeps curious kids out of harm's way. A sanitized rinse also eliminates bacteria.
LSD402 | $749
Bosch Appliances

**2. EVERYDAY STYLE**
This quiet K Series model offers a hard-food disposal and wash arms that evenly distribute water throughout the tub.
KUDK03ITWH | $599
Kitchenaid
800-422-1230
www.kitchenaid.com

**3. POWER WASH**
The PowerScour setting on this item uses targeted jets to blast off baked-on food. A slate interior disguises any stains on the tub.
GU2700 | $599-$699
Whirlpool
800-253-1301

**4. MAX CAPACITY**
Cleaning up after big parties is a snap with this model that holds 10 place settings. An adjustable upper rack creates extra space for odd-shaped utensils.
GE Profile
PDW7800NBB | $799

## Inexpensive stainless-steel models have a high-end look for half the price.





270140_ARTI_HR_Trends_FP_Ad:Artisan  7/3/07  10:29 AM  Page 1



# Quality, Elegance, Function





# Solid and functional

Good looks, quality craftsmanship and a competitive price combine to make stainless steel sinks from Artisan Manufacturing a popular choice

Countertops in kitchens today are often made from long-lasting and durable materials such as natural stone or composites of natural stone. So it's important to ensure that related products, such as the kitchen sink, are equally strong and substantial.

Sinks from Artisan Manufacturing are designed and manufactured with durability in mind. Made from a heavy 16-gauge, premium stainless steel, they are highly resistant to stains and corrosion. In addition to being strong and robust, stainless steel sinks from Artisan are competitively priced.

Marketing director Chuck Volpe says that in

"We believe in the quality of our sinks, which are not only the heaviest residential sinks on the market, but are priced to be affordable," he says.

Artisan sinks are available in a range of models, including single and double bowls, offset sinks, bar sinks and with extra-deep bowls. The undersides of all Artisan sinks are fully coated and padded with extra rubber to help deaden sound and maintain water temperature.

For more information, please contact Artisan Manufacturing, phone (973) 286-0080, fax (973) 286-2006. Email: sales@artisansinks.com. Website: www.artisansinks.com.

*Facing page, top:* This premium heavy-gauge, stainless steel bar sink sits in a little cabinet.

*Facing page, lower:* The AR30-D4011 deep double-bowl undermount sink is in 304-grade stainless steel.

*Above:* This is the Artisan AR2016DP15, which has been undermounted into the countertop.

Trendideas.com/go/7/857

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------- x
                                                              :
ARTISAN MANUFACTURING CORPORATION,   :        Civil Action No.:
                                                              :        07 cv 11278 (WHP)
                  Plaintiff,                                  :
                                                              :
            - against -                                       :
                                                              :
ALL GRANITE & MARBLE CORPORATION.,   :
                                                              :
                  Defendant.                                  :
                                                              :
------------------------------------------------------------- x

**EXHIBIT E**

