UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
ARTISAN MANUFACTURING CORPORATION,   : Civil Action No.:
                                      : 07 cv 11278 (WHP)
            Plaintiff,                :
                                      :
    - against -                       :
                                      :
ALL GRANITE & MARBLE CORPORATION.,    :
                                      :
            Defendant.                :
                                      :
------------------------------------------------------------- x

## DECLARATION OF CELIA MULLER IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION, TEMPORARY RESTRAINING ORDER AND ORDER FOR EXPEDITED DISCOVERY

CELIA MULLER, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that the following is true and correct to the best of her knowledge:

1.  I am a legal assistant for the law firm Arnold & Porter LLP, attorneys for Plaintiff Artisan Manufacturing Corporation ("Artisan") in this action. I make this declaration in support of Artisan's motion for a preliminary injunction, temporary restraining order and order for expedited discovery against Defendant All Granite & Marble Corporation ("All Granite").

2.  On January 2, 2008, I visited the All Granite showroom located at 5001 Hadley Road, South Plainfield, New Jersey 07080.

3.  When I walked into the showroom, I noticed a display of about six countertops with sinks installed. One of the sinks in this display was an ARTISAN brand sink. I recognized it from the FLEUR-DE-LIS design imprinted on the sink basin.

4.  I took a photograph of the sink bearing the FLEUR-DE-LIS design. A true and correct copy of this photograph is attached hereto as Exhibit A.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON JANUARY 8, 2008.

_____
CELIA MULLER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
ARTISAN MANUFACTURING CORPORATION,   :   Civil Action No.:
                                     :   07 cv 11278 (WHP)
                Plaintiff,           :
                                     :
        - against -                  :
                                     :
ALL GRANITE & MARBLE CORPORATION.,   :
                                     :
                Defendant.           :
                                     :
-------------------------------------------------------------- x

# EXHIBIT A

