Louis S. Ederer
John Maltbie
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022
(212) 715-1000

*Attorneys for Plaintiffs Artisan Manufacturing Corporation*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x

ARTISAN MANUFACTURING CORPORATION,

    Plaintiff,

- against -

ALL GRANITE & MARBLE CORPORATION.,

    Defendant.

------------------------------------------------------------------ x

Civil Action No.: 07 CV 11278

**REPLY DECLARATION OF JOHN MALTBIE IN FURTHER SUPPORT OF
PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

JOHN MALTBIE, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that the following is true and correct to the best of his knowledge:

1. I am an associate with the firm of Arnold & Porter LLP, attorneys for Plaintiff Artisan Manufacturing Corporation ("Artisan") in the above entitled action. I make this reply declaration in further support of Artisan's motion for a preliminary injunction against Defendant All Granite & Marble Corporation.

2. Attached hereto as Exhibit A is a true and correct copy of a February 27, 2008 print-out from the United States Patent and Trademark Office ("USPTO") website of the status update for Artisan's trademark application number 77/316683 for its FLEUR-DE-LIS Design Mark.

3. Attached hereto as Exhibit B is a true and correct copy of a February 27, 2008 print-out from the USPTO website of the status update for Artisan's trademark application number 78/363897 for its FLEUR-DE-LIS Design Mark.

4. Attached hereto as Exhibit C is a true and correct copy of a February 27, 2008 print-out from the USPTO website of the status update for Artisan's trademark application number 78/979572 for its FLEUR-DE-LIS Design Mark.

5. Attached hereto as Exhibit D is a true and correct copy of the February 5, 2008 deposition transcript of Jian Xiong Han.

6. Attached hereto as Exhibit E is a true and correct copy of the February 6, 2008 deposition transcript of Allison Davies.

7. Attached hereto as Exhibit F is a true and correct copy of the February 7, 2008 deposition transcript of Joseph Amabile.

8. Attached hereto as Exhibit G is a true and correct copy of the February 7, 2008 deposition transcript of Peter Bucko.

9. Attached hereto as Exhibit H is a true and correct copy of the February 7, 2008 deposition transcript of Daniel Pilszak.

10. Attached hereto as Exhibit I is a true and correct copy of the February 7, 2008 deposition transcript of Sebastian Sroka.

11. Attached hereto as Exhibit J is a true and correct copy of the February 11, 2008 deposition transcript of Piotr "Alex" Oreziak.

12. Attached hereto as Exhibit K is a true and correct copy of the February 11, 2008 deposition transcript of Robert Deja.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON FEBRUARY 27, 2008.

_____
John Maltbie