Louis S. Ederer
John Maltbie
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022
(212) 715-1000

*Attorneys for Plaintiffs Artisan Manufacturing Corporation*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
                                 :

ARTISAN MANUFACTURING CORPORATION,   :     Civil Action No.: 07 CV 11278

                Plaintiff,      :

         - against -      :

ALL GRANITE & MARBLE CORPORATION.,   :

             Defendant.     :

                                 :
------------------------------------------------------------ x

**DECLARATION OF JOHN MALTBIE IN FURTHER SUPPORT OF PLAINTIFFS'**
**MOTION FOR A PRELIMINARY INJUNCTION**

# EXHIBIT A

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2008-02-27 15:49:42 ET

**Serial Number:** 77316683 <u>Assignment Information</u>          <u>Trademark Document Retrieval</u>

**Registration Number:** (NOT AVAILABLE)

**Mark**



**Standard Character claim:** No

**Current Status:** Final review prior to publication has been completed, application will be published for opposition.

**Date of Status:** 2008-02-08

**Filing Date:** 2007-10-30

**The Information will be/was published in the Official Gazette on** 2008-03-18

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 111

**Attorney Assigned:**
HENRY NAKIA D

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2008-02-08

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Artisan Manufacturing Corporation

**Address:**
Artisan Manufacturing Corporation

1375 Broadway, 3rd Floor
New York, NY 10018
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** New York

---

## GOODS AND/OR SERVICES

**International Class:** 011
**Class Status:** Active
sinks
**Basis:** 1(a)
**First Use Date:** 2003-08-21
**First Use in Commerce Date:** 2003-08-21

---

## ADDITIONAL INFORMATION

**Color(s) Claimed:** Color is not claimed as a feature of the mark.

**Design Search Code(s):**
**05.05.03** - Fleur-de-lis
**05.05.25** - Daffodils; Iris (flower); Other flowers

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2008-02-27 - Notice of publication

2008-02-08 - Law Office Publication Review Completed

2008-02-07 - Approved for Pub - Principal Register (Initial exam)

2008-02-07 - Assigned To Examiner

2007-12-21 - Applicant amendment prior to exam entered

2007-12-21 - Assigned To LIE

2007-11-13 - TEAS Preliminary Amendment Received

2007-11-03 - Notice Of Design Search Code Mailed

2007-11-02 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Louis S. Ederer

**Correspondent**
LOUIS S. EDERER
ARNOLD & PORTER LLP
399 PARK AVE FL 35
NEW YORK, NY 10022-4690
Phone Number: 212-715-1000
Fax Number: 212-715-1399

---