Louis S. Ederer
John Maltbie
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022
(212) 715-1000

*Attorneys for Plaintiffs Artisan Manufacturing Corporation*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

ARTISAN MANUFACTURING CORPORATION,  :  Civil Action No.: 07 CV 11278

     Plaintiff,         :

    - against -        :

ALL GRANITE & MARBLE CORPORATION.,  :

     Defendant.        :

------------------------------------------------------------ x

**DECLARATION OF JOHN MALTBIE IN FURTHER SUPPORT OF PLAINTIFFS'**
**MOTION FOR A PRELIMINARY INJUNCTION**

# EXHIBIT B

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2008-02-27 15:48:59 ET

**Serial Number:** 78363897 <u>Assignment Information</u>          <u>Trademark Document Retrieval</u>

**Registration Number:** (NOT AVAILABLE)

**Mark**



**Standard Character claim:** No

**Current Status:** A request for the fourth extension of time to file a statement of use has been granted.

**Date of Status:** 2007-09-24

**Filing Date:** 2004-02-06

**The Notice of Allowance Date is:** 2005-09-20

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 105

**Attorney Assigned:**
LINCOSKI JR JOHN T

**Current Location:** 710 -Divisional Unit

**Date In Location:** 2007-12-07

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Artisan Manufacturing Corporation

**Address:**
Artisan Manufacturing Corporation
1375 Broadway, 3rd Floor

New York, NY 10018
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** New York
**Phone Number:** 212 967 2100
**Fax Number:** 212 967 2187

## GOODS AND/OR SERVICES

**International Class:** 021
**Class Status:** Active
Kitchen accessories, namely, cutting boards, colanders; dish trays for use with kitchen sinks, toilet paper holders and tissue holders
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

**Color(s) Claimed:** Color is not claimed as a feature of the mark.

**Description of Mark:** The mark consists of fleur de lis.

**Design Search Code(s):**
**22.05.25** - Sculptures, other; Statues, other

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2007-12-07 - Divisional processing completed

2007-11-05 - Divisional request received

2007-11-05 - PAPER RECEIVED

2007-10-26 - Applicant/Correspondence Changes (Non-Responsive) Entered

2007-10-26 - TEAS Change Of Owner Address Received

2007-10-25 - Attorney Revoked And/Or Appointed

2007-10-25 - TEAS Revoke/Appoint Attorney Received

2007-09-24 - Extension 4 granted

2007-09-04 - Extension 4 filed

2007-09-04 - TEAS Extension Received

2007-06-26 - Extension 3 granted

2007-03-15 - Extension 3 filed

2007-06-08 - Assigned To Examiner

2007-03-15 - TEAS Extension Received

2006-10-16 - Extension 2 granted

2006-09-14 - Extension 2 filed

2006-09-14 - TEAS Extension Received

2006-02-25 - Extension 1 granted

2006-02-06 - Extension 1 filed

2006-02-06 - TEAS Extension Received

2005-09-20 - Notice of allowance - mailed

2005-06-28 - Published for opposition

2005-06-08 - Notice of publication

2005-03-18 - Law Office Publication Review Completed

2005-03-11 - Assigned To LIE

2005-03-05 - Approved for Pub - Principal Register (Initial exam)

2005-03-02 - Amendment From Applicant Entered

2005-02-23 - Communication received from applicant

2005-02-23 - TEAS Response to Office Action Received

2004-09-11 - Non-final action e-mailed

2004-09-11 - Non-Final Action Written

2004-08-30 - Assigned To Examiner

2004-02-18 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Louis S. Ederer

**Correspondent**
Albert Wai-Kit Chan
DEHENG CHEN CHAN, LLC
WORLD PLAZA, SUITE 604 141-07 20TH AVENU
WHITESTONE NY 11357
Phone Number: 718 799 1000
Fax Number: 718 357 8615

---