Louis S. Ederer
John Maltbie
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022
(212) 715-1000

*Attorneys for Plaintiffs Artisan Manufacturing Corporation*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
ARTISAN MANUFACTURING CORPORATION,  :   Civil Action No.: 07 CV 11278
              Plaintiff,            :
        - against -                 :
ALL GRANITE & MARBLE CORPORATION.,  :
              Defendant.            :
------------------------------------------------------------ x

**DECLARATION OF JOHN MALTBIE IN FURTHER SUPPORT OF PLAINTIFFS'
MOTION FOR A PRELIMINARY INJUNCTION**

# EXHIBIT C

Latest Status Info

Page 1 of 4

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2008-02-27 15:48:06 ET

**Serial Number:** 78979572 Assignment Information          Trademark Document Retrieval

**Registration Number:** (NOT AVAILABLE)

Mark



**Standard Character claim:** No

**Current Status:** The final review before registration has been completed for this Intent to Use application and it will register in due course.

**Date of Status:** 2008-02-19

**Filing Date:** 2004-02-06

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 105

**Attorney Assigned:**
BERNS LEE ANNE

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2008-02-19

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Artisan Manufacturing Corporation

**Address:**
Artisan Manufacturing Corporation
1375 Broadway, 3rd Floor
New York, NY 10018

United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** New York
**Phone Number:** 212 967 2100
**Fax Number:** 212 967 2187

## GOODS AND/OR SERVICES

**International Class:** 021
**Class Status:** Active
Bottom grids and draining baskets for use with kitchen sinks
**Basis:** 1(a)
**First Use Date:** 2005-01-03
**First Use in Commerce Date:** 2005-01-03

## ADDITIONAL INFORMATION

**Color(s) Claimed:** Color is not claimed as a feature of the mark.

**Description of Mark:** The mark consists of fleur de lis.

**Design Search Code(s):**
22.05.25 - Sculptures, other; Statues, other

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2008-02-19 - Law Office Registration Review Completed

2008-02-19 - Assigned To LIE

2008-01-17 - Allowed for Registration - Principal Register (SOU accepted)

2008-01-17 - Assigned To Examiner

2007-12-08 - Notice Of Design Search Code Mailed

2007-12-07 - Statement of use processing complete

2007-11-05 - Amendment to Use filed

2007-12-07 - Divisional processing completed

2007-11-05 - Divisional request received

2007-11-05 - PAPER RECEIVED

2007-10-26 - Applicant/Correspondence Changes (Non-Responsive) Entered

2007-10-26 - TEAS Change Of Owner Address Received

2007-10-25 - Attorney Revoked And/Or Appointed

2007-10-25 - TEAS Revoke/Appoint Attorney Received

2007-09-24 - Extension 4 granted

2007-09-04 - Extension 4 filed

2007-09-04 - TEAS Extension Received

2007-06-26 - Extension 3 granted

2007-03-15 - Extension 3 filed

2007-06-08 - Assigned To Examiner

2007-03-15 - TEAS Extension Received

2006-10-16 - Extension 2 granted

2006-09-14 - Extension 2 filed

2006-09-14 - TEAS Extension Received

2006-02-25 - Extension 1 granted

2006-02-06 - Extension 1 filed

2006-02-06 - TEAS Extension Received

2005-09-20 - Notice of allowance - mailed

2005-06-28 - Published for opposition

2005-06-08 - Notice of publication

2005-03-18 - Law Office Publication Review Completed

2005-03-11 - Assigned To LIE

2005-03-05 - Approved for Pub - Principal Register (Initial exam)

2005-03-02 - Amendment From Applicant Entered

2005-02-23 - Communication received from applicant

2005-02-23 - TEAS Response to Office Action Received

2004-09-11 - Non-final action e-mailed

2004-09-11 - Non-Final Action Written

2004-08-30 - Assigned To Examiner

2004-02-18 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Louis S. Ederer

**Correspondent**
Albert Wai-Kit Chan
DEHENG CHEN CHAN, LLC
WORLD PLAZA, SUITE 604 141-07 20TH AVENU
WHITESTONE NY 11357
Phone Number: 718 799 1000
Fax Number: 718 357 8615