Louis S. Ederer
John Maltbie
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022
(212) 715-1000

*Attorneys for Plaintiffs Artisan Manufacturing Corporation*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x

ARTISAN MANUFACTURING CORPORATION,  :      Civil Action No.: 07 CV 11278

Plaintiff,  :

- against -  :

ALL GRANITE & MARBLE CORPORATION.,  :

Defendant.  :

------------------------------------------------------------- x

**DECLARATION OF JOHN MALTBIE IN FURTHER SUPPORT OF PLAINTIFFS'**
**MOTION FOR A PRELIMINARY INJUNCTION**

# EXHIBIT E

Page 1

2              UNITED STATES DISTRICT COURT

3              SOUTHERN DISTRICT OF NEW YORK

4    ARTISAN MANUFACTURING                    )

     CORPORATION,                             )

5                                             )

                        Plaintiff,           )   No. 07-CV-11278

6                                             )       (WHP)

            -against-                         )

7                                             )

     ALL GRANITE & MARBLE                     )

8    CORPORATION,                             )

                                             )

9                        Defendant.          )

     - - - - - - - - - - - - - - - - - -x

10

11

12          DEPOSITION OF ALLISON DAVIES

13

14              New York, New York

15          Wednesday, February 6, 2008

16

17

18

19

20

21   Reported by:

22   JEFFREY BENZ, CRR, RMR

23   JOB NO. 15219

24

25

Page 2

2
3
4
5        February 6, 2008
6        11:58 a.m.
7
8
9     Deposition of ALLISON DAVIES, held at the
10 offices of Arnold & Porter, 399 Park Avenue, New
11 York, New York, pursuant to Supboena, before
12 Jeffrey Benz, a Certified Realtime Reporter,
13 Registered Merit Reporter and Notary Public of the
14 State of New York --
15
16
17
18
19
20
21
22
23
24
25

TSG Reporting - Worldwide    877-702-9580

---

Page 3

2 A P P E A R A N C E S :
3
4    HOFFMANN BARON, LLP
4
   Attorneys for Plaintiff
5
6     6900 Jericho Turnpike
6
   Syosset, New York  11791-4407
7
   BY:  R. GLENN SCHROEDER, ESQ.
8
9
10   ARNOLD & PORTER LLP
11   Attorneys for Defendant
12     399 Park Avenue
13     New York, New York 10022-4690
14   BY:  JOHN MALTBIE, ESQ.
15
16
17
18
19
20
21
22
23
24
25

TSG Reporting - Worldwide    877-702-9580

---

Page 4

2     IT IS HEREBY STIPULATED AND AGREED by
3 and between the attorneys for the
4 respective parties herein that filing and
5 sealing be and the same are hereby waived.
6     IT IS FURTHER STIPULATED AND AGREED
7 that all objections, except as to the form
8 of the question, shall be reserved to the
9 time of the trial.
10     IT IS FURTHER STIPULATED AND AGREED
11 that the within deposition may be signed
12 and sworn to before any officer authorized
13 to administer an oath with the same force
14 and effect as if signed and sworn to before
15 the Court.
16
17        -oOo-
18
19
20
21
22
23
24
25

TSG Reporting - Worldwide    877-702-9580

---

Page 5

1        Davies
2   ALLISON DAVIES
3     called as a witness, having been duly sworn
4     by a Notary Public, was examined and
5     testified as follows:
6   EXAMINATION BY
7   MR. SCHROEDER:
8     Q.  Good afternoon.  Could you please
9 state your full name and residence for the
10 record.
11     A.  Allison Davies, 464 62nd Street,
12 Brooklyn, New York 11220.
13     Q.  Thank you.
14     MR. SCHROEDER: I'm going to mark the
15 following subpoena as Defendant's Exhibit
16 67.
17     (Subpoena was marked Defendant's 67
18 for identification, as of this date.)
19     Q.  Ms. Davies, you have before you what's
20 been marked as Defendant's 67.  Are you familiar
21 with what that document is?
22     A.  No, I'm not.
23     Q.  Are you aware that you're here today
24 subject to a subpoena?
25     A.  Yes.

TSG Reporting - Worldwide    877-702-9580

Page 6

Davies

1
2    Q.   And you understand -- let me start
3 over.
4         Have you ever been deposed before?
5    A.   Yes.
6    Q.   How many times?
7    A.   Once.
8    Q.   Was that in the context of
9 investigation you had conducted?
10   A.   Yes.
11   Q.   Thank you.
12        Just to go over what will happen
13 today, I'll ask you a series of questions, I'll
14 expect you to answer the questions truthfully to
15 the best of your knowledge. If you don't know
16 an answer, please say you don't know. If you
17 don't understand a question, please tell me,
18 I'll try to rephrase it, restate it. If you
19 need a break, take a break, so those shouldn't
20 be too long.
21        Is there any reason why you wouldn't
22 be able to answer questions truthfully today?
23   A.   No.
24   Q.   Taking any medications that would
25 affect your ability to answer questions?

TSG Reporting - Worldwide    877-702-9580

Page 7

Davies

1
2    A.   No.
3    Q.   Thank you.
4         Quickly, could we just review your
5 educational background. Did you attend college?
6    A.   I did, yes.
7    Q.   And where did you attend college?
8    A.   NYU.
9    Q.   Did you receive a degree?
10   A.   Yes.
11   Q.   What was that?
12   A.   A BFA.
13   Q.   BFA, what is --
14   A.   Bachelor of fine arts.
15   Q.   Okay. What year was that?
16   A.   1990.
17   Q.   Okay. Following college, did you
18 attend any additional schooling?
19   A.   Yes.
20   Q.   Where was that?
21   A.   I went to Yale University. Yale
22 School of Art.
23   Q.   And did you receive a degree?
24   A.   Yes. That's a master of fine arts,
25 MFA.

TSG Reporting - Worldwide    877-702-9580

Page 8

Davies

1
2    Q.   And what year was that?
3    A.   That was 1999.
4    Q.   1999?
5    A.   Yes.
6    Q.   So between 1990 and 1999, were you
7 employed?
8    A.   Yes.
9    Q.   And in what capacity?
10   A.   I was a preschool teacher for five
11 years, and I also worked at an art museum.
12   Q.   When did you first start working in
13 the private security -- let me rephrase that --
14 in the private investigation business?
15   A.   It was four years ago.
16   Q.   Have you been with the same company
17 this whole time?
18   A.   Yes.
19   Q.   Did you receive any special training
20 from the company you worked for?
21   A.   Yes.
22   Q.   And what training did that involve?
23 What did that involve?
24   A.   We are trained in specific products
25 that we investigate.

TSG Reporting - Worldwide    877-702-9580

Page 9

Davies

1
2    Q.   Could you give me any more specific
3 detail?
4    A.   A representative from a company that
5 we work for, that we do investigations for, will
6 come to the office and show us a real -- an
7 authentic product, and also a counterfeit
8 product, and so they teach us ways to detect
9 counterfeit products.
10   Q.   Is most of the work you do involving
11 trademark goods?
12   A.   Yes.
13   Q.   Do you deal with other types of
14 investigations besides trademarked goods?
15   A.   No.
16   Q.   So in your four years with Abacus,
17 you've been working with investigating
18 trademarked goods.
19   A.   Yes.
20   Q.   Now, you used the word "counterfeit" a
21 minute or so ago. What do you mean by the term
22 "counterfeit"?
23        MR. MALTBIE: Objection to form.
24   Q.   You can answer if you understand.
25        MR. MALTBIE: If you understand, you

TSG Reporting - Worldwide    877-702-9580

Page 10

Davies

1  can tell him what your understanding of
2  a -- what a counterfeit is.
3      A.  And -- an inauthentic, if that is a
4  word -- an inauthentic product, a product that
5  is of lesser quality and not made by the company
6  that's supposed to make it.
7      Q.  Can you give me an example, other than
8  the work you did on behalf of Arnold & Porter,
9  assuming it's not confidential, as to a
10  counterfeit product you've investigated in the
11  past.
12      A.  Timberland Boots is one.
13      Q.  And what type of product did you
14  investigate with respect to Timberland Boots?
15      A.  There's a particular line of boots
16  called the 161.
17      Q.  Okay.  And do those 161 line of
18  boots -- they use a Timberland trademark?
19      A.  Yes.
20      Q.  What would that trademark be, if you
21  know?
22      A.  The trademark on the authentic pair?
23      Q.  Well, we'll start with that.  What's
24  the trademark on the authentic pair?
25

Page 11

Davies

1      A.  There's an emblem.  The trademark is
2  on the outside of the boot.
3      Q.  Okay.  So the trademark in question
4  was an emblem?
5      A.  Yes.  The Timberland -- the
6  Timberland -- the -- the Timberland design for
7  their trademark is on the outside of the boot.
8      Q.  Okay.  And what was the emblem on the
9  alleged counterfeit boot?
10      A.  They had a -- it was there.
11      Q.  The same emblem?
12      A.  Yes.
13      Q.  The identical emblem?
14      A.  Yes.
15      Q.  Thank you.
16          If you could take a look at
17  Defendant's 67, if you notice, about halfway
18  down the second checked box refers to, "You are
19  commanded to produce and permit inspection and
20  copying of the following documents or objects,"
21  and below that it says, "All documents
22  pertaining to any and all investigations of All
23  Granite & Marble Corporation on behalf of
24  Artisan Manufacturing Corporation, including
25

Page 12

Davies

1  instructions, invoices, notes, results and other
2  related documents."
3          Did you bring any documents with you
4  today?
5      A.  I -- no, I did not.  Well, I mean I
6  brought copies of things that John has.
7      MR. MALTBIE:  For the record, we've
8  produced documents on Abacus's behalf as
9  part of Artisan's production.  The
10  documents are ART 022 through ART 040.  I
11  think Ms. Davies brought with her copies of
12  some of the same documents that were
13  produced.
14      MR. SCHROEDER:  That's fine.  Thank
15  you.
16          Let's go ahead at this point and let's
17  mark as Defendant's 68, a copy of the
18  Abacus report that Mr. Maltbie just
19  referred to.
20      (Copy of the Abacus report was marked
21      Defendant's 68 for identification, as of
22      this date.)
23      Q.  Ms. Davies, I take it you're familiar
24  with this report.
25

Page 13

Davies

1      A.  Yes.
2      Q.  Was this prepared by you?
3      A.  Yes.
4      Q.  You personally?
5      A.  Yes.
6      Q.  Okay.  Let's walk through the report
7  in detail, if we can.
8          The report states that investigation
9  was initiated by Ms. Alisa Cahan of Arnold &
10  Porter.  Do you recall the date on which you
11  were contacted by Ms. Cahan?
12      A.  No, I don't.
13      Q.  The next paragraph refers to an
14  investigation taking place on November 2, 2007.
15      MR. MALTBIE:  Object to form.
16      Q.  Actually, let me restate that.  The
17  next paragraph refers to Ms. Davies' meeting
18  with Artisan's personnel on November 2, 2007.
19          So backing up to my earlier question,
20  do you recall if the initial contact took place
21  within a week or two of that initial visit?
22      A.  Yes.
23      Q.  Thank you.
24          Okay.  Referring back to the first
25

Page 14

Davies

1
2  paragraph, and in particular to the second
3  sentence, do you see your reference to the word
4  "counterfeit" there?
5      A.  Yes.
6      Q.  Do you recall if someone referred to
7  the Artisan sinks as counterfeit, or is that
8  your representation of the types of sinks in
9  question?
10     MR. MALTBIE:  Objection to form.
11     A.  I don't recall.
12     Q.  That's fine.  Thank you.
13         And the latter portion of that
14 sentence refers to "steel sinks were being sold
15 or included in promotion offering a free sink
16 with countertop purchase."
17         Did you uncover any evidence as to any
18 sinks being sold?
19     MR. MALTBIE:  Objection to form.
20     Q.  You can answer if you understand.
21     A.  Are you asking if there are -- if I
22 saw any sinks being sold, any money exchanged?
23     Q.  Correct.
24     A.  No.
25     Q.  Thank you.

TSG Reporting - Worldwide    877-702-9580

Page 15

Davies

1
2      Okay, let's take a look at the second
3  paragraph.  It refers to initials, AO, which --
4  AO and AD.
5          Now, I assume AD refers to Allison
6  Davies, correct?
7      A.  Yes.
8      Q.  Who is AO?
9      A.  Andrew Oberfeldt.
10     Q.  Is he an employee of your company?
11     A.  He's the owner of the company.
12     Q.  Can you spell his last name for us.
13     A.  O-B-E-R-F-E-L-D-T.
14     Q.  And did he accompany you on that day
15 to present a husband and wife couple?
16     A.  No.
17     MR. MALTBIE:  Objection to form.
18         What day?
19         The day they went to Artisan, or the
20 day they went to All Granite?
21     Q.  Let me rephrase that question.
22         On November 2, 2007, you yourself and
23 Mr. Oberfeldt visited Artisan's facilities in
24 Newark, correct?
25     A.  Yes.

TSG Reporting - Worldwide    877-702-9580

Page 16

Davies

1
2      Q.  Can you explain or can you describe
3  for me what took place that day.
4      A.  It was a training session.  We went
5  out there to meet Chuck and Joe to view a --
6  a -- an authentic sink, and also read over
7  materials or -- any kind of information that had
8  to do with the sink.
9      Q.  So they showed you sinks that day.
10     A.  Yes.
11     Q.  What kind of material did they show
12 you, if you recall?
13     A.  Various kitchen magazines, life style
14 magazines, with ads, with their product in it.
15     Q.  Did they give you material to take
16 that day?
17     A.  Yes.
18     Q.  Do you recall what they gave you?
19     A.  Two sink magazines called Kitchen
20 Trends -- or two house design magazines.
21     Q.  Okay.  Thank you.
22         That day, did they explain to you the
23 construction of the sinks, in particular,
24 whether they're 16-gauge or 18-gauge stainless
25 steel?

TSG Reporting - Worldwide    877-702-9580

Page 17

Davies

1
2      A.  Yes.
3      Q.  How did they explain that to you, if
4  you recall?
5      A.  They showed us a sink and told us that
6  they were 16-gauge steel, and on the underside,
7  they showed a special padding that was also --
8  that was part of the sink.
9      Q.  Was that strictly on the underside of
10 the sink?
11     A.  Yes, and the sides.  Well, the whole
12 underside.
13     Q.  So that would be the bottom and the
14 sides of the sink.
15     A.  Yes.
16     Q.  Thank you.  Okay.
17         Let's take a look at the third
18 paragraph of your report, which states, "On
19 November 6, 2007, AO and AD visited the All
20 Granite & Marble Corporation in South
21 Plainfield, New Jersey.
22         So back to my earlier question, what
23 was the purpose of Mr. Oberfeldt accompanying
24 you on that visit, on November 6, 2007?
25     A.  I don't know how to answer that.

