Louis S. Ederer
John Maltbie
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022
(212) 715-1000

*Attorneys for Plaintiffs Artisan Manufacturing Corporation*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------- x

ARTISAN MANUFACTURING CORPORATION,          :          Civil Action No.: 07 CV 11278

              Plaintiff,          :

      - against -          :

ALL GRANITE & MARBLE CORPORATION.,          :

            Defendant.          :

-------------------------------------------------------------- x

**DECLARATION OF JOHN MALTBIE IN FURTHER SUPPORT OF PLAINTIFFS'**
**MOTION FOR A PRELIMINARY INJUNCTION**

# EXHIBIT F

Page 1

1
2                 UNITED STATES DISTRICT COURT
3             FOR THE SOUTHERN DISTRICT OF NEW YORK
4

ARTISAN MANUFACTURING              )
5    CORPORATION,                       )
                                        )
6                    Plaintiff,         )
                                        )
7               vs.                     ) 07-cv-11278 (WHP)
                                        )
8    ALL GRANITE & MARBLE               )
     CORPORATION,                       )
9                                       )
                     Defendant.         )
10   -----------------------------)
11
12
13
14             DEPOSITION OF JOSEPH AMABILE
15               Parsippany, New Jersey
16             Thursday, February 7, 2008
17
18
19
20           CONTAINS CONFIDENTIAL PORTIONS
21
22
23
24   Reported by:
     FRANCIS X. FREDERICK, CSR, RPR, RMR
25   JOB NO. 15244D

Page 2

```
 1
 2
 3
 4
 5              February 7, 2008
 6              2:08 p.m.
 7
 8
 9          Deposition of JOSEPH AMABILE,
10   held at the offices of Hoffmann & Baron,
11   6 Campus Drive, Parsippany, New Jersey,
12   pursuant to Notice, before Francis X.
13   Frederick, a Certified Shorthand
14   Reporter, Registered Merit Reporter and
15   Notary Public of the States of New York
16   and New Jersey.
17
18
19
20
21
22
23
24
25
```

TSG Reporting - Worldwide    877-702-9580

Page 3

```
 1
 2   A P P E A R A N C E S:
 3
 4      ARNOLD & PORTER
 5      Attorneys for Plaintiff
 6         399 Park Avenue
 7         New York, New York  10022-4690
 8   BY:  JOHN MALTBIE, ESQ.
 9
10   HOFFMANN & BARON, LLP
11   Attorneys for Defendant
12      6 Campus Drive
13      Parsippany, New Jersey  07054
14   BY:  R. GLENN SCHROEDER, ESQ.
15
16
17
18
19
20
21
22
23
24
25
```

TSG Reporting - Worldwide    877-702-9580

Page 4

```
 1              J. AMABILE
 2   J O S E P H  A M A B I L E,  called as a
 3   witness, having been duly sworn by a
 4   Notary Public, was examined and
 5   testified as follows:
 6   EXAMINATION BY
 7   MR. SCHROEDER:
 8      Q.   Could you please state your full
 9   name and residence for the record?
10      A.   Sure.  It's Joseph A. Amabile,
11   III.  And residence is 134 Tinsman Road,
12   Frenchtown, New Jersey.
13      Q.   Thank you.  Do you understand why
14   you're here today?
15      A.   Yes, I do.
16      MR. SCHROEDER:  Okay.  Just to be
17   clear, I just want to mark as Defendant's
18   74 and Defendant's 75 what are two
19   Notices of Deposition.
20         (Defendant's Exhibit 74, Corrected
21   Notice of Deposition of Joseph Amabile,
22   marked for identification as of this
23   date.)
24         (Defendant's Exhibit 75, Corrected
25   Notice of Deposition of Plaintiff Artisan
```

TSG Reporting - Worldwide    877-702-9580

Page 5

```
 1              J. AMABILE
 2   Manufacturing Corporation, marked for
 3   identification as of this date.)
 4   BY MR. SCHROEDER:
 5      Q.   Mr. Amabile, I'm showing you
 6   what's been marked as Defendant's 74 and 75.
 7   Defendant's 74 is a Notice of Deposition
 8   individually naming you, and Defendant's 75 is
 9   what we refer to as a 30(b)(6) Notice of
10   Deposition which means you're here to testify
11   on behalf of the company.
12         Do you understand that?
13      A.   Yes, I do.
14      Q.   Okay.  So just quickly let's just
15   take a look at Defendant's 75.  And you'll
16   notice there's an attached schedule to that
17   document.  Schedule A.
18      A.   Okay.
19      Q.   And if I can refer you to items 6
20   and 7.  Mr. Han during his deposition
21   testified you would be knowledgeable to
22   testify as to items 6 and 7 on this sheet; is
23   that correct?
24         Please read them.
25      A.   Sure.
```

TSG Reporting - Worldwide    877-702-9580

Page 6

J. AMABILE

1
2     (Pause on the record.)
3     A.    That is correct.
4     Q.    Thank you.
5           Have you ever been deposed before?
6     A.    I have not.
7     Q.    Mr. Maltbie probably reviewed this
8     with you but today I'll ask you a series of
9     questions.  Please answer them truthfully to
10    the best of your knowledge.  If you don't know
11    an answer simply say I don't know.  If you
12    don't understand a question please tell me, I
13    will try to rephrase it, make it clearer.  If
14    you need a break we'll take breaks.
15          Is there any reason why you can't
16    testify truthfully today?  Are you taking any
17    medications, any illnesses?
18    A.    No.
19    Q.    Thank you.
20          Could you give me a brief overview
21    of your educational background?
22    A.    Sure.  I basically have a high
23    school diploma.
24    Q.    Okay.
25    A.    And I have a plumbing background.

TSG Reporting - Worldwide    877-702-9580

Page 7

J. AMABILE

1
2     I've gone to school for plumbing.  That was,
3     you know, my main background in this industry.
4     Q.    Do you have a plumbing license?
5     A.    I don't.
6     Q.    How many years -- well, let's
7     start with the following year of high school
8     graduation.  Were you employed as a plumber at
9     that point?
10    A.    I was.
11    Q.    For how many years?
12    Approximately.
13    A.    Seven.
14    Q.    Seven years?
15          When did you graduate high school?
16    A.    1988.
17    Q.    And following your career as a
18    plumber what was your next course of
19    employment?
20    A.    I went into the wholesale plumbing
21    end.
22    Q.    And who did you work for at that
23    point?
24    A.    At that point L&H Plumbing Supply.
25    Q.    Where are they located?

TSG Reporting - Worldwide    877-702-9580

Page 8

J. AMABILE

1
2     A.    Their headquarters is in Lakewood,
3     New Jersey.  But I was in the Philipsburg, New
4     Jersey location.
5     Q.    Okay.  And how long did you work
6     for L&H Plumbing Supply?  Approximately.
7     A.    Seven, eight years.
8     Q.    Okay.  Following your departure
9     from L&H Plumbing Supply where did you work
10    next?
11    A.    Next I went to work for a company
12    called Bath Art which is a bathroom and
13    kitchen remodeling company.
14    Q.    Where are they located?
15    A.    Lafayette, New Jersey.
16    Q.    And how long did you work there?
17    A.    Two years, approximately.
18    Q.    What was the nature of your
19    responsibility?
20    A.    Everything from job sales, actual
21    hands-on running of the projects and ordering
22    of material.
23    Q.    Did that actually involve
24    installation?
25    A.    I did some installation,

TSG Reporting - Worldwide    877-702-9580

Page 9

J. AMABILE

1
2     absolutely.
3     Q.    Thank you.
4           Okay.  So Bath Art.  Following
5     Bath Art where were you employed next?
6     A.    Artisan.
7     Q.    Do you recall what year you were
8     employed?
9     A.    With Artisan I started April of
10    last year.
11    Q.    So April of 2007.
12    A.    That's correct.
13    Q.    So that brings us to a little less
14    than a year, then.
15    A.    Yes.
16    Q.    When you were hired by Artisan
17    what position did you start as?
18    A.    I was just -- hired on with them
19    as a sales rep for -- for New Jersey.
20    Q.    Has your territory now expanded
21    beyond New Jersey?
22    A.    I'm now regional sales manager for
23    New Jersey, Pennsylvania.
24    Q.    Not including New York.
25    A.    Not including New York.

