Page 74

1  J. AMABILE
2  production for this litigation?
3      A.  The document production? Is that
4  what you said?
5      Q.  Correct.
6          MR. MALTBIE: Objection to form.
7      A.  The gathering of the information?
8      Q.  Correct.
9      A.  No. As far as -- you mean other
10 than what I provided?
11     Q.  Correct.
12     A.  No.
13     Q.  So you were asked to provide
14 certain documents and did you search your own
15 files for documents?
16     A.  For what I had, yes, pertaining
17 to.
18     Q.  Okay. But beyond that you weren't
19 involved in the production of documents on
20 behalf of the company.
21     A.  No.
22     Q.  Okay. Thank you.
23         Do you have any insight into
24 whether All Granite somehow enticed customers
25 into its showroom through use of the Artisan

TSG Reporting - Worldwide    877-702-9580

Page 75

1  J. AMABILE
2  trademarks?
3      A.  Not that I am aware of.
4      Q.  Okay. Have you ever seen any
5  advertisements or fliers or brochures outside
6  of the store which a customer might have come
7  across?
8      A.  I have not.
9      Q.  When I say fliers, advertisements,
10 I meant fliers, advertisements bearing any
11 sort of the Artisan trademarks.
12     A.  Right. I have not.
13     Q.  Okay. As we mentioned earlier you
14 visit many different dealers and you do see
15 other competitive sinks.
16     A.  Um-hum.
17     Q.  Do you also attend trade shows?
18     A.  Yes, I do.
19     Q.  Mr. Han mentioned the yearly trade
20 show which takes place, the Kitchen and Bath
21 Show. Is that the name of it?
22     A.  KBIS, yeah. Kitchen and Bath
23 Industry.
24     Q.  Once a year I think he mentioned
25 April and May it takes place?

TSG Reporting - Worldwide    877-702-9580

Page 76

1  J. AMABILE
2      A.  Um-hum.
3      Q.  Okay. So when you're there do you
4  take advantage of that time to see what the
5  competitors are doing and visit other groups
6  and look around?
7      A.  I would say I would love to be
8  afforded the time to do that. I don't. I
9  mean, typically I'm working.
10     Q.  Okay. How many trade shows have
11 you attended?
12     A.  Since my start?
13     Q.  Would it simply be one if you
14 started --
15     A.  No, no, no. Five at least.
16     Q.  Okay. So one of the annual
17 Kitchen and Bath Shows but then other trade
18 shows --
19     A.  Yeah, there's other -- there's
20 Stone Exposition which is a granite industry
21 show. Coverages which is also a big industry
22 show.
23     Q.  Okay.
24     A.  KBIS, that's the biggest.
25     Q.  Are you familiar with the brand

TSG Reporting - Worldwide    877-702-9580

Page 77

1  J. AMABILE
2  Franke?
3      A.  I'm familiar with Franke, yes.
4      Q.  Are you aware that Franke markets
5  a sink that it calls an Artisan sink?
6      A.  I was not.
7      Q.  So by that I mean you've never
8  seen that Artisan sink in the trade.
9      A.  No.
10     Q.  Okay. Have you ever noticed any
11 other companies using fleur-de-lis logos on
12 kitchen faucet sink products?
13     A.  Not related to the bathroom
14 industry I haven't. Or kitchen industry.
15     Q.  Okay. Have you noticed any
16 fleurs-de-lis in other areas, to the best of
17 your knowledge?
18     A.  I mean, I've seen it. You know,
19 like on a brand or something like that. I
20 know I've seen it out there but not directly
21 related to the bath and kitchen industry.
22     Q.  Okay. And, likewise, have you
23 noticed any companies using crown-shaped logos
24 on kitchen and bath products?
25     A.  That I have not.

TSG Reporting - Worldwide    877-702-9580

Page 78

J. AMABILE

Q. Are you familiar with the company Aquadis?
A. Aqua?
Q. Aquadis.
A. No.
Q. Are you familiar with the company Latoscana?
A. No.
Q. They make kitchen faucets.
A. You got me there.
Q. Okay. Do you know the company Whitehaus Collection?
A. Whitehaus I have heard of.
Q. Have you ever seen their crown logo?
A. I have not.
Q. And have you ever seen the crown logo used by Kindred?
A. Kindred I have seen.
Q. Are you familiar with the company Royal USA?
A. Yes, I am. I've heard of them. I'm not very familiar with them. I know -- the name has come up before.

TSG Reporting - Worldwide    877-702-9580

Page 79

J. AMABILE

Q. Have you ever seen the crown logo used by Royal USA?
A. I have not. I mean, I know I -- I'm not familiar with it. I have seen an ad for Royal. If it's Royal USA, the sink line, I have heard them and I've seen their ad but the logo doesn't -- is not one that I remember.
Q. Thank you.
MR. SCHROEDER: Let me mark this next document as Defendant's 84.
(Defendant's Exhibit 84, photocopy of Need Plumbing Supplies.com web page, marked for identification as of this date.)
BY MR. SCHROEDER:
Q. Mr. Amabile, I'm showing you what's been marked as Defendant's 84 which is a printout of a page from Need Plumbing Supplies.com.
A. Okay.
Q. Are you familiar with that website at all?
A. Not with the website, no.

TSG Reporting - Worldwide    877-702-9580

Page 80

J. AMABILE

Q. All right. Near the top of the page it indicates that, "We supply a wide variety of faucets, filters and fixtures."
Do you see that?
A. Um-hum.
Q. Okay. And then it lists a collection of manufacturers of such faucets, filters and fixtures.
Does Artisan sell to Need Plumbing Supplies.com?
A. Not to my knowledge, no.
Q. If you look at the third column it references to Ariston.
A. Um-hum.
Q. Are you familiar with a company Ariston?
A. No.
Q. Never heard of them before?
A. No.
Q. Okay. Thank you.
A. Um-hum.
MR. SCHROEDER: Let's mark this next document as Defendant's 85.
(Defendant's Exhibit 85, Artisan

TSG Reporting - Worldwide    877-702-9580

Page 81

J. AMABILE

Manufacturing Corporation's Responses and Objections to All Granite & Marble Corporation's First Request for the Production of Documents and Things, marked for identification as of this date.)
BY MR. SCHROEDER:
Q. Mr. Amabile, I'm showing you what's been marked as Defendant's 85. I don't know if you've seen this document before. It's a document that was created by your attorneys. If you note on page...on page...on page...
Actually, let's move on. That was not the right document. Let's just put that in the stack.
MR. SCHROEDER: Let's go ahead and mark this following document as Defendant's 86.
(Defendant's Exhibit 86, Artisan Manufacturing Corporation's Answers and Objections to All Granite & Marble Corporation's First Set of Interrogatories, marked for

TSG Reporting - Worldwide    877-702-9580

Page 82

```
 1           J. AMABILE
 2      identification as of this date.)
 3   BY MR. SCHROEDER:
 4      Q.   Let me start over and show you
 5   what's been marked as Defendant's Exhibit 86.
 6   As I stated before, you probably haven't seen
 7   this document. It's a document prepared by
 8   your attorneys and if you look at page 8 --
 9   take that back. It doesn't -- I was looking
10   for Mr. Han's signature but this document
11   doesn't contain his signature.
12           So let me refer you then to
13   interrogatory number 1 which appears on page
14   3. And so you know what we're talking about,
15   we presented certain questions and requests
16   for information to Artisan and these are
17   Artisan's responses back to us. So if I could
18   ask you to read interrogatory number 1 just to
19   yourself is fine.
20           (Pause on the record.)
21      Q.   And then the response is set forth
22   on page 3. And six customer names are
23   identified there. Okay.
24      A.   Correct.
25      Q.   Let's start and go through each
```
TSG Reporting - Worldwide    877-702-9580

Page 83

```
 1           J. AMABILE
 2   customer customer by customer. And the first
 3   name on the list, Robert Luzinski,
 4   L-U-Z-I-N-S-K-I.
 5           Do you know who he is?
 6      A.   Yes, I do.
 7      Q.   Did you speak to him directly
 8   yourself?
 9      A.   I did.
10      Q.   Okay. Let's back up now. When
11   did Mr. Luzinski first contact Artisan, if you
12   know?
13      A.   I don't know the exact date.
14      Q.   How about a time period?
15      A.   I want to say it was September.
16   In that ball park. Beginning of.
17      Q.   Okay. And when he called Artisan
18   who did he speak with?
19      A.   I don't know but he would have
20   spoke to one of the customer service women in
21   the office.
22      Q.   And what's their process for
23   recording such a conversation? Is there a
24   procedure that's followed?
25      A.   Recording just with a -- you know,
```
TSG Reporting - Worldwide    877-702-9580