TSG Reporting - Worldwide    877-702-9580

Davies

1  I'm --
2
3       MR. MALTBIE: Objection to form. If
4  there was a purpose, or....
5       A.  I don't think there was a purpose.
6       I mean, he had accompanied me to the
7  training, so we went -- it was the same -- we
8  were following through.
9       Q.  Okay.  Did Mr. Oberfeldt conduct any
10 additional investigation that isn't represented
11 in your report here today?
12      A.  No.
13      Q.  November 6, 2007, was that your first
14 visit to an All Granite facility?
15      A.  Yes.
16      Q.  Have you visited the All Granite
17 facilities in Ridgefield Park?
18      MR. MALTBIE: Objection to form.
19      A.  No.
20      Q.  Have you visited the All Granite
21 facility in Pennsylvania?
22      MR. MALTBIE: Objection to form.
23      A.  No.
24      Q.  Okay.  Let's take a look at the fourth
25 paragraph on the first page.

Davies

1
2       You state that the retail area is
3  divided into two rooms, the front room being
4  approximately 5,000 square feet with the marble
5  and granite tile and table display.
6       If we refer to the pictures which are
7  attached to your report, in particular let's
8  look at what's stamped as Bates Document 34.  If
9  you turn to that page.
10      Okay.  The upper photograph, does that
11 refer to the front room of the approximately
12 5,000 square feet?
13      A.  Yes.
14      Q.  And the lower photograph, is that part
15 of the front room as well?
16      A.  Yes.
17      Q.  Now, if you turn to the next page,
18 which is stamped 35, Bates stamp 35, is that
19 referring to the marble and granite tile and
20 table display?
21      A.  Yes.
22      Q.  And does that appear in the front room
23 of approximately 5,000 square feet?
24      A.  Yes.
25      Q.  Now, turning back to the first page,

Davies

1
2  you say that on the left wall, there is a small
3  entry to the second room and the bathrooms.
4       Now, if I ask you to flip back to the
5  photographs, Bates-stamped 36, the upper photo,
6  is that a reference to the entry to the second
7  room?
8       A.  Yes.
9       Q.  And that door you see straight ahead,
10 which appears to be red in the photograph, is
11 that the door out to the yard, if you recall?
12      A.  No.
13      Q.  What is that door?
14      A.  It's to the warehouse.
15      Q.  To the warehouse.  Is that where they
16 keep the actual tile samples?
17      A.  That's where they keep the granite
18 slabs.
19      Q.  The granite slabs.
20      A.  Yeah.
21      Q.  So walking through that door actually
22 takes you outside of the building.
23      A.  No.  Just to a second area of the same
24 building.
25      Q.  So you're still inside the building.

Davies

1
2       A.  Yes.
3       Q.  And what was in that second area?
4       A.  The granite slabs.
5       Q.  Full piece slabs?
6       A.  Yes.
7       Q.  And that same photograph, I see it
8  looks like a display of countertops.  Is that
9  the display you're referring to in this last
10 paragraph on page 1 when you say, an L-shaped
11 granite countertop around the rear and left wall
12 with several sinks and the -- in various designs
13 on display?
14      A.  Yes.
15      Q.  Is that what's shown in the top photo
16 on Bates stamp 36?
17      A.  Yes.
18      Q.  And again, when you turn to the
19 photograph shown on document 37, are those
20 detailed photographs of that same display?
21      A.  Yes.
22      Q.  Okay.  Who took the photographs that
23 are shown and attached to your report?
24      A.  I took them.
25      Q.  And what kind of camera did you use to

Page 22

```
                        Davies
 1
 2   take these?
 3       A.  It's a video camera.
 4       Q.  Was it hidden someplace?
 5       A.  Yes.
 6       Q.  Where was it hidden?
 7       A.  In my purse.
 8       Q.  Was anyone aware at All Granite that
 9   you were taking photographs?
10       A.  No.
11       Q.  Now, back to page 1, the last sentence
12   says that each sink had a 4-by-6 piece of paper
13   with a serial number and a price written on it.
14   Do you see that?
15       A.  Yes.
16       Q.  If we refer back to the photograph
17   attached and marked as Bates Document 38, could
18   we look at the top photograph, I see what looks
19   like a white portion of paper with a number,
20   8455R, $250 on it.
21       A.  Yes.
22       Q.  Is that the 4-by-6 piece of paper that
23   you're referring to?
24       A.  Yes.
25       Q.  And likewise in the lower photograph,
```

Page 23

```
                        Davies
 1
 2   I see a white section of paper with the
 3   designation, AF-590-529, $140.
 4       A.  Yes.
 5       Q.  Thank you.
 6           Let's turn to page 2 of your report.
 7   First sentence states, "Protocol at All Granite
 8   is to pick up your materials from the displays,
 9   then wait in a line to speak to a representative
10   sitting at the right wall of desks."
11           Now, the displays you're referring to
12   are the displays we saw in the front room?
13       A.  Yes.
14       Q.  Did you actually go to those displays
15   and pick out a sample?
16       A.  Yes.
17       Q.  How long did that process take you to
18   do?
19       A.  About five minutes.
20       Q.  Did you know what sample you were
21   looking for?
22       A.  340.
23       Q.  Did you pick any sample?
24       A.  Yes.
25       Q.  Did you observe any other customers in
```

Page 24

```
                        Davies
 1
 2   the store at that time looking at samples?
 3       A.  Yes.
 4       Q.  Did you happen to notice how long
 5   those customers took to pick out a sample?
 6       A.  No.
 7       Q.  Okay.  The next sentence states that
 8   AD spoke with a Peter Bucko, and you describe
 9   what he looks like, his characteristics.
10           How long did you speak to Mr. Bucko
11   for, if you recall?
12       A.  Probably 20 minutes, in total.
13       Q.  Okay.  So within that 20 minutes,
14   you've provided Mr. Bucko with the tile you had
15   selected, dimensions, and he was able to print
16   out an estimate with the cost of purchase and
17   install a countertop.
18       A.  Yes.
19       Q.  The process took about 20 minutes?
20   Yes?
21       A.  Yes.
22       Q.  Thank you.
23           Next, you state that Mr. Bucko took AD
24   and AO over to the tile display --
25           Again, is that the tile display in the
```

Page 25

```
                        Davies
 1
 2   main room?
 3       A.  Yes.
 4       Q.  -- to discuss pricing and the
 5   installation of sinks.
 6           Mr. Bucko, AD and AO, moved into the
 7   left room of the sink displays.  Now, why at
 8   that point did you move into the left room, if
 9   you recall?
10       A.  That's where the sinks were on
11   display, and we were installing the kitchen
12   countertop.
13       Q.  Did Mr. Bucko suggest that you move
14   into that left room, if you recall?
15       A.  I don't remember.
16       Q.  Okay.  Your report next states that
17   Mr. Bucko stated that a free sink is provided
18   with the installation of a countertop and a
19   coupon from the Clipper was provided.  He then
20   told the investigators of the gauge and banged
21   on two sinks to show the difference in sound.
22           Can you describe what he actually did?
23           MR. MALTBIE:  Objection to form.
24       A.  Can you explain what that means again?
25       Q.  You still have to answer the question.
```

Page 26

Davies

1
2       MR. MALTBIE:  You can still answer the
3   question, but if -- just object by saying
4   that she did describe what he did in the
5   sentence.  Are you asking for something
6   more than that?
7       Q.  Can you describe in more detail what
8   Mr. Bucko did at that point?  For example, which
9   two sinks did he bang on?  Did he bang on the
10  bottom, did he bang on the sides?  Did he hit it
11  with his fist?  Did you have a metal object that
12  he banged on them with?
13      A.  He banged on them on the inside of the
14  sink and on the underside of the sink with his
15  fist.
16      Q.  He actually reached under the display
17  and banged on the bottom --
18      A.  Yes.
19      Q.  -- with his fist.
20      A.  Yes.
21      Q.  Do you recall which two sinks he
22  actually banged on?
23      A.  Yes.
24      Q.  Which two sinks were they?
25      A.  In the picture, in the display, it

TSG Reporting - Worldwide   877-702-9580

Page 27

Davies

1
2   was -- there was one in a corner, and then one
3   to the right.
4       Q.  Could you point them out in the
5   photograph, if possible.
6       A.  There's not a clear photograph.
7       Q.  If we take a look at Bates Document
8   38, the upper sink, is that one of the two sinks
9   that he banged on?
10      A.  Yes.
11      Q.  But as to the second sink he banged
12  on, you don't recall which sink it was.
13      A.  No.  It was the one to the left of it,
14  so I can't tell from the photograph, but if this
15  is the sink that was in the corner --
16      Q.  It would be the sink --
17      A.  I think it is.
18      Q.  Okay.  The sink to the left of the
19  8455R sink shown on the top of Bates
20  Document 38.
21      A.  Yes.
22      Q.  Thank you.
23          Okay.  Next you refer back to page 2
24  of your report.  You next state that Mr. Bucko
25  pointed specifically to the D-shaped double sink

TSG Reporting - Worldwide   877-702-9580

Page 28

Davies

1
2   with the serial number 8455R and price of $250,
3   and said it was a 16-gauge Artisan sink, and
4   that they were tougher and better than other
5   sinks on the market.
6           At that point, had you mentioned the
7   word "Artisan" to Mr. Bucko, that you recall?
8       A.  No.
9       Q.  So Mr. Bucko offered on his own that
10  that particular sink was an Artisan sink.
11      A.  Yes.
12      Q.  And he stated that they were tougher
13  and better than the other sinks in the market.
14      A.  Yes.
15      Q.  Your report next states that AD
16  provided a magazine ad for Artisan from kitchen
17  Trends magazine, and Mr. Bucko said this Artisan
18  sink would be installed with the countertop for
19  free as long as the coupon was provided.
20          Is that correct?
21      A.  Yes.
22          MR. SCHROEDER:  Let me go ahead and
23  mark as Defendant's 69.  I don't have an
24  extra copy, but it's --
25          MR. MALTBIE:  What page?

TSG Reporting - Worldwide   877-702-9580

Page 29

Davies

1
2           MR. SCHROEDER:  106, 107.
3           (Kitchen Trends article, Bates-stamped
4       106 and 107, was marked Defendant's 69 for
5       identification, as of this date.)
6       Q.  I'm showing you what's been marked as
7   Defendant's 69.  And it's a two-page document,
8   Bates Numbers 106 and 107.
9           Do you recall if this was the Kitchen
10  Trends article that you referred to in your
11  report?
12      A.  No.
13      Q.  It's not the report.
14      A.  I don't recall.
15      Q.  You don't recall.  Please take a look
16  at the second page.  Do you recall if that
17  second page was a portion of the article you
18  had?
19      A.  I don't recall.
20      Q.  Thank you.
21          Okay.  Back to page 2 of your report,
22  the second paragraph.  You state that you
23  observed padding on the bottom side of the
24  Artisan sink.
25          Now, at that point, what sink are you

TSG Reporting - Worldwide   877-702-9580

Page 30

1              Davies
2 referring to?
3      A.  The 8455R.
4      Q.  And that's the one that we saw in the
5 upper photograph on document 38.
6      A.  Yes.
7          Let me make sure.  Yes.
8      Q.  Did you observe padding on any other
9 sinks on display in the showroom?
10     A.  Yes, but not as thorough as that one.
11 So --
12     Q.  That's fine.  So you did actually look
13 at the other sinks on display.
14     A.  Yes.
15     Q.  And in your opinion, the other sinks
16 on display did not have that type of padding on
17 the bottom.
18     A.  No.
19     Q.  Were you able to actually see the
20 bottom of every sink on display in that
21 showroom?
22     A.  Yes.
23     Q.  Okay.  The next statement says that AD
24 observed the Artisan logo under the 4-by-6 paper
25 with the printed serial number and the price of

Page 31

1              Davies
2 the sink.
3          So let's go back to Bates Document 38
4 and to that upper photograph.
5          Now, the 4-by-6 paper, as we said
6 earlier, is that white portion of paper we see
7 in the photograph?
8      A.  Yes.
9      Q.  What did you observe under that white
10 portion of paper?
11     A.  I observed the Artisan logo.
12     Q.  And by that, do you mean the
13 fleur-de-lis logo?
14     A.  Yes.
15     Q.  Was that white piece of paper covering
16 the fleur-de-lis logo?
17     A.  Yes.
18     Q.  Did you have to pick up the piece of
19 paper to see the logo?
20     A.  Yes.
21     Q.  Was it taped on the -- let me rephrase
22 that question.
23          How was that piece of paper secured to
24 the sink?
25     A.  It was taped.