TSG Reporting - Worldwide    877-702-9580

Page 10

J. AMABILE

Q. Who covers the New York region, if you know?

A. That is handled by a sales rep company which is -- I know the gentleman's name. I'm just trying to think of what his company is called. His name is Bob Hirschorn.

Q. How do you spell his last name?

A. H-I-R-S-C-H-O-R-N.

Q. Now, when you say a sales rep company, how does that differ from someone like yourself?

A. I'm employed by Artisan. He is a company that reps our products. So he takes on the line. Basically it's -- let's say for lack of a better term it would be like a straight commission type position.

Q. When did you -- when were you promoted to regional sales manager at Artisan?

A. Oh, I'm going to say it was September. In that vicinity.

Q. September of 2007?

A. Yes.

Q. Okay. So prior to your promotion what were your responsibilities at Artisan?

TSG Reporting - Worldwide    877-702-9580

---

Page 11

J. AMABILE

A. Basically to get sales. I mean, that was -- you know, find new customers.

Q. What region were you covering at that point?

A. From the Route 78 corridor to South Jersey. All the way down.

Q. During that period of time you were actually out there visiting potential deals, visiting customers?

A. That's correct. I mean, I was on the road and in the office. I kind of, you know, between both -- you know, both things.

Q. When you were promoted to regional sales manager did your day-to-day duties change?

A. They stayed the same. However, I was responsible for tying in the -- you know, your outside sales reps, keeping a little more tabs on what was going on in every territory as opposed to being out on the road, you know, on a day-to-day basis.

Q. Now, besides yourself, are there other reps actually covering the dealers in the New York/New Jersey area?

TSG Reporting - Worldwide    877-702-9580

---

Page 12

J. AMABILE

A. No.

Q. So you're still the person who actually physically goes and visits the dealers.

A. That's correct. Yes.

Q. Do you have a procedure for how often you visit any particular dealer or distributor?

A. No procedure, no.

Q. Do you make a point of visiting every dealer so many months or so many times a year?

A. I have, you know, a basis that I use myself, you know, where -- you know, if it was a perfect world and everything ran that way I would like to get into my dealers at least once every three months. You know, now some -- you know, there's always situations that change that, you know, where it's -- you know, somebody needs something right away I need to go address it. So that sometimes gets pushed off.

Q. All right. Thank you. On average, how many

TSG Reporting - Worldwide    877-702-9580

---

Page 13

J. AMABILE

dealers/distributors do you visit a week?

A. Seven to -- could be seven to 15. Depending on -- depending on the time that I need to spend in the office.

Q. Are these visits typically arranged in advance or do you just pop in on these people?

A. No. I'll just show up.

Q. Do all these dealers know who you are?

A. Not always.

Q. When you show up they recognize that you're on behalf of Artisan once you explain who you are?

A. Oh, yeah. I'll always present myself with a card. Business card.

MR. SCHROEDER: Just to get a little bit of background let's go ahead and mark this next document as Defendant's 76.

(Defendant's Exhibit 76, document bearing production number ART 00236, marked for identification as of this date.)

TSG Reporting - Worldwide    877-702-9580

Page 14

1    J. AMABILE
2  BY MR. SCHROEDER:
3    Q.   Mr. Amabile, I'm showing you
4  what's been marked as Defendant's 76.  I don't
5  know if you're familiar with these documents,
6  with these numbers.  This represents daily
7  sales figures on behalf of Artisan.  Are you
8  familiar with these numbers?
9    A.   I am.
10   Q.   Okay, good.  Thank you.
11       I just wanted to ask you a few
12  general questions.  Artisan, according to Mr.
13  Han's testimony, was started in 2003 and
14  obviously is continuing to date.
15       You'd mentioned earlier you
16  started employment in 2007.
17   A.   That's right.
18   Q.   So you may have no knowledge about
19  prior sales.
20   A.   Correct.
21   Q.   But the question I wanted to ask
22  you is we see a big sales jump and 2005 to
23  2006 and then we see a sort of leveling off in
24  2006/2007.
25       Do you have any indication as to,

TSG Reporting - Worldwide   877-702-9580

Page 15

1    J. AMABILE
2  first, the sales jump that occurred between
3  '05 and '06 and then, second, the leveling off
4  between '06 and '07?
5    MR. MALTBIE:  Objection to form.
6  You can answer if you understand the
7  question.
8    A.   I understand the question.  I
9  don't have any knowledge as to why that --
10  there's such a drastic difference there.
11   Q.   Thank you.
12       Since the time you started in
13  April 2007 have sales, to your knowledge,
14  increased, stayed the same, declined?
15   A.   In my region sales have increased.
16  In other regions sales have gone down.
17   Q.   Do you have knowledge as to --
18  start that over.
19       Is that a function of the economy
20  and the decline in price of housing and retail
21  housing market?
22   A.   I mean, to my knowledge, that
23  would be what I would attribute it to.
24   Q.   During your period of time since
25  April 2007 have the numbers of

TSG Reporting - Worldwide   877-702-9580

Page 16

1    J. AMABILE
2  dealers/distributors increased, decreased,
3  stayed about the same?
4    A.   In my region they have increased.
5    Q.   Do you know by how many?
6  Approximately.
7    A.   I wouldn't know an exact number.
8  Approximately I would give you -- I would tell
9  you anywhere from 50 to 60.
10   Q.   Great, thank you.
11       (Defendant's Exhibit 77, document
12  bearing production numbers ART 00017
13  through ART 00021, marked for
14  identification as of this date.)
15  BY MR. SCHROEDER:
16   Q.   Let's mark the next document as
17  Defendant's Exhibit 77.
18       Mr. Amabile, I'm showing you
19  what's been marked as Defendant's Exhibit 77
20  which is a collection of dealers/distributors
21  covering New Jersey and New York.  The first
22  two pages cover New Jersey dealers.  And the
23  last two pages cover New York dealers.
24       So based on your earlier testimony
25  you're not responsible for the New York

TSG Reporting - Worldwide   877-702-9580

Page 17

1    J. AMABILE
2  dealers/distributors.
3    A.   That's correct.
4    Q.   Okay.  So let's focus on just the
5  first couple pages here if we could.
6       Mr. Han in his declaration
7  mentioned 200 authorized dealers in New York
8  and New Jersey.
9    A.   Um-hum.
10   Q.   To the best of my knowledge, is
11  that an accurate number of the amount of
12  dealers in New York and New Jersey?
13   A.   Once again, I'm not familiar with
14  New York.
15   Q.   Um-hum.
16   A.   So I don't know that answer.
17   Q.   Okay.  Thank you.
18       Now, with respect to New Jersey
19  dealers, are you familiar with the names on
20  this list?
21   A.   Yes.  I mean, 90 percent of them,
22  yes.
23   Q.   So for the most part these are
24  dealers/distributors that you have visited
25  personally yourself?

TSG Reporting - Worldwide   877-702-9580

Page 18

J. AMABILE

1
2    A.    Um-hum.
3    Q.    When I use the term
4    "dealer/distributor" is there a difference
5    between the two from the company's standpoint?
6    If someone is a dealer or distributor, is
7    there a difference?
8         MR. MALTBIE:  Objection to form.
9    Sorry.  Go ahead.
10    Q.    You can answer if you understand.
11    So if I use the term correctly, how would you
12    define dealer versus distributor if there is a
13    difference?
14    A.    Dealer versus distributor would
15    be -- the way I would determine, is based upon
16    volume.  You know, a dealer is going to be
17    able to move a lot less merchandise than a
18    distributor is going to be.
19    Q.    So a distributor might in turn
20    sell to individual dealers.
21    A.    They could possibly.  Absolutely.
22         (Following portion deemed
23    confidential and included under separate
24    cover.)
25

TSG Reporting - Worldwide    877-702-9580

Page 19

J. AMABILE - CONFIDENTIAL

1
2    Q.    Okay.  So, for example, is it
3    possible for you to point out to me who you
4    might call a distributor on this list of New
5    Jersey customers?
6    A.    New Jersey.
7         MR. MALTBIE:  I'd like to have
8    this marked attorneys' eyes only, please.
9         (Pause on the record.)
10    A.    Now, once again, I want to make
11    sure I understand what you're asking me.  Are
12    you asking me who we would consider a
13    distributor now or that would have the
14    potential to be?
15    Q.    Let me rephrase that question.
16    A.    Sure.
17    Q.    That's probably somewhat of an
18    unclear question.
19    A.    I just want to make sure I'm...
20    Q.    Out of the customers here, if you
21    could identify one or two of your bigger
22    customers.  Maybe that's an easier way to ask
23    the question.
24         Who would be considered a bigger
25    customer presently on this list?