Page 84

```
 1           J. AMABILE
 2   a note.
 3      Q.   Telephone message?
 4      A.   Yeah. Telephone message.
 5      Q.   Would that have a been handed to
 6   you?
 7      A.   Yes. It was handed to me.
 8      Q.   Okay. And do you recall what that
 9   note said?
10      A.   What the note said, no. It was --
11   if I remember correctly, in Mr. Luzinski's
12   case, it was -- he was looking for a grid for
13   his sink.
14      Q.   And do you know why he called
15   Artisan looking for a grid?
16      A.   Because he was told that that was
17   the sink that he had.
18      Q.   Do you have a copy of this note
19   that was given to you, the original telephone
20   message?
21      A.   I don't.
22      Q.   Would that have been thrown out
23   after the phone call was received?
24      A.   Initial visit, yeah. I mean,
25   initial phone call.
```
TSG Reporting - Worldwide    877-702-9580

Page 85

```
 1           J. AMABILE
 2      Q.   Okay. So following receipt of the
 3   message how soon thereafter did you call Mr.
 4   Luzinski?
 5      A.   I probably would have called him
 6   the same day.
 7      Q.   Okay. And is that the only
 8   conversation you had with Mr. Luzinski, that
 9   one conversation?
10      A.   No. We had a follow-up
11   conversation. It's not Artisan's -- it's not
12   Artisan's policy to sell retail. So when a
13   customer called us, especially if they were
14   told from their supplier who was selling our
15   sinks to call us, we find that very odd.
16   Especially if, you know, we're doing our job
17   right that dealer is selling our grids. They
18   wouldn't want their customer calling us. So
19   that's what -- any customer that's going to
20   call retail is going to get handed off to
21   someone that's handling sales in our company.
22   Which at this point most of them would come my
23   way. So that I could find out, A, who their
24   dealer is and why they're calling us. Why not
25   sell our grids.
```
TSG Reporting - Worldwide    877-702-9580

Page 86

J. AMABILE

Q. Okay. So to the best of your ability, can you repeat the conversation, the substance of the conversation you had with Mr. Luzinski when you spoke to him in the first conversation? What did he say to you when he called?

A. He told me that he was referred to us by All Granite & Marble, that they, you know, told him that he had an Artisan sink, and he was looking for a grid for his sink.

Q. Okay. What happened at that point?

A. Obviously I don't remember how the exact conversation ended. But I told him I would, you know, follow up with him because it's not -- you know, it's not our practice to sell retail. A red light went off, you know, because I had just recently met with Robert and knew that they weren't selling our sinks. So that's when the flag went up. And so it raised issues, you know, as to what do I do.

Q. Was this a recent installation? Was his sink recently installed, Mr. Luzinski, if you know?

TSG Reporting - Worldwide   877-702-9580

Page 87

J. AMABILE

A. I don't know. I think it was maybe within a month time period, I believe.

Q. Okay. So what happened next in this process? Did you have another conversation with Mr. Luzinski? Did you visit him in person?

A. Yes. What I did I called him up and told him we would supply the grid for his sink and that I would personally come out to his home and deliver the grid for him.

Q. Okay. And did you do that?

A. Yes, I did.

Q. And did Mr. Luzinski, in fact, have an Artisan sink installed?

A. No, he did not.

Q. Was there any sort of logo on his sink that he had installed in his house?

A. Yes. It was a logo that had a fleur-de-lis on it with a -- you know, something else underneath it.

Q. So it had the All Granite crown logo on it.

A. Yeah. It had whatever they created, correct.

TSG Reporting - Worldwide   877-702-9580

Page 88

J. AMABILE

Q. Now, did Mr. Luzinski directly state to you that he had been told that he was receiving an Artisan sink at the time that he purchased the sink?

A. I don't recall if he told me he did or not.

Q. Okay.

A. I know that he was told that he had an Artisan sink and to call us to get the grid.

Q. Okay. Did he tell you -- or do you recall, did he mention that he called All Granite following installation of his countertop and sink?

A. That was after the installation to find out -- to get the grid, yes.

Q. So, to the best of your knowledge, at the time he actually purchased the sink, there wasn't any representations made about whether there was an Artisan sink or not?

MR. MALTBIE: Objection.

A. I don't recall.

Q. Does Mr. Luzinski -- or did he tell you who he spoke to at All Granite when

TSG Reporting - Worldwide   877-702-9580

Page 89

J. AMABILE

he called regarding the grid?

A. He did not -- he did not tell me that. But he -- oh, for just the grid for when he called there?

Q. Correct.

A. That I don't know.

Q. Do you know which office he dealt with? South Plainfield or --

A. He called South Plainfield.

Q. Is that where he purchased his countertop from?

A. That is where he got his from.

Q. Is it possible that when Mr. Luzinski called the All Granite showroom -- let me start over.

Do you know whether Mr. Luzinski told the employee who answered the phone at the All Granite showroom when he had purchased the sink?

A. When he had purchased the sink?

Q. Actually let me rephrase that, too.

Do you know if Mr. Luzinski told the representative of All Granite as to the

TSG Reporting - Worldwide   877-702-9580

Page 90

J. AMABILE

1 time frame when his countertop sink had been
2 installed at the time he called?
3   A.  That I don't know.
4   Q.  Okay. Is there any sort of
5 written documentation about your conversations
6 or visits with Mr. Luzinski?
7   A.  No.
8   Q.  Do you ever keep any notes on your
9 computer, your log book?
10   A.  I may have. I'd have to go back
11 in my Outlook finder to see if I have
12 something in there. To my recollection it
13 would just be a visit, you know, a date.
14   Q.  Do you typically log that into
15 your book?
16   A.  I typically log my appointments.
17 That was -- to be truthful with you, he was
18 kind of on my way -- he's on my way home so it
19 was just, you know, Hey, I'll bring it to you,
20 and it wasn't like an appointment where I'm
21 coming out this day to...
22   Q.  Okay. Did you end up leaving a
23 grid with Mr. Luzinski?
24   A.  No. Because it did not fit the

Page 91

J. AMABILE

sink.
  Q.  Did Mr. Luzinski have any
complaints about his sink other than his lack
of ability to find a grid, to the best of your
knowledge?
  A.  To the best of my knowledge, that
was it.
  Q.  Any complaints about the
countertop installation or anything else with
the job?
  A.  He did have a complaint with the
project. I'll be honest with you, I don't
remember what it was. He did have a
complaint. You know, he was very upset once
he found out that he didn't have an Artisan,
though, because I guess after they had told
him what he had, he had done some research
into our product.
  Q.  Okay. Has there been any
subsequent contact with Mr. Luzinski since
your visit to his house that day delivering
the grid?
  A.  I had had some contact with Mr.
Luzinski but it was more so Mr. Luzinski, you

Page 92

J. AMABILE

know, concerned as to where he stood with not
having an Artisan sink. And as of this date
that's still -- you know, there is no
conclusion to that so...
  Q.  Has anything been done to his
countertop installation/sink? Has it been
removed?
  A.  No.
  Q.  Bolted in any way, as far as you
know.
  A.  No.
  Q.  Okay. Let's go to the second name
on this list, Mr. Charles Nagle.
  A.  Um-hum.
  Q.  Do you recall speaking with him?
  A.  I did speak with Mr. Nagle.
  Q.  Okay. Would the process have
started the same way? Would Mr. Nagle have
called your company and left a message with
customer service?
  A.  Yes.
  Q.  Would there have been a note
created again?
  A.  Once again, we just use a -- just

Page 93

J. AMABILE

a call note, you know, to call this customer.
  Q.  Is there any record of that call
note?
  A.  There isn't.
  Q.  Okay. Can you explain the
substance of Mr. Nagle's call?
  A.  Once again, Mr. Nagle had --
actually had called us for a grid. I actually
called Mr. Nagle to speak to him in reference
to that to find out --
  Q.  So you returned his initial phone
call.
  A.  No. I actually had called Mr.
Nagle to see where he had purchased his sink
from. There was a customer looking for a
grid. I called him -- returned his call to
find out who, where and how he, you know,
got -- where he got his sink from, and he
proceeded to tell me he received his sink when
he purchased the countertop from the -- he was
the Ridgefield location, I believe.
  Q.  Um-hum. And do you know whether
Mr. Nagle was told at the time he purchased
the sink that he was receiving an Artisan

TSG Reporting - Worldwide    877-702-9580

## Page 94

J. AMABILE

sink?