Page 32

1              Davies
2      Q.  In your visit to the showroom on that
3 date, did you observe any other sinks on display
4 bearing the fleur-de-lis logo?
5      A.  No.
6      Q.  Okay.  Let's continue with your
7 report.
8          The third paragraph of page 2 states
9 that Mr. Bucko provided you with a sheet
10 containing eight examples of sinks, four of
11 which were out of stock.  So to be clear, let's
12 refer back to what's marked as Bates Document
13 27.
14          Do you see that?
15     A.  Yes.
16     Q.  Is that the sheet you referred to in
17 paragraph 3 on page 2?
18     A.  Yes.
19     Q.  And the sinks with the Xs through them
20 obviously are the sinks that were out of stock.
21     A.  Yes.
22     Q.  And then we see below that the 8455R
23 sink.
24     A.  Yes.
25     Q.  And that's the sink that you observed

Page 33

1              Davies
2 on display that day, correct?
3      A.  Yes.
4      Q.  Okay.  If we go back to page 2 of your
5 report, the third paragraph, it says, "That
6 investigator AD asked to see the actual sink
7 that would be installed to look for any
8 imperfections."
9          So by that I take it to mean that you
10 had ask Mr. Bucko if you could see the actual
11 sink.
12     A.  Yes.
13     Q.  According to the report, Mr. Bucko
14 stated that after an order was placed and the
15 installs made a template, AD could return to the
16 store to inspect the sink and the countertop.
17 Correct?
18     A.  Yes.
19     Q.  Did you return to the store to inspect
20 the sink?
21     A.  I -- yes.
22     Q.  We'll come back to that.
23          Following that, your next statement in
24 this report says, "Because the sink on display
25 was in pristine condition, investigator AD saw

Page 34

Davies

1
2  no rational reason to push the matter further."
3      Can you explain further what you mean
4  by that sentence?
5      MR. MALTBIE:  Objection to form.
6      You can answer if there is something
7  further to add.
8      A.  No, there isn't.
9      MR. MALTBIE:  Do you have anything
10  further to add to that?
11      THE WITNESS:  No.
12      Q.  Okay.  Now, that first visit to All
13  Granite did not result in the ordering of a sink
14  and/or countertop, correct?
15      A.  Correct.
16      Q.  Why didn't you order a countertop/sink
17  that day?
18      A.  There -- to place an order, you needed
19  a house.  So we -- we weren't prepared to place
20  the order.
21      Q.  Did you have the authority to place an
22  order that day?
23      A.  No.
24      Q.  Okay.  So if we go back to that third
25  paragraph, Mr. Bucko has offered to you to

TSG Reporting - Worldwide    877-702-9580

Page 35

Davies

1
2  return to the store and inspect the sink, really
3  didn't make any sense that day because you
4  weren't ordering a countertop and a sink that
5  day, correct?
6      A.  Correct.
7      Q.  But now, back to that last sentence in
8  the third paragraph, when you say that sink on
9  display was in pristine condition, and you saw
10  no rational reason to push the matter further,
11  was the condition of the sink the issue you were
12  investigating that day?
13      MR. MALTBIE:  Objection to form.
14      A.  Yes.
15      Q.  When I say condition, you were
16  actually looking at -- rephrase that.
17      Were you looking at the finish of the
18  sinks?
19      A.  In order to identify it as an Artisan
20  sink, yes.
21      Q.  You -- did you take into account
22  finish to identify it as an Artisan sink, or did
23  you simply look for the fleur-de-lis logo?
24      A.  It was a combination of the
25  fleur-de-lis logo and the manufacturing.

TSG Reporting - Worldwide    877-702-9580

Page 36

Davies

1
2      Q.  By that you mean the padding?
3      A.  Yes.  And the gauge.
4      Q.  Did you have a way of determining the
5  gauge of the sink?
6      A.  No.
7      Q.  Okay.  Let's move on here.
8      Your next paragraph, the final
9  paragraph on page 2 states that on November 27,
10  2007, investigator AD went to All Granite to
11  place an order for a countertop and sink for Joe
12  Amabile under the name Susan Murray.
13      Why did you use an alias that day?
14      A.  I don't give out my -- my real name.
15      Q.  Okay.  Company policy?
16      A.  Yeah.
17      Q.  That's fine.
18      Now, between your first visit on
19  November 6 and your subsequent visit on
20  November 27, did you have additional
21  communications with Artisan personnel?
22      A.  Yes.
23      Q.  And who did you speak with during that
24  period of time?
25      A.  Joe.

TSG Reporting - Worldwide    877-702-9580

Page 37

Davies

1
2      Q.  And what did those discussions
3  involve?
4      A.  How he wanted the investigation to
5  proceed.
6      Q.  Can you be more specific?
7      A.  I guess to determine how we were going
8  to proceed would come from him, if we were going
9  to order an actual sink and countertop.
10      Q.  Were these discussions -- did they
11  take place by phone?
12      A.  Yes.
13      Q.  Did you meet him in person during that
14  period of time?
15      A.  No.
16      Q.  How many conversations did you have
17  with Mr. Amabile during that period of time, if
18  you recall?
19      A.  I don't recall.
20      Q.  More than one?
21      A.  More than one.
22      Q.  When did Mr. Amabile provide you with
23  the final instructions to proceed with ordering
24  the countertop and sink?
25      A.  I don't know.

TSG Reporting - Worldwide    877-702-9580

Page 38

Davies

1
2    Q.  Would it have been shortly prior to
3    the November 27 date?
4        A.  Yes.
5        Q.  Within a week?
6        A.  Less than a week.
7        Q.  Less than a week, okay.  Thank you.
8            And at that time Mr. Amabile, in
9    addition to instructing you to order the
10   countertop, provided you with a color for the
11   granite and a construction for the bullnose?
12       A.  Yes.
13       Q.  And in addition, told you the type of
14   sink he wanted ordered.
15       A.  Yes.
16       Q.  Okay.  So on your second visit to All
17   Granite, you met with a representative named
18   Chris.
19       A.  Yes.
20       Q.  Was Mr. Bucko in the store that day --
21       A.  No.
22       Q.  -- do you recall?
23           Do you recall what day of the week
24   that was?
25       A.  I don't.

Page 39

Davies

1
2        Q.  Weekday?
3        A.  It was a weekday.
4        Q.  Thank you.
5            The golden beach granite color that
6    Mr. Amabile requested, was that the sample you
7    had picked up during your first visit?
8        A.  No.
9        Q.  Okay.  Let's turn to the third page of
10   the report.
11           You refer to a drawing supplied by
12   Mr. Amabile.  First sentence.
13       A.  Yes.
14       Q.  Okay.  When did Mr. Amabile provide
15   that drawing to you, if you recall?
16       A.  He faxed that to me a -- a day or two
17   before I ordered the sink.
18       Q.  Thank you.  And if we take a look at
19   Bates Document 31, is that the drawing we're
20   referring to?
21       A.  Yes.
22       Q.  Okay.
23           Whose handwriting is that on the lower
24   right-hand side where it says "golden beach"?
25       A.  That is mine.

Page 40

Davies

1
2        Q.  Okay.  How about "edge half bullnose,"
3    is that your handwriting as well?
4        A.  "Edge" is not, but "half bullnose" is.
5        Q.  And the reference to Andrew, do you
6    know what that means?
7        A.  I don't know what that is, and I
8    didn't write it.
9        Q.  And "3917R stone," did you write that?
10       A.  No.
11       Q.  Okay.  Thank you.
12           Can we turn back to page 3 of your
13   report, that first paragraph.  You note that the
14   drawing was measured.  Then you note that Chris
15   added a charge for sink installation until AD
16   supplied Chris with a coupon from the Clipper.
17           Now, when you say he added a charge,
18   where do we see that in the documentation, if we
19   do at all?
20       A.  I don't see it.
21       Q.  Okay.  Can you elaborate on that
22   point?  You say he added a charge.  Would that
23   have been a charge to purchase a sink, or would
24   that have been a charge to actually cut a hole
25   in the countertop?

Page 41

Davies

1
2        A.  It was a charge to purchase the sink.
3        Q.  Thank you.
4            MR. SCHROEDER:  Mark as -- next
5    document as Defendant's Exhibit 70.
6            (Collection of various advertisements
7    produced to Artisan, All Granite
8    Bates-stamped 122, 123, 136, 137, 138, 139,
9    140, 141, 144, 145, 147, 148, 149, and 150
10   was marked Defendant's 70 for
11   identification, as of this date.)
12       Q.  And let me state that Defendant's 70 a
13   collection of various advertisements which have
14   been produced to Artisan, containing Artisan
15   Bates number -- apology, All Granite Bates
16   Numbers 122, 123, 136, 137, 138, 139, 140, 141,
17   144, 145, 147, 148, 149, and 150.
18           Looking through this package of
19   fliers, do you recognize the flier that you
20   presented to Chris that day?
21       A.  No.
22       Q.  Was it similar to any of the
23   advertisements you see in this package, if you
24   recall?
25       A.  It was similar, yes.

Page 42

Davies

1
2    Q.  Do you recall any differences between
3    the flier you presented that day and these
4    fliers?
5         MR. MALTBIE:  Objection to form.  The
6    difference between the flier or the
7    difference between the coupon, the specific
8    page?
9    Q.  Let me rephrase that.  Do you
10   recognize any differences between the coupon you
11   presented to Chris that day and the coupon shown
12   in these fliers?
13        A.  I don't recall the exact coupon, but
14   they were similar -- it was similar to this.  I
15   remember some of the design.
16        Q.  Thank you.  Okay.
17        Do you recall whether the coupon you
18   presented to Chris that day contained any
19   reference to Artisan?
20        A.  It did not.
21        Q.  Did not.  Did it contain any
22   fleur-de-lis designs, if you recall?
23        A.  It did not.
24        Q.  Thank you.
25        Refer back to page 3 of your report,

TSG Reporting - Worldwide   877-702-9580

Page 43

Davies

1
2    again to the first paragraph.  You state, "The
3    coupon the stated a free sink with installation
4    of a kitchen countertop."  Okay.
5         Following that, you say, "AD asked
6    Chris what kind of sink it would be."
7         Now, up until this point, had Chris
8    mentioned Artisan to you?
9         A.  No.
10        Q.  Okay.  Your report next states that
11   Chris said there was a display in the rear AD
12   could choose from.  AD asked more specifically
13   what brand of sink, and that on the previous
14   visit, AD was told of the Artisan sinks.
15   Correct?
16        A.  Yes.
17        Q.  Now, your report next states that at
18   this point, Chris confirmed that an Artisan sink
19   could be installed.
20        Do you recall his exact words?  Were
21   those exact words?
22        A.  Yes.
23        Q.  Okay.  Thank you.
24        Your report then says, "AD and Chris
25   then viewed the sink display."

TSG Reporting - Worldwide   877-702-9580

Page 44

Davies

1
2        And this would be the same sink
3    display we saw earlier in the photographs
4    attached to your report, correct?
5        A.  Correct.
6        Q.  Now, were these photographs taken
7    during your first visit, on November 6, or
8    during your second visit, on November 27?
9        A.  They were taken on the first visit.
10       Q.  During the first visit.  When you
11   returned on November 27, were there any
12   difference in the display of sinks in that
13   second room?
14       A.  No.
15       Q.  Okay.  Your report next states that
16   since Mr. Amabile requested a D bowl, AD
17   confirmed with Chris that the D bowl on display
18   was an Artisan sink.
19        Now, let's turn to Bates Document 27.
20   Which of these sinks is the D bowl that you
21   refer to in your report?
22       A.  I wasn't looking at this sheet on that
23   day.
24       Q.  Okay.  Sitting here today, can you
25   tell me which sink that would have been?

TSG Reporting - Worldwide   877-702-9580

Page 45

Davies

1
2        A.  Can you repeat that first question?
3        Q.  Okay.  If you look at your statement
4    that since Mr. Amabile requested a D bowl, AD
5    confirmed with Chris that the D bowl on display
6    was an Artisan sink.
7         Well, let's maybe address it this way:
8    If we refer back to Bates Document 38, to the
9    upper photograph, 8455R.
10       A.  Yes.
11       Q.  Is that the D bowl you refer to at
12   that point of the report?
13       A.  That is the sink that I was told was
14   the R design, was the sink that's in the
15   picture.
16       Q.  Okay, but is that the D bowl you
17   referred to at that point in the report?
18       A.  Yes.
19       Q.  That's the same D bowl.
20       A.  I -- actually, I don't know.  The
21   D bowl that he was pointing to that day, he said
22   was an Artisan sink.
23       Q.  Okay.  Do you recall which sink that
24   Chris pointed to that day, which is the
25   second visit?  Is it shown on any of the

TSG Reporting - Worldwide   877-702-9580

Page 46

Davies

1
2   photographs?
3       A.   I -- I don't see a picture of it.  I
4   don't know which one it was on the display, from
5   these photographs.
6       Q.   Did Mr. Amabile want a double bowl
7   sink in his house, did you know?
8       A.   No, I believe it was a single.  It was
9   a single sink D bowl.
10      Q.   He wanted a single sink D bowl.
11      A.   Yes.
12      Q.   And as far as you know, a single sink
13  D bowl was installed in his house, correct?
14      A.   Correct.
15      Q.   Now, that day when Chris confirmed
16  that the D bowl on display was an Artisan sink,
17  did you verify that representation?
18          MR. MALTBIE:  Objection to form.
19      Q.   For example, did you look at that sink
20  to see if it depicted a fleur-de-lis logo?
21      A.   No.
22      Q.   Did you look at the sink?
23      A.   Yes.
24      Q.   Did it have a fleur-de-lis logo?
25      A.   I didn't see it.

TSG Reporting - Worldwide    877-702-9580

Page 47

Davies

1
2       Q.   Okay.  Did you look under the sink to
3   see if it had a padding?
4       A.   Yes.
5       Q.   Did it have the padding?
6       A.   Yes.
7       Q.   It did have the padding.
8           So the sink, the D bowl on display
9   that day, was -- go back over this again.
10          November 27, your second visit, when
11  you requested the D bowl sink, which would have
12  been a single basin sink that second visit,
13  correct?
14      A.   Correct.
15      Q.   Your report says that AD confirmed
16  with Chris that the D bowl on display was an
17  Artisan sink.  So Chris tells you the sink, this
18  D bowl sink on display, is an Artisan sink,
19  correct?
20      A.   Yes.
21      Q.   Now, when you observed the sink, you
22  did not observe a fleur-de-lis logo on it,
23  correct?
24      A.   I did not.
25      Q.   You did observe the padding on the

TSG Reporting - Worldwide    877-702-9580

Page 48

Davies

1
2   bottom, which is representative of an Artisan
3   sink.
4       A.   Yes.
5       Q.   So in your mind that was an Artisan
6   sink on display that day?
7           MR. MALTBIE:  Objection to form.
8       A.   I don't know how to answer.
9       Q.   Did you believe -- let me rephrase
10  that question.
11          That day, during your second visit,
12  did you believe or disbelieve Chris's
13  representation that that particular sink he
14  pointed to was an Artisan sink?
15      A.   I believed that was an Artisan sink.
16      Q.   You believed that was an Artisan sink.
17  Thank you.
18          Okay.  "Thereafter, AD and Chris
19  returned to his desk to finalize the order."
20          Now, when we refer to these
21  photographs attached as Bates Documents 39 and
22  40, was that Chris we see there in the
23  photograph, in the blue hooded sweatshirt?
24      A.   No.  That's Peter.  Peter is in the
25  blue.