TSG Reporting - Worldwide    877-702-9580

Page 20

J. AMABILE - CONFIDENTIAL

1
2    A.    Okay.  Flemington Granite and Arch
3    Supply.
4    Q.    Now, what makes them a bigger
5    customer?  They're just able to move more
6    volume?
7    A.    Volume.
8    Q.    Okay.  And who do they sell to, if
9    you know?
10    A.    Flemington mainly sells to retail
11    sector.
12    Q.    So if you go into the showroom are
13    you actually going in just to purchase a sink
14    or are you going in to purchase granite along
15    with the sink?
16    A.    You could go in there and purchase
17    just a sink.  You could purchase granite and a
18    sink.  I mean, there isn't -- whether we
19    receive interest in our product via e-mail,
20    you know, in my territory basically I take a
21    look at any of our dealers and those customers
22    are redirected to our dealers to go there to
23    purchase a sink.
24         So what they do with the retail
25    customer when they get there, if they're able

TSG Reporting - Worldwide    877-702-9580

Page 21

J. AMABILE - CONFIDENTIAL

1
2    to sell them a granite top, that's great.  But
3    we get a lot of interest in just where can I
4    buy your sink.
5    Q.    Um-hum.
6    A.    You can buy our sink at...you
7    know, there's no one customer that is singled
8    out.  We take a look at a zip code radius and
9    give them three or four names and let them
10    purchase the product.
11    Q.    Okay.  Thank you.
12         So in terms of other names on this
13    list -- start that all over.
14         How many of these names on the
15    list would be selling your sinks to retail
16    customers walking in off the street, if you
17    know?
18    A.    Every single one of them.
19    Q.    Every one.
20    A.    Could potentially sell a sink to a
21    retail customer walking in off the street.
22    Absolutely.
23    Q.    Okay, good.
24         Are there any names here that you
25    know do not sell sinks on a retail basis to

TSG Reporting - Worldwide    877-702-9580

Page 22

J. AMABILE - CONFIDENTIAL

1
2  customers?
3      MR. MALTBIE:  Objection to form.
4      Q.  You can answer if you understand.
5      A.  No.  I don't understand.
6      Q.  Okay.  Let me rephrase that.
7          Do you know whether any of these
8  customers simply do not sell sinks on a retail
9  basis?  For example, they only sell you a
10 sink --
11     A.  Okay.  If they only buy a
12 countertop.  That I'm not aware of, no.
13     Q.  Okay.
14     A.  No.
15         (Continued in non-confidential
16 portion of transcript.)
17
18
19
20
21
22
23
24
25

Page 23

J. AMABILE

1
2      Q.  Okay.  Fine.  Thank you.
3          Do you know, and when you visit
4  these stores, do you see any sort of Artisan
5  brochures, fliers, artwork in any of these
6  stores?
7      A.  Yes, I do.
8      Q.  Okay.  Could you describe for me
9  what is -- what is shown in a store?  Maybe
10 give me an example?
11     A.  You know, we have different -- you
12 know, different marketing tools, so to speak.
13 I'll say -- whether it's a pamphlet or a flyer
14 or, you know, different material that we use
15 to promote our product.  That's what we look
16 for.
17     Q.  And do you supply the material to
18 the individual dealers/distributors?
19     A.  Yes, we would.
20     Q.  So when you go into a store is
21 that something that is accessible to a
22 customer?  Or is that something that a
23 salesperson would hand to a customer?
24     A.  In some cases yes, and in some
25 cases, no.

Page 24

J. AMABILE

1
2      Q.  Do you ever provide any signage to
3  your dealers that would actually have hung on a
4  wall?
5      A.  No.  I haven't.
6      Q.  Is there point-of-sale material
7  set up near a sink display?
8      A.  I would like there to be.
9      Q.  Okay.
10     A.  You know, I can't say that
11 everyone abides by that -- by that theory, so
12 to speak.
13     Q.  To the best of your knowledge,
14 does each one of these dealers actually have
15 an Artisan sink on display in their showroom?
16     A.  Not necessarily.
17     Q.  Do you have --
18     A.  But most of them do.
19     Q.  Okay.  I was going to say do you
20 have an idea of how many percentage actually
21 have an Artisan sink on display in their
22 showroom when you walk in?
23     A.  Off the top of my head I don't.  I
24 would have to sit here and analyze it to
25 figure it out.

Page 25

J. AMABILE

1
2      Q.  Fifty percent?
3      A.  Greater than 50 percent.  You
4  know, that's part of my job.
5      Q.  To the best of your knowledge, how
6  many of these dealers carry other brands of
7  sinks besides Artisan?
8      A.  To the best of my knowledge,
9  30 percent.
10     Q.  What kind of brands have you seen
11 in some of these stores other than the Artisan
12 brand?
13     A.  There's, you know, several
14 different companies out there.  I mean,
15 there's -- you know, Blanco is a very familiar
16 one that a lot of the fabricators carry that I
17 run into a lot.  They have a headquarters in
18 New Jersey so it's...
19     Q.  Okay.  Any other brands you see in
20 these dealers' showrooms?
21     A.  That's probably the biggest
22 competition.  I mean, you'll see -- you know,
23 from time to time you'll see, you know, an
24 off-beat brand that's just, you know,
25 something that's available to them through a

Page 26

J. AMABILE

1  magazine or something. You know, one of their
2  publications.
3      Q.  Okay. Thank you.
4          Are any of the names on this list
5  simply a retailer of plumbing products versus
6  installer/kitchen designer/home designer?
7      MR. MALTBIE: Objection to form.
8      Q.  Do you understand? Was that clear
9  enough?
10     A.  Are you asking me if any of these
11 names on here are just wholesalers of plumbing
12 supplies?
13     Q.  Correct.
14     A.  There are a few on here that are
15 plumbing supply wholesalers.
16     Q.  For example?
17     A.  Belmar Plumbing Supply.
18     Q.  Okay. So if I go into Belmar
19 Plumbing Supply I'm not going there to buy a
20 countertop or to have my kitchen redesigned
21 or --
22     A.  You could. They have a showroom.
23     Q.  So there are salespeople there who
24 could actually work with me to redesign my

TSG Reporting - Worldwide   877-702-9580

Page 27

J. AMABILE

1  kitchen and order a countertop?
2      A.  Yes. If I'm correct, I believe
3  they do sell cabinetry, also. Vanities, that
4  kind of thing. They definitely do have a
5  showroom.
6      Q.  Okay. Anybody else like that?
7      A.  Mitchell Hardware Company.
8      Q.  Okay. Do they also have a
9  showroom?
10     A.  They also have a showroom.
11         Somerville Lumber Company.
12     Q.  And do they have a showroom?
13     A.  Um-hum. Special Additions right
14 underneath that.
15     Q.  And they have a showroom?
16     A.  Um-hum. Most case scenarios
17 they're going to have a showroom.
18     Q.  Okay. All right, thank you.
19     A.  Or some way to at least display
20 product.
21     Q.  Is it fair to say, though, that
22 most of the -- let me rephrase that.
23         Would you say that most of the
24 sales of your sinks take place in connection

TSG Reporting - Worldwide   877-702-9580

Page 28

J. AMABILE

1  with the sale of the countertop or the sale of
2  a kitchen redesign, if you can say that?
3      MR. MALTBIE: Objection to form.
4      A.  You're asking me do most of the
5  sales of our products come from somebody
6  that's doing a project remodeling their
7  kitchen or changing a countertop.
8      Q.  Correct.
9      A.  Yes.
10     Q.  Would you think that's -- rephrase
11 that.
12         Is that typically true of anyone
13 purchasing any sort of sink, that it's part of
14 a larger project?
15     A.  Yes.
16     Q.  Typically when you purchase --
17 typically when a customer is purchasing a sink
18 he's probably replacing a countertop or
19 redesigning a kitchen, in your experience?
20     A.  Yes.
21     Q.  The customers that carry more than
22 one brand of sink, can you gave me an example
23 of one of those customers who would carry your
24 sink and, for example, as you mentioned, a

TSG Reporting - Worldwide   877-702-9580

Page 29

J. AMABILE

1  Blanco sink? Who would carry more than one
2  sink?
3      A.  Mitchell Hardware Company.
4      Q.  So if you go into Mitchell
5  Hardware Company, how do they have their sinks
6  displayed?
7      A.  Their sinks are displayed on racks
8  on a wall.
9      Q.  Do they have Artisan sinks next to
10 Blanco sinks? Is that how they're set up?
11     A.  Correct.
12     Q.  And how do they distinguish the
13 sinks in the store?
14     A.  Through sales literature.
15     Q.  Is there any signage next to each
16 sink, to the best of your knowledge?
17     A.  To the best of my knowledge, I am
18 not sure.
19     Q.  Okay.
20     A.  I don't recall.
21     Q.  Do you know whether any of these
22 dealers operate websites in addition to their
23 showrooms?
24     A.  I don't.