A. Yes.

Q. He was told at the time he purchased his sink?

A. Yes, he was. Mr. Nagle had not gone in looking for an Artisan sink, but had gotten several quotes from other granite fabricators who carried Artisan sinks and, therefore, when he was told he was getting an Artisan sink he felt very comfortable because the other locations that he had shopped for countertops had told him about our quality, the 16 gauge, you know, and he felt very comfortable with our product line. So when he heard that that's what he was getting he was -- he was happy.

Q. Do you know which other granite installers he shopped at for a quote?

A. I don't.

Q. Do you recall the time frame from when he had his countertop installed to when he called Artisan?

A. I don't know.

Q. Do you know whether Mr. Nagle

TSG Reporting - Worldwide   877-702-9580

## Page 95

J. AMABILE

called All Granite prior to calling Artisan?

A. I don't know the answer to that. I want to say that he did call them. But I don't -- I don't recall.

Q. Okay. So following your phone call back to Mr. Nagle what happened next? Has there been additional communications with him?

A. No. He -- once again, he's obviously aware that he does not have an Artisan sink.

Q. Okay.

A. And that was -- that's really where it is at.

Q. Okay. Have you ever met him in person, Mr. Nagle?

A. I have not.

Q. So there was the one phone call with Mr. Nagle.

A. Yes.

Q. Okay. Thank you.

Skip the third name for now.

Let's go to Virginia Anderson, the fourth name on the list.

TSG Reporting - Worldwide   877-702-9580

## Page 96

J. AMABILE

A. Okay.

Q. Is she in any way related to the Alice Anderson that appears above her?

A. Not that I know of. To the best of my knowledge, I don't know.

Q. Let's look at Virginia Anderson. Could you tell me the circumstances behind her contacting Artisan? Did it start the same way with the phone call to the company and a telephone message?

A. Yes.

Q. And the message was given to you.

A. Yes.

Q. And you returned her phone call?

A. Yes.

Q. Okay. Can you go from there?

A. Let me make sure I got my Andersons right.

Q. That's fine. Take your time.

Do you want to go on to the other names and skip the Andersons?

A. Yeah, the two of them -- I get the two of them confused.

Q. Alice Anderson is the woman who

TSG Reporting - Worldwide   877-702-9580

## Page 97

J. AMABILE

prepared the declaration that we have in the case. Does that clarify it at all?

A. Okay. Virginia Anderson then -- Virginia Anderson, her husband is a -- I want to say a mechanical engineer. He works with metal. He specifically was looking for a 16 gauge product. He sought out our product. He was told he was getting an Artisan. He called our office originally. I did not take the original phone call. I don't know who did to be honest with you. But he called because there was an issue with a -- also with a size discrepancy that he was looking for. And I guess he had gone to our website and what was our on website didn't match up with a sheet that he was given.

But he -- when I spoke to him originally, his main concern was, you know, is our product a 16 gauge, that's what I'm looking for. I assured him that, you know, yes, that it is. And at that time my original conversation with him, I don't even know that he had chosen a fabricator at that moment. He was I believe still in the shopping phase.

TSG Reporting - Worldwide   877-702-9580

Page 98

J. AMABILE

1  Q. Okay.
2  A. But he was mainly concerned with
3  is our product a 16 gauge. And he -- that was
4  his big concern.
5  Q. Now, has there been subsequent
6  communications with Mr. Anderson since that
7  conversation?
8  A. I put in a call to Mr. Anderson
9  once we were aware of the situation that was
10 presented with us to see, you know, what the
11 situation was with his sink.
12 Q. Has a countertop and sink been
13 installed at Mr. Anderson's home?
14 A. Yes.
15 Q. And was it an Artisan
16 installation?
17 A. To the best of my knowledge, no.
18 He explained the logo to me. So, I mean, it
19 was -- I mean, I have not seen it in person
20 but I'm pretty confident it's not.
21 Q. And to the best of your knowledge
22 was Mr. Anderson told at the time of the
23 purchase that he would receive an Artisan
24 sink?

TSG Reporting - Worldwide   877-702-9580

Page 99

J. AMABILE

1  A. Yes. And that it would be 16
2  gauge.
3  Q. And where did he -- if you know,
4  where did he purchase his sink? Was it
5  Ridgefield Park or South Plainfield?
6  A. I want to say that he was South
7  Plainfield. I don't know for sure but --
8  Q. Okay. That's fine.
9     Okay. Let's tackle the next name.
10 Larry Luchan.
11 A. Um-hum.
12 Q. Okay. Let's start at the
13 beginning. Did this contact initiate the same
14 way with a telephone call to the company and a
15 phone message?
16 A. Yes. Larry -- I have not
17 personally spoken to Larry. I do know that
18 Larry, A, purchased a countertop from All
19 Granite & Marble and that he's looking for a
20 grid. The scenario -- you know, the scenario
21 is laid out for the same exact situation that
22 everybody -- that most of them called looking
23 for a grid.
24 Q. Who spoke to Mr. Luchan on behalf

TSG Reporting - Worldwide   877-702-9580

Page 100

J. AMABILE

1  of Artisan?
2  A. It would be one of the customer
3  service women.
4  Q. Okay. Did you attempt to call him
5  back?
6  A. I did attempt to call him back. I
7  have not spoke to him, though.
8  Q. You left a message.
9  A. It's fairly recent, yeah. I
10 believe in Larry's case I don't think there is
11 a message. I mean, the phone just rings.
12 Q. Okay. So you have no idea whether
13 he was told at the time of installation he was
14 promised an Artisan sink or not?
15 A. I don't.
16 Q. Okay.
17 A. I just know that he was told to
18 contact us, that he had an Artisan sink.
19 Q. Okay. Fine. Thank you.
20    Now, the final name on this list
21 is Paul Conrad and it indicates two
22 installations, also daughter's sink. What
23 does that mean?
24 A. All Granite did two installations

TSG Reporting - Worldwide   877-702-9580

Page 101

J. AMABILE

1  for him, one for him and one for his daughter.
2  Q. Would that have been done at the
3  same time, as far as you know?
4  A. That I don't know.
5  Q. And, again, did he contact Artisan
6  and leave a phone message which was referred
7  to you?
8  A. Yes. He contacted Artisan in
9  reference to purchasing grids.
10 Q. Did you call him back?
11 A. I did not, actually. One of the
12 customer service women in the office returned
13 his call which then, after that -- after that,
14 and they found out who he had purchased his
15 sink from, or his countertop from. In our
16 case, sink. You know, that's what we ask.
17 That's when it was given to me.
18    And then I had spoke to Mr.
19 Conrad. Mr. Conrad had basically once again
20 been told that he had an Artisan sink. I
21 believe he might have been referred to our
22 website which is where he got our number from
23 and called our number.
24 Q. Okay. Do you know whether he was

TSG Reporting - Worldwide   877-702-9580

Page 102

J. AMABILE

1  told at the time he purchased the countertop
2  he'd be getting an Artisan sink or did this
3  happen subsequent to that? Do you know?
4    A.  I don't know.
5    Q.  Let's go back to Alice Anderson
6  and let's go ahead at this point and mark as
7  Defendant's 87 the declaration of Alice
8  Anderson.
9        (Defendant's Exhibit 87,
10       Declaration of Alice Anderson, marked for
11       identification as of this date.)
12  BY MR. SCHROEDER:
13   Q.  Let me show you what's been marked
14  as Defendant's 87 which is the Declaration of
15  Alice Anderson.
16       Before we turn to the declaration,
17  let's just start with the background.
18       When did Ms. Anderson first
19  contact Artisan, if you know?
20   A.  I don't know the initial contact
21  of Alice Anderson.
22   Q.  Okay. Were you given a message
23  that she had called?
24   A.  I would have been given a message

TSG Reporting - Worldwide   877-702-9580

Page 103

J. AMABILE

1  that she called. Yes.
2   Q.  Who had the first contact with Ms.
3  Anderson on behalf of Artisan? Was that you?
4   A.  I couldn't tell you. I wouldn't
5  have taken the original phone call, no.
6   Q.  But would you have been the first
7  person to call her back and speak to her?
8   A.  Yes.
9   Q.  So you were the first person to
10  speak to her about --
11   A.  In reference to this, yes.
12   Q.  Okay. Fine.
13       Do you know the time frame when
14  you first spoke to her?
15   A.  When I -- no.
16   Q.  Okay. Well, actually, paragraph 8
17  indicates that you contacted her January 28th,
18  2008.
19   A.  Okay. 27th.
20   Q.  January 27th, 2008, correct.
21       If we back up to paragraph 5, Ms.
22  Anderson states that she called All Granite's
23  Ridgefield Park office to ask the name of the
24  manufacturer of the sink and whether All