TSG Reporting - Worldwide    877-702-9580

Page 49

Davies

1
2       Q.   Peter.  Oh, correct.  This was -- the
3   photographs were taken during your advisory
4   visit, so that would be Peter in the blue.
5       A.   Yes.
6       Q.   Who is the fellow sitting next to
7   Peter in the tannish short-sleeve shirt, if you
8   know?
9       A.   That is Chris.
10      Q.   That's Chris.  So Chris was there the
11  first day, although you didn't know if it was
12  that first day, that first visit.
13      A.   Correct.
14      Q.   Thank you.
15          If we go back to your report, Chris
16  said as soon as the template was measured, the
17  countertop would be installed three days later.
18  AD confirmed with Mr. Amabile that November 29
19  would be the date of the template and countertop
20  removal.
21          Now, did you pay to have the
22  countertop of Mr. Amabile removed?
23      A.   I didn't pay anything.
24      Q.   Did Mr. Amabile pay for the countertop
25  removal?

TSG Reporting - Worldwide    877-702-9580

Page 50

Davies

1    A.  Yes.
2        Q.  There's a reference on Bates Document
3    30, a charge of $350 for removal.
4        Was that the charge that was paid, to
5    the best of your knowledge?
6        A.  Yes.
7        Q.  Okay.  Do you know whether that charge
8    included All Granite's promise to carry away the
9    old countertop?
10       A.  It was supposed to, yes.
11       Q.  Did they tell you that?
12       A.  Yes.
13       Q.  Who told you that?
14       A.  Chris.
15       Q.  That they would actually remove the
16   countertop and take it away from the job site.
17       A.  Yes.
18       Q.  Thank you.
19       Okay.  If we go back to the report,
20   now we're into the second paragraph.  "AD
21   requested to see the piece of granite that would
22   be installed.  Chris says AD would have to leave
23   the 50 percent deposit with him first."
24       Can you elaborate on that, if
25

Page 51

Davies

1    possible?
2        A.  I requested to see the piece of
3    granite, and he said I had to leave the
4    50 percent deposit with him to, I guess,
5    finalize the order.
6        Q.  Okay.  Your next statement says,
7    "After agreeing to leave the deposit, Chris took
8    AD to the warehouse area of the store."
9        So you told him you would leave a
10   deposit, but you didn't actually leave a deposit
11   at that point, correct?
12       A.  Correct.
13       Q.  Now, when you say took you to the
14   warehouse area of store, if you refer back to
15   Bates Document 36, those red doors we see, that
16   leads to the warehouse area of the store?
17       A.  Yes.
18       Q.  And as you said earlier, in that
19   section that's the interior section which
20   contains various granite slabs?
21       A.  Yes.
22       Q.  How long did you spend in that
23   warehouse section with Chris?
24       A.  About five minutes.
25

Page 52

Davies

1    Q.  How did you select the particular
2    granite slab that was installed?
3        MR. MALTBIE:  Objection to form.
4        A.  I didn't select it.
5        Q.  How was that process completed?
6        MR. MALTBIE:  Objection to form.
7        A.  He took me to the section where the
8    granite was stored that I had chosen for the
9    installation.
10       Q.  So you had a color selected already.
11   And did Chris then take you to the section
12   that's -- contained granite slabs of that color?
13       A.  Yes.
14       Q.  And how many slabs were there?
15       A.  There was about five or six, I
16   believe.
17       Q.  Okay.
18       Your report says -- your report says
19   five slabs, but couldn't remove the slabs
20   because the top slab had a paper template taped
21   to it.
22       Can you elaborate on that point?
23       MR. MALTBIE:  Objection to form.
24       A.  There was a paper cutout that -- he
25

Page 53

Davies

1    said, Oh, this a template.  I can't move these
2    pieces of granite.
3        Q.  Okay.  Could that have been a job in
4    progress, maybe a job had been marked?  Do you
5    know?
6        A.  I don't know.
7        Q.  Okay.  He said he would pick out a
8    nice one.
9        Was there any complaints about the
10   granite countertop that was picked out?
11       MR. MALTBIE:  Objection to form.
12       A.  I don't know.
13       Q.  Did Mr. Amabile have any complaints
14   that you're aware of?
15       A.  I don't know.
16       Q.  Okay.  Thank you.
17       Okay.  Next it says, "AD then asked to
18   see the sinks.  Chris said he couldn't show them
19   because they weren't stored in the warehouse."
20       Are those his exact words?
21       A.  Yes.
22       Q.  "AD again confirmed that an Artisan
23   sink would be installed."
24       Do you recall exactly what you said to
25

Page 54

Davies

1    Chris at that point?
2    A.  I said, "It will be an Artisan sink,
3    right?"  You know, just to confirm that that's
4    exactly -- since I don't see the granite and I
5    wanted to see the sink, and he wouldn't show me
6    the sink, so I just wanted to confirm with him
7    my exact sink that I had ordered.
8    Q.  Okay.  Thank you.
9        "The AD expressed that she had been
10   there before and discussed with another sales
11   rep about having an Artisan sink installed."
12       So you told Chris about your visit
13   with Peter, correct?
14   A.  Yes.
15   Q.  Is there anything in particular you
16   told Chris at that point?
17   A.  No.
18   Q.  "Again, Chris confirmed that the
19   Artisan would be installed.  Chris told AD that
20   she would be called at the end of the business
21   day on November 28 to confirm the arrival time
22   to Frenchtown for the template measurements and
23   countertop removal."
24       Did that take place, the phone call

Page 55

Davies

1    take place?
2    A.  Yes.
3    Q.  On that day?
4    A.  On the 28th, yes.
5    Q.  "Chris said to have 50 percent of the
6    total bill in cash or certified check ready at
7    the time of measurements."
8        And that day, you said, you did not
9    leave a deposit.
10   A.  Correct.
11   Q.  Did they, again, request you to leave
12   a deposit that day before you left the store?
13   A.  Only one time in the beginning, not a
14   second time.
15   Q.  Okay.  Thank you.
16       Okay.  Your final paragraph, on page 3
17   of the report:
18       November 28, the representative from
19   All Granite called AD to finalize a time of
20   templating.  November 29, a crew from All
21   Granite went to Mr. Amabile's house at 134
22   Tinsmans, T-I-N-S-M-A-N-S, Road, Frenchtown, New
23   Jersey.  November 30, Mr. Amabile called AD to
24   confirm they came, ripped out the existing

Page 56

Davies

1    countertop, and made final measurements for the
2    template.
3        Mr. Amabile paid $1,600 plus an extra
4    250 for removal of the countertop, for a total
5    of 1850 in cash.
6        So this says 250.  The page we looked
7    at earlier said 350.  Do you know offhand what
8    amount was actually paid for removal of the
9    countertop?
10   A.  I don't.
11   Q.  Okay.  All Granite removed the
12   countertop from kitchen, but left it in
13   Mr. Amabile's driveway.
14       Did you see that in his driveway?
15   A.  No, I did not.
16   Q.  On December 3, 2007, All Granite
17   called AD to finalize the bill.  Final total was
18   2713.03, plus 351.35 for the edge.  There's 150
19   for sink cutout, plus 350 for the removal.
20       With taxes, it all came to 3813.89,
21   minus 1850 for the deposit.
22       Did you see the countertop after it
23   was installed?
24   A.  No, I did not.

Page 57

Davies

1    Q.  Have you heard from Mr. Amabile's
2    house?
3    A.  No.
4        MR. SCHROEDER:  Why don't we take a
5    five-minute break here, at this point.
6        (Recess from 12:58 to 1:07.)
7    BY MR. SCHROEDER:
8    Q.  Was this the only report that you
9    prepared?  And by that I mean Defendant's
10   Exhibit 68.
11   A.  Yes.
12   Q.  Besides yourself, did anyone else from
13   your company visit any of All Granite's
14   showrooms, and -- that includes Mr. Oberfeldt --
15   besides Mr. Oberfeldt, did anyone else ever
16   visit All Granite's facilities?
17   A.  No.
18   Q.  On either of your occasions to the
19   showroom, did you observe any usage of the word
20   "Artisan" in the showroom?
21   A.  Like a sign, or --
22   Q.  A sign, a banner, a flier.
23   A.  No.
24   Q.  Other than on the sink, which you

Page 58

Davies

1
2  observed during your first visit, did you see
3  the fleur-de-lis logo anywhere in the showroom?
4      A.  No, I did not.
5      Q.  Did you speak to any customers on
6  either of your visits to the showrooms?
7      A.  No.
8      Q.  Have you spoken to any current or
9  prior customers of All Granite?
10     A.  No.
11     Q.  Go back to your report for a minute.
12         Take a look at Bates Document 38.
13  That's the photograph of the 8455R sink.
14      Okay?
15     A.  Yes.
16     Q.  Now, also turn to page -- or Bates
17  Document 27.  That's the spec sheet showing the
18  various sinks.  Okay?
19         So, from the spec sheet, the 8455R
20  sink is a double basin sink, correct?
21     A.  Yes.
22     Q.  And do you recall the sink on display
23  that day that's shown in Bates Document 38 as
24  being a double basin sink?  And by that I mean
25  the upper photograph.

TSG Reporting - Worldwide    877-702-9580

Page 59

Davies

1
2      A.  I don't believe it was a double sink.
3      Q.  You don't recall, or you don't
4  believe?
5      A.  I don't recall.  I don't recall.
6      Q.  Now, referring back to Bates Document
7  38, the lower photograph, the AF-590-529 -- and
8  again, if we jump back to the spec sheet on
9  Bates Document 27, that sink is shown at the top
10  as being a single basin D sink.
11     A.  Yes.
12     Q.  Do you recall whether the sink shown
13  in the photograph on the lower photograph, on
14  Bates Document 38, was a single basin sink?
15     A.  Yes.
16     Q.  It was.
17     A.  Uh-huh.
18     Q.  You recall it being --
19     A.  Yes.  I recall it definitely being
20  single.
21     Q.  And that's the lower photograph on
22  document 38.
23     A.  Yes.
24     Q.  Which agrees, then, with the spec
25  sheet, which is Bates Document 27.

TSG Reporting - Worldwide    877-702-9580

Page 60

Davies

1
2      A.  Yes.
3      Q.  Okay.  Thank you.
4          And the sink ordered by Mr. Amabile
5  was a single basin D-shaped sink, correct?
6      A.  Yes.
7      Q.  Now, would that be the sink, the
8  AF-590-529 sink, shown on the spec sheet on
9  Bates Document 27?
10     A.  I don't -- I don't know.
11     Q.  Okay.  Thank you.
12         But it was a single basin D-shaped
13  sink that Mr. Amabile ordered.
14     A.  Yes.
15     Q.  Actually, you ordered, but on behalf
16  of Mr. Amabile.
17     A.  Yes.
18     Q.  Thank you.
19         MR. SCHROEDER:  I'll mark this next
20  document as Defendant's 71, and it's
21  Artisan Bates Document 178.
22         (Document with Artisan Bates-stamp 178
23  was marked Defendant's 71 for
24  identification, as of this date.)
25     Q.  Ms. Davies, when you met with the

TSG Reporting - Worldwide    877-702-9580

Page 61

Davies

1
2  Artisan personnel back on November 2, did they
3  show you any spec sheets describing the various
4  sinks?
5      A.  No.  They did not.
6      Q.  Have you ever seen a spec sheet like
7  this before?
8      A.  No.
9      Q.  If we refer back to your declaration,
10  to page 2, the first full paragraph, this is
11  your first visit, when you spoke with Mr. Bucko.
12  And you referred to the D-shaped double sink,
13  Serial Number 8455R.  And in the next paragraph,
14  you talk about observing the Artisan logo under
15  the 4-by-6 paper.
16         Can you -- let me rephrase that.
17         Are you capable today of picking out
18  which Artisan sink was on display that day from
19  the spec sheet I've shown you?
20     A.  No.
21         MR. MALTBIE:  Objection to form.
22     Q.  Okay, thank you.
23         MR. SCHROEDER:  Let me mark this
24  following document as Defendant's 72.
25         (Ms. Davies' declaration was marked

TSG Reporting - Worldwide    877-702-9580

Page 62

```
1              Davies
2    Defendant's 72 for identification, as of
3    this date.)
4        Q.  Ms. Davies, Defendant's Exhibit 72 is
5    a copy of your declaration.  I assume you've
6    seen this before?
7        A.  Yes.
8        Q.  Okay.  And that's your signature which
9    appears on page 4, correct?
10       A.  Correct.
11       Q.  Now, most of these statements we've
12   already addressed with respect to your
13   investigation report.  But if I could refer your
14   attention to paragraph 5, where you refer to the
15   D-shaped double sink.
16           Do you see that?
17       A.  Yes.
18       Q.  Mr. Bucko pointed to the D-shaped
19   double sink with the Serial Number 8554 and the
20   price of $250.  Okay?
21       A.  Uh-huh.
22       Q.  Now, if I could direct your attention
23   down to paragraph 7, the last sentence.
24       A.  Yes.
25       Q.  This is now during your second visit,
```
TSG Reporting - Worldwide    877-702-9580

Page 63

```
1              Davies
2    when you actually purchased the countertop.
3    Correct?
4        A.  Yes.
5        Q.  Okay.  The last sentence says, "Chris
6    and I then walked over to the sink display and
7    he confirmed to me that the D sink on display
8    was an Artisan sink."
9            Now, is the D sink you refer to in
10   paragraph 7 the same D sink you refer to in
11   paragraph 5?
12       A.  I don't know.  I believe it is,
13   because this is my report that I wrote the day
14   after I was there.
15       Q.  Okay.  Thank you.
16           Now, you did say earlier, though, that
17   Mr. Amabile ordered a single basin D-shaped
18   sink, correct?
19       A.  Yes.
20       Q.  But paragraph 5 refers to a D-shaped
21   double sink.
22           Do you recall which -- which it was?
23           MR. MALTBIE:  Objection to form.
24       Q.  Please feel free to look back at your
25   report, if necessary.
```
TSG Reporting - Worldwide    877-702-9580

Page 64

```
1              Davies
2        MR. MALTBIE:  Which one are you asking
3    about?  Which one was installed, or which
4    one she ordered, which one she was shown
5    the first visit?
6        Q.  Let me rephrase that question so we're
7    clear.
8            Is the D-shaped sink referred to in
9    paragraph 7, which just says D, the same sink
10   that we referred to in paragraph 5, which says
11   D-shaped double sink?  Are they one and the same
12   sink?
13       A.  The D-shaped double sink is the one
14   that was on display.  The D-shape that I'm
15   talking to Chris about is the -- a D-shaped -- a
16   D-shaped sink that Joe wanted installed.
17       Q.  Okay.  So the D-shaped sink in
18   paragraph 7 would be a D-shaped single bowl
19   sink.
20       A.  I know what you're asking me, and I --
21   I don't know if the second time that I went
22   there, if the one he pointed to was a double
23   shaped sink, but I know that that was the one
24   that he said was an Artisan sink.
25       Q.  During your second visit to the store,
```
TSG Reporting - Worldwide    877-702-9580