TSG Reporting - Worldwide   877-702-9580

Page 30

J. AMABILE

1
2  Q.  Okay. Have you ever provided any
3  information to any of these dealers to put on
4  their websites, to the best of your knowledge?
5  A.  No.
6  Q.  Okay. Thank you.
7      To the best of your knowledge, do
8  any of these -- I may have asked you this
9  already. Do any of these dealers give away
10 their sinks as part of a larger offer?
11     MR. MALTBIE: Objection to form.
12 A.  Could you rephrase that for me?
13 Q.  Are any of these customers
14 offering a free sink if you buy a countertop
15 or something like that?
16     MR. MALTBIE: Objection to form.
17 Are you asking about Artisan sinks or any
18 sinks?
19     MR. SCHROEDER: Any sinks.
20 A.  Any sinks, period?
21 Q.  Any sinks period.
22 A.  Hell, if I'm doing my job right
23 they're not.
24 Q.  Okay. Are you aware of any
25 customers giving away any sink on this list?

Page 31

J. AMABILE

1
2  Let's start with that.
3  A.  The only one I am aware of is T&J
4  Stone Corp.
5  Q.  And are they a countertop --
6  A.  They're a granite fabricator, yes.
7  Q.  And what kind of promotion do they
8  offer, if you know?
9  A.  Off the top of my head I do not
10 know the promotion they run.
11 Q.  Okay.
12 A.  I don't know -- I guess maybe I
13 should rephrase myself. I don't know that
14 they're currently still doing that. It was a
15 concept that they were doing when I first
16 called on them. But I -- you know, part of my
17 job is to try and teach companies how to make
18 money, not give away money.
19 Q.  Okay.
20 A.  So, you know, I've -- I don't know
21 whether they're still running that free
22 promotion so to speak.
23 Q.  To the best of your knowledge, are
24 any of your customers giving away for free an
25 Artisan sink?

Page 32

J. AMABILE

1
2  A.  No.
3  Q.  Has any -- have any of your
4  customers ever done that in the past? To the
5  best of your knowledge.
6  A.  To the best of my knowledge, no.
7      MR. SCHROEDER: Can we mark the
8  next two documents as Defendant's 78 and
9  79.
10     (Defendant's Exhibit 78, document
11 bearing production number AGM 0115,
12 marked for identification as of this
13 date.)
14     (Defendant's Exhibit 79, document
15 bearing production number AGM 0118,
16 marked for identification as of this
17 date.)
18 BY MR. SCHROEDER:
19 Q.  I'm showing you what's been marked
20 as Defendant's Exhibit 78 and 79 and these are
21 two advertisements that we produced in
22 response to certain requests in this case and
23 let me ask you, starting with Defendant's 78,
24 are you familiar with the company Pacific
25 Granite and Marble?

Page 33

J. AMABILE

1
2  A.  I am not.
3  Q.  And with respect to Defendant's
4  79, are you familiar with the company Granite
5  Crafters?
6  A.  I am not.
7  Q.  Have you seen ads like this
8  before? Ads offering a free sink with the
9  purchase of a particular order?
10 A.  I have.
11 Q.  Okay. And whose ads have you
12 seen, if you know?
13 A.  Well, off the top of my head I've
14 seen All Marble's and T&J Stone. That's one
15 of the ways I went and called on them.
16 Q.  Okay. Anybody else that you can
17 think of?
18 A.  Off the top of my head, no.
19 Q.  Okay, fine. Thank you.
20     MR. SCHROEDER: Let's mark this
21 next document as Defendant's 80.
22     (Defendant's Exhibit 80, document
23 bearing production numbers AGM 0091,
24 marked for identification as of this
25 date.)

Page 34

J. AMABILE
BY MR. SCHROEDER:
Q. Showing you what's been marked as
Defendant's 80, this is a coupon advertisement
put out by All Granite & Marble. Have you
seen this ad or one similar to that before?
A. I have.
Q. In or on any ad you've seen in the
past, or on this particular ad, have you ever
noticed All Granite using any of the Artisan
trademarks?
A. I have not.
Q. Let's take a look back to what
we've marked as Defendant's 77, the customer
list. There was some testimony offered by Mr.
Han about qualifying as a dealer becoming an
authorized dealer and in particular Mr. Han
stated in his declaration that "The process of
becoming an authorized dealer or reseller of
Artisan brand sinks are not a simple one.
Artisan carefully examines each entity that
seeks to distribute Artisan brand products to
ensure that the entity has a good reputation
for quality and service."
Can I ask to you expand upon the

Page 35

J. AMABILE
process by which one becomes an authorized
Artisan dealer?
A. Sure. Well, pretty much he has
hit it. There's certain criteria that we look
for. One of those criteria is having the
ability to display our product. That's
important for us.
Q. Um-hum.
A. Having the knowledge and the staff
to be able to sell the product. Having the
concept to understand quality product that
we're manufacturing versus what else is out
there in the market. I mean, those are pretty
much the criteria that I look for when I go
into a dealer.
Q. Is there any --
A. And, of course, you know, being
able to pay.
Q. Is there any sort of written
policy that the company has that you present
to a company seeking to become a dealer?
A. There's not.
Q. Once a company qualifies as an
authorized dealer is an agreement signed? Any

Page 36

J. AMABILE
sort of written agreement signed at that
point?
A. No.
Q. Who makes the final determination
whether a company will become an authorized
dealer or distributor?
A. In my region I would make that
decision at this point.
Q. With input from Mr. Han or anyone
else at the corporate headquarters?
A. Well, I would discuss obviously my
findings with him. However, at this point he
has -- basically my judgment is fine with him.
Q. Thank you.
So with that said, does that mean
that all the names on this list set forth on
Defendant's 77 -- are all these names
authorized dealers?
A. They are -- when you say
authorized dealers, are they authorized by us
to sell our product?
Q. Correct.
A. To the best of my knowledge, yes.
Q. Okay.

Page 37

J. AMABILE
A. They're not -- I just want to make
sure I'm clear that, you know, not every one
on here was opened by me so I can't tell --
Q. Correct. That's fine. Thank you.
Have you ever terminated any --
let me rephrase that.
Other than All Granite for the
moment, have you ever been involved in
terminating any dealers as authorized dealers?
A. Myself personally?
Q. Right.
A. Myself personally, I have not been
involved with terminating anyone as a dealer.
Q. Based on your earlier testimony
that you started in April of 2007, then you
couldn't have been involved in the termination
of All Granite as an authorized dealer,
correct?
MR. MALTBIE: Objection to form.
Q. Let me be clear.
Mr. Han in his declaration states
that Artisan ended its relationship with All
Granite in August of 2006.
A. Okay.