TSG Reporting - Worldwide   877-702-9580

Page 104

J. AMABILE

1  Granite sold a bottom grid for the sink.
2       And do you know whether Ms.
3  Anderson told All Granite who she was when she
4  called the company?
5       MR. MALTBIE:  Objection to form.
6   Q.  Did she identify herself as Ms.
7  Anderson and I purchased a countertop a week
8  ago, do you know?
9   A.  That I don't know.
10   Q.  Okay. If we go back to paragraph
11  8, it states, "On January I was contacted by
12  Joseph Amabile of Artisan who explained to me
13  that the sink I received from All Granite may
14  not be an Artisan sink."
15       Can you tell me the substance of
16  the phone call you had with Ms. Anderson on
17  January 22nd?
18   A.  Basically I phone called her
19  because of the initial contact with us. When
20  it first started coming to light, obviously we
21  kept track of who was -- where they got their
22  countertop -- sink from. So when I called --
23  you know, she was someone that had been given
24  to me that she called for a grid and was

TSG Reporting - Worldwide   877-702-9580

Page 105

J. AMABILE

1  looking for -- and that she had purchased it
2  from there.
3   Q.  Um-hum.
4   A.  So I called her to ask her some
5  questions about that. So I asked her to, you
6  know, describe the sink to me, describe the
7  logo. She described exactly what we know to
8  be, you know, the counterfeit logo. And
9  that's -- that was really it.
10       I explained to her exactly what it
11  says here, that this was taking place. She
12  said that she had been referred -- she had --
13  I believe she had gotten our phone number off
14  of our website which -- like it says in here,
15  that she had seen the logo which was similar.
16   Q.  Okay. In paragraph 9, "We
17  subsequently spoke to an attorney for
18  Artisan."
19       Do you know who that would have
20  been? Would that have been Mr. Maltbie?
21   A.  I don't know.
22   Q.  Okay. Take a look at paragraph
23  10. She says, "While I did not go to All
24  Granite seeking to have an Artisan sink

TSG Reporting - Worldwide   877-702-9580

### Page 106

J. AMABILE

installed in my home, All Granite did inform me that they would be installing a quality 16 gauge stainless steel sink."

Now, did you discuss that with Ms. Anderson? Did she actually tell you that she was under the impression that she would get a 16 gauge sink at the time she purchased the countertop?

A. I don't recall but I would say yes, she did.

Q. Okay. And she says, "...following the installation, told me that Artisan was the manufacturer of the sink."

Okay. In your mind is it possible that when a customer such as Mrs. Anderson calls up All Granite and says "I have a countertop and sink installed," you know, "where do I get a bottom grid," could the All Granite representative honestly believe that an Artisan sink was installed in this customer's house?

A. Could they honestly believe it was an Artisan sink?

Q. Well, let's back up. All Granite

### Page 107

J. AMABILE

in the past did install Artisan sinks for a period of time.

A. Correct.

Q. So is it possible when a customer calls up All Granite and says "I have a countertop and sink installed, where do I go for a bottom grid," could the representative of All Granite think maybe they had an Artisan sink installed?

MR. MALTBIE: Objection to form. It's highly speculative.

Q. You can answer if you have any idea.

A. I would think that if they were trained to sell an Artisan sink and were currently in that process of still selling Artisan sinks, then, yes, they would tell them to call us.

Q. In your opinion, is it possible that the All Granite representative was simply sending business to you as a courtesy knowing that they don't have or didn't have grids to offer these customers?

MR. MALTBIE: Objection to form.

### Page 108

J. AMABILE

A. Could you rephrase that a little bit?

Q. Sure. Let's repeat that.

For example, if a customer called up Artisan looking for a plumbing fitting which Artisan doesn't carry and you told the customer We don't have that, why don't you try Home Depot or Lowes --

A. Um-hum.

Q. -- could that be a similar situation with the customer calling up All Granite and the All Granite representative saying, Well, we don't carry bottom grids, why don't you try Home Depot, why don't you try Artisan?

MR. MALTBIE: Objection to form.

A. I would say no. In every case that I've spoken to the customers that are on there, they made it pretty clear to me without probing for information that they were clearly told they purchased an Artisan sink.

Q. Now, if one of those customers had this countertop sink installed a year ago there's a good chance that it would have been

### Page 109

J. AMABILE

an Artisan sink, correct? Time period wise, a year, two years ago, during the period that we were.

A. If they were selling the product.

MR. MALTBIE: Objection to form. Do you want to show him the invoices and the dates those invoices are?

Q. We don't need to actually know the actual dates.

But during the time period that All Granite was carrying Artisan sinks if the customer called up and said where do I buy a bottom grid --

A. Red flag.

Q. -- the response from the representative could have been, you know, please check with Artisan or why don't you check with Artisan.

MR. MALTBIE: Objection to form.

A. It could have been. But it would -- it is not our practice once again for any of our dealers to -- we want them to sell our product.

TSG Reporting - Worldwide   877-702-9580

Page 110

J. AMABILE

Q. Okay. I guess the point that I was trying to probe with you is the fact that a representative of the company when a customer called up and says, you know, Where do I get the bottom grid for my sink, the fact that a representative allegedly says, you know, Please contact Artisan, could be simply a referral of business to Artisan, rather than any attempt to trade on Artisan's good will. At that point the sink has already been installed. There's no benefit to Artisan to give them your name or not give them your name at that point.

MR. MALTBIE: Objection to form.

Q. Is that a reasonable assessment in your mind?

MR. MALTBIE: Objection to form.

A. Except for the fact that, you know, in my meeting with Robert I clearly state that one of Artisan's policies is not to sell retail. If he was the marketing manager which I believe he was, you know, that information is there. We don't sell retail, period. It's one of our -- and has always

TSG Reporting - Worldwide   877-702-9580

Page 111

J. AMABILE

been prior to me coming on board, one of the things that we do not do. And that would have been clearly expressed from day one from whoever was the initial contact with All Granite & Marble.

Q. Not to beat this issue up too much but just to maybe distinguish between the allegations from the various customers, certain customers you've indicated were allegedly told at the time they purchased the sink that it would be an Artisan sink, versus other customers who after the sink was installed contacted the company to inquire about accessories. In your mind, is there a difference between those two situations?

MR. MALTBIE: Objection to form.

A. In my mind there's not a difference. In speaking with the customers they clearly stated they were told they had an Artisan sink. It wasn't that they were referred to us to get a grid for their sink because we make one that would fit the one that they have. They were told to call us. We were the manufacturer of their sink and we

TSG Reporting - Worldwide   877-702-9580

Page 112

J. AMABILE

would have the grid to fit it.

Q. Okay. Thank you.

All right. Back to Ms. Anderson's declaration. And let's take a look at paragraph 10. The sentence that reads, "Moreover, now that I have learned that Artisan is not the manufacturer, I have become concerned about the quality of the sink, whether any issues relating to the sink might jeopardize the more than $5,000 investment that I made in the countertop."

Okay? Do you see that?

A. Yes, I do.

Q. Now, Ms. Anderson admits that she received the free sink and did not inquire as to the manufacturer of such sink, correct?

MR. MALTBIE: Objection to form. Misstates the testimony -- misstates what the declaration says.

Q. Do you agree that Ms. Anderson did not seek the identity of the manufacturer at the time she purchased her sink? Is that an accurate statement?

A. Yes.

TSG Reporting - Worldwide   877-702-9580

Page 113

J. AMABILE

Q. Does it make sense in your mind that she's concerned at this point about the sink manufacturing quality but wasn't concerned about the sink manufacturing quality back at the time she received it for free?

MR. MALTBIE: Objection to form. Mischaracterizes the statement.

Q. Well, let me see if I can clarify that a little bit for you.

If the manufacturing quality of the sink is really that big a deal to Ms. Anderson why wouldn't she have asked at the time she purchased the sink who manufactured it?

MR. MALTBIE: Objection to form.

Q. You can answer if you have any idea.

MR. MALTBIE: If you can read Ms. Anderson's mind you can answer the question.

A. Well, I was just going to say that I can't answer that for Ms. Anderson.

However, it does clearly state that she was informed that the sink would be

TSG Reporting - Worldwide   877-702-9580

Page 114

J. AMABILE

installed as a 16 gauge stainless steel sink. If she had done some homework on her part she would have found that 16 gauge is superior quality in the industry.

Q. Thank you.
Do you have complete addresses for all of the names identified in interrogatory number 1?

A. For each one I believe yes, I do.

Q. Okay. Thank you.
MR. SCHROEDER: Let's mark this next document as Defendant's 88.
(Defendant's Exhibit 88, document bearing production numbers ART 00237 through ART 00240, marked for identification as of this date.)