Page 65

```
1              Davies
2    when you spoke with Chris and you actually
3    ordered the countertop, at any time did you
4    investigate the sinks that were on display that
5    day?  Did you repeat your investigation from
6    your first visit, where you looked at each sink
7    and looked at the underside of each sink?
8        A.  No.
9        Q.  So that second visit, you've only
10   looked at the sink that Chris had pointed out to
11   and referred to as an Artisan sink.
12       A.  Yes.
13       Q.  And as you said earlier, you didn't
14   observe a fleur-de-lis logo, but you did observe
15   the padding on the bottom and the sides of that
16   sink.
17       A.  Yes.
18       Q.  But you don't recall whether that was
19   a single bowl or a double bowl sink.
20       A.  I don't.
21           MR. SCHROEDER:  Let's take a short,
22   two-minute break, and I may wrap it up.
23           (Recess from 1:19 to 1:21.)
24           MR. SCHROEDER:  Okay, that's all for
25   today.  No further questions.  Thank you
```
TSG Reporting - Worldwide    877-702-9580

Page 66

```
1                 Davies
2    for coming in today, and that's it for me.
3         MR. MALTBIE:  No questions.  You're
4    free.
5         (Time noted: 1:21 p.m.)
6
7
8
9
10
11        ------------------------
12            ALLISON DAVIES
13    Subscribed and sworn to before me
14    this    day of        2008.
15
16
17
18
19
20
21
22
23
24
25
```

TSG Reporting - Worldwide   877-702-9580

Page 67

```
1
2
3            C E R T I F I C A T E
4
5    STATE OF NEW YORK   )
6    COUNTY OF NEW YORK  ) Ss.:
7          I JEFFREY BENZ, a Certified Realtime
8    Reporter, Registered Merit Reporter and
9    Notary Public within and for the State of
10   New York, do hereby certify:
11         That ALLISON DAVIES, the witness whose
12   examination is hereinbefore set forth, was
13   duly sworn by me and that this transcript
14   of such examination is a true record of the
15   testimony given by such witness.
16         I further certify that I am not
17   related to any of the parties to this
18   action by blood or marriage; and that I am
19   in no way interested in the outcome of this
20   matter.
21         IN WITNESS WHEREOF, I have hereunto
22   set my hand this 13th of February, 2008.
23         ------------------------
24            JEFFREY BENZ, CRR, RMR
25
```

TSG Reporting - Worldwide   877-702-9580

Page 68

```
1
2    --------------------INDEX--------------------
3    WITNESS          EXAMINATION BY      PAGE
4    ALLISON DAVIES   MR. SCHROEDER          5
5    --------------------EXHIBITS--------------------
6    NUMBER   DESCRIPTION            PG LN
7    Exhibit 67  Subpoena             5  19
8    Exhibit 68  Copy of the Abacus report   12  24
9    Exhibit 69  Kitchen Trends article,   29  7
         Bates-stamped 106 and 107
10
     Exhibit 70  Collection of various    41  13
11       advertisements produced to
         Artisan, All Granite Bates-stamped
12       122, 123, 136, 137, 138, 139, 140,
         141, 144, 145, 147, 148, 149, and
13       150
14   Exhibit 71  Document with Artisan    61  2
         Bates-stamp 178
15
     Exhibit 72  Ms. Davies' declaration   62  5
16
17
18
19
20
21
22
23
24
25
```

TSG Reporting - Worldwide   877-702-9580

Page 69

```
1
2       ERRATA SHEET FOR THE TRANSCRIPT OF:
3    Case Name:      Artisan v. All Granite
4    Dep. Date:      February 6, 2008
5    Deponent:       Allison Davies
6
7    Pg. Ln.  Now Reads   Should Read    Reason
8    ___ ___  _____   _____    _____
9    ___ ___  _____   _____    _____
10   ___ ___  _____   _____    _____
11   ___ ___  _____   _____    _____
12   ___ ___  _____   _____    _____
13   ___ ___  _____   _____    _____
14   ___ ___  _____   _____    _____
15   ___ ___  _____   _____    _____
16   ___ ___  _____   _____    _____
17   ___ ___  _____   _____    _____
18   ___ ___  _____   _____    _____
19   ___ ___  _____   _____    _____
20        _____
              Signature of Deponent
21   SUBSCRIBED AND SWORN BEFORE ME
22   THIS ____ DAY OF _____, 2008
23
              _____
24
     (Notary Public)  MY COMMISSION EXPIRES: _____
25
```

TSG Reporting - Worldwide   877-702-9580

**A**

**Abacus (4)**
9:16 12:19,21 68:8
**Abacus's (1)**
12:9
**ability (1)**
6:25
**able (3)**
6:22 24:15 30:19
**accompanied (1)**
18:6
**accompany (1)**
15:14
**accompanying (1)**
17:23
**account (1)**
35:21
**action (1)**
67:18
**actual (4)**
20:16 33:6,10 37:9
**ad (34)**
15:4,5 17:19 24:8,23
25:6 28:15,16 30:23
33:6,15,25 36:10
40:15 43:5,11,12,14
43:24 44:16 45:4
47:15 48:18 49:18
50:21,23 51:9 53:18
53:23 54:10,20
55:20,24 56:14
**add (2)**
34:7,10
**added (3)**
40:15,17,22
**addition (2)**
38:9,13
**additional (3)**
7:18 18:10 36:20
**address (1)**
45:7
**addressed (1)**
62:12
**administer (1)**
4:13
**ads (1)**
16:14
**advertisements (4)**
41:6,13,23 68:11
**advisory (1)**
49:3
**affect (1)**
6:25
**afternoon (1)**
5:8
**AF-590-529 (3)**
23:3 59:7 60:8
**ago (2)**

8:15 9:21
**AGREED (3)**
4:2,6,10
**agreeing (1)**
51:8
**agrees (1)**
59:24
**ahead (3)**
12:17 20:9 28:22
**alias (1)**
36:13
**Alisa (1)**
13:10
**alleged (1)**
11:10
**Allison (9)**
1:12 2:9 5:2,11 15:5
66:12 67:11 68:4
69:5
**Amabile (20)**
36:12 37:17,22 38:8
39:6,12,14 44:16
45:4 46:6 49:18,22
49:24 53:14 55:24
56:4 60:4,13,16
63:17
**Amabile's (3)**
55:22 56:14 57:2
**amount (1)**
56:9
**Andrew (2)**
15:9 40:5
**and/or (1)**
34:14
**answer (11)**
6:14,16,22,25 9:24
14:20 17:25 25:25
26:2 34:6 48:8
**AO (6)**
15:3,4,8 17:19 24:24
25:6
**apology (1)**
41:15
**appear (1)**
19:22
**appears (2)**
20:10 62:9
**approximately (3)**
19:4,11,23
**area (6)**
19:2 20:23 21:3 51:9
51:15,17
**Arnold (4)**
2:10 3:10 10:9 13:10
**arrival (1)**
54:22
**art (4)**
7:22 8:11 12:11,11

**article (4)**
29:3,10,17 68:9
**Artisan (49)**
1:4 11:25 14:7 15:19
28:3,7,10,16,17
29:24 30:24 31:11
35:19,22 36:21 41:7
41:14,14 42:19 43:8
43:14,18 44:18 45:6
45:22 46:16 47:17
47:18 48:2,5,14,15
48:16 53:23 54:3,12
54:20 57:21 60:21
60:22 61:2,14,18
63:8 64:24 65:11
68:11,14 69:3
**Artisan's (3)**
12:10 13:19 15:23
**arts (2)**
7:14,24
**asked (4)**
33:6 43:5,12 53:18
**asking (4)**
14:21 26:5 64:2,20
**assume (2)**
15:5 62:5
**assuming (1)**
10:10
**attached (5)**
19:7 21:23 22:17 44:4
48:21
**attend (3)**
7:5,7,18
**attention (2)**
62:14,22
**attorneys (3)**
3:4,11 4:3
**authentic (4)**
9:7 10:23,25 16:6
**authority (1)**
34:21
**authorized (1)**
4:12
**Avenue (2)**
2:10 3:12
**aware (3)**
5:23 22:8 53:15
**a.m (1)**
2:6

**B**

**Bachelor (1)**
7:14
**back (27)**
13:25 17:22 19:25
20:4 22:11,16 27:23
29:21 31:3 32:12
33:4,22 34:24 35:7

40:12 42:25 45:8
47:9 49:15 50:20
51:15 58:11 59:6,8
61:2,9 63:24
**background (1)**
7:5
**backing (1)**
13:20
**bang (3)**
26:9,9,10
**banged (7)**
25:20 26:12,13,17,22
27:9,11
**banner (1)**
57:23
**BARON (1)**
3:3
**basin (8)**
47:12 58:20,24 59:10
59:14 60:5,12 63:17
**Bates (26)**
19:8,18 21:16 22:17
27:7,19 29:8 31:3
32:12 39:19 41:15
41:15 44:19 45:8
48:21 50:3 51:16
58:12,16,23 59:6,9
59:14,25 60:9,21
**Bates-stamp (2)**
60:22 68:14
**Bates-stamped (5)**
20:5 29:3 41:8 68:9
68:11
**bathrooms (1)**
20:3
**beach (2)**
39:5,24
**bearing (1)**
32:4
**beginning (1)**
55:14
**behalf (4) ·**
10:9 11:24 12:9 60:15
**believe (7)**
46:8 48:9,12 52:17
59:2,4 63:12
**believed (2)**
48:15,16
**Benz (4)**
1:22 2:12 67:7,24
**best (2)**
6:15 50:6
**better (2)**
28:4,13
**BFA (2)**
7:12,13
**bill (2)**
55:7 56:18

**blood (1)**
67:18
**blue (3)**
48:23,25 49:4
**boot (3)**
11:3,8,10
**boots (4)**
10:13,15,16,19
**bottom (8)**
17:13 26:10,17 29:23
30:17,20 48:2 65:15
**bowl (21)**
44:16,17,20 45:4,5,11
45:16,19,21 46:6,9
46:10,13,16 47:8,11
47:16,18 64:18
65:19,19
**box (1)**
11:19
**brand (1)**
43:13
**break (4)**
6:19,19 57:6 65:22
**bring (1)**
12:4
**Brooklyn (1)**
5:12
**brought (2)**
12:7,12
**Bucko (19)**
24:8,10,14,23 25:6,13
25:17 26:8 27:24
28:7,9,17 32:9
33:10,13 34:25
38:20 61:11 62:18
**building (3)**
20:22,24,25
**bullnose (3)**
38:11 40:2,4
**business (2)**
8:14 54:21

**C**

**C (3)**
3:2 67:3,3
**Cahan (2)**
13:10,12
**call (1)**
54:25
**called (7)**
5:3 10:17 16:19 54:21
55:20,24 56:18
**camera (2)**
21:25 22:3
**capable (1)**
61:17
**capacity (1)**
8:9

**carry (1)**
50:9
**Case (1)**
69:3
**cash (2)**
55:7 56:6
**certified (3)**
2:12 55:7 67:7
**certify (2)**
67:10,16
**characteristics (1)**
24:9
**charge (9)**
40:15,17,22,23,24
41:2 50:4,5,8
**check (1)**
55:7
**checked (1)**
11:19
**choose (1)**
43:12
**chosen (1)**
52:9
**Chris (39)**
38:18 40:14,16 41:20
42:11,18 43:6,7,11
43:18,24 44:17 45:5
45:24 46:15 47:16
47:17 48:18,22 49:9
49:10,10,15 50:15
50:23 51:8,24 52:12
53:19 54:2,13,17,19
54:20 55:6 63:5
64:15 65:2,10
**Chris's (1)**
48:12
**Chuck (1)**
16:5
**clear (3)**
27:6 32:11 64:7
**Clipper (2)**
25:19 40:16
**collection (3)**
41:6,13 68:10
**college (3)**
7:5,7,17
**color (4)**
38:10 39:5 52:11,13
**combination (1)**
35:24
**come (3)**
9:6 33:22 37:8
**coming (1)**
66:2
**commanded (1)**
11:20
**COMMISSION (1)**
69:24

**communications (1)**
36:21
**company (8)**
8:16,20 9:4 10:6
15:10,11 36:15
57:14
**complaints (2)**
53:10,14
**completed (1)**
52:6
**condition (4)**
33:25 35:9,11,15
**conduct (1)**
18:9
**conducted (1)**
6:9
**confidential (1)**
10:10
**confirm (4)**
54:4,7,22 55:25
**confirmed (9)**
43:18 44:17 45:5
46:15 47:15 49:18
53:23 54:19 63:7
**construction (2)**
16:23 38:11
**contact (1)**
13:21
**contacted (1)**
13:12
**contain (1)**
42:21
**contained (2)**
42:18 52:13
**containing (2)**
32:10 41:14
**contains (1)**
51:21
**context (1)**
6:8
**continue (1)**
32:6
**conversations (1)**
37:16
**copies (2)**
12:7,12
**copy (5)**
12:18,21 28:24 62:5
68:8
**copying (1)**
11:21
**corner (2)**
27:2,15
**Corporation (5)**
1:4,8 11:24,25 17:20
**correct (31)**
14:23 15:6,24 28:20
33:2,17 34:14,15

35:5,6 43:15 44:4,5
46:13,14 47:13,14
47:19,23 49:2,13
51:12,13 54:14
55:11 58:20 60:5
62:9,10 63:3,18
**cost (1)**
24:16
**counterfeit (9)**
9:7,9,20,22 10:3,11
11:10 14:4,7
**countertop (30)**
14:16 21:11 24:17
25:12,18 28:18
33:16 34:14 35:4
36:11 37:9,24 38:10
40:25 43:4 49:17,19
49:22,24 50:10,17
53:11 54:24 56:2,5
56:10,13,23 63:2
65:3
**countertops (1)**
21:8
**countertop/sink (1)**
34:16
**COUNTY (1)**
67:6
**couple (1)**
15:15
**coupon (9)**
25:19 28:19 40:16
42:7,10,11,13,17
43:3
**Court (2)**
1:2 4:15
**covering (1)**
31:15
**crew (1)**
55:21
**CRR (2)**
1:22 67:24
**current (1)**
58:8
**customers (4)**
23:25 24:5 58:5,9
**cut (1)**
40:24
**cutout (2)**
52:25 56:20