Page 38

J. AMABILE

1
2      Q.   Which would predate your starting
3   with the company.
4      A.   If that predates that, yes.
5      Q.   So then obviously you could not
6   have been involved in that termination process
7   since you didn't work for the company at that
8   point.
9      A.   That's right.
10     Q.   Thank you.
11          Okay.  And, again, you couldn't
12   have been involved in the original dealings
13   between Artisan and All Granite which
14   allegedly took place in November of 2007
15   because you were not employed by the company
16   at that point.
17     A.   That's correct.
18     Q.   Thank you.
19          Although you weren't employed back
20   at the time that All Granite was allegedly
21   terminated as an authorized dealer, do you
22   have any knowledge as to the basis of why they
23   were terminated?
24     A.   I don't have a basis of why they
25   were terminated.  I'm not sure if it's basing,

TSG Reporting - Worldwide   877-702-9580

Page 39

J. AMABILE

1
2   you know, the termination on the last time
3   they purchased from us or what that was from
4   but I don't know -- I don't know why.
5      Q.   Okay.  Who in the company might
6   know why the relationship with All Granite was
7   terminated?  Who besides Mr. Han?
8          MR. MALTBIE:  Objection to form.
9      Q.   You can answer if you know.
10     A.   Is there anyone else in the
11   company who would know why they were
12   terminated?
13     Q.   Correct.
14     A.   To the best of my knowledge, Alex
15   was the main point person with All Granite.
16     Q.   Now, your boss is named Chuck
17   Volga?
18     A.   Chuck Volga.
19     Q.   How do you spell his last name?
20     A.   V-O-L-G-A.
21     Q.   Do you know how long Chuck has
22   been employed with All Granite?
23          Let me rephrase that.
24     A.   To the best of my knowledge he's
25   not.

TSG Reporting - Worldwide   877-702-9580

Page 40

J. AMABILE

1
2      Q.   How long he's been employed by
3   Artisan.
4      A.   Chuck has been there about three
5   and a half years.
6      Q.   Could Chuck have knowledge about
7   the relationship between Artisan and All
8   Granite?
9      A.   He may.
10     Q.   Currently Chuck is the national
11   sales manager, correct?
12     A.   That's correct.
13     Q.   Do you know how long he's been
14   national sales manager for?
15     A.   I don't.  I'm going to say two,
16   three years.
17     Q.   Do you know who covered the New
18   Jersey area prior to you being employed by the
19   company?
20     A.   That would be Robert Herschel.
21     Q.   So the company that now is
22   involved with just the New York region
23   previously handled New Jersey region as well.
24     A.   That's correct.
25     Q.   Now, what was -- if you know, what

TSG Reporting - Worldwide   877-702-9580

Page 41

J. AMABILE

1
2   was the reason why their territory was limited
3   to -- let me rephrase that.
4          If you know, why was New Jersey
5   taken away from them as a territory to cover?
6      A.   Lack of sales.
7      Q.   That's the point when you were
8   hired.
9      A.   (Witness nods.)
10     Q.   Okay.
11          You started work in April of 2000
12   with Artisan.  Do you recall when you first
13   attempted to contact All Granite?
14          MR. MALTBIE:  Objection to form.
15     Q.   You can answer if you understand.
16     A.   When you say -- could you rephrase
17   it for me?
18     Q.   Sure, sure.
19          I'm just asking -- I'm trying to
20   determine your first contact with anybody at
21   All Granite.
22     A.   The exact date I am not sure of.
23   But I would say it was -- it was in -- I would
24   say it was June and possibly end of May.
25   June.

TSG Reporting - Worldwide   877-702-9580

Page 42

J. AMABILE

1
2  Q.  Okay.  We have some documents
3  we'll look at later, some e-mails that Mr.
4  Maltbie produced showing some notations or
5  contact with All Granite in late June, July
6  into August.
7  A.  Correct.
8  Q.  Are those the dates you're
9  referring to?
10  A.  Yes.
11  Q.  Okay.  Prior to those dates, was
12  there any attempt to contact them earlier?
13  A.  Myself?
14  Q.  Correct.
15  A.  No.  I had basically been -- you
16  know, just was out doing my job and I had a
17  customer base list which I went and All Marble
18  was on it and I stopped in -- into their
19  Ridgefield Park location.  And that's -- that
20  was my first dealings with them.  I saw that
21  they had a paper that said Artisan on it with
22  a sink drawn on it.  But I was kind of taken
23  to the side and kept out of the showroom.  And
24  it was at that point that, you know, I kind of
25  pried at who my contact should be there and

TSG Reporting - Worldwide   877-702-9580

Page 43

J. AMABILE

1
2  that's when I was given Robert's name as a
3  contact person.  And that was my initial...
4  Q.  So that that visit would have
5  predated your actual subsequent visit with
6  Robert.
7  A.  That's correct.
8  Q.  Okay.
9  A.  Absolutely.
10  Q.  That was your first visit to any
11  of the showrooms of All Granite.
12  A.  Right.
13  Q.  And as you said that was the
14  Ridgefield Park location.
15  A.  That's correct.
16  Q.  So at that point you learned of
17  Robert's name.
18  A.  That's right.
19  Q.  Okay.  So following that did you
20  attempt to reach Robert?
21  A.  Following that I attempted to
22  reach Robert.  I didn't get, you know, a
23  response right away.  Then I proceeded to go
24  to the South Plainfield location to see what
25  was going on down there, see if I could get

TSG Reporting - Worldwide   877-702-9580

Page 44

J. AMABILE

1
2  some more information.  And that's when I, you
3  know, I went there and I saw that they had an
4  Artisan sink on display.  They had sheets of
5  paper that said Artisan on it out.  So I
6  actually kind of felt good, they were maybe
7  still selling our product or at least wanting
8  to sell our product.
9  Q.  Let's stop there a second.
10  A.  Sure.
11  Q.  We pursued that a little bit.
12  When you first visited All Granite
13  were you aware that they had been an Artisan
14  dealer in the past?
15  A.  Well, what I had is basically a
16  printout which I was unaware of at the time,
17  basically included everybody.
18  Q.  Um-hum.
19  A.  Whether or not they were currently
20  doing business with us or weren't doing
21  business with us.
22  Q.  Okay.
23  A.  And, to be honest with you, I
24  would have no other way.  If there's somebody
25  that's not doing business with us for whatever

TSG Reporting - Worldwide   877-702-9580

Page 45

J. AMABILE

1
2  reason, I'd rather stumble upon it myself and
3  find out why.  Maybe they'd had a bad
4  situation with a sales rep that was covering
5  the territory.  If I could turn that around,
6  you know, I'd want to do that there.
7  Q.  Did anyone prompt you to go visit
8  All Granite?
9  A.  No.
10  Q.  Okay.
11  A.  Just out on my -- driving around.
12  Q.  Okay.  All right.  So let's pull
13  out those e-mails.  This is relevant to what
14  we're talking about right now.
15  MR. SCHROEDER:  And let's mark
16  this next multi-page document as
17  Defendant's 81.
18  (Defendant's Exhibit 81, document
19  bearing production numbers ART 00217, ART
20  00215, ART 00216 and ART 00218, marked
21  for identification as of this date.)
22  MR. SCHROEDER:  And for the
23  record, let me just note that Defendant's
24  81 comprises ART 217, ART 216, ART 215,
25  ART 218 and it's a collection of e-mails

TSG Reporting - Worldwide   877-702-9580

Page 46

J. AMABILE

printed out by Mr. Amabile. And they should be in chronology order.

BY MR. SCHROEDER:

Q. I note the first page is dated June 26th and indicates that you made a phone call to Robert for an appointment.

A. Correct.

Q. So on that date you actually called his office and left a message, to the best of your knowledge.

A. To the best of my knowledge, yes.

Q. Okay. So this is dated June 26. When you testified earlier you stopped into the Ridgefield Park location would that have been shortly prior to this date?

A. I would say it's prior to that date, yes.

Q. A day or two --

A. It's definitely prior to the date. The exact time frame I don't know.

Q. Within a few days, probably?

A. A week.

Q. A week?

A. Yeah.

TSG Reporting - Worldwide   877-702-9580

Page 47

J. AMABILE

Q. Thank you.

The next page indicates July 31st another call.

A. Um-hum.

Q. Had you had any response back at that point from Robert?

A. Yes. Because you could see it says Call All Granite to remind of tomorrow's meeting. So I would have called Robert on the 31st to basically remind him of our appointment.