BY MR. SCHROEDER:

Q. Let me show you what's been marked as Defendant's 88. These were documents that were recently produced to us by Mr. Maltbie.
Do you know where these documents came from?

A. These came from Ms. Poynter's home.

TSG Reporting - Worldwide   877-702-9580

Page 115

J. AMABILE

Q. Who is Ms. Poynter?

A. Ms. Poynter is a customer that contacted me initially I believe via e-mail which she got off of our website.

Q. When did that first contact take place?

A. I'd have to go back into my e-mail files. She was -- she was a while ago because she did -- she dragged her feet to get back to me. I want to say it was almost probably maybe prior to Christmas.

Q. And what was the purpose of her contacting you?

A. She had contacted our -- sales at Artisan Sink e-mail address in reference to locating a grid for her sink.

Q. Okay. And subsequent to that e-mail have you actually spoken to Ms. Poynter?

A. I did finally speak with Ms. Poynter I guess it was about a week ago.

Q. Okay. And what was the substance of that conversation?

A. That was mainly once again to find

TSG Reporting - Worldwide   877-702-9580

Page 116

J. AMABILE

out, A, who she got her sink from and who it was installed by which actually at that time she -- I had already known that because she did send it to me in an e-mail that she purchased it from them. She was told, you know, by them that she -- that the sink that she had was an Artisan sink.

Q. And she was told that when? When she purchased it or --

A. Yes.

Q. When she purchased it she was told that.

A. Yes.

Q. Did she contact the company subsequent to the installation to inquire about grids or manufacturers' names or anything as far as you know?
MR. MALTBIE: Objection to form. What company are we talking about?
MR. SCHROEDER: Let me rephrase that question.

Q. To the best of your knowledge, did Ms. Poynter contact All Granite subsequent to the installation of her countertop sink?

TSG Reporting - Worldwide   877-702-9580

Page 117

J. AMABILE

A. I don't recall the e-mail. I'd have to go back and read the initial e-mail contact. I don't recall.

RQ   MR. SCHROEDER: Can I ask and note on the record that Mr. Amabile produce that e-mail?
MR. MALTBIE: Sure.

Q. Okay. Back to the substance of the conversation, Mr. -- Ms. Poynter was looking for a grid for her sink?

A. That is correct.

Q. And what is the status of that situation right now?

A. Once again, she doesn't -- there is no status. She doesn't have a grid. That's where it's at.

Q. Were you able to verify the manufacturer of the sink that was installed in Ms. Poynter's home?

A. It was the crown logo.

Q. An All Granite sink.

A. Yes.

Q. Did you actually observe it yourself?

TSG Reporting - Worldwide   877-702-9580

**Page 118**

J. AMABILE

A. I did not. I did not go out to Ms. Poynter's home.

Q. Was it simply the one conversation with Ms. Poynter that took place?

A. That I had? One full conversation, correct.

Q. Has anyone else in the company spoken to Ms. Poynter?

A. Chuck Volga who would have -- he's the one that went out to Ms. Poynter.

Q. So he actually visited her.

A. Yes.

Q. Visited her home.

A. Yes.

Q. When would that have taken place, if you know?

A. Once again, it was recently. Within the past week.

Q. And is that at the point when you obtained the copies that are marked here as Defendant's 88?

A. Correct.

MR. SCHROEDER: Okay. Let's go ahead and mark this photograph at

TSG Reporting - Worldwide   877-702-9580

**Page 119**

J. AMABILE

Defendant's 89.

(Defendant's Exhibit 89, photograph bearing production number ART 00243, marked for identification as of this date.)

BY MR. SCHROEDER:

Q. Let me show you a photograph which has been marked as Defendant's 89 and represent to you that this was a sheet produced to me recently by Mr. Maltbie, your attorney.

Do you know where this came from?

A. I know that it came from Ms. Poynter's home.

Q. Okay. Would this have been a photograph -- did Mr. Volga take this photograph?

A. Yes, he did.

Q. So, to the best of your knowledge, this is a photograph that Mr. Volga took of the sink installed in Ms. Poynter's home.

A. Correct.

Q. Do you know if Ms. Poynter had any issues with the quality of sink installed in

TSG Reporting - Worldwide   877-702-9580

**Page 120**

J. AMABILE

her home? Any complaints?

A. That I am not aware of.

MR. SCHROEDER: Let's mark the next document as Defendant's 90.

(Defendant's Exhibit 90, document bearing production numbers ART 00241 through ART 00242, marked for identification as of this date.)

BY MR. SCHROEDER:

Q. Showing you what's been marked as Defendant's 90, and again I'll represent to you that these documents were recently provided to us by Mr. Maltbie, these two sheets. Do you know where these came from?

A. Ms. Poynter's home.

Q. She gave these to Mr. Volga when he visited?

A. Correct.

Q. And did Ms. Poynter advise Mr. Volga where they came from?

A. Yes, she did.

Q. And what did she tell him?

A. She told him that they came from All Granite & Marble. She had originally told

TSG Reporting - Worldwide   877-702-9580

**Page 121**

J. AMABILE

me she had these documents when I spoke to here originally on the phone.

Q. And did she give you any additional detail about how she acquired them?

A. That they were given to her by her salesperson at All Granite & Marble.

Q. Okay. Looking back at Defendant's 88, it's hard to see but it looks like in the first page it indicates Ridgefield Park.

A. Correct.

Q. Did she confirm that's where she purchased the countertop?

A. Yes.

Q. And the date on the document, one is dated 11/12 and it looks like the work order, 11/5.

To the best of your knowledge, is that the time period when she had this countertop installed?

A. To the best of my knowledge.

Q. And would that have been the time when she would have received this brochure?

A. Yes. She was given that. If I remember her conversation correctly, she was

TSG Reporting - Worldwide   877-702-9580

Page 122

1  J. AMABILE
2  given it at the time when she went in to
3  purchase the countertop.
4      Q. Do you know whether Ms. Poynter
5  visited any other countertop installers during
6  that period of time?
7      A. No.
8      Q. You don't know or she didn't
9  visit?
10     A. I don't know.
11     Q. Okay.
12     A. This paper is very similar to the
13 paper I saw when I was in All Granite visiting
14 their location.
15     Q. So you mentioned earlier -- you
16 testified earlier about the white spec sheet.
17     A. Yes.
18     Q. It looked similar to this.
19     A. Yes.
20     Q. So when you mentioned that you saw
21 a reference to Artisan on it, is that the
22 reference at the top of the page that I see?
23     A. Correct.
24     Q. Looking at Defendant's 90, does
25 that depict an Artisan sink?

TSG Reporting - Worldwide   877-702-9580

Page 123

1  J. AMABILE
2      A. It depicts a D-bowl shape which is
3  one of our sinks, yes.
4      Q. Do those dimensions, if you can
5  even read those dimensions, do they correspond
6  to the dimensions of an Artisan sink in that
7  time range?
8      A. I can't read them. I'll be honest
9  with you, off the top of my head -- I wouldn't
10 know the actual dimension off the top of my
11 head.
12     Q. Okay. Do the specifications
13 appearing under this, do they match the
14 specifications associated with Artisan sinks?
15     A. Well, they match -- the model
16 number is a good model number.
17     Q. That's the model number at the top
18 or the model number down near the --
19     A. Either -- well, I believe they're
20 the same. But the model number down here is
21 one of our model numbers which was a 17 gauge
22 product. You know, fully coated rubber pads
23 to the best of my knowledge would represent an
24 Artisan sink. The depth is the same as our
25 product also. Sixteen gauge or 17 gauge at

TSG Reporting - Worldwide   877-702-9580

Page 124

1  J. AMABILE
2  the time.
3      Q. It was 17 gauge at that time?
4      A. At this time, no, it would have
5  been 16 gauge.
6      Q. Was it ever 17 gauge, an Artisan
7  sink?
8      A. Way back maybe when All Granite
9  started dealing with Artisan.
10     Q. Would Artisan have given All
11 Granite a spec sheet like this to distribute?
12     A. To the best of my knowledge, no.
13     Q. Why do you say that?
14     A. Well, I don't -- just because I'm
15 going by what I do in my territory right now,
16 I don't provide something like this. I've
17 never seen a sheet like this. To me this is
18 something that's produced -- was produced by
19 them. The situation here of -- is -- they
20 have on here a 204 nickel bearing stainless
21 steel where it's a 304. She told me on the
22 phone that she hand wrote a 3 over that
23 because they told her it was 304 because she
24 had inquired. So just -- you know, it's not a
25 sheet that we would have given them.