---
**D**
---

**D (22)**
44:16,17,20 45:4,5,11
45:16,19,21 46:9,10
46:13,16 47:8,11,16
47:18 59:10 63:7,9
63:10 64:9
**date (11)**
5:18 12:23 13:11 29:5

32:3 38:3 41:11
49:19 60:24 62:3
69:4
**Davies (79)**
1:12 2:9 5:1,2,11,19
6:1 7:1 8:1 9:1 10:1
11:1 12:1,12,24
13:1,18 14:1 15:1,6
16:1 17:1 18:1 19:1
20:1 21:1 22:1 23:1
24:1 25:1 26:1 27:1
28:1 29:1 30:1 31:1
32:1 33:1 34:1 35:1
36:1 37:1 38:1 39:1
40:1 41:1 42:1 43:1
44:1 45:1 46:1 47:1
48:1 49:1 50:1 51:1
52:1 53:1 54:1 55:1
56:1 57:1 58:1 59:1
60:1,25 61:1,25
62:1,4 63:1 64:1
65:1 66:1,12 67:11
68:4,15 69:5
**day (41)**
15:14,18,19,20 16:3,9
16:16,22 33:2 34:17
34:22 35:3,5,12
36:13 38:20,23
39:16 41:20 42:3,11
42:18 44:23 45:21
45:24 46:15 47:9
48:6,11 49:11,12
54:22 55:4,9,13
58:23 61:18 63:13
65:5 66:14 69:22
**days (1)**
49:17
**deal (1)**
9:13
**December (1)**
56:17
**declaration (4)**
61:9,25 62:5 68:15
**Defendant (2)**
1:9 3:11
**Defendant's (18)**
5:15,17,20 11:18
12:18,22 28:23 29:4
29:7 41:5,10,12
57:10 60:20,23
61:24 62:2,4
**definitely (1)**
59:19
**degree (2)**
7:9,23
**Dep (1)**
69:4
**depicted (1)**
46:20

**Deponent (2)**
69:5,20
**deposed (1)**
6:4
**deposit (8)**
50:24 51:5,8,11,11
55:10,13 56:22
**deposition (3)**
1:12 2:9 4:11
**describe (5)**
16:2 24:8 25:22 26:4
26:7
**describing (1)**
61:3
**DESCRIPTION (1)**
68:6
**design (4)**
11:7 16:20 42:15
45:14
**designation (1)**
23:3
**designs (2)**
21:12 42:22
**desk (1)**
48:19
**desks (2)**
23:10
**detail (3)**
9:3 13:8 26:7
**detailed (1)**
21:20
**detect (1)**
9:8
**determine (1)**
37:7
**determining (1)**
36:4
**difference (4)**
25:21 42:6,7 44:12
**differences (2)**
42:2,10
**dimensions (1)**
24:15
**direct (1)**
62:22
**disbelieve (1)**
48:12
**discuss (1)**
25:4
**discussed (1)**
54:11
**discussions (2)**
37:2,10
**display (37)**
19:5,20 21:8,9,13,20
24:24,25 25:11
26:16,25 30:9,13,16
30:20 32:3 33:2,24

35:9 43:11,25 44:3
44:12,17 45:5 46:4
46:16 47:8,16,18
48:6 58:22 61:18
63:6,7 64:14 65:4
**displays (5)**
23:8,11,12,14 25:7
**DISTRICT (2)**
1:2,3
**divided (1)**
19:3
**document (30)**
5:21 19:8 21:19 22:17
27:7,20 29:7 30:5
31:3 32:12 39:19
41:5 44:19 45:8
50:3 51:16 58:12,17
58:23 59:6,9,14,22
59:25 60:9,20,21,22
61:24 68:14
**documentation (1)**
40:18
**documents (8)**
11:21,22 12:3,4,9,11
12:13 48:21
**door (4)**
20:9,11,13,21
**doors (1)**
51:16
**double (13)**
27:25 46:6 58:20,24
59:2 61:12 62:15,19
63:21 64:11,13,22
65:19
**drawing (4)**
39:11,15,19 40:14
**driveway (2)**
56:14,15
**duly (2)**
5:3 67:13
**D-shape (1)**
64:14
**D-shaped (15)**
27:25 60:5,12 61:12
62:15,18 63:17,20
64:8,11,13,15,16,17
64:18

**E**

**E (4)**
3:2,2 67:3,3
**earlier (8)**
13:20 17:22 31:6 44:3
51:19 56:8 63:16
65:13
**edge (3)**
40:2,4 56:19
**educational (1)**
7:5

**effect (1)**
4:14
**eight (1)**
32:10
**either (2)**
57:19 58:6
**elaborate (3)**
40:21 50:25 52:23
**emblem (5)**
11:2,5,9,12,14
**employed (1)**
8:7
**employee (1)**
15:10
**entry (2)**
20:3,6
**ERRATA (1)**
69:2
**ESQ (2)**
3:7,14
**estimate (1)**
24:16
**evidence (1)**
14:17
**exact (5)**
42:13 43:20,21 53:21
54:8
**exactly (2)**
53:25 54:5
**examination (4)**
5:6 67:12,14 68:3
**examined (1)**
5:4
**example (3)**
10:8 26:8 46:19
**examples (1)**
32:10
**exchanged (1)**
14:22
**Exhibit (10)**
5:15 41:5 57:11 62:4
68:7,8,9,10,14,15
**EXHIBITS (1)**
68:5
**existing (1)**
55:25
**expect (1)**
6:14
**EXPIRES (1)**
69:24
**explain (5)**
16:2,22 17:3 25:24
34:3
**expressed (1)**
54:10
**extra (2)**
28:24 56:4

**F**

**F (1)**
67:3
**facilities (3)**
15:23 18:17 57:17
**facility (2)**
18:14,21
**familiar (2)**
5:20 12:24
**far (1)**
46:12
**faxed (1)**
39:16
**February (4)**
1:15 2:5 67:22 69:4
**feel (1)**
63:24
**feet (3)**
19:4,12,23
**fellow (1)**
49:6
**filing (1)**
4:4
**final (5)**
36:8 37:23 55:17 56:2
56:18
**finalize (4)**
48:19 51:6 55:20
56:18
**fine (6)**
7:14,24 12:15 14:12
30:12 36:17
**finish (2)**
35:17,22
**first (7)**
8:12 13:25 18:13,25
19:25 23:7 34:12
36:18 39:7,12 40:13
43:2 44:7,9,10 45:2
49:11,12,12 50:24
58:2 61:10,11 64:5
65:6
**fist (3)**
26:11,15,19
**five (5)**
8:10 23:19 51:25
52:16,20
**five-minute (1)**
57:6
**fleur-de-lis (11)**
31:13,16 32:4 35:23
35:25 42:22 46:20
46:24 47:22 58:3
65:14
**flier (4)**
41:19 42:3,6 57:23
**fliers (3)**
41:19 42:4,12

**flip (1)**
20:4
**following (7)**
5:15 7:17 11:21 18:8
33:23 43:5 61:24
**follows (1)**
5:5
**force (1)**
4:13
**form (21)**
4:7 9:23 13:16 14:10
14:19 15:17 18:3,18
18:22 25:23 34:5
35:13 42:5 46:18
48:7 52:4,7,24
53:12 61:21 63:23
**forth (1)**
67:12
**four (3)**
8:15 9:16 32:10
**fourth (1)**
18:24
**free (6)**
14:15 25:17 28:19
43:3 63:24 66:4
**Frenchtown (2)**
54:23 55:23
**front (5)**
19:3,11,15,22 23:12
**full (3)**
5:9 21:5 61:10
**further (9)**
4:6,10 34:2,3,7,10
35:10 65:25 67:16

**G**

**gauge (3)**
25:20 36:3,5
**give (4)**
9:2 10:8 16:15 36:14
**given (1)**
67:15
**GLENN (1)**
3:7
**go (11)**
6:12 12:17 23:14
28:22 31:3 33:4
34:24 47:9 49:15
50:20 58:11
**going (3)**
5:14 37:7,8
**golden (2)**
39:5,24
**Good (1)**
5:8
**goods (3)**
9:11,14,18
**granite (38)**

**flip**
1:7 11:24 15:20 17:20
18:14,16,20 19:5,19
20:17,19 21:4,11
22:8 23:7 34:13
36:10 38:11,17 39:5
41:7,15 50:22 51:4
51:21 52:3,9,13
53:3,11 54:5 55:20
55:22 56:12,17 58:9
68:11 69:3
**Granite's (3)**
50:9 57:14,17
**guess (2)**
37:7 51:5

**H**

**half (2)**
40:2,4
**halfway (1)**
11:18
**hand (1)**
67:22
**handwriting (2)**
39:23 40:3
**happen (2)**
6:12 24:4
**heard (1)**
57:2
**held (1)**
2:9
**hereinbefore (1)**
67:12
**hereunto (1)**
67:21
**hidden (2)**
22:4,6
**hit (1)**
26:10
**HOFFMANN (1)**
3:3
**hole (1)**
40:24
**hooded (1)**
48:23
**house (6)**
16:20 34:19 46:7,13
55:22 57:3
**husband (1)**
15:15

**I**

**identical (1)**
11:14
**identification (6)**
5:18 12:22 29:5 41:11
60:24 62:2
**identify (2)**
35:19,22

**imperfections (1)**
33:8
**inauthentic (2)**
10:4,5
**included (2)**
14:15 50:9
**includes (1)**
57:15
**including (1)**
11:25
**INDEX (1)**
68:2
**information (1)**
16:7
**initial (2)**
13:21,22
**initials (1)**
15:3
**initiated (1)**
13:10
**inside (2)**
20:25 26:13
**inspect (3)**
33:16,19 35:2
**inspection (1)**
11:20
**install (1)**
24:17
**installation (5)**
25:5,18 40:15 43:3
52:10
**installed (13)**
28:18 33:7 43:19
46:13 49:17 50:23
52:3 53:24 54:12,20
56:24 64:3,16
**installing (1)**
25:11
**installs (1)**
33:15
**instructing (1)**
38:9
**instructions (2)**
12:2 37:23
**interested (1)**
67:19
**interior (1)**
51:20
**investigate (3)**
8:25 10:15 65:4
**investigated (1)**
10:11
**investigating (2)**
9:17 35:12
**investigation (8)**
6:9 8:14 13:9,15
18:10 37:4 62:13
65:5

**investigations (3)**
9:5,14 11:23
**investigator (3)**
33:6,25 36:10
**investigators (1)**
25:20
**invoices (1)**
12:2
**involve (3)**
8:22,23 37:3
**involving (1)**
9:10
**issue (1)**
35:11

**J**

**Jeffrey (4)**
1:22 2:12 67:7,24
**Jericho (1)**
3:5
**Jersey (2)**
17:21 55:24
**job (4)**
1:23 50:17 53:4,5
**Joe (4)**
16:5 36:11,25 64:16
**John (2)**
3:14 12:7
**jump (1)**
59:8

**K**

**keep (2)**
20:16,17
**kind (4)**
16:7,11 21:25 43:6
**kitchen (5)**
16:13,19 25:11 28:16
29:3,9 43:4 56:13
68:9
**know (27)**
6:15,16 10:22 17:25
23:20 37:25 40:6,7
45:20 46:4,7,12
48:8 49:8,11 50:8
53:6,7,13,16 54:4
56:8 60:10 63:12
64:20,21,23
**knowledge (2)**
6:15 50:6

**L**

**leads (1)**
51:17
**leave (7)**
50:23 51:4,8,10,11
55:10,12
**left (9)**

20:2 21:11 25:7,8,14
27:13,18 55:13
56:13
**lesser (1)**
10:6
**let's (16)**
12:17,17 13:7 15:2
17:17 18:24 19:7
23:6 31:3 32:6,11
36:7 39:9 44:19
45:7 65:21
**life (1)**
16:13
**likewise (1)**
22:25
**line (3)**
10:16,18 23:9
**LLP (2)**
3:3,10
**Ln (2)**
68:6 69:7
**logo (14)**
30:24 31:11,13,16,19
32:4 35:23,25 46:20
46:24 47:22 58:3
61:14 65:14
**long (6)**
6:20 23:17 24:4,10
28:19 51:23
**look (18)**
11:17 15:2 17:17
18:24 19:8 22:18
27:7 29:15 30:12
33:7 35:23 39:18
45:3 46:19,22 47:2
58:12 63:24
**looked (2)**
56:7 65:6,7,10
**looking (6)**
23:21 24:2 35:16,17
41:18 44:22
**looks (3)**
21:8 22:18 24:9
**lower (6)**
19:14 22:25 39:23
59:7,13,21
**L-shaped (1)**
21:10

**M**

**magazine (2)**
28:16,17
**magazines (4)**
16:13,14,19,20
**main (1)**
25:2
**Maltbie (29)**
3:14 9:23,25 12:8,19
13:16 14:10,19

15:17 18:3,18,22
25:23 26:2 28:25
34:5,9 35:13 42:5
46:18 48:7 52:4,7
52:24 53:12 61:21
63:23 64:2 66:3
**manufacturing (3)**
1:4 11:25 35:25
**marble (5)**
1:7 11:24 17:20 19:4
19:19
**mark (6)**
5:14 12:18 28:23 41:4
60:19 61:23
**marked (11)**
5:17,20 12:21 22:17
29:4,6 32:12 41:10
53:5 60:23 61:25
**market (2)**
28:5,13
**marriage (1)**
67:18
**master (1)**
7:24
**material (2)**
16:11,15
**materials (2)**
16:7 23:8
**matter (3)**
34:2 35:10 67:20
**mean (9)**
9:21 12:6 18:6 31:12
33:9 34:3 36:2
57:10 58:24
**means (2)**
25:24 40:6
**measured (2)**
40:14 49:16
**measurements (3)**
54:23 55:8 56:2
**medications (1)**
6:24
**meet (2)**
16:5 37:13
**meeting (1)**
13:18
**mentioned (2)**
28:6 43:8
**Merit (2)**
2:13 67:8
**met (2)**
38:17 60:25
**metal (1)**
26:11
**MFA (1)**
7:25
**mind (1)**
48:5