Q. Okay. So prior to that did you actually speak to Robert on the phone?

A. Yes, I did.

Q. Do you recall the substance of that conversation?

A. I don't. I just -- I know that basically I would have told him who I was, why I was calling.

Q. And to arrange a meeting?

A. Correct.

Q. Okay. Fine.

Then we see the third page indicates August 1st, Robert 10 a.m., will

TSG Reporting - Worldwide   877-702-9580

Page 48

J. AMABILE

grant. Does that indicate that there is to be a meeting at 10 a.m. on August 1st?

A. That's correct.

Q. And to the best of your knowledge did that meeting take place?

A. There was one meeting that Robert did not show up to.

Q. Okay.

A. So I don't know whether or not that was or wasn't that meeting. The meeting that he was supposed to show up to we were supposed to meet in one of his showrooms. He never showed up. And he told me to call him and make another appointment. So I'm not sure, you know, whether that was the one that was the final one or that was the one prior to that.

Q. Okay. Fair enough.

And the final page of this document, August 20th, appears to be a follow-up to an actual meeting that has taken place, correct?

A. That's correct.

Q. Okay. Do you recall how much

TSG Reporting - Worldwide   877-702-9580

Page 49

J. AMABILE

prior that meeting took place? Would it have been that same day, the prior day, if you recall?

A. Prior to this e-mail here going out?

Q. Correct.

A. I would say it was probably a few weeks. If I remember our meeting correctly, I believe he told me -- asked me to give him a few weeks which most people do to kind of digest what I've gone over. So I would say it was, you know, within a couple weeks.

Q. Okay, fine. Now, that last e-mail references you "...following up on discussions we had in reference of bringing in an optional line for your customers."

A. Correct.

Q. What do you mean by optional line?

A. At that -- at out meeting I had basically let Robert know that obviously they were doing business with us in the past, that wouldn't have been on my list. He was the one that actually -- he told me that they were -- they were importing a line. And, you know,

TSG Reporting - Worldwide   877-702-9580

Page 50

1    J. AMABILE
2    that's where I let him know our marketing
3    strategies based upon, you know, he had told
4    me they're using an 18 gauge product. I went
5    over our marketing strategies with our 16
6    gauge product line. I went over -- I showed
7    him all the marketing that we're doing, Better
8    Homes and Gardens, Kitchen Trend Magazine,
9    Signature Kitchens, all the national
10   advertising we're putting in and how Artisan
11   is -- you know, from when they may have used
12   us in the past or whatever, how it's now
13   become a name branded product.
14       Q.   Um-hum.
15       A.   I carry e-mails with me from
16   customers looking for our products so I can
17   show people, you know, this is what people are
18   looking for. So where it says optional line
19   for them, part of what I go over is, you know,
20   not necessarily -- I would love to gain all of
21   a company's business. That's what I always
22   would shoot for. However, you know, I told
23   him, you know, you already have our product,
24   it's on display, why not, you know, use our
25   product as an up-sell for your customer. The
TSG Reporting - Worldwide    877-702-9580

Page 51

1    J. AMABILE
2    name brand recognition is there. The
3    customers are going to walk in, they're going
4    to look for it. They're going to know the
5    name. If it said, you know, this is an
6    Artisan sink they're going to recognize it.
7    Once again, just went over our complete
8    marketing strategy with him. And that's --
9    that's where it left. You know, he told me he
10   would speak to whoever he had to speak to.
11   And look at possibly using us as an optional
12   line.
13       Q.   So optional line means -- it means
14   the line of Artisan sinks but an optional line
15   with respect to All Granite. It's not that
16   Artisan was going to produce different sinks
17   strictly for All Granite, correct?
18       A.   There would not be specific sinks
19   for All Granite, no. That would be an
20   optional -- they would use our line as an
21   up-sale to their customer versus not having a
22   name brand.
23       Q.   Okay. Just one follow-up on that
24   point just to clarify this.
25           MR. SCHROEDER: Let's mark this
TSG Reporting - Worldwide    877-702-9580

Page 52

1    J. AMABILE
2    next document as Defendant's 82.
3        (Defendant's Exhibit 82, document
4    bearing production number ART 00075,
5    marked for identification as of this
6    date.)
7    BY MR. SCHROEDER:
8        Q.   Just take a look at Defendant's
9    82. This refers to a different line of
10   Artisan sinks, ones made in 18 gauge
11   thickness.
12       A.   Um-hum.
13       Q.   Have you ever seen this brochure
14   before?
15       A.   I've not seen this brochure, no.
16       Q.   Are you familiar with 18 gauge
17   thick sinks?
18       A.   Yes, I am.
19       Q.   Are these currently being sold by
20   the company?
21       A.   Yes, they are.
22       Q.   And who are these sold to? If you
23   know?
24       A.   Who are they sold for or --
25       Q.   Who are they sold to.
TSG Reporting - Worldwide    877-702-9580

Page 53

1    J. AMABILE
2        A.   To? In my territory not many.
3    It's a line that -- the 18 gauge is not a
4    market that we try to be in. It's to give a
5    customer, let's say like All Marble who is
6    importing a sink, just to have a low-end sink.
7    We are not low-end. Our 18 gauge is probably
8    more expensive than the other 18 gauges that
9    they can sell. But it's to give them a more
10   competitive cost price point if they need
11   that.
12       Q.   So this is a less expensive line
13   of sinks than your 16 gauge line of sinks?
14       A.   Yes, it is. Limited models and
15   makes, though. So they cannot get the same
16   product, the same models -- not all of our
17   models in 16 gauge are made in 18 gauge. It's
18   a very limited line.
19       Q.   If you recall did you discuss this
20   at all with Robert during your meeting, the
21   idea of offering an 18 gauge sink to him?
22       A.   I did not.
23       Q.   You don't recall or you did not
24   discuss it?
25       A.   I don't recall bringing up our 18
TSG Reporting - Worldwide    877-702-9580

Page 54

J. AMABILE

1
2  gauge product. Mainly because he told me that
3  they are importing a sink and, you know, with
4  my past history if somebody is importing a
5  sink and they're that deep in inventory of a
6  product, you know, that's not even an area
7  where we want to go.
8      Q.   Now, based on your experience, a
9  sink like this 18 gauge sink which I assume
10  you also import from China or --
11     A.   Um-hum.
12     Q.   From a price standpoint is this
13  sink going to be competitively priced with
14  other 18 gauge sinks which are imported?
15     A.   It's going to be -- it's more --
16  we tend to be the more expensive.
17     Q.   Okay.  Why is that?  What makes
18  your sink more expensive?
19     A.   Because we are a -- primarily a 16
20  gauge sink company.  If we put an 18 gauge
21  sink out on the market, you know, A, Artisan
22  is about quality.  Artisan is about image.
23  And we do not want to be associated with the
24  cheapest sink in the industry.  There is a
25  price to be had for name brand recognition.

TSG Reporting - Worldwide   877-702-9580

Page 55

J. AMABILE

1
2      Q.   Do these 18 gauge sinks include
3  the same sort of padding which you speak to on
4  your 16 gauge sinks, the padding on the bottom
5  and sides?
6      A.   They are padded, correct.
7      Q.   Are they padded in the same
8  fashion as the 16 gauge singles?
9      A.   Yes, they are.
10     Q.   Do you have any idea how many of
11  these sinks are sold every year?
12     A.   I don't.
13     Q.   I was going the back up and say
14  how long has an 18 gauge sink actually been
15  offered for sale?  If you know.
16     A.   Has been part of -- I'm sorry.
17     Q.   Been offered for sale.  How long?
18     A.   Offered for sale?  It has been
19  part of -- as far as I know it's been a
20  part of -- since I've been here so it's...
21     Q.   So at least since April 2007
22  they've been offered for sale.
23     A.   Sure, yes.
24     Q.   Do you have an idea as to how many
25  of the sinks have actually been sold?