TSG Reporting - Worldwide   877-702-9580

Page 125

1  J. AMABILE
2      Q. I may have asked you this but did
3  you tell me that Ms. Poynter was advised at
4  the time that she purchased the sink that it
5  would be an Artisan sink?
6      A. Yes. She was given this. She
7  told me on the phone she was given this
8  Artisan sheet on the phone at the time of
9  purchase.
10     Q. To the best of your knowledge,
11 does she have any complaints or issues with
12 the sink that's been installed in her home?
13     A. To the best of my knowledge, no.
14     Q. And is she still looking for a
15 grid for that sink?
16     A. Um-hum.
17     Q. To the best of your knowledge, has
18 Ms. Poynter contacted All Granite since the
19 installation of her sink?
20     A. I don't know the answer to that.
21 To the best of my knowledge, I don't know.
22          MR. SCHROEDER: Take a five-minute
23     break.
24          (Recess taken.)
25 BY MR. SCHROEDER:

TSG Reporting - Worldwide   877-702-9580

Page 126

J. AMABILE

Q. Let's go back on the record.
A. The initial contact with Mr. Nagle -- came into our office was because Mr. Nagle -- Mr. Nagle had been told he was getting an Artisan sink. He had gone to our website and there was a discrepancy between the size of the sink between our specifications there and the specifications he was given by All Marble because he was very concerned with the height of the sink and his drain outlet height that he had currently coming out of the wall.
     Now, I did not have that conversation with him but he told me when I spoke to him on the phone that that was his initial contact with us was in reference to those measurements.
Q. And do you know who he spoke to originally at the company?
A. I don't.
Q. Would it have been a customer service representative?
A. It may have been. But he was -- his initial contact with us was in reference

TSG Reporting - Worldwide   877-702-9580

Page 127

J. AMABILE

to that. And he was directed to -- you know, that it was an Artisan prior to the install of that sink in his home.
     MR. SCHROEDER: Let's mark this next document as Defendant's 91.
     (Defendant's Exhibit 91, document bearing production numbers ART 00022 through ART 00042, marked for identification as of this date.)
BY MR. SCHROEDER:
Q. Showing you what's been marked as Defendant's 91, have you seen that report before?
A. I have not.
Q. Okay. You are --
A. I don't believe I have. I've seen so many things I don't know what I've seen now.
Q. You are aware, though, that Artisan retained a PI firm to investigate the South Plainfield location.
A. Yes, I am.
Q. And that the private investigator filed a declaration in this lawsuit?

TSG Reporting - Worldwide   877-702-9580

Page 128

J. AMABILE

A. Yes, I am.
Q. Have you ever met the private investigator?
A. I have.
Q. She visited your location prior to conducting this investigation, correct?
A. Yes.
Q. And attached to her report are photographs. Let's turn to what's marked as ART 32.
A. (Witness complies.)
Q. Do you recognize those photographs? I believe that's the front of the building in South Plainfield.
A. Yes.
Q. Do you recognize that?
A. Yeah. It looks like it, yes.
Q. Okay. Let's turn to the next page which is indicated as ART 33. The upper photograph, the double doors. I'm not sure whether that's inside or outside. But the lower photograph appears to be a photograph of the interior of the showroom.
A. That's correct.

TSG Reporting - Worldwide   877-702-9580

Page 129

J. AMABILE

Q. And do you recall when you visited the showroom, this would have been following your visit to Ridgefield Park.
A. Um-hum.
Q. Did you walk into this showroom as far as you recall?
A. Yes.
Q. Okay. And if we turn to the next page as well, this may be a better photograph, on page ART 34, the top photograph shows the showroom. Do you recall walking through the showroom?
A. Um-hum.
Q. Okay. Now, you indicated earlier that you saw -- let me make sure I get this right. I believe you said earlier you saw some spec sheets in the Ridgefield Park location as well; is that correct?
A. Ridgefield Park location?
Q. I apologize. South Plainfield location.
A. Yes.
Q. From the photographs that are attached can you tell me where those spec

TSG Reporting - Worldwide   877-702-9580

Page 130

```
 1              J. AMABILE
 2   sheets were displayed?
 3       A.   There is another room.
 4       Q.   Okay. Maybe if we take a look at
 5   ART 36, would that help? The upper
 6   photograph?
 7       A.   Yeah. I believe this is the sink
 8   room.
 9       Q.   Okay.
10       A.   Right here there was a counter
11   where the sheets were displayed. And on the
12   wall here I believe this wraps around with
13   more sinks. On that wall is where that -- the
14   poster with the prices were.
15       Q.   To be clear, I thought you
16   indicated that the poster was in the
17   Ridgefield Park location.
18       A.   There was also one in this
19   location here.
20       Q.   There's a poster in this one as
21   well?
22       A.   Yeah, um-hum.
23       Q.   And that poster -- let me ask you,
24   what did that poster depict?
25       A.   Once again, it was line drawings
```
TSG Reporting - Worldwide   877-702-9580

Page 131

```
 1              J. AMABILE
 2   with pricing of sinks.
 3       Q.   Was it a document created by
 4   Artisan?
 5       A.   No.
 6       Q.   Did it mention Artisan on it?
 7       A.   It had model numbers. One of the
 8   model numbers I did recognize as mine. Once
 9   again, I wasn't afforded enough time to stand
10   in there and look at the things I would
11   normally look at as a sales manager, so to
12   speak.
13       Q.   Okay. Let's take a look at what's
14   indicated to be ART 38. Now, according Ms.
15   Davies' report, the sink shown in the upper
16   photograph on ART 38, the 8455R sink, is a
17   sink that she looked at during her first visit
18   and a sink that she confirmed to be the
19   Artisan sink bearing the fleur-de-lis.
20       A.   Okay.
21       Q.   Do you recall from your visit to
22   that location, was that the sink that you
23   observed to be the Artisan sink, if you
24   recall?
25       A.   I don't recall. I can recall if
```
TSG Reporting - Worldwide   877-702-9580

Page 132

```
 1              J. AMABILE
 2   this paper is in the sink -- this is the first
 3   time I'm seeing these pictures. If this is in
 4   the sink like this, that that was not like
 5   that when I went there.
 6       Q.   Okay. Let's jump back to ART 27.
 7   Have you ever seen this spec sheet before?
 8       A.   I have not seen this.
 9       Q.   Is this something that would have
10   been created by Artisan?
11       A.   No.
12       Q.   Does this correspond to any spec
13   sheets that Artisan produces?
14       A.   No.
15       Q.   Are any of these model numbers
16   Artisan model numbers, to the best of your
17   knowledge?
18       A.   To the best of my knowledge, no.
19       Q.   Okay. So if we refer back
20   again -- if you hold this page and refer back
21   again to ART 38 --
22       A.   Um-hum.
23       Q.   -- the sink at the top there is
24   indicated as an 8455R sink, $250. If you go
25   back to the spec sheet that's shown near the
```
TSG Reporting - Worldwide   877-702-9580

Page 133

```
 1              J. AMABILE
 2   bottom as being a dual bowl sink.
 3       A.   Correct.
 4       Q.   Okay. Is that the sink that was
 5   actually installed in your house during this
 6   installation?
 7       A.   No.
 8       Q.   Looking at the spec sheet, did you
 9   have installed the AF590-529 sink?
10       A.   Yes.
11       Q.   And that's the sink that's shown
12   if you refer back to 38 in the lower
13   photograph, correct?
14       A.   Yes.
15       Q.   Ms. Davies noted in the report and
16   I believe noted in the declaration as well
17   that All Granite removed your old countertop
18   from your kitchen.
19       A.   Um-hum.
20       Q.   Did you pay them for that removal?
21       A.   Yes.
22       Q.   And I notice that the countertop
23   was left in your driveway.
24       A.   Correct.
25       Q.   Were they supposed to cart that
```
TSG Reporting - Worldwide   877-702-9580

Page 134

J. AMABILE

1  away?
2  A.  To the best of my knowledge, yes. That was what was paid for.
3  Q.  Is that in any documentation that they would cart it away?
4  A.  No, I don't believe so.
5  Q.  Was Ms. Davies told that piece of information?
6  A.  Yes, she was told that information. I called her to verify that.
7  Q.  And what happened to the old countertop that was in your driveway?
8  A.  It's in a Dumpster at -- it was thrown away. I took it and got rid of it.
9  Q.  You took it to a Dumpster.
10 A.  Yeah. At our office.
11 Q.  Okay. Thank you.
          MR. SCHROEDER: Now I'm going to mark this next document as Defendant's 92.
          (Defendant's Exhibit 92, document bearing production number ART 00178, marked for identification as of this date.)