**mine (1)**
39:25
**minus (1)**
56:22
**minute (2)**
9:21 58:11
**minutes (5)**
23:19 24:12,13,19
51:25
**money (1)**
14:22
**move (4)**
25:8,13 36:7 53:2
**moved (1)**
25:6
**Murray (1)**
36:12
**museum (1)**
8:11

**N**

**N (1)**
3:2
**name (5)**
5:9 15:12 36:12,14
69:3
**named (1)**
38:17
**necessary (1)**
63:25
**need (1)**
6:19
**needed (1)**
34:18
**New (15)**
1:3,14,14 2:10,11,14
3:6,13,13 5:12
17:21 55:23 67:5,6
67:10
**Newark (1)**
15:24
**nice (1)**
53:9
**Notary (4)**
2:13 5:4 67:9 69:24
**note (2)**
40:13,14
**noted (1)**
66:5
**notes (1)**
12:2
**notice (2)**
11:18 24:4
**November (20)**
13:15,19 15:22 17:19
17:24 18:13 36:9,19
36:20 38:3 44:7,8
44:11 47:10 49:18

54:22 55:19,21,24
61:2
**number (8)**
22:13,19 28:2 30:25
41:15 61:13 62:19
68:6
**Numbers (2)**
29:8 41:16
**NYU (1)**
7:8

---

**O**

**oath (1)**
4:13
**Oberfeldt (6)**
15:9,23 17:23 18:9
57:15,16
**object (3)**
13:16 26:3,11
**Objection (19)**
9:23 14:10,19 15:17
18:3,18,22 25:23
34:5 35:13 42:5
46:18 48:7 52:4,7
52:24 53:12 61:21
63:23
**objections (1)**
4:7
**objects (1)**
11:21
**observe (9)**
23:25 30:8 31:9 32:3
47:22,25 57:20
65:14,14
**observed (6)**
29:23 30:24 31:11
32:25 47:21 58:2
**observing (1)**
61:14
**obviously (1)**
32:20
**occasions (1)**
57:19
**offered (2)**
28:9 34:25
**offering (1)**
14:15
**offhand (1)**
56:8
**office (1)**
9:6
**officer (1)**
4:12
**offices (1)**
2:10
**Oh (2)**
49:2 53:2
**okay (69)**

7:15,17 10:18 11:4,9
13:7,25 15:2 16:21
17:16 18:9,24 19:10
21:22 24:7,13 25:16
27:18,23 29:21
30:23 32:6 33:4
34:12,24 36:7,15
38:7,16 39:9,14,22
40:2,11,21 42:16
43:4,10,23 44:15,24
45:3,16,23 47:2
48:18 50:8,20 51:7
52:18 53:4,8,17,18
54:9 55:16,17 56:12
58:14,18 60:3,11
61:22 62:8,20 63:5
63:15 64:17 65:24
**old (1)**
50:10
**Once (1)**
6:7
**oOo (1)**
4:17
**opinion (1)**
30:15
**order (11)**
33:14 34:16,18,20,22
35:19 36:11 37:9
38:9 48:19 51:6
**ordered (9)**
38:14 39:17 54:8 60:4
60:13,15 63:17 64:4
65:3
**ordering (3)**
34:13 35:4 37:23
**outcome (1)**
67:19
**outside (3)**
11:3,8 20:22
**owner (1)**
15:11
**O-B-E-R-F-E-L-D-... (**
15:13

---

**P**

**P (2)**
3:2,2
**package (2)**
41:18,23
**padding (10)**
17:7 29:23 30:8,16
36:2 47:3,5,7,25
65:15
**page (26)**
18:25 19:9,17,25
21:10 22:11 23:6
27:23 28:25 29:16
29:17,21 32:8,17
33:4 36:9 39:9

40:12 42:8,25 55:17
56:7 58:16 61:10
62:9 68:3
**paid (3)**
50:5 56:4,9
**pair (2)**
10:23,25
**paper (14)**
22:12,19,22 23:2
30:24 31:5,6,10,15
31:19,23 52:21,25
61:15
**paragraph (29)**
13:14,18 14:2 15:3
17:18 18:25 21:10
29:22 32:8,17 33:5
34:25 35:8 36:8,9
40:13 43:2 50:21
55:17 61:10,13
62:14,23 63:10,11
63:20 64:9,10,18
**Park (3)**
2:10 3:12 18:17
**part (3)**
12:10 17:8 19:14
**particular (8)**
10:16 14:2 16:23 19:7
28:10 48:13 52:2
54:16
**parties (2)**
4:4 67:17
**pay (3)**
49:21,23,24
**Pennsylvania (1)**
18:21
**percent (3)**
50:24 51:5 55:6
**period (3)**
36:24 37:14,17
**permit (1)**
11:20
**person (1)**
37:13
**personally (1)**
13:5
**personnel (3)**
13:19 36:21 61:2
**pertaining (1)**
11:23
**Peter (7)**
24:8 48:24,24 49:2,4
49:7 54:14
**Pg (2)**
68:6 69:7
**phone (2)**
37:11 54:25
**photo (2)**
20:5 21:15

**photograph (22)**
19:10,14 20:10 21:7
21:19 22:16,18,25
27:5,6,14 30:5 31:4
31:7 45:9 48:23
58:13,25 59:7,13,13
59:21
**photographs (10)**
20:5 21:20,22 22:9
44:3,6 46:2,5 48:21
49:3
**pick (6)**
23:8,15,23 24:5 31:18
53:8
**picked (2)**
39:7 53:11
**picking (1)**
61:17
**picture (3)**
26:25 45:15 46:3
**pictures (1)**
19:6
**piece (8)**
21:5 22:12,22 31:15
31:18,23 50:22 51:3
**pieces (1)**
53:3
**place (10)**
13:15,21 16:3 34:18
34:19,21 36:11
37:11 54:25 55:2
**placed (2)**
33:14
**Plainfield (1)**
17:21
**Plaintiff (2)**
1:5 3:4
**please (5)**
5:8 6:16,17 29:15
63:24
**plus (3)**
56:4,19,20
**point (16)**
12:17 25:8 26:8 27:4
28:6 29:25 40:22
43:7,18 45:12,17
51:12 52:23 54:2,17
57:6
**pointed (6)**
27:25 45:24 48:14
62:18 64:22 65:10
**pointing (1)**
45:21
**policy (1)**
36:15
**Porter (4)**
2:10 3:10 10:9 13:11
**portion (5)**
14:13 22:19 29:17

31:6,10
**possible (2)**
27:5 51:2
**prepared (3)**
13:3 34:19 57:10
**preschool (1)**
8:10
**present (1)**
15:15
**presented (4)**
41:20 42:3,11,18
**previous (1)**
43:13
**price (4)**
22:13 28:2 30:25
62:20
**pricing (1)**
25:4
**print (1)**
24:15
**printed (1)**
30:25
**prior (2)**
38:2 58:9
**pristine (2)**
33:25 35:9
**private (2)**
8:13,14
**Probably (1)**
24:12
**proceed (3)**
37:5,8,23
**process (3)**
23:17 24:19 52:6
**produce (1)**
11:20
**produced (5)**
12:9,14 41:7,14 68:11
**product (7)**
9:7,8 10:5,5,11,14
16:14
**production (1)**
12:10
**products (2)**
8:24 9:9
**progress (1)**
53:5
**promise (1)**
50:9
**promotion (1)**
14:15
**Protocol (1)**
23:7
**provide (2)**
37:22 39:14
**provided (7)**
24:14 25:17,19 28:16
28:19 32:9 38:10

**Public (4)**
2:13 5:4 67:9 69:24
**purchase (4)**
14:16 24:16 40:23
41:2
**purchased (1)**
63:2
**purpose (3)**
17:23 18:4,5
**purse (1)**
22:7
**pursuant (1)**
2:11
**push (2)**
34:2 35:10
**p.m (1)**
66:5

_____
**Q**
**quality (1)**
10:6
**question (13)**
4:8 6:17 11:4 13:20
14:9 15:21 17:22
25:25 26:3 31:22
45:2 48:10 64:6
**questions (6)**
6:13,14,22,25 65:25
66:3
**Quickly (1)**
7:4

_____
**R**
**R (4)**
3:2,7 45:14 67:3
**rational (2)**
34:2 35:10
**reached (1)**
26:16
**read (2)**
16:6 69:7
**Reads (1)**
69:7
**ready (1)**
55:7
**real (2)**
9:6 36:14
**really (1)**
35:2
**Realtime (2)**
2:12 67:7
**rear (2)**
21:11 43:11
**reason (4)**
6:21 34:2 35:10 69:7
**recall (41)**
13:11,21 14:6,11
16:12,18 17:4 20:11

24:11 25:9,14 26:21
27:12 28:7 29:9,14
29:15,16,19 37:18
37:19 38:22,23
39:15 41:24 42:2,13
42:17,22 43:20
45:23 53:25 58:22
59:3,5,5,12,18,19
63:22 65:18
**receive (3)**
7:9,23 8:19
**Recess (2)**
57:7 65:23
**recognize (2)**
41:19 42:10
**record (3)**
5:10 12:8 67:14
**red (2)**
20:10 51:16
**refer (17)**
19:6,11 22:16 27:23
32:12 39:11 42:25
44:21 45:8,11 48:20
51:15 61:9 62:13,14
63:9,10
**reference (5)**
14:3 20:6 40:5 42:19
50:3
**referred (9)**
12:20 14:6 29:10
32:16 45:17 61:12
64:8,10 65:11
**referring (8)**
13:25 19:19 21:9
22:23 23:11 30:2
39:20 59:6
**refers (7)**
11:19 13:14,18 14:14
15:3,5 63:20
**Registered (2)**
2:13 67:8
**related (2)**
12:3 67:17
**remember (2)**
25:15 42:15
**removal (7)**
49:20,25 50:4 54:24
56:5,9,20
**remove (2)**
50:16 52:20
**removed (2)**
49:22 56:12
**rep (1)**
54:12
**repeat (2)**
45:2 65:5
**rephrase (9)**
6:18 8:13 15:21 31:21
35:16 42:9 48:9

61:16 64:6
**report (43)**
12:19,21,25 13:7,9
17:18 18:11 19:7
21:23 23:6 25:16
27:24 28:15 29:11
29:13,21 32:7 33:5
33:13,24 39:10
40:13 42:25 43:10
43:17,24 44:4,15,21
45:12,17 47:15
49:15 50:20 52:19
52:19 55:18 57:9
58:11 62:13 63:13
63:25 68:8
**Reported (1)**
1:21
**Reporter (4)**
2:12,13 67:8,8
**representation (2)**
14:8 46:17 48:13
**representative (5)**
9:4 23:9 38:17 48:2
55:19
**represented (1)**
18:10
**request (1)**
55:12
**requested (6)**
39:6 44:16 45:4 47:11
50:22 51:3
**reserved (1)**
4:8
**residence (1)**
5:9
**respect (2)**
10:15 62:12
**respective (1)**
4:4
**restate (2)**
6:18 13:17
**result (1)**
34:13
**results (1)**
12:2
**retail (1)**
19:2
**return (3)**
33:15,19 35:2
**returned (2)**
44:11 48:19
**review (1)**
7:4
**Ridgefield (1)**
18:17
**right (3)**
23:10 27:3 54:4
**right-hand (1)**

39:24
**ripped (1)**
55:25
**RMR (2)**
1:22 67:24
**Road (1)**
55:23
**room (12)**
19:3,11,15,22 20:3,7
23:12 25:2,7,8,14
44:13
**rooms (1)**
19:3

_____
**S**
**S (1)**
3:2
**sales (1)**
54:11
**sample (5)**
23:15,20,23 24:5 39:6
**samples (2)**
20:16 24:2
**saw (6)**
14:22 23:12 30:4
33:25 35:9 44:3
**saying (1)**
26:3
**says (17)**
11:22 22:12 30:23
33:5,24 39:24 43:24
47:15 50:23 51:7
52:19,19 53:18 56:7
63:5 64:9,10
**School (1)**
7:22
**schooling (1)**
7:18
**SCHROEDER (18)**
3:7 5:7,14 12:15
28:22 29:2 41:4
57:5,8 60:19 61:23
65:21,24 68:4
**sealing (1)**
4:5
**second (24)**
11:19 14:2 15:2 20:3
20:6,23 21:3 27:11
29:16,17,22 38:16
44:8,13 45:25 47:10
47:12 48:11 50:21
55:15 62:25 64:21
64:25 65:9
**section (6)**
23:2 51:20,20,24 52:8
52:12
**secured (1)**
31:23

**security (1)**
8:13
**see (31)**
14:3 20:9 21:7 22:14
22:18 23:2 30:19
31:6,19 32:14,22
33:6,10 40:18,20
41:23 46:3,20,25
47:3 48:22 50:22
51:3,16 53:19 54:5
54:6 56:15,23 58:2
62:16
**seen (2)**
61:6 62:6
**select (2)**
52:2,5
**selected (2)**
24:15 52:11
**sense (1)**
35:3
**sentence (11)**
14:3,14 22:11 23:7
24:7 26:5 34:4 35:7
39:12 62:23 63:5
**serial (5)**
22:13 28:2 30:25
61:13 62:19
**series (1)**
6:13
**session (1)**
16:4
**set (2)**
67:12,22
**shaped (1)**
64:23
**sheet (11)**
32:9,16 44:22 58:17
58:19 59:8,25 60:8
61:6,19 69:2
**sheets (1)**
61:3
**shirt (1)**
49:7
**short (1)**
65:21
**shortly (1)**
38:2
**short-sleeve (1)**
49:7
**show (6)**
9:6 16:11 25:21 53:19
54:6 61:3
**showed (3)**
16:9 17:5,7
**showing (2)**
29:6 58:17
**shown (12)**
21:15,19,23 27:19