TSG Reporting - Worldwide   877-702-9580

Page 56

J. AMABILE

1
2      A.   I don't.
3      Q.   Percentage of sales?
4      A.   I don't.
5      Q.   Okay.  Thank you.
6          In your experience can customers
7  tell the difference between a 16 gauge sink
8  and an 18 gauge sink?
9      A.   Visually?
10     Q.   In any fashion.  Visually, through
11  feel, through touch.  Can customers tell the
12  difference?
13         MR. MALTBIE:  Objection to form.
14     A.   Yeah.  I'm not sure how you're --
15     Q.   Okay.  Let's start over with that
16  question.
17         Do you believe that customers know
18  the difference between a 16 gauge sting and an
19  18 gauge sink?
20     A.   Without being told?
21     Q.   Without being told.
22     A.   No.
23     Q.   Is it something that a customer
24  could observe through usage of a sink?
25     A.   Well, yes.  Because 18 gauge is a

TSG Reporting - Worldwide   877-702-9580

Page 57

J. AMABILE

1
2  thinner steel so it's going to dent easier
3  than the 16 gauge product will.
4      Q.   How about with respect to
5  scratching, would a 16 gauge sink be more
6  resistant to scratching than an 18 gauge sink?
7      A.   To the best of my knowledge, no.
8      Q.   Okay.  So the primary difference
9  might be the resistance to denting between a
10  16 gauge sink and an 18 gauge sink.
11     A.   Resistance to denting.  Thermal
12  retention of the water.  Temperature of the
13  water.  Those are your main differences.
14     Q.   Um-hum.
15     A.   And the sound basically in a
16  double bowl sink if they're using a sink
17  disposer, you know, garbage disposal.  Sixteen
18  gauge is heavier; therefore, when you're
19  putting it under granite it's quieter.  When
20  you run the water, when you turn the disposal
21  on.
22     Q.   You get less vibration through the
23  18 gauge?
24     A.   Correct.
25     Q.   No, through the 16 gauge.

TSG Reporting - Worldwide   877-702-9580

Page 58

J. AMABILE

1
2    A.   Through the 16 gauge, yeah.
3    Q.   **What does the padding do to the**
4    **sink?**
5    A.   The padding basically is a
6    vibration deadener.  Sound deadener.
7    Q.   **Sound from what?**
8    A.   Water running, garbage disposal.
9    You know, a common thing for people to do tap
10   point on a sink.  For whatever reason.  They
11   just don't want to hear -- you know, they
12   don't want to hear a sink when you run the
13   water.
14   Q.   **Or if you drop dishes in the sink?**
15   A.   Drop dishes in the sink.
16   Q.   **Do any of your competitors put**
17   **padding on the outside of their sinks?**
18   A.   On the outside?  Some competitors
19   do.  Some don't.  Some will use an
20   undercoating as opposed to a pad.
21   Q.   **What's the difference between an**
22   **undercoating and a pad?**
23   A.   Undercoating is basically a
24   sprayed-on application.  Once again helps
25   thermal retention and sound deadening.

TSG Reporting - Worldwide    877-702-9580

Page 59

J. AMABILE

1
2    Q.   **A sprayed-on application, are you**
3    **familiar with what the actual spray is?**
4    A.   I'm not.  The manufacturing end
5    I'm not.
6    Q.   **And your padding is actually a --**
7    A.   It's an actual pad.
8    Q.   **It's an actual pad.**
9    A.   Yeah.  We do both processes on our
10   sinks.  We both pad them and undercoat them.
11   Q.   **On all your sinks?**
12   A.   Every single sink.
13   Q.   **Which brand if any also uses**
14   **padding on the underside and bottom of their**
15   **sinks besides Artisan?**
16   A.   Well, once again --
17   Q.   **If you know.**
18   A.   I mean, it's kind of -- it's a
19   question that really can't be -- I would say
20   some of them -- I would say most of them use
21   some type of padding.  Whether it be maybe
22   just on the bottom.  You know -- but, then,
23   again, some of them will have cheaper lines
24   that don't use any padding.  Some of them will
25   just undercoat and not put a pad on at all.

TSG Reporting - Worldwide    877-702-9580

Page 60

J. AMABILE

1
2    So it's hard for me.  You know, there's lines
3    maybe within a line that -- you know, that
4    some have pads and some don't.
5    Q.   **So the same manufacturer may have**
6    **a line with padding and a line without**
7    **padding.**
8    A.   That's correct.  If they're making
9    a cost competitive product and they're
10   targeted at a builder or targeted at, you
11   know, a low-end line they may leave the pads
12   off altogether and not even undercoat it just
13   to save money.
14   Q.   **Okay.  Let's just back up now to**
15   **your visit to All Granite.  You mentioned your**
16   **first visit was the Ridgefield Park location**
17   **and you stopped in and that was the point you**
18   **actually were told Robert's name and I guess**
19   **contact information.**
20   A.   Right.
21   Q.   **Did you speak to anyone in the**
22   **showroom that you recall?**
23   A.   I did.  I mean, I couldn't tell
24   you who I spoke with.  I'll be honest with
25   you, once I handed them my card I was kind of

TSG Reporting - Worldwide    877-702-9580

Page 61

J. AMABILE

1
2    taken out of the showroom and brought to the
3    side.  And there was a lot of whispering going
4    on.  And, you know, the next thing I know I
5    was given the name of who to contact and --
6    you know, I don't want to say escorted out of
7    the door but basically that was it, you know.
8    Which honestly felt very odd to me for a
9    company that we used to do business with.  Or
10   at that time I thought was currently doing
11   business with because I saw our paperwork
12   there.
13   Q.   **Okay.  That was going to be my**
14   **next question.  Your visit -- this would have**
15   **been sometime prior to July 26th which is your**
16   **first e-mail date.**
17   A.   That's correct.
18   Q.   **So that visit you did actually**
19   **observe paperwork in the store?**
20   A.   Yes.
21   Q.   **Do you know what you saw?**
22   A.   The exact paper was not our --
23   they had two different things.  They had a
24   white sheet which had model numbers.  And it
25   had, you know, diagrams and measurements on

TSG Reporting - Worldwide    877-702-9580

Page 62

J. AMABILE

1  it. And I'm saying it vaguely because
2  that's -- when I tell you I was taken out of
3  there very quickly, it was what I was able to
4  observe before I was taken out of that room.
5      Q.   Were you actually able to take one
6  of those samples with you that day?
7      A.   No, I was not. No.
8      Q.   So you saw a white sheet with
9  design I guess specs on that sheet?
10     A.   Yes.
11     Q.   Did you observe on that sheet
12  either the name Artisan or the fleur-de-lis
13  design?
14     A.   I did observe Artisan on the -- I
15  did not observe the fleur-de-lis design.
16     Q.   Okay. And you said you saw a
17  second brochure?
18     A.   Well, it wasn't a brochure. They
19  had a -- I'll call it a -- for lack of a
20  better words, a poster. It wasn't as big as a
21  poster. But that also had -- that had a few
22  different sinks on it. I did observe a model
23  number which was ours. The exact sink I
24  couldn't tell you. But that was the extent of

Page 63

J. AMABILE

1  the two pieces of you, you know, literature if you
2  want to call it, that I observed there.
3      Q.   Was the poster hanging on a wall?
4      A.   It was hanging on a wall.
5      Q.   Were there sinks nearby?
6      A.   No. Actually, in that location
7  the sinks are -- or were I should say -- they
8  were off of that area a little bit. And I
9  didn't get to really observe what sinks were
10  there. They had them in like a pull-out
11  drawer so I would have to have pulled them out
12  to see what was actually on display. So I was
13  not afforded enough time to visually observe
14  the sinks so...
15     Q.   Were there other sink brands other
16  than Artisan?
17     A.   Name wise I didn't recognize
18  anything. It was more -- I want to say model
19  number than it was -- on that poster it was
20  more model numbers and pricing. You know, it
21  was a diagram of a sink, model number, and
22  what the cost of that sink would be.
23     Q.   Was that a poster that was -- to
24  the best of your knowledge, was it a poster

Page 64

J. AMABILE

1  there for the benefit of the customers or was
2  it a poster there for the benefit of the
3  dealer working up the deal?
4      A.   I would say it was more the
5  benefit of the customer so they could see the
6  price for a sink. That's what I would
7  presume.
8      Q.   So the poster was in a portion of
9  the showroom that was readily visible to
10  customers?
11     A.   Oh, yes. Yeah.
12     Q.   And the back-up, the white sheets
13  that you mentioned you saw with designs and
14  specifications and prices, were they -- where
15  were they in the store?
16     A.   They were by the sink display
17  which, you know, once again was a cabinet type
18  thing with pull-outs on it.
19     Q.   So they were there for the
20  customer to take with him?
21     A.   Yes.
22     Q.   But you didn't take one of those
23  sheets that day.
24     A.   I didn't.