TSG Reporting - Worldwide   877-702-9580

Page 135

J. AMABILE

          MR. SCHROEDER: And let's go ahead and mark this final document as Defendant's 93.
          (Defendant's Exhibit 93, Declaration of Joseph Amabile in Support of Plaintiff's Motion For A Preliminary Injunction, Temporary Restraining Order And Order For Expedited Discovery, marked for identification as of this date.)
BY MR. SCHROEDER:
Q.  Let me show you what's been marked as Defendant's 92 and Defendant's 93. Defendant's 92 is an Artisan spec sheet, one of the documents that you produced to us.
     Do you recognize that?
A.  Yes, I do.
Q.  And Defendant's 93 is your Declaration which you prepared and signed. Do you recognize that?
A.  Yes, I do.
Q.  And let's at the same time in the private investigation report, would you refer back to that -- on page 38 that shows the 8455R sink which Ms. Davies indicates to be

TSG Reporting - Worldwide   877-702-9580

Page 136

J. AMABILE

the Artisan sink bearing the fleur-de-lis.
A.  Um-hum.
Q.  Now, in your declaration if we look in paragraph 4 of your declaration, it states that the genuine Artisan sink that Ms. Davies ordered has a suggested retail price of 525.
     Now, to be clear, when we look at the spec sheet, if you know, are we referring to -- I see the sink that has a list price of 525 is the A2321D9 which is shown here on the left-hand column as being a --
A.  2321.
Q.  -- dual basin sink?
A.  Which one are you looking at?
Q.  The one that has a list price of 525.
A.  Is an A2321 which is a single D-bowl.
Q.  A single -- I look down in the photograph, am I seeing a --
A.  No, 2321D9 (indicating).
Q.  2321D9. Okay. So we're looking up here at the top as being a single D-bowl.

TSG Reporting - Worldwide   877-702-9580

Page 137

J. AMABILE

A.  Correct.
Q.  Okay. That's the sink that --
A.  That is the sink that's in my home. Or the style of the sink that's in my home.
Q.  The style of the sink that's in your home.
A.  That's correct.
Q.  Okay. Do you know whether the sink appearing in the photograph on page ART 38 in the upper photograph, 8455R, if that is a single basin or a double basin sink?
A.  Not from that picture, no, I don't know.
Q.  And you don't recall from when you visited the location whether there was a single basin or a double basin.
A.  That I don't recall.
Q.  Now, if I refer your attention back to page 27 of that document, that indicates the sink as being a double basin sink, correct?
A.  Yes. According to that model number, yes.

TSG Reporting - Worldwide   877-702-9580

Page 138

```
 1              J. AMABILE
 2       Q.  Okay.
 3           MR. SCHROEDER:  Let's just take a
 4   short break and I'm just going to wrap it
 5   up.
 6           (Recess taken.)
 7   BY MR. SCHROEDER:
 8       Q.  Back on the record.
 9           I just have a few final questions
10   and we'll wrap this up.
11           Just to clarify, back when you
12   visited the Ridgefield Park location for the
13   first time, the first visit when you were told
14   Robert's name initially --
15       A.  Um-hum.
16       Q.  -- you indicated that you saw in
17   there some white sheets that had at least a
18   reference to the name Artisan on them.
19       A.  Yes.
20       Q.  And they had some sort of design
21   specifications on them.
22       A.  Yes, they did.
23       Q.  Was there more than one sink shown
24   on those design sheets, if you recall?
25       A.  I don't recall on the sheet.  I
```
TSG Reporting - Worldwide   877-702-9580

Page 139

```
 1              J. AMABILE
 2   know the poster definitely had more than one
 3   sink.  The sheet I don't recall if it was just
 4   one or if it was multiple.
 5       Q.  And on the poster you said you
 6   don't remember seeing the Artisan name but you
 7   saw Artisan model numbers.
 8       A.  A model number.  You know, an
 9   older model number.
10       Q.  All right.  And just to be clear,
11   in the Ridgefield Park location, your first
12   visit, could you tell me where the poster was
13   displayed in the showroom, if you recall.
14       A.  If I recall correctly, it was by
15   the sink pull-out display.
16       Q.  Okay.  And is that in the rear
17   portion of the showroom, if you recall?
18       A.  That is -- no, it's right when you
19   walk through the door there's a hallway that
20   goes -- not a hallway but a wide -- we'll call
21   it a hallway -- goes to offices which is --
22   and that's right where it was.  Like, as you
23   come through the door right on your left-hand
24   side.
25       Q.  All right.  And you indicated that
```
TSG Reporting - Worldwide   877-702-9580

Page 140

```
 1              J. AMABILE
 2   the white sheets were in that same general
 3   location.
 4       A.  Yes.
 5       Q.  Okay.  And just to confirm.  Back
 6   in the South Plainfield location those were
 7   the photographs we looked at earlier attached
 8   to the PI report.
 9       A.  Correct.
10       Q.  The same type of sheets you
11   indicated you observed in that location.
12       A.  Right.  They were on the
13   countertops.
14       Q.  And, again, there was a poster
15   also?
16       A.  On the wall.
17       Q.  How large a poster was that?
18   Eight and half by eleven?  Eight and a half by
19   14?
20       A.  A little bit -- I want to say
21   maybe the size of that place mat over there
22   (indicating).
23       Q.  Eleven by 17?
24       A.  Yeah.  About 11 by 17.  In that
25   ballpark.
```
TSG Reporting - Worldwide   877-702-9580

Page 141

```
 1              J. AMABILE
 2       Q.  Was it something that looked like
 3   it was professionally created?
 4       A.  No.  It looked like something that
 5   was created by them.
 6       Q.  Like on a photocopy machine?
 7       A.  Possibly.
 8       Q.  A printout from a computer?
 9       A.  Possibly a printout from a
10   computer.
11       Q.  And the poster -- back to the
12   Ridgefield Park location, was that the same
13   type of poster, that size?
14       A.  Yes.
15       Q.  And type?
16       A.  Yes.
17       Q.  Do you recall whether it was the
18   same poster?
19       A.  I don't.  I would assume but I
20   don't recall if it was exactly the same.
21           MR. SCHROEDER:  Thank you.  No
22   further questions.  Thank you for coming
23   in today and taking the time to talk to
24   us.
25           MR. MALTBIE:  I just have a few
```
TSG Reporting - Worldwide   877-702-9580

Page 142

```
 1              J. AMABILE
 2   questions.
 3   EXAMINATION BY
 4   MR. MALTBIE:
 5       Q.  I just want to clarify one issue
 6   that came up earlier and that was with respect
 7   to Defendant's Exhibit 82 which I'll show you
 8   and Defendant's Exhibit 83. Artisan does, I
 9   believe you testified earlier, manufacture an
10   18 gauge sink; is that correct?
11       A.  Correct, we do.
12       Q.  And the sink, the 18 gauge sinks
13   that are currently in Artisan's line are I
14   believe you said eight-inch depth sinks.
15       A.  Correct. All models except for
16   one of the double bowls which is an eight and
17   seven.
18       Q.  And are those 18 gauge sinks --
19   are the model numbers for those 18 gauge
20   sinks, the models numbers that are listed on
21   the second page of this UPC certification
22   report?
23       A.  Yes.
24       Q.  Look back at what was marked as
25   Defendant's Exhibit 82 which refers to some 18
```
TSG Reporting - Worldwide    877-702-9580

Page 143

```
 1              J. AMABILE
 2   gauge sinks which are nine-inch depth. Are
 3   you aware if sinks with those specifications
 4   are part of Artisan's current offering?
 5       A.  They are not.
 6       Q.  And one other issue. With respect
 7   to the installation by All Granite of a sink
 8   in your home, based upon your experience in
 9   both home remodeling and the plumbing
10   business, how would you characterize the
11   installation of the sink in your home?
12       A.  Definitely less than satisfactory.
13   The actual installation of the sink was not --
14   was not done by your standard procedures in
15   the undermount sink business which
16   manufacturers provide mounting clips which get
17   drilled into the granite and then the clip is
18   then used to hold the sink along with epoxy.
19            All Granite basically took shards
20   of granite and basically used them as clips,
21   just epoxied them up underneath my countertop.
22            In the removal of the countertop
23   in my home that was existing, or on the
24   installation of the new one -- it was on the
25   removal of the existing countertop, they
```
TSG Reporting - Worldwide    877-702-9580