Page 7

42:11 45:25 58:23
59:9,12 60:8 61:19
64:4
**showroom (6)**
30:9,21 32:2 57:20,21
58:3
**showrooms (2)**
57:15 58:6
**side (2)**
29:23 39:24
**sides (4)**
17:11,14 26:10 65:15
**sign (2)**
57:22,23
**signature (2)**
62:8 69:20
**signed (2)**
4:11,14
**similar (4)**
41:22,25 42:14,14
**simply (1)**
35:23
**single (13)**
46:8,9,10,12 47:12
59:10,14,20 60:5,12
63:17 64:18 65:19
**sink (138)**
14:15 16:6,8,19 17:5
17:8,10,14 22:12
25:7,17 26:14,14
27:8,11,12,15,16,18
27:19,25 28:3,10,10
28:18 29:24,25
30:20 31:2,24 32:23
32:25 33:6,11,16,20
33:24 34:13 35:2,4
35:8,11,20,22 36:5
36:11 37:9,24 38:14
39:17 40:15,23 41:2
43:3,6,13,18,25
44:2,18,25 45:6,13
45:14,22,23 46:7,9
46:10,12,16,19,22
47:2,8,11,12,17,17
47:18,18,21 48:3,6
48:13,14,15,16
53:24 54:3,6,7,8,12
56:20 57:25 58:13
58:20,20,22,24 59:2
59:9,10,12,14 60:4
60:5,7,8,13 61:12
61:18 62:15,19 63:6
63:7,8,9,10,18,21
64:8,9,11,12,13,16
64:17,19,23,24 65:6
65:7,10,11,16,19
**sinks (32)**
14:7,8,14,18,22 16:9
16:23 21:12 25:5,10

25:21 26:9,21,24
27:8 28:5,13 30:9
30:13,15 32:3,10,19
32:20 35:18 43:14
44:12,20 53:19
58:18 61:4 65:4
**site (1)**
50:17
**sitting (3)**
23:10 44:24 49:6
**six (1)**
52:16
**slab (2)**
52:3,21
**slabs (9)**
20:18,19 21:4,5 51:21
52:13,15,20,20
**small (1)**
20:2
**sold (3)**
14:14,18,22
**someplace (1)**
22:4
**soon (1)**
49:16
**sound (1)**
25:21
**South (1)**
17:20
**SOUTHERN (1)**
1:3
**speak (4)**
23:9 24:10 36:23 58:5
**spec (8)**
58:17,19 59:8,24 60:8
61:3,6,19
**special (2)**
8:19 17:7
**specific (4)**
8:24 9:2 37:6 42:7
**specifically (2)**
27:25 43:12
**spell (1)**
15:12
**spend (1)**
51:23
**spoke (3)**
24:8 61:11 65:2
**spoken (1)**
58:8
**square (3)**
19:4,12,23
**Ss (1)**
67:5
**stainless (1)**
16:24
**stamp (2)**
19:18 21:16

**stamped (2)**
19:8,18
**start (3)**
6:2 8:12 10:24
**state (10)**
2:14 5:9 19:2 24:23
27:24 29:22 41:12
43:2 67:5,9
**stated (4)**
25:17 28:12 33:14
43:3
**statement (4)**
30:23 33:23 45:3 51:7
**statements (1)**
62:11
**states (12)**
1:2 13:9 17:18 23:7
24:7 25:16 28:15
32:8 36:9 43:10,17
44:15
**steel (3)**
14:14 16:25 17:6
**STIPULATED (3)**
4:2,6,10
**stock (2)**
32:11,20
**stone (1)**
40:9
**store (10)**
24:2 33:16,19 35:2
38:20 51:9,15,17
55:13 64:25
**stored (2)**
52:9 53:20
**straight (1)**
20:9
**Street (1)**
5:11
**strictly (1)**
17:9
**style (1)**
16:13
**subject (1)**
5:24
**subpoena (4)**
5:15,17,24 68:7
**Subscribed (2)**
66:13 69:21
**subsequent (1)**
36:19
**suggest (1)**
25:13
**Supboena (1)**
2:11
**supplied (2)**
39:11 40:16
**supposed (2)**
10:7 50:11

**sure (1)**
30:7
**Susan (1)**
36:12
**sweatshirt (1)**
48:23
**sworn (6)**
4:12,14 5:3 66:13
67:13 69:21
**Syosset (1)**
3:6

---
**T**

**T (2)**
67:3,3
**table (2)**
19:5,20
**take (22)**
6:19 11:17 12:24 15:2
16:15 17:17 18:24
22:2 23:17 27:7
29:15 33:9 35:21
37:11 39:18 50:17
52:12 54:25 55:2
57:5 58:12 65:21
**taken (3)**
44:6,9 49:3
**takes (1)**
20:22
**talk (1)**
61:14
**talking (1)**
64:15
**tannish (1)**
49:7
**taped (3)**
31:21,25 52:21
**taxes (1)**
56:21
**teach (1)**
9:8
**teacher (1)**
8:10
**tell (5)**
6:17 10:2 27:14 44:25
50:12
**tells (1)**
47:17
**template (7)**
33:15 49:16,19 52:21
53:2 54:23 56:3
**templating (1)**
55:21
**term (1)**
9:21
**testified (1)**
5:5
**testimony (1)**

67:15
**thank (34)**
5:13 6:11 7:3 11:16
12:15 13:24 14:12
14:25 16:21 17:16
23:5 24:22 27:22
29:20 38:7 39:4,18
40:11 41:3 42:16,24
43:23 48:17 49:14
50:19 53:17 54:9
55:16 60:3,11,18
61:22 63:15 65:25
**things (1)**
12:7
**think (3)**
12:12 18:5 27:17
**third (6)**
17:17 32:8 33:5 34:24
35:8 39:9
**thorough (1)**
30:10
**three (1)**
49:17
**tile (6)**
19:5,19 20:16 24:14
24:24,25
**Timberland (6)**
10:13,15,19 11:6,7,7
**time (15)**
4:9 8:17 24:2 36:24
37:14,17 38:8 54:22
55:8,14,15,20 64:21
65:3 66:5
**times (1)**
6:6
**Tinsmans (1)**
55:23
**today (9)**
5:23 6:13,22 12:5
18:11 44:24 61:17
65:25 66:2
**told (10)**
17:5 25:20 38:13
43:14 45:13 50:14
51:10 54:13,17,20
**top (5)**
21:15 22:18 27:19
52:21 59:9
**total (4)**
24:12 55:7 56:5,18
**tougher (2)**
28:4,12
**trademark (8)**
9:11 10:19,21,23,25
11:2,4,8
**trademarked (2)**
9:14,18
**trained (1)**
8:24

**training (4)**
8:19,22 16:4 18:7
**transcript (2)**
67:13 69:2
**Trends (5)**
16:20 28:17 29:3,10
68:9
**trial (1)**
4:9
**true (1)**
67:14
**truthfully (2)**
6:14,22
**try (1)**
6:18
**turn (8)**
19:9,17 21:18 23:6
39:9 40:12 44:19
58:16
**turning (1)**
19:25
**Turnpike (1)**
3:5
**two (10)**
13:22 16:19,20 19:3
25:21 26:9,21,24
27:8 39:16
**two-minute (1)**
65:22
**two-page (1)**
29:7
**type (3)**
10:14 30:16 38:13
**types (2)**
9:13 14:8
**T-I-N-S-M-A-N-S (1)**
55:23

**U**

**Uh-huh (2)**
59:17 62:21
**uncover (1)**
14:17
**underside (5)**
17:6,9,12 26:14 65:7
**understand (5)**
6:2,17 9:24,25 14:20
**understanding (1)**
10:2
**UNITED (1)**
1:2
**University (1)**
7:21
**upper (7)**
19:10 20:5 27:8 30:5
31:4 45:9 58:25
**usage (1)**
57:20

**use (3)**
10:19 21:25 36:13

**V**

**v (1)**
69:3
**various (8)**
16:13 21:12 41:6,13
51:21 58:18 61:3
68:10
**verify (1)**
46:17
**video (1)**
22:3
**view (1)**
16:5
**viewed (1)**
43:25
**visit (30)**
13:22 17:24 18:14
32:2 34:12 36:18,19
38:16 39:7 43:14
44:7,8,9,10 45:25
47:10,12 48:11 49:4
49:12 54:13 57:14
57:17 58:2 61:11
62:25 64:5,25 65:6
65:9
**visited (4)**
15:23 17:19 18:16,20
**visits (1)**
58:6

**W**

**wait (1)**
23:9
**waived (1)**
4:5
**walk (1)**
13:7
**walked (1)**
63:6
**walking (1)**
20:21
**wall (3)**
20:2 21:11 23:10
**want (1)**
46:6
**wanted (6)**
37:4 38:14 46:10 54:6
54:7 64:16
**warehouse (7)**
20:14,15 51:9,15,17
51:24 53:20
**wasn't (1)**
44:22
**way (3)**
36:4 45:7 67:19

**ways (1)**
9:8
**Wednesday (1)**
1:15
**week (5)**
13:22 38:5,6,7,23
**weekday (2)**
39:2,3
**went (8)**
7:21 15:19,20 16:4
18:7 36:10 55:22
64:21
**weren't (3)**
34:19 35:4 53:20
**we'll (2)**
10:24 33:22
**we're (3)**
39:19 50:21 64:6
**we've (2)**
12:8 62:11
**WHEREOF (1)**
67:21
**white (5)**
22:19 23:2 31:6,9,15
**WHP (1)**
1:6
**wife (1)**
15:15
**witness (6)**
5:3 34:11 67:11,15,21
68:3
**word (5)**
9:20 10:5 14:3 28:7
57:20
**words (3)**
43:20,21 53:21
**work (3)**
9:5,10 10:9
**worked (2)**
8:11,20
**working (2)**
8:12 9:17
**wouldn't (2)**
6:21 54:6
**wrap (1)**
65:22
**write (2)**
40:8,9
**written (1)**
22:13
**wrote (1)**
63:13

**X**

**x (1)**
1:9
**Xs (1)**
32:19

**Y**

**Yale (2)**
7:21,21
**yard (1)**
20:11
**Yeah (2)**
20:20 36:16
**year (2)**
7:15 8:2
**years (3)**
8:11,15 9:16
**York (13)**
1:3,14,14 2:11,11,14
3:6,13,13 5:12 67:5
67:6,10

**$**

**$1,600 (1)**
56:4
**$140 (1)**
23:3
**$250 (3)**
22:20 28:2 62:20
**$350 (1)**
50:4

**0**

**022 (1)**
12:11
**040 (1)**
12:11
**07-CV-11278 (1)**
1:5

**1**

**1 (2)**
21:10 22:11
**1:07 (1)**
57:7
**1:19 (1)**
65:23
**1:21 (2)**
65:23 66:5
**10022-4690 (1)**
3:13
**106 (4)**
29:2,4,8 68:9
**107 (4)**
29:2,4,8 68:9
**11:58 (1)**
2:6
**11220 (1)**
5:12
**11791-4407 (1)**
3:6
**12 (1)**
68:8
**12:58 (1)**

**57:7**
**122 (3)**
41:8,16 68:12
**123 (3)**
41:8,16 68:12
**13 (1)**
68:10
**13th (1)**
67:22
**134 (1)**
55:22
**136 (3)**
41:8,16 68:12
**137 (3)**
41:8,16 68:12
**138 (3)**
41:8,16 68:12
**139 (3)**
41:8,16 68:12
**140 (3)**
41:9,16 68:12
**141 (3)**
41:9,16 68:12
**144 (3)**
41:9,17 68:12
**145 (3)**
41:9,17 68:12
**147 (3)**
41:9,17 68:12
**148 (3)**
41:9,17 68:12
**149 (3)**
41:9,17 68:12
**150 (4)**
41:9,17 56:19 68:13
**15219 (1)**
1:23
**16-gauge (3)**
16:24 17:6 28:3
**161 (2)**
10:17,18
**178 (3)**
60:21,22 68:14
**18-gauge (1)**
16:24
**1850 (2)**
56:6,22
**19 (1)**
68:7
**1990 (2)**
7:16 8:6
**1999 (3)**
8:3,4,6

**2**

**2 (13)**
13:15,19 15:22 23:6
27:23 29:21 32:8,17

| | | | | | |
|---|---|---|---|---|---|
| 33:4 36:9 61:2,10 68:14 | **3917R (1)** 40:9 | **8** | | | |
| **20 (3)** 24:12,13,19 | **399 (2)** 2:10 3:12 | **8455R (9)** 22:20 27:19 28:2 30:3 32:22 45:9 58:13,19 61:13 | | | |
| **2007 (8)** 13:15,19 15:22 17:19 17:24 18:13 36:10 56:17 | **4** | **8554 (1)** 62:19 | | | |
| **2008 (6)** 1:15 2:5 66:14 67:22 69:4,22 | **4 (1)** 62:9 | | | | |
| **24 (1)** 68:8 | **4-by-6 (5)** 22:12,22 30:24 31:5 61:15 | | | | |
| **250 (2)** 56:5,7 | **40 (1)** 48:22 | | | | |
| **27 (12)** 32:13 36:9,20 38:3 44:8,11,19 47:10 58:17 59:9,25 60:9 | **41 (1)** 68:10 | | | | |
| **2713.03 (1)** 56:19 | **464 (1)** 5:11 | | | | |
| **28 (2)** 54:22 55:19 | **5** | | | | |
| **28th (1)** 55:5 | **5 (7)** 62:14 63:11,20 64:10 68:4,7,15 | | | | |
| **29 (3)** 49:18 55:21 68:9 | **5,000 (3)** 19:4,12,23 | | | | |
| **3** | **50 (3)** 50:24 51:5 55:6 | | | | |
| **3 (5)** 32:17 40:12 42:25 55:17 56:17 | **6** | | | | |
| **30 (2)** 50:4 55:24 | **6 (8)** 1:15 2:5 17:19,24 18:13 36:19 44:7 69:4 | | | | |
| **31 (1)** 39:19 | **61 (1)** 68:14 | | | | |
| **34 (1)** 19:8 | **62 (1)** 68:15 | | | | |
| **340 (1)** 23:22 | **62nd (1)** 5:11 | | | | |
| **35 (2)** 19:18,18 | **67 (5)** 5:16,17,20 11:18 68:7 | | | | |
| **350 (2)** 56:8,20 | **68 (4)** 12:18,22 57:11 68:8 | | | | |
| **351.35 (1)** 56:19 | **69 (4)** 28:23 29:4,7 68:9 | | | | |
| **36 (3)** 20:5 21:16 51:16 | **6900 (1)** 3:5 | | | | |
| **37 (1)** 21:19 | **7** | | | | |
| **38 (11)** 22:17 27:8,20 30:5 31:3 45:8 58:12,23 59:7,14,22 | **7 (5)** 62:23 63:10 64:9,18 68:9 | | | | |
| **3813.89 (1)** 56:21 | **70 (4)** 41:5,10,12 68:10 | | | | |
| **39 (1)** 48:21 | **71 (3)** 60:20,23 68:14 | | | | |
| | **72 (4)** 61:24 62:2,4 68:15 | | | | |