Page 65

J. AMABILE

1      Q.   Okay. Now, following this visit
2  you mentioned that you next visited the
3  location in South Plainfield.
4      A.   Correct.
5      Q.   How many days after the first
6  visit did you visit the second location, if
7  you recall?
8      A.   I don't recall an exact date.
9      Q.   A week?
10     A.   I would say it was in -- if I know
11  myself it should have been within a couple
12  week time period.
13     Q.   A few weeks.
14         So that would have been
15  sometime -- this first e-mail is dated June 26
16  so sometime in July?
17     A.   Sometime between there and July.
18  Because I -- what I would have wanted to do is
19  probably went there and seen what they were
20  doing and what they had on display before I
21  met with Robert.
22     Q.   Okay. Now, when you went to this
23  South Plainfield showroom did you speak to
24  anyone there?

Page 66

J. AMABILE

1
2    A.    Once again, I spoke -- it was just
3    a salesperson which, you know, I gave my card
4    to.  He said that he doesn't handle anything
5    to do with, you know, the ordering or anything
6    of sink products.  I had spoke with -- he got
7    someone out of the back.  I wouldn't know a
8    name.  Spoke to him very briefly.  He once
9    again said, Yes, Robert's the guy to see.  So,
10   you know, that's what I did.  You know, just
11   kept following up with Robert to get that
12   appointment.
13        Q.    Now, during your visit to South
14   Plainfield did you observe any literature
15   bearing any of the Artisan trademarks?
16        A.    Literature?  No, they had the same
17   white sheets.  I observed our sink on display.
18        Q.    Okay.  Let's go slow.  The same
19   white sheets.
20        A.    Um-hum.
21        Q.    So those are those spec sheets.
22        A.    Um-hum.
23        Q.    And you're saying those spec
24   sheets had the name Artisan on them?
25        A.    That's correct.

Page 67

J. AMABILE

1
2        Q.    So to the best of your knowledge
3    it was the same spec sheets you saw --
4        A.    Yeah, to the best of my knowledge.
5        Q.    So you saw the spec sheets.  Any
6    posters in this location.  Do you recall?
7        A.    I think they had the same poster
8    but I don't -- I'm not 100 percent sure.
9        Q.    And then you were just going to
10   say you observed a sink --
11        A.    They had our actual sink on
12   display.
13        Q.    Okay.  A single sink.
14        A.    To the best of my knowledge, yes,
15   one sink, that I remember.
16        Q.    And that would have been -- if you
17   know, would that have been the same sink
18   that's referred to later in the private
19   investigator's report?
20        A.    I would imagine.  I don't know --
21   I honestly don't remember whether it was a
22   single, a double.
23        Q.    Okay.
24        A.    I don't remember the model it was.
25        Q.    Okay.

Page 68

J. AMABILE

1
2        A.    At that time I'm still only four
3    months with the company so...
4        Q.    That's fine.
5             Backing up to Ridgefield Park for
6    a second, your first visit.  There you said
7    the sinks were actually in drawers so you
8    couldn't actually observe the sinks at that
9    point on your first visit to Ridgefield Park.
10        A.    Right.  Right.
11        Q.    So you didn't actually look at the
12   sinks to tell whether any of those were
13   Artisan sinks.
14        A.    I didn't.  I tried but...
15        Q.    Okay.
16             So we visited South Plainfield.
17   And is your next contact with Robert at that
18   point?  Your next visit to All Granite, is
19   that your meeting with Robert?
20        A.    I would say yes.  Once again,
21   there was two meetings.  The first meeting was
22   supposed to be at the Ridgefield Park showroom
23   or store.  When I arrived there they told me
24   Robert wasn't there.  I went back outside,
25   called his cell phone.  And he told me that

Page 69

J. AMABILE

1
2    something had come up and he couldn't make our
3    meeting.  And to call him and reschedule it.
4        Q.    Okay.  Let's stop there for a
5    second.
6             Did you observe the spec sheets at
7    that point, in that visit, the same spec
8    sheets?
9        A.    I didn't.
10        Q.    Were you actually in the showroom
11   that day?
12        A.    I walked in.  And once again they
13   told me Robert wasn't there.  You know, I
14   left.
15        Q.    Okay.
16        A.    It wasn't a warm welcome.
17        Q.    Okay.  And then following that
18   meeting you rescheduled your meeting with
19   Robert.
20        A.    That's correct.
21        Q.    And where did that meeting
22   actually take place when you did finally meet?
23        A.    Well, that meeting Robert
24   rescheduled with me was -- I don't recall the
25   exact address but it was in a home.  I met him

Page 70

J. AMABILE

1  in a house. It was a couple miles from the
2  Ridgefield Park location.
3     Q.   Was it a house that they were
4  working on? A job site?
5     A.   No, it was a residential house
6  that he told me that they were using as
7  offices.
8     Q.   And how long did that meeting last
9  with Robert, if you recall?
10    A.   An hour.
11    Q.   Was anybody else there besides you
12 and Robert?
13    A.   There were other people in the
14 room but nobody -- I mean, it was -- you know,
15 it was just a -- you know, two other people
16 there but nobody that sat in our meeting. It
17 was just him and I.
18    Q.   Okay. Following that meeting with
19 Robert, have you been back to any of the All
20 Granite showrooms?
21    A.   Following the meeting. No.
22    Q.   Have you sent any other
23 employees -- other than the private
24 investigator, have you sent any other people,

Page 71

J. AMABILE

1  employees, to visit any of the All Granite
2  showrooms?
3     A.   No.
4     Q.   Did you ever visit the showroom in
5  Pennsylvania?
6     A.   Stroudsburg, no.
7        (Discussion held off the record.)
8        (Recess taken.)
9  BY MR. SCHROEDER:
10    Q.   We spoke a little bit about 18
11 gauge versus 16 gauge sinks. Have you ever
12 told any dealers, potential customers, that
13 the All Granite sink is an inferior sink?
14    A.   Inferior sink? No.
15    Q.   Have you ever described the All
16 Granite sink to any of your dealers or
17 customers?
18    A.   No.
19       MR. SCHROEDER: Mark this next
20 document as defendant 83.
21       (Defendant's Exhibit 83, document
22 bearing production numbers ART 00114
23 through ART 00116, marked for
24 identification as of this date.)

Page 72

J. AMABILE

1  BY MR. SCHROEDER:
2     Q.   Showing you what's been marked as
3  Defendant's 83. Do you recognize that
4  document? Do you know what it is?
5     A.   Yes, I do.
6     Q.   Could you tell me what it is?
7     A.   It's a UPC certification of our
8  sinks.
9     Q.   Okay. So if we look on page 2 of
10 the document it lists a collection of 16 gauge
11 sinks and then a few 18 gauge sinks.
12    A.   Correct.
13    Q.   Are those 18 gauge sinks the ones
14 we saw earlier on the document we marked as
15 Defendant's 82? At least there's three on
16 Defendant's 82 and there seems to be five
17 sinks listed here on Defendant's 83.
18    A.   No. These are not the same
19 models.
20    Q.   Okay. Are these earlier models,
21 do you know? Later models?
22    A.   I would say that these here, based
23 upon our nomenclature, these would appear to
24 be maybe something that was produced for

Page 73

J. AMABILE

1  someone, for special reasons. Because the D
2  under nomenclature denotes depth. All of our
3  18 gauge sinks are eight-inch depth and these
4  are all nine-inch depths.
5     Q.   Okay. Fine. Let me ask you one
6  final question about this document,
7  Defendant's 83. If you turn to page 3,
8  there's a company mentioned called Counter
9  Seal Corporation.
10    A.   Um-hum.
11    Q.   Do you know that name?
12    A.   I know of them.
13    Q.   Could you tell me who they are?
14    A.   I believe they are -- they're a
15 distributor for us in Canada.
16    Q.   And do you know what sinks they
17 distribute?
18    A.   I don't.
19    Q.   Do you recognize the model numbers
20 that are listed under Counter Seal
21 Corporation?
22    A.   I don't.
23    Q.   Okay. Thank you.
24       Were you involved in the document