Page 144

```
 1              J. AMABILE
 2   put -- it was probably about a 12-inch gouge
 3   in one of my cabinets which they used a black
 4   Magic Marker to cover up.
 5            They also upon installing the new
 6   one I found out, I'm assuming in the taking
 7   out of my old countertop or in the
 8   installation of, at some point between there
 9   they broke my dishwasher which was operable at
10   the time of having the work done.
11       Q.  Just to go back to the issue with
12   respect to the clips --
13       A.  Um-hum.
14       Q.  -- is training with respect to
15   proper installation of Artisan sinks something
16   that you would provide to a dealer or
17   distributor of Artisan sinks?
18       A.  Most dealers once again doing
19   undermount sink work, that is common
20   installation practices undermount sinks is to
21   use the clips. As a matter of fact, it's a
22   common question that we get asked, are the
23   clips provided with our sinks.
24       Q.  And are they provided with your
25   sinks?
```
TSG Reporting - Worldwide    877-702-9580

Page 145

```
 1              J. AMABILE
 2       A.  Absolutely.
 3            MR. MALTBIE:  No further
 4       questions.
 5            MR. SCHROEDER:  Let me just
 6       redirect a couple quick questions here.
 7   EXAMINATION BY
 8   MR. SCHROEDER:
 9       Q.  Now, you stated that overall
10   your -- the installation was less than
11   satisfactory and you mentioned a number of
12   complaints in response to Mr. Maltbie's
13   questions.
14       A.  Um-hum.
15       Q.  Are those complaints the reason
16   why you characterize the installation as less
17   than satisfactory?
18       A.  Yes.
19       Q.  Were there any concerns with the
20   actual countertop that was provided?
21       A.  The actual countertop, itself, no.
22       Q.  Is the countertop still installed
23   within your home?
24       A.  Yes, it is.
25       Q.  Is the sink still installed within
```
TSG Reporting - Worldwide    877-702-9580

Page 146

J. AMABILE

1  your home?
2    A.  Unfortunately, yes.
3    Q.  What type of countertop did you
4  have prior to this new countertop being
5  installed?
6    A.  A Formica countertop.
7        The sink would be changed if I
8  could change it.
9    Q.  Now, in response to Mr. Maltbie's
10 question you spoke about the way the sink was
11 installed and the clips that in your case
12 weren't used you testified.
13   A.  Correct.
14   Q.  Is it your opinion in your
15 experience that clips like that are used to
16 install undermount sinks?
17   A.  Yes.
18   Q.  Is that always the way they're
19 installed?
20   A.  I've never seen it done any other
21 way.
22   Q.  And you testified that you supply
23 these clips with your undermount sinks.
24   A.  Yes, we do.

TSG Reporting - Worldwide   877-702-9580

Page 147

J. AMABILE

1    Q.  Did you follow up with All Granite
2  about any of the concerns that you pointed out
3  to Mr. Maltbie?
4    A.  I didn't feel that we could,
5  obviously, because it was part of an
6  investigation.
7    Q.  Have you documented any of these
8  concerns?  By that I mean photographs?  Has
9  anyone else seen these issues?
10   A.  Well, yeah.  You know, Chuck Volga
11 has been at my home.  He saw the gouge in the
12 cabinet.  Obviously, the dishwasher not
13 working is still there so you can -- it's
14 sitting there.
15   Q.  Do you have any idea why the
16 dishwasher isn't working?
17   A.  Yeah.  Because when you -- a
18 dishwasher is mounted to the underside of a
19 Formica countertop, it's screwed in, and
20 apparently when they disassembled that somehow
21 they broke the handle that closes the
22 dishwasher and locks it.  So basically if the
23 it doesn't lock you can't turn it on.
24   Q.  So you need a new handle for your

TSG Reporting - Worldwide   877-702-9580

Page 148

J. AMABILE

1  dishwasher?
2    A.  Essentially, I mean, yeah.  If it
3  could be gotten you could replace that whole
4  mechanism I would assume.
5    Q.  You mentioned a scratch in your
6  cabinet that resulted when the old countertop
7  was removed.
8    A.  Yes.
9    Q.  Where is that cabinet located with
10 respect to your countertop?
11   A.  It's a pantry cabinet that's on
12 the end run of my countertop.  So the main
13 part of my kitchen.
14   Q.  So was it removed actually during
15 the removal of the countertop or the carrying
16 of the old countertop out of the house?
17   A.  I would imagine -- once again, I
18 wasn't -- didn't physically see it happen.  I
19 would imagine just from my, you know, having
20 installed product, that possibly when they
21 lifted the countertop up they didn't realize
22 that the bottom of the countertop as they're
23 lifting it up into a position that's wedged,
24 would come up and the angle is going to make

TSG Reporting - Worldwide   877-702-9580

Page 149

J. AMABILE

1  it greater than the area that they had to take
2  it out of.  So they just rubbed the cabinet
3  and gouged the cabinet.
4    Q.  What kind of cabinets do you have
5  in your home?
6    A.  Wood.
7    Q.  Stained, painted?
8    A.  They're stained.  Dark stained.
9    Q.  Has that been corrected yet?
10   A.  No.  That's -- well, they
11 attempted to correct it.  They used black
12 Magic Marker.
13   Q.  Did they point this out to you
14 when this happened?
15   A.  No.
16   Q.  And you're sure this happened when
17 they were removing the countertop.
18   A.  Oh, absolutely.
19   Q.  Now, you mentioned that the sink
20 was installed using shards of granite.  Can
21 you elaborate on that?
22   A.  Basically they took pieces of
23 granite, you know, shards because, you know,
24 it's what it looks like from the best I can

TSG Reporting - Worldwide   877-702-9580

Page 150

J. AMABILE

see, and it -- basically took epoxy, put it under the sink, put the sink up, and then used just epoxy to granite around the rim of the sink in different locations.

Q. So in your mind that installation isn't as secure as an installation as using clips?

A. Absolutely not. And it also renders the sink 90 percent, you know, unchangeable. So should there be any problem with that sink you stand a very good chance of ruining your granite to get that out because that granite would need to be chipped off of the countertop. Whereas a sink with the clips, you just unscrew the clips.

Q. Now, is that the result of using the epoxy or the result of using, as you described, the shards of granite?

A. The combination of both. The only way to get that piece of granite off would be to chip that piece of granite off, you know, from there. I mean, there's no other way to get it off.

Q. If an installer uses clips to

TSG Reporting - Worldwide   877-702-9580

Page 151

J. AMABILE

install an undermount sink does he also use an epoxy?

A. He would use an epoxy around the rim.

Q. And the epoxy wouldn't come in contact with the granite?

A. The epoxy comes in contact with the granite but does not come in contact with the clips.

Q. So how is that installation where you have epoxy contacting the granite different than an installation where you have, as you said, shards of granite being epoxied between the sink and the countertop?

A. Because the epoxy itself can be separated. But the granite epoxied to the granite, there's no way -- with a clip you take the screw out and the clip comes off. Then you're just left with the rim epoxied to the granite. That could be separated. You know, they have methods of doing that to change a sink. However, with the granite glued to the granite there's no way of separating that granite from the granite

TSG Reporting - Worldwide   877-702-9580

Page 152

J. AMABILE

without taking something and physically hitting it to separate that granite.

Q. Just to be clear, how is the granite shard secured to the rim of the sink? How is that connection made?

A. Epoxy.

Q. So the granite is first epoxied -- the granite is epoxied to the undermount rim of the sink and the other side is epoxied to the actual countertop, underside of the actual countertop?

A. Yes.

Q. And you still end up with a flush mount in that case? You still have the rim tightly pushed up against the underside of the granite countertop?

A. Yeah. They have a brace that they use that kind of cranks the sink up to the countertop to make a seal.

Q. Are there apertures in the rim of the countertop through which this granite shard is protruding?

A. I'm not following your question. They're on the underside of the sink. If you

TSG Reporting - Worldwide   877-702-9580

Page 153

J. AMABILE

were to look underneath it, if you were to get in your cabinet and look up.

Q. Oh, you're saying the shard actually -- a portion of would it catch the rim and a portion --

A. A portion of it catches the rim and a portion of it is on the granite, itself. So, therefore, the only way to separate that is to actually take something and chisel that granite off.

Q. If you use a clip system where do the clips secure to?

A. The clips are -- there's an anchor that's drilled into the granite and then the clip is -- holds -- you know, it's like a two-inch clip that is basically just with a screw -- the screw goes into the anchor and then that clip holds the sink up to the granite.

Q. Do you have any intention of removing this countertop installation from your house in the near future?

A. The countertop? At the moment, no.

TSG Reporting - Worldwide   877-702-9580