Louis S. Ederer
John Maltbie
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022
(212) 715-1000

*Attorneys for Plaintiffs Artisan Manufacturing Corporation*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
                                                             :
ARTISAN MANUFACTURING CORPORATION,    :    Civil Action No.: 07 CV 11278
                                                             :
               Plaintiff,                                    :
                                                             :
          - against -                                        :
                                                             :
ALL GRANITE & MARBLE CORPORATION.,    :
                                                             :
               Defendant.                                    :
                                                             :
------------------------------------------------------------ x

**DECLARATION OF JOHN MALTBIE IN FURTHER SUPPORT OF PLAINTIFFS'**
**MOTION FOR A PRELIMINARY INJUNCTION**

# EXHIBIT G

Page 1

1

2                UNITED STATES DISTRICT COURT

3           FOR THE SOUTHERN DISTRICT OF NEW YORK

4

   ARTISAN MANUFACTURING                )
5  CORPORATION,                         )
                                        )
6                     Plaintiff,        )
                                        )
7           vs.                         ) 07-cv-11278 (WHP)
                                        )
8  ALL GRANITE & MARBLE                 )
   CORPORATION,                         )
9                                       )
                      Defendant.        )
10 ------------------------------)

11

12

13

14            DEPOSITION OF PETER BUCKO

15              Parsippany, New Jersey

16            Thursday, February 7, 2008

17

18

19

20

21

22

23

24 Reported by:
   FRANCIS X. FREDERICK, CSR, RPR, RMR
25 JOB NO. 15244B

## Page 2

```
 1
 2
 3
 4
 5          February 7, 2008
 6          10:57 a.m.
 7
 8
 9          Deposition of PETER BUCKO, held
10   at the offices of Hoffmann & Baron, 6
11   Campus Drive, Parsippany, New Jersey,
12   pursuant to Notice, before Francis X.
13   Frederick, a Certified Shorthand
14   Reporter, Registered Merit Reporter and
15   Notary Public of the States of New York
16   and New Jersey.
17
18
19
20
21
22
23
24
25
```

TSG Reporting - Worldwide    877-702-9580

## Page 3

```
 1
 2   A P P E A R A N C E S :
 3
 4       ARNOLD & PORTER
 5       Attorneys for Plaintiff
 6          399 Park Avenue
 7          New York, New York  10022-4690
 8       BY:  JOHN MALTBIE, ESQ.
 9
10   HOFFMANN & BARON, LLP
11   Attorneys for Defendant
12       6 Campus Drive
13       Parsippany, New Jersey  07054
14   BY:  JON A. CHIODO, ESQ.
15
16
17
18
19
20
21
22
23
24
25
```

TSG Reporting - Worldwide    877-702-9580

## Page 4

```
 1              P. BUCKO
 2   P E T E R   B U C K O,  called as a
 3       witness, having been duly sworn by a
 4       Notary Public, was examined and
 5       testified as follows:
 6   EXAMINATION BY
 7   MR. MALTBIE:
 8       Q.   Good morning.  My name is John
 9   Maltbie.  I'm an attorney with the law firm of
10   Arnold & Porter.  My firm represents Artisan
11   Manufacturing Corporation, the manufacturer
12   and distributor of Artisan sinks in a lawsuit
13   that's been filed against All Granite & Marble
14   Corporation.
15       Mr. Bucko, we were introduced a
16   moment ago off the record but would you kindly
17   state your full name and residential address
18   for the record?
19       A.   It's 5404 Wells Drive, Parlin.
20   Peter Bucko, B-U-C-K-O.
21       Q.   Mr. Bucko, prior to today, have
22   you ever been deposed or given testimony in
23   connection with a legal matter?
24       A.   No.
25       Q.   So I'm going to go over a few of
```

TSG Reporting - Worldwide    877-702-9580

## Page 5

```
 1              P. BUCKO
 2   the ground rules that will hopefully keep
 3   things moving smoothly this morning.  What I'm
 4   going to be doing is asking a series of
 5   questions regarding your knowledge of the
 6   facts and circumstances concerning All
 7   Granite's promotion and use of sinks in
 8   connection with its countertop installation
 9   services.
10       It's your obligation to answer my
11   questions truthfully and to the best of your
12   ability.
13       Is that understood?
14       A.   Yes.
15       Q.   In the event also if you need a
16   question repeated, let me know and we can
17   either have it read back or I'll state it
18   again for you.
19       In addition, it's important that
20   you provide verbal answers to my questions
21   rather than a nod or gesture because we have a
22   court reporter here whose job it is to take
23   down our verbal answers.
24       And if you need to take a break at
25   any time please let me know and we can do
```

TSG Reporting - Worldwide    877-702-9580

Page 6

P. BUCKO

1  that. I only ask that you not ask to take a
2  break while a question is pending.
3      A.  Okay.
4      Q.  And just in order to help things
5  run smoothly, please wait for me to finish my
6  question before you start answering and I'll
7  wait for you to finish your answer before I
8  start questioning. Okay?
9      A.  Um-hum.
10     Q.  Just to clarify an issue with
11 respect to language that's been raised, is it
12 correct to say that English is not your first
13 language?
14     A.  It's my second language.
15     Q.  And what is your first language?
16     A.  Polish.
17     Q.  Were you born in Poland?
18     A.  Yes.
19     Q.  How long have you been in this
20 country?
21     A.  Three years.
22     Q.  And what is the highest level of
23 schooling you have completed?
24     A.  Right now I'm going to community

Page 7

P. BUCKO

1  college. I didn't finish high school in
2  Poland. I studied two years law in Poland. I
3  didn't finish it.
4      Q.  I'm sorry. You said you studied
5  two years --
6      A.  Law.
7      Q.  Law?
8      A.  Yes.
9      Q.  And now you're in community
10 college here in the United States?
11     A.  Um-hum.
12     Q.  And do you feel comfortable
13 answering my questions in English?
14     A.  Sure, yeah.
15     Q.  Mr. Bucko, did you speak with
16 anyone other than your attorney in
17 anticipation or preparation of your testimony
18 here this morning?
19     A.  This morning? No. Not really,
20 no.
21     Q.  Not really or --
22     A.  No, no, no. Definitely not.
23     Q.  Do you recall if you spoke to Mr.
24 Deja with respect to the testimony?

Page 8

P. BUCKO

1      A.  Is --
2          MR. CHIODO: I think you pronounce
3  it Deja.
4          MR. MALTBIE: Deja?
5          MR. CHIODO: Robert.
6      Q.  Robert.
7      A.  Oh. I mean, we just had a basic
8  conversation, you know.
9      Q.  When was that?
10     A.  Couple days ago that we have -- I
11 mean, he just said we're going to have a
12 meeting with -- we're going to have a
13 deposition with you. And that's pretty much
14 it.
15     Q.  And do you have any understanding
16 with respect to what this case is about?
17     A.  Yeah, I know what it's all about,
18 yeah.
19     Q.  And what's your understanding of
20 what this case is about?
21     A.  I mean, it's about Artisan Sinks
22 thinks that we sell the Artisan sinks, right?
23 That's what it's all about.
24     Q.  And were you asked by anyone to

Page 9

P. BUCKO

1  collect any documents relating to this
2  lawsuit?
3      A.  No.
4      Q.  Do you know if any other All
5  Granite employees were asked to look for any
6  documents in connection with this lawsuit?
7      A.  No.
8      Q.  Did you review any documents in
9  preparation for your testimony today?
10     A.  No.
11     Q.  Mr. Bucko, you're currently
12 employed by All Granite; is that correct?
13     A.  Yes, um-hum.
14     Q.  How would you describe the nature
15 of All Granite's business?
16     A.  It's a granite company which sell
17 granite and marble countertops, vanities tops,
18 fireplace surrounds.
19     Q.  How long have you been employed by
20 All Granite?
21     A.  Sixteen months.
22     Q.  Do you have a title at All
23 Granite?
24     A.  Actually -- yeah, I'm production

Page 10

P. BUCKO

1  coordinator.
2  coordinator.
3      Q.   Is that different from a salesman?
4      A.   It's almost exactly the same thing
5  because I do the sales job, I'm selling the
6  granite countertops and evaluate the projects.
7  That mean, you know, after the template gets
8  done every project comes through me.
9      Q.   Sort of like a quality control; is
10 that correct?
11     A.   Yeah. Right.
12     Q.   So you look to make sure that the
13 templates are cut correctly --
14     A.   Exactly. I just evaluate the
15 prices.
16     Q.   So you evaluate the prices?
17     A.   Yes. I evaluate the prices and
18 then the project manager just confirm the
19 price.
20     Q.   And is there one project manager
21 or more than one project manager?
22     A.   There's one project manager.
23     Q.   Who is that?
24     A.   Alex.
25     Q.   And have you always held the title

TSG Reporting - Worldwide    877-702-9580

Page 11

P. BUCKO

1  of production coordinator at All Granite?
2  of production coordinator at All Granite?
3      A.   No.
4      Q.   What prior titles have you had?
5      A.   Senior salesman.
6      Q.   Anything else?
7      A.   You start with the junior
8  salesman, then you go to salesman, then senior
9  salesman. Then it's the project coordinator.
10     Q.   So as production coordinator, do
11 you still have responsibility for --
12     A.   For customers?
13     Q.   For sales? For customers?
14     A.   Um-hum.
15     Q.   And who do you report to as
16 production coordinator?
17     A.   To the project manager.
18     Q.   To Alex?
19     A.   Alex, yes.
20     Q.   And is there anyone that reports
21 to you?
22     A.   No.
23     Q.   And do you know if All Granite has
24 more than one location?
25     A.   We have three locations.

TSG Reporting - Worldwide    877-702-9580

Page 12

P. BUCKO

1  P. BUCKO
2      Q.   Do you know where those are
3  located?
4      A.   Ridgefield Park, Bergen County,
5  South Plainfield, and Stroudsburg,
6  Pennsylvania.
7      Q.   And have you been to each of those
8  locations?
9      A.   No.
10     Q.   Have you been to any of those
11 locations?
12     A.   South Plainfield.
13     Q.   And how many people in the South
14 Plainfield location are responsible for
15 handling customers or sales?
16     A.   Five.
17     Q.   Who are those people?
18     A.   Julie, Chris, Robert and Myron.
19     Q.   Sorry. What was the last one?
20     A.   Myron.
21     Q.   Myron?
22     A.   Myron.
23     Q.   Julie, Chris, Robert, Myron --
24     A.   And Peter.
25     Q.   When you refer to Chris, are you

TSG Reporting - Worldwide    877-702-9580

Page 13

P. BUCKO

1  P. BUCKO
2  referring to Mr. Pilszak?
3      A.   Mr. Pilszak, yes.
4      Q.   And is it correct to say that
5  you've worked at South Plainfield throughout
6  your employment at All Granite?
7      A.   Yes.
8      Q.   And how did you come to be
9  employed by All Granite?
10     A.   I just found it out in a want ad
11 magazine and just called the number and
12 interviewed.
13     Q.   And who did you interview with?
14     A.   Alex.
15     Q.   And we mentioned the name Robert
16 Deja before.
17     A.   Um-hum.
18     Q.   Do you know what Mr. -- what
19 Robert's title is?
20     A.   No.
21     Q.   Do you have any interaction with
22 Robert on a day-to-day basis?
23     A.   No. He's working in Ridgefield
24 Park now, our main office. So -- I know who
25 Robert is but I don't know what his title is.

TSG Reporting - Worldwide    877-702-9580

Page 14

P. BUCKO

1
2  It's just a -- I think he's a friend of the
3  company. He's working this company for a long
4  time so...
5      Q.   Is there a managerial level at the
6  South Plainfield showroom?
7      A.   Um-hum.
8      Q.   How many managers are there?
9      A.   Two.
10     Q.   Who are they?
11     A.   Alex and Daniel.
12     Q.   And is there a receptionist or
13  secretary at the South Plainfield --
14     A.   There's a bookkeeper.
15     Q.   Bookkeeper?
16     A.   Bookkeeper.
17     Q.   And when phone calls come into the
18  South Plainfield location are they --
19     A.   We pick up the phones.
20     Q.   So anyone --
21     A.   Any salesperson.
22     Q.   Picks up the phones.
23          And how are you compensated by All
24  Granite; is it straight salary, salary plus
25  commission, commission only or something else?

TSG Reporting - Worldwide    877-702-9580

Page 15

P. BUCKO

1
2      A.   Just a straight salary.
3      Q.   Do you know if All Granite
4  provides any incentives or awards for its
5  salesmen for sales performance?
6      A.   I'm sorry. Can you ask me again?
7      Q.   Do you know if All Granite
8  provides any incentives or awards to its
9  salespeople for sales performance?
10     A.   I think not.
11     Q.   Do you know who's responsible for
12  keeping track of sales?
13     A.   Probably someone from Ridgefield
14  Park, I guess. But it's not like I --
15     Q.   Now, as production coordinator
16  would you say that you are as involved or less
17  involved or more involved with customers that
18  come in to the South Plainfield location than
19  someone who's just a salesperson?
20          MR. CHIODO: Objection to the
21  form. You can answer if you understand.
22     A.   Less involved. Yeah, less
23  involved.
24     Q.   So some of your time is spent
25  doing the production coordinator jobs?

TSG Reporting - Worldwide    877-702-9580

Page 16

P. BUCKO

1
2      A.   It depends how many customers we
3  have at the office. So let's say if there's
4  only two customers, we have another
5  salesperson, they can -- if they can help,
6  that's fine. I work there for like 16 months.
7  If they have some questions, they can always
8  ask me.
9      Q.   Have you received any training
10  during your employment with All Granite?
11     A.   Um-hum.
12     Q.   What kind of training have you
13  received?
14     A.   It's training letting us know
15  about how to select the colors. How to match
16  the colors.
17     Q.   When you say colors you're talking
18  about the color of the marble?
19     A.   Color of marble and granite, yes.
20  How to prepare the estimate.
21     Q.   Did you also receive training with
22  respect to the computer system?
23     A.   Um-hum, yes.
24     Q.   And have you received any training
25  with respect to the sinks that All Granite

TSG Reporting - Worldwide    877-702-9580

Page 17

P. BUCKO

1
2  offers in its showroom?
3      A.   No. I was just informed that the
4  sinks which we provide for free and you can
5  give them to any customer.
6      Q.   When were you informed of that?
7      A.   When I start to work.
8      Q.   So 16 months ago?
9      A.   Sixteen months ago, yes.
10     Q.   So how many customers on average
11  would you say you assist on a weekday?
12     A.   If it's during the week, ten, 15
13  customers a day. If it's a Saturday it's more
14  difficult so we have even 20, 25 persons.
15     Q.   And can you describe the process
16  of assisting a customer who comes into the
17  South Plainfield location?
18     A.   Usually when customers come to the
19  office they have a layout of the kitchen
20  sketch or anything like that. So we can
21  prepare the price. They have five different
22  price categories so they will see how much we
23  charge for the least expensive, how much for
24  the most expensive stone. And then if they go
25  to the sample board, on the sample board they

TSG Reporting - Worldwide    877-702-9580

Page 18

P. BUCKO

1   have lot numbers and small stickers. This way
2   they can recognize which stone is in which
3   price.
4       Whatever they find, we take the
5   numbers, we take them to the warehouse, show
6   them the colors. They allowed to take, like,
7   couple samples, five, seven samples, and
8   that's pretty much it.
9       Q.   So does that culminate with
10  providing an estimate to the customer?
11      A.   Um-hum.
12      Q.   And that's the computer-generated
13  estimate?
14      A.   Yes.
15      Q.   And as far as you know that
16  estimate is then saved in the system; is that
17  correct?
18      A.   It's saved in the system, yes.
19      Q.   Now, do you have any
20  responsibility for following through with
21  respect to the actual installation and sale of
22  a countertop?
23      A.   No.
24      Q.   So other than maybe checking

Page 19

P. BUCKO

1   template cuttings as they go out --
2       A.   Um-hum. I mean, it's not about
3   that. It's just -- each guy who does a
4   template, has to prepare a drawing. Based on
5   the drawing we calculate the final price and
6   actually that's what I'm responsible for.
7       Q.   So you're talking about actually
8   measuring the square footage --
9       A.   Measure the square footage.
10  Double check the template if the measurement
11  is correct. And just prepare the final price
12  and make sure everything is okay.
13      Q.   And so does the final sale get
14  handled by somebody else at the South
15  Plainfield location then?
16      A.   Um-hum, yeah.
17      Q.   And who is that?
18      A.   I guess Alex.
19      Q.   To your knowledge, how many
20  customers that you assist seek or request a
21  sink installation along with the countertop?
22      A.   I mean, it's -- there is $150
23  charge for undermount sink. We install the
24  sink and we drill three holes for the faucet.

Page 20

P. BUCKO

1   So that's something which we always do. We
2   mount the sink.
3       Q.   So there's a $150 charge just to
4   cut the hole --
5       A.   Just to cut the hole, polish
6   inside, mount the sink, and drill three holes
7   for the faucet. Yes.
8       Q.   Well, you're familiar with -- All
9   Granite has a promotion where it includes free
10  sinks; is that correct?
11      A.   Yes.
12      Q.   And is there any prerequisite for
13  getting a free sink?
14      A.   No, just -- you know, if the
15  customer have their own sink, that's fine.
16  There is still $150 charge for that. We can
17  use their sink. If not, just we can provide
18  them with one of our sink. I mean, it's
19  pretty good some kind of stainless steel sink.
20      Q.   And do most customers have their
21  own sinks or do they request an All Granite
22  sink?
23      A.   Most of the customer which come to
24  our location, they still don't have the

Page 21

P. BUCKO

1   cabinets. They still don't ready to be -- to
2   install the granite. So they usually don't
3   have the sinks.
4       Q.   So is it fair to say then that
5   most customers request a sink from All
6   Granite?
7       A.   Not like they request. We tell
8   them that we can give them one of our sink for
9   free.
10      Q.   And do you know if most customers
11  that you tell accept that offer or something
12  else?
13      A.   I mean, it's really depend. It's
14  really depend what the customer looks for.
15  if -- it's a stainless steel so not everybody
16  wants to have stainless steel in the kitchen.
17  And we have only three different kind of
18  sinks. It's the rectangular, D-shaped and the
19  double bowl sink. It's really depending what
20  the customer looking for.
21      Q.   Yeah. Maybe I'm being confusing
22  but I'm just asking whether most customers end
23  up taking a sink from All Granite or whether
24  most customers don't take a sink from All

Page 22

P. BUCKO

1  Granite.
2
3       A.   Most customer take the sink, yeah.
4       Q.   And are you aware of any coupon
5  promotion that All Granite has with respect to
6  the free sinks?
7       A.   I mean, there is some coupon in
8  the Clipper Magazine, yeah.
9       Q.   And does All Granite require
10 customers to present a coupon in order to get
11 a free sink?
12      A.   No.
13      Q.   So what happens when a customer
14 brings you a coupon for a free sink?
15      A.   We take it. That's fine. I mean,
16 just -- it's more for advertising. We take it
17 and we just throw it out.
18      Q.   In preparing an estimate for a
19 customer who's interested in receiving an All
20 Granite sink, how would you note that on the
21 estimate? Or would you note that on the
22 estimate?
23      A.   Would I know what?
24      Q.   How would you record the fact that
25 they've requested an All Granite sink on the

TSG Reporting - Worldwide    877-702-9580

Page 23

P. BUCKO

1  estimate --
2
3       A.   I don't have to record it. That's
4  basically the policy. It doesn't matter what
5  kind of sink use. It just need to know if
6  you want to do undermount or drop-in sink.
7  Because there is two different charges.
8  There's $150 for undermount and $80 for a
9  drop-in sink. It doesn't matter what size.
10 It doesn't matter if it's single bowl, if it's
11 a double bowl. That's the question our
12 technician asks.
13      Q.   And the technician works where?
14 They work in the warehouse or somewhere else?
15      A.   I mean, the technician -- the
16 people who go to the customer house to do the
17 template, because they have to measure the
18 base cabinets and based on that they can
19 decide what kind of sink they can use. If
20 they can use double bowl sink, they can use
21 single bowl sink.
22      Q.   How does the technician know that
23 the customer is requesting an All Granite
24 sink?
25      A.   I mean, they don't have to know

TSG Reporting - Worldwide    877-702-9580

Page 24

P. BUCKO

1  that. That's if the customer -- we told the
2  customer if they want to use one of our sink
3  just tell the store technician. If not, just
4  have your own sink when we come to measure.
5
6       Q.   So it's up to the customer to tell
7  the technician when they came to the --
8       A.   To tell the technician, um-hum.
9       Q.   On average how many kitchen
10 countertop installations would you say that
11 you sell in a week?
12      A.   In a week?
13      Q.   Yeah.
14      A.   It's not possible to calculate
15 that.
16      Q.   Why is that?
17      A.   I mean, because not every customer
18 buy a kitchen -- I mean, I would say maybe two
19 kitchens a day. I can sell two kitchens a
20 day. Times five, let's say. Times five. So
21 we have ten kitchens.
22      Q.   When you say times five do you
23 mean times five salespeople?
24      A.   Five days.
25      Q.   Five days.

TSG Reporting - Worldwide    877-702-9580

Page 25

P. BUCKO

1       A.   Plus Saturday.
2       Q.   Plus Saturday?
3       A.   So ten, 12 kitchen.
4       Q.   When you are reviewing the
5  measurement calculations to confirm the price
6  is that usually in connection with a final
7  order?
8       A.   Yes. That's what the customer is
9  going to have.
10      Q.   And how many measurement
11 calculations would you say that you review a
12 day for kitchen and countertop insulations?
13      A.   In this location usually ten to
14 12. Sometimes 17, even 20.
15      Q.   Per day?
16      A.   A day, yes.
17      Q.   And when you're reviewing those
18 measurement calculations is there any way for
19 you to recognize that an All Granite sink is
20 being installed in connection with that
21 installation?
22      A.   Sometimes. Just -- sometimes the
23 technician just mark letter "D" on the
24 drawing. That means a D-shaped sink. So I

TSG Reporting - Worldwide    877-702-9580

Page 26

P. BUCKO

1  know it's a single bowl D-shaped sink. But
2  for me basically it doesn't matter. There's
3  still $150 charge for that.
4      Q.   So is there any way for you to
5  know how many of the final measurements you
6  are reviewing actually include the
7  installation of a sink provided by All
8  Granite?
9      A.   That's probably something which I
10 don't know.
11     Q.   Do you know how many sinks All
12 Granite keeps in its inventory?
13     A.   No.
14     Q.   Do you know who would know that?
15     A.   You'd have to ask somebody from
16 Ridgefield Park. We're just a small location.
17 You know, we don't keep this. We don't know
18 that.
19     Q.   So are there any sinks kept at the
20 South Plainfield location?
21     A.   Yeah. We have some -- I mean, we
22 have all those sinks in our warehouse but how
23 many we have, I can't say.
24     Q.   And is the South Plainfield

Page 27

P. BUCKO

1  location larger or smaller than Ridgefield
2  Park, if you know?
3      A.   Ridgefield Park is just a little
4  bit bigger. They have a small office but the
5  whole location is bigger.
6      Q.   Now, when you're helping customers
7  I presume that some would ask to see the All
8  Granite sinks; is that correct?
9      A.   Um-hum.
10     Q.   And what did you do when they ask
11 to see those?
12     A.   We have a small room for the
13 sinks. We have like a small display and they
14 can see those sinks. So just, you know, they
15 can take a look on that just how the sink
16 looks with the granite. And they can decide
17 which sink they'd like to have.
18     Q.   Let me show you what's previously
19 been marked as Defendant's Exhibit 70 which I
20 will represent to you are examples of Clipper
21 Magazine advertisements for All Granite &
22 Marble which have been produced by All Granite
23 and marked as an exhibit at the deposition of
24 Allison Davies which took place yesterday.

Page 28

P. BUCKO

1      Mr. Bucko, if you could just take
2  a look at the second page of this exhibit, for
3  example, which bears Bates stamp number AGM
4  0123. And have you ever seen a document like
5  this before?
6      A.   Yes.
7      Q.   And, to your knowledge, what is
8  this document?
9      A.   This is the Clipper Magazine.
10 This is the coupon for the free sinks.
11     Q.   And do you know how long All
12 Granite has been using a free sink coupon
13 promotion?
14     A.   At least 16 months.
15     Q.   So it's been in place since you've
16 been there?
17     A.   Yes. Exactly.
18     Q.   Okay. And if you look at the
19 bottom portion of this advertisement, do you
20 see there's a value range of $360 to $540?
21     A.   Um-hum.
22     Q.   Do you see that?
23     A.   Yeah.
24     Q.   Do you know what value that range

Page 29

P. BUCKO

1  is based upon?
2      A.   It's just an average. Because
3  let's say if a customer has a kitchen and two
4  bathrooms, we give the sink for the kitchen
5  and all sinks for the bathroom. So even it's
6  more -- sometimes it's even more than $540.
7  It's just an average.
8      Q.   Is that an average of a retail
9  cost or wholesale --
10     A.   Retail cost, yeah.
11     Q.   Do you know if All Granite has
12 ever sold any sinks for $360?
13     A.   We don't sell any sinks all. It's
14 not like any customer can come to our office
15 and just buy the sink by itself. The sink
16 comes with the order.
17     Q.   So do you know if All Granite has
18 ever sold any sinks for $540?
19     A.   No.
20     Q.   Has a customer ever asked you
21 about the values that are listed in the
22 coupon?
23     A.   No, not really. No.
24     Q.   Not really or --

Page 30

**P. BUCKO**

1
2    A.   No, no, no.
3    Q.   **And what happens if a customer**
4    **does not have a coupon but asks for a sink?**
5    A.   That's fine.  I mean, there's no
6    problem with that.  We just give it to them.
7    Q.   **And have you ever charged a**
8    **customer for a sink?**
9    A.   No.
10   Q.   **And do you know if there are any**
11   **records kept specifically with respect to sink**
12   **installations?**
13   A.   I don't know anything about it.
14   Q.   **When a sink is installed is it the**
15   **technician who goes to the location to install**
16   **the sink?**
17   A.   Um-hum.
18   Q.   **Do you know how a technician is**
19   **supposed to know that they're supposed to**
20   **bring a sink with them?**
21   A.   It's marked on the template.  It's
22   marked on the template.  So, like, you know,
23   you have a template and there's a mark with
24   either a single bowl or rectangle or D-shaped.
25   And we have some numbers they use.  So

TSG Reporting - Worldwide    877-702-9580

Page 31

**P. BUCKO**

1
2    everything gets basically marked on the
3    template.  So based on that they would know
4    which sink.
5    Q.   **You say you use some numbers?**
6    **Which numbers do you use?**
7    A.   We have some numbers.  It's just a
8    number for the single bowl, for the double
9    bowl sink.  I don't remember those numbers
10   right now, because we -- if we describe, we
11   just told it's a D-shaped sink, rectangle, or
12   double bowl sink.  Because, like I said, we
13   have only three different sinks.
14   Q.   **And is that written on the**
15   **template?**
16   A.   It's written on the template,
17   yeah.
18   Q.   **Okay.  Mr. Bucko, prior to**
19   **learning of this lawsuit, had you ever heard**
20   **of Artisan sinks?**
21   A.   Yes.
22   Q.   **And how did you hear about them?**
23   A.   I mean, Artisan sink is pretty
24   popular company, like Kohler or Krackston.
25   Q.   **Do you recall when you first heard**

TSG Reporting - Worldwide    877-702-9580

Page 32

**P. BUCKO**

1
2    of Artisan sinks?
3    A.   That was probably long time ago.
4    I can't remember.
5    Q.   **Was it before you started working**
6    **for All Granite or after?**
7    A.   No.  It was after I start to work
8    at All Granite.  I mean, we just stay in this
9    business.  So it's like -- you just hear what
10   the customer say, what the customer ask.
11   Things like that.
12   Q.   **Do you know if All Granite's ever**
13   **purchased Artisan sinks from Artisan**
14   **Manufacturing?**
15   A.   I don't know anything about it.
16   Q.   **Do you know if All Granite has**
17   **ever sold Artisan sinks to customers?**
18   A.   No.
19   Q.   **Do you know if All Granite ever**
20   **gave away Artisan sinks as part of a**
21   **promotion?**
22   A.   No, no.
23   Q.   **Have you ever received any product**
24   **training with respect to Artisan sinks?**
25   A.   No.

TSG Reporting - Worldwide    877-702-9580

Page 33

**P. BUCKO**

1
2    Q.   **Were you aware that an Artisan**
3    **sink was on display in the South Plainfield**
4    **showroom?**
5    A.   No, no.
6    Q.   **Did you ever tell a customer that**
7    **an Artisan sink can be installed in their**
8    **home?**
9    A.   No.
10   Q.   **Do you know if All Granite carries**
11   **Artisan sinks for installation in customers'**
12   **homes?**
13   A.   I don't know anything about it.
14   Q.   **With respect to the sinks that All**
15   **Granite does have on display, do you know who**
16   **manufacturers those sinks?**
17   A.   No.
18   Q.   **Do you know anything with respect**
19   **to the construction or engineering of those**
20   **sinks?**
21   A.   No.  We don't sell those sinks.
22   That's not something which we do.  We sell
23   granite countertops.  That's what we do.
24   Q.   **Okay.  Understood.  I'm just**
25   **asking if you know anything about the**

TSG Reporting - Worldwide    877-702-9580

Page 34

P. BUCKO

1
2  specifications for the sinks that are on
3  display in the South Plainfield showroom?
4      A.   What do you mean by the
5  specifications?
6      Q.   The quality of the construction,
7  what they're made of.
8      A.   No.  I mean, it's a stainless
9  steel.  You can just say it's a stainless
10 steel.
11     Q.   Do you know if the sinks that are
12 on display in the South Plainfield location
13 are 16 gauge sinks?
14     A.   Maybe possible.
15     Q.   Do you know --
16     A.   No, but I don't know.
17     Q.   Do you know whether the sinks on
18 display at South Plainfield are 18 gauge
19 sinks?
20     A.   I know that the 16 gauge is better
21 than the 18.  So, I mean, if customer ask me
22 if it's a 16 gauge I know it's better, so I
23 will say it's a 16 gauge.
24     Q.   Even though you don't know if --
25 that, in fact, it is a 16 gauge.

TSG Reporting - Worldwide   877-702-9580

Page 35

P. BUCKO

1
2      A.   Yes.
3      Q.   What if a customer asks you about
4  a particular brand name; will you tell them
5  that they can get that brand name?
6      A.   No.
7      Q.   Has a customer ever asked you
8  specifically about having an Artisan sink
9  installed in their home?
10     A.   No.  Unless he buy the sink from
11 the Artisan, we can install it.  Install it
12 for him.
13     Q.   Have you ever told a customer that
14 an Artisan sink can be installed in their
15 home?
16     A.   No.
17     Q.   Do you recall ever demonstrating
18 the difference between 16 gauge stainless
19 steel and 18 gauge stainless steel by banging
20 on the sinks in the South Plainfield showroom?
21     A.   Yes.  That's possible.
22     Q.   It's possible or do you recall
23 doing that?
24     A.   I mean, it's possible.  I mean,
25 yes, it probably is.  Yes.

TSG Reporting - Worldwide   877-702-9580

Page 36

P. BUCKO

1
2      Q.   So would it be the case that there
3  is a 16 gauge stainless steel sink in the
4  South Plainfield showroom?
5      A.   Maybe.  I'm not sure what kind of
6  gauge is that.  But, I mean, if -- just like I
7  said, if the customer ask me if it's a 16
8  gauge I know the 16 gauge is better so I will
9  say it's a 16 gauge.
10     Q.   Have you ever provided any
11 documents to customers regarding Artisan
12 sinks?
13     A.   No.
14     Q.   I show you what's previously been
15 marked as Plaintiff's Exhibit 1 which is a
16 copy of an investigator's report of an
17 investigation into All Granite Marble done by
18 Artisan.
19          And let me ask you first, Mr.
20 Bucko.  Were you aware that Artisan had done
21 an investigation into All Granite?
22     A.   Right now I know that.  But
23 before, no.
24     Q.   When did you first learn that
25 there was an investigation done?

TSG Reporting - Worldwide   877-702-9580

Page 37

P. BUCKO

1
2      A.   Couple weeks ago.
3      Q.   And how did you learn that?
4      A.   Robert called me.
5      Q.   And what did Robert tell you?
6      A.   I mean, just told me that the guys
7  send a letter that a private detective was in
8  our office and that's it.  He ask me if I
9  remember the customer.
10     Q.   And what did you say?
11     A.   No.
12     Q.   Was that the end of the
13 conversation?
14     A.   That was very short conversation.
15     Q.   Was there anything else said
16 during the conversation?
17     A.   No, no.  He just asked me if I
18 remember the customer.  If I -- do you
19 remember what I said, what -- what we was
20 talking about.  I just said I don't remember.
21     Q.   If you'd just flip to the -- let's
22 see.  The page that has a Bates stamp ART
23 0039.  It's close to the end of the document.
24 If you look at the bottom picture there, do
25 you recognize the gentleman who's in the

TSG Reporting - Worldwide   877-702-9580

Page 38

P. BUCKO

2  center of the picture?
3      A.   Yeah.  That's me.  That's me.
4      Q.   And the man sitting to the --
5      A.   That's Chris.
6      Q.   That's Mr. Pilszak?
7      A.   Mr. Pilszak.
8      Q.   And just looking back at the first
9  page of this exhibit, I'll represent to you
10  that this investigation report relates to
11  visits that an investigator -- two occasions
12  when an investigator visited All Granite once
13  on November 6th and then again on November
14  27th; and further that with respect to the
15  November 6th visit the investigator relates
16  that she met with a Peter Bucko, a male 25
17  years old, thin, with blond hair with a
18  eastern European accent.
19      A.   Yeah, that's me.
20      Q.   I'm sorry?
21      A.   Yeah, that's definitely me.
22      Q.   And I'll also represent that the
23  investigator's name or the name that she used
24  during this visit was Susan Murray and she was
25  with another gentleman.

TSG Reporting - Worldwide   877-702-9580

Page 39

P. BUCKO

2      Do you happen to recall helping a
3  customer named Susan Murray on November 6th,
4  2007?
5      A.   No.  We have so many customers
6  it's not possible to remember the name.
7      Q.   If you just look down a few
8  sentences in this paragraph it says, "Mr.
9  Bucko stated that a free sink is provided with
10  the installation of a countertop when a coupon
11  from the Clipper was provided."
12      Is that something that you would
13  normally do when making a sales presentation
14  to a customer?
15      A.   No.  If the customer has a coupon
16  that's fine.  If not we still do it.
17      Q.   So you wouldn't mention the
18  Clipper coupon.
19      A.   No.  Because that's not necessary.
20  Either way she's got the sink for free so...
21      Q.   The report continues to say, "He
22  then told the investigators about gauge and
23  banged on two sinks to show the difference in
24  sounds."
25      Do you recall banging on the

TSG Reporting - Worldwide   877-702-9580

Page 40

P. BUCKO

2  sinks?
3      A.   Maybe.  Maybe.  Yeah.
4      Q.   Is that something you do on
5  occasions or frequently?
6      A.   That's something I did a couple
7  times.
8      Q.   So more than once.
9      A.   Yeah.
10      Q.   It continues, "he pointed
11  specifically to the D-shaped double sink with
12  the serial number 8455R and a price of 250 and
13  said it was a 16 gauge Artisan sink and they
14  were tougher and better than other sinks on
15  the market."
16      Do you recall ever telling any
17  consumer that the D-shaped double sink on
18  display in South Plainfield was a 16 gauge
19  Artisan sink?
20      A.   I never said it's an Artisan sink.
21  That's out of question.  But maybe I said it's
22  16 gauge.  That's possible.  But just, like I
23  said, I don't remember the situation so it's
24  like -- it's hard for me to say.  I don't
25  remember.

TSG Reporting - Worldwide   877-702-9580

Page 41

P. BUCKO

2      Q.   So sitting here today, do you
3  recall ever telling any consumer that they
4  could have -- or sorry, strike that.
5      Sitting here today, do you recall
6  telling any consumer that the D-shaped double
7  sink in the South Plainfield showroom was a 16
8  gauge Artisan sink?
9      A.   If the customer ask, maybe.  But
10  if not, there is no reason to talk about it.
11      Q.   If the customer asks if it's an
12  Artisan sink you might have told them that it
13  was an Artisan sink?
14      A.   No, no, no.  If the customer asks
15  if it's a 16 gauge, it's possible I said it's
16  a 16 gauge.
17      Q.   Do you recall telling any consumer
18  at any time that Artisan sinks were tougher
19  and better than other sinks on the market?
20      A.   No.
21      Q.   The report continues --
22      A.   I mean, I don't know the company
23  that good.  I just know that the customer come
24  to our office, come to our location to either
25  ask for Artisan sink.  They also ask for a

TSG Reporting - Worldwide   877-702-9580

Page 42

```
1          P. BUCKO
2  Krackston sink, they also ask for a Kohler
3  sink. And it's just -- you know, all
4  information I have about Artisan sink is
5  basically from the customers. It's not like I
6  look on the Internet and see what they have.
7  It's just what the customer told me.
8      Q.  The report continues, "AD provided
9  a magazine ad for Artisan from Kitchen Trends
10 magazine and Mr. Bucko said this Artisan sink
11 would be installed with the countertop for
12 free as long as a coupon would you provided."
13     Do you see that?
14     Do you recall ever having a
15 customer show you a magazine ad for Artisan
16 sinks and asking you whether an Artisan sink
17 could be installed?
18     A.  No.
19     Q.  And do you recall ever telling any
20 consumer that a coupon was required in order
21 to take advantage of the free sink offer?
22     A.  I don't remember any situation
23 like that. Just like I said, this is just an
24 ad to remind us we have -- those sinks, they
25 for free. We don't -- I don't need a coupon
   TSG Reporting - Worldwide    877-702-9580
```

Page 43

```
1          P. BUCKO
2  in order to give the free sink because it's
3  really not necessary.
4      Q.  Showing you what's been marked as
5  Defendant's Exhibit 73 which is a document
6  Bates stamped ART 00241 through 00242. I'll
7  represent that the second page of this exhibit
8  is a blow-up of the first page of this
9  exhibit.
10     Mr. Bucko, this document is titled
11 Artisan AUD 23210-D9 Undermount Single Bowl
12 Kitchen Bar.
13     MR. CHIODO:  I'm going to object
14     to that.  The title as you can see on the
15     second page is actually Artisan,
16     A-R-I-S-T-A-N.
17     MR. MALTBIE:  All right. Artisan.
18     Q.  Mr. Bucko, have you ever seen this
19 document before?
20     A.  Nope.
21     Q.  Have you ever seen a document like
22 this before?
23     A.  No. Not like this one.
24     Q.  Just go back for one second to
25 Plaintiff's Exhibit 1. If you look at the
   TSG Reporting - Worldwide    877-702-9580
```

Page 44

```
1          P. BUCKO
2  page ART 00027.
3      A.  (Witness complies.)
4      Q.  And can you tell me if you've ever
5  seen this document before?
6      A.  Um-hum, yes.
7      Q.  What is this document?
8      A.  Just informational kind of thing
9  we provide. Like I said, we only have three
10 stainless steel sinks in stock; D-shaped,
11 rectangle or double bowl.
12     Q.  And with respect to the four sinks
13 that are crossed out, do you know -- have
14 those sinks ever been in stock during your
15 time at All Granite?
16     A.  This one is pretty much the same
17 as -- we had this one before (indicating).
18     Q.  You're referring to the sink style
19 758529?
20     A.  529, yes.
21     Q.  And do you recall when that sink
22 went out of stock?
23     A.  At least six months ago. Maybe
24 more.
25     Q.  Do you know if there are any plans
   TSG Reporting - Worldwide    877-702-9580
```

Page 45

```
1          P. BUCKO
2  to order any of these sinks that are out of
3  stock?
4      A.  No.
5      Q.  You don't know or --
6      A.  I don't know. I just don't know.
7      Q.  Now, with respect to all the sinks
8  that are shown on this page with the exception
9  of the sink on the bottom, do you know if any
10 of these sinks were sold under any particular
11 brand name or trademark?
12     A.  No.
13     Q.  You don't know or they were not?
14     A.  No, I guess not. No, no.
15     Q.  And then looking at the sink on
16 the bottom of the page, KHL 2210, is that a
17 Kohler sink?
18     A.  That's what's here, Kohler sink.
19     Q.  And can you confirm that All
20 Granite does, in fact, install Kohler sinks in
21 customers' houses?
22     A.  Yes, um-hum.
23     Q.  Does All Granite install any other
24 brands of sinks?
25     A.  I mean, of course. Because just
   TSG Reporting - Worldwide    877-702-9580
```

Page 46

P. BUCKO

1  like I said, most of the customer provide
2  their own sink. So we install any kind of
3  sink. Any kind of sink.
4      Q.   Sorry. That was a bad question.
5  What I meant to say does All
6  Granite install any particular or specific
7  brand of sinks that are provided by All
8  Granite to the customer?
9      A.   No, no.
10     Q.   Do you know if the sinks that All
11 Granite installs have any particular logo or
12 design on them?
13     A.   They have some kind of logos, yes.
14 They have some kind of like small stickers,
15 logos, whatever that is.
16     Q.   Is it a sticker or --
17     A.   It's a logo. It's a logo.
18     Q.   Do you know what that looks like?
19     A.   I never paid attention.
20     Q.   Do you know if any of the sinks
21 that are on display in the South Plainfield
22 showroom have a logo or design on them?
23     A.   Yeah.
24     Q.   And do all the sinks have the same

Page 47

P. BUCKO

1  design on them?
2      A.   No, I think not.
3      Q.   Do you know what...
4      (Pause on the record.)
5      MR. MALTBIE: I'd like to mark as
6  Plaintiff's Exhibit 3 the document
7  bearing Bates stamp numbers ART 00110
8  through ART 00113 which I'll represent
9  are documents produced by Artisan and
10 consist of advertising and promotional
11 material relating to Artisan sinks.
12     (Plaintiff's Exhibit 3, document
13 bearing production numbers ART 00110
14 through ART 00113, marked for
15 identification as of this date.)
16 BY MR. MALTBIE:
17     Q.   Mr. Bucko, if you could just
18 direct your attention to the first page of
19 this exhibit. And at the lower right-hand
20 corner there's the Artisan name and a design
21 next to that. Have you ever seen that design
22 before?
23     A.   No.
24     Q.   Do you know if that design was on

Page 48

P. BUCKO

1  a sink that was in the South Plainfield
2  showroom?
3      A.   No. I think not. I think not.
4  But, like I say, I'm not really sure. I
5  didn't pay attention. Because just, like I
6  say, the sinks were most -- it was not the
7  most important thing we offered to the
8  customer. It was just like some kind of
9  bonus.
10     Q.   And looking again at what was
11 marked as Defendant's Exhibit 73, do you know
12 if this document or a similar document was
13 ever made available to customers in the South
14 Plainfield location?
15     A.   No.
16     Q.   And with respect to the sinks that
17 All Granite supplies to customers, do you have
18 any knowledge with respect to how much those
19 sinks cost?
20     A.   How much we pay for those sinks?
21     Q.   Yes.
22     A.   No.
23     Q.   Has a customer ever asked you who
24 is responsible for the manufacture of the

Page 49

P. BUCKO

1  sinks that All Granite provides?
2      A.   No.
3      Q.   Never?
4      A.   No.
5      Q.   Do you know if the logo or design
6  that appears on the sinks that All Granite
7  supplies to customers is similar to the design
8  that's on the front of what's been marked as
9  Plaintiff's Exhibit 3?
10     A.   This logo to any of our?
11     Q.   Yes.
12     A.   I'm sure I cannot answer. I'm
13 really not familiar with this. I didn't pay
14 any attention to those things so...
15     MR. MALTBIE: Let's have marked as
16 Plaintiff's Exhibit 4 a document bearing
17 Bates stamp AGM 0034.
18     (Plaintiff's Exhibit 4, document
19 bearing production number AGM 0034,
20 marked for identification as of this
21 date.)
22 BY MR. MALTBIE:
23     Q.   Mr. Bucko, if you could take a
24 look at what's been marked as Plaintiff's

Page 50

P. BUCKO

1
2 Exhibit 4 and tell me if you've ever seen the
3 design that's depicted in this document.
4     A.    So that's what it is on our sink?
5     Q.    Is that a question or answer?
6     A.    That's a question.
7     Q.    No, I'm asking you, have you ever
8 seen this design before?
9     A.    No, no.
10     Q.    Okay.  You mentioned before that
11 all the salespeople are -- can receive phone
12 calls at the South Plainfield location.
13     A.    Um-hum.
14     Q.    If a customer was calling with
15 respect to an installation issue, that call
16 could be fielded by anyone?
17     A.    No.  No.
18     Q.    How are phone calls handled?
19     A.    Usually they have to transfer
20 those kind of customers to Alex or Danny.
21     Q.    And if a customer was calling with
22 respect to, say, a complaint, who would they
23 speak to?
24     A.    They have to talk to Alex.
25     Q.    Have you ever spoken to a customer

Page 51

P. BUCKO

1
2 about a complaint regarding a countertop
3 installation?
4     A.    Um-hum, yes.
5     Q.    And what did you do with that
6 customer?
7     A.    I don't do this anymore.  I used
8 to have a position that I could schedule
9 service for the customers.  If there was any
10 problem with the installation, if they had
11 chips or cracks, scratches, things like that.
12 But right now, you know, everything is handled
13 by either Alex or Daniel.
14     Q.    Was there any particular reason
15 for that change?
16     A.    No.  No.  I don't know.
17     Q.    And when did you stop being
18 responsible for that issue?
19     A.    Three weeks ago.  Maybe two.
20     Q.    Have you ever received any phone
21 calls or inquiries from customers about the
22 sinks that All Granite installs?
23     A.    Complaints about the sinks?
24     Q.    Not necessarily complaints.
25 Questions or inquiries.

Page 52

P. BUCKO

1
2     A.    Yeah.  The customer ask if they
3 have to provide us with the sink or we have
4 the sinks to sell.
5     Q.    I'm talking about after
6 installation.
7     A.    Ah, after insulation.
8     Q.    Have you ever received a call from
9 a customer who received an All Granite sink
10 who has a question or concern about a sink?
11 Have you ever received that kind of call?
12     A.    Um-hum.
13     Q.    And --
14     A.    Sometimes it happens -- because
15 each sink has like a one-inch lip on side.
16 And we usually put the silicon between the lip
17 and the granite.  If the technician don't do
18 this properly it's possible that the sink
19 leak.
20     Q.    Have you ever had a customer call
21 you after the installation who is seeking
22 accessories for the sink?
23     A.    No.  I mean, they sometimes ask
24 for the drain.  But we just send them to
25 the -- any -- any plumber has something like

Page 53

P. BUCKO

1
2 that.  Any Home Depot.
3     Q.    When you say the drain are you
4 talking about the drain plug?
5     A.    Yeah, yeah.
6     Q.    Have you also received calls with
7 respect to requests for a grid for the sink?
8     A.    No.
9     Q.    I show you what's previously been
10 marked as Plaintiff's Exhibit 2, a document
11 bearing Bates stamp number AGM 196.
12     A.    Um-hum.
13     Q.    And, Mr. Bucko, can you tell me if
14 you've ever seen this document before?
15     A.    Yes.
16     Q.    And what is this document?
17     A.    It's just information that we
18 don't have any relation with the sink.
19     Q.    And do you recall when you first
20 saw this document?
21     A.    Couple days ago.
22     Q.    How did you receive it?
23     A.    Somebody put this on my desk.  To
24 be honest with you, I don't know.  Somebody
25 put this on my desk and just asked -- Lucas, I

P. BUCKO

1
2  guess, just came and said just read it.
3      Q.   And who is Lucas?
4      A.   He's a part of the family.  It's a
5  family business so he's part of the family.
6  So he didn't have a position in the company.
7      Q.   Did you read the memo?
8      A.   Um-hum.
9      Q.   Did you discuss the memo with any
10 other employees of All Granite?
11     A.   No.
12     Q.   Have you ever discussed this
13 lawsuit with any other employees of All
14 Granite?
15     A.   No.
16     Q.   Mr. Bucko, do you know if All
17 Granite has continued to install kitchen sinks
18 since January 11th, 2008?
19     A.   Yes.
20     Q.   And do you know if the sinks that
21 All Granite has installed since January 11,
22 2008 bear the design that's depicted in
23 Plaintiff's Exhibit 4?
24     A.   Maybe.  That's possible.  If
25 that's the logo on our sinks probably yes,

P. BUCKO

1
2  um-hum.
3      Q.   And, Mr. Bucko, are you aware of
4  any other investigations into All Granite?
5      A.   No.
6          MR. MALTBIE:  Let me just look at
7  my notes.
8          (Pause on the record.)
9      Q.   Mr. Bucko, have you ever had a
10 conversation with Alex regarding Artisan
11 sinks?
12     A.   With Alex, no.
13         (Continued on next page to include
14 jurat.)
15
16
17
18
19
20
21
22
23
24
25

1
2          MR. MALTBIE:  I have no further
3  questions.
4          MR. CHIODO:  I have no questions.
5          (Time Noted:    11:52 a.m.)
6
7
8
9
10
11
12
13
14
15
16
17
18
19                    _____
20                    PETER BUCKO
21
22 Subscribed and sworn to before me
23 this ___ day of _____, 2008.
24
25 _____

1
2          C E R T I F I C A T E
3  STATE OF NEW YORK   )
4                      : ss.
5  COUNTY OF NEW YORK  )
6          I, FRANCIS X. FREDERICK, a
7  Notary Public within and for the State
8  of New York, do hereby certify:
9          That PETER BUCKO, the witness
10 whose deposition is hereinbefore set
11 forth, was duly sworn by me and that
12 such deposition is a true record of
13 the testimony given by the witness.
14         I further certify that I am not
15 related to any of the parties to this
16 action by blood or marriage, and that
17 I am in no way interested in the
18 outcome of this matter.
19         IN WITNESS WHEREOF, I have
20 hereunto set my hand this 12th day of
21 February, 2008.
22
23                    _____
24                    FRANCIS X. FREDERICK
25

Page 58

```
 1
 2     ---------------- I N D E X -----------------
 3     WITNESS          EXAMINATION BY      PAGE
 4     PETER BUCKO        MR. MALTBIE         4
 5
 6
 7
 8
 9     ---------- INFORMATION REQUESTS -------------
10     DIRECTIONS:  NONE
11     RULINGS:  NONE
12     TO BE FURNISHED:  NONE
13     REQUESTS:  NONE
14     MOTIONS:  NONE
15
16     ---------------- EXHIBITS ----------------
17     PLAINTIFF'S              FOR ID.
18     Exhibit 3
19     document bearing production numbers
20     ART 00110 through ART 00113............. 47
21     Exhibit 4
22     document bearing production number
23     AGM 0034............................... 49
24
25
```

TSG Reporting - Worldwide    877-702-9580

Page 59

```
 1
 2     NAME OF CASE:  ARTISAN v. ALL GRANITE
 3     DATE OF DEPOSITION:  FEBRUARY 7, 2008
 4     NAME OF WITNESS:  PETER BUCKO
 5     Reason codes:
          1.  To clarify the record.
 6        2.  To conform to the facts.
          3.  To correct transcription errors.
 7     Page _____ Line _____ Reason _____
       From _____ to _____
 8
       Page _____ Line _____ Reason _____
 9     From _____ to _____
10     Page _____ Line _____ Reason _____
       From _____ to _____
11
       Page _____ Line _____ Reason _____
12     From _____ to _____
13     Page _____ Line _____ Reason _____
       From _____ to _____
14
       Page _____ Line _____ Reason _____
15     From _____ to _____
16     Page _____ Line _____ Reason _____
       From _____ to _____
17
       Page _____ Line _____ Reason _____
18     From _____ to _____
19     Page _____ Line _____ Reason _____
       From _____ to _____
20
       Page _____ Line _____ Reason _____
21     From _____ to _____
22     Page _____ Line _____ Reason _____
       From _____ to _____
23
          _____
24
          PETER BUCKO
25
```

TSG Reporting - Worldwide    877-702-9580

## A

**ability (1)**
5:12
**accent (1)**
38:18
**accept (1)**
21:12
**accessories (1)**
52:22
**action (1)**
57:16
**actual (1)**
18:22
**ad (5)**
13:10 42:8,9,15,24
**addition (1)**
5:19
**address (1)**
4:17
**advantage (1)**
42:21
**advertisement (1)**
28:20
**advertisements (1)**
27:22
**advertising (2)**
22:16 47:11
**AGM (5)**
28:4 49:18,20 53:11
58:23
**ago (9)**
4:16 8:11 17:8,9 32:3
37:2 44:23 51:19
53:21
**Ah (1)**
52:7
**Alex (11)**
10:24 11:18,19 13:14
14:11 19:19 50:20
50:24 51:13 55:10
55:12
**Allison (1)**
27:25
**allowed (1)**
18:7
**answer (5)**
5:10 6:8 15:21 49:13
50:5
**answering (2)**
6:7 7:14
**answers (2)**
5:20,23
**anticipation (1)**
7:18
**anymore (1)**
51:7
**appears (1)**
49:7

**Arnold (2)**
3:4 4:10
**ART (9)**
37:22 43:6 44:2 47:8
47:9,14,15 58:20,20
**Artisan (43)**
1:4 4:10,12 8:22,23
31:20,23 32:2,13,13
32:17,20,24 33:2,7
33:11 35:8,11,14
36:11,18,20 40:13
40:19,20 41:8,12,13
41:18,25 42:4,9,10
42:15,16 43:11,15
43:17 47:10,12,21
55:10 59:2
**asked (7)**
8:25 9:6 29:21 35:7
37:17 48:24 53:25
**asking (5)**
5:4 21:23 33:25 42:16
50:7
**asks (5)**
23:12 30:4 35:3 41:11
41:14
**assist (2)**
17:11 19:21
**assisting (1)**
17:16
**attention (4)**
46:20 47:19 48:6
49:15
**attorney (2)**
4:9 7:17
**Attorneys (2)**
3:5,11
**AUD (1)**
43:11
**available (1)**
48:14
**Avenue (1)**
3:6
**average (5)**
17:10 24:9 29:3,8,9
**awards (2)**
15:4,8
**aware (4)**
22:4 33:2 36:20 55:3
**A-R-I-S-T-A-N (1)**
43:16
**a.m (2)**
2:6 56:5

## B

**B (1)**
4:2
**back (3)**
5:17 38:8 43:24

**bad (1)**
46:5
**banged (1)**
39:23
**banging (2)**
35:19 39:25
**Bar (1)**
43:12
**Baron (2)**
2:10 3:10
**base (1)**
23:18
**based (4)**
19:5 23:18 29:2 31:3
**basic (1)**
8:8
**basically (4)**
23:4 26:3 31:2 42:5
**basis (1)**
13:22
**Bates (6)**
28:4 37:22 43:6 47:8
49:18 53:11
**bathroom (1)**
29:6
**bathrooms (1)**
29:5
**bear (1)**
54:22
**bearing (7)**
47:8,14 49:17,20
53:11 58:19,22
**bears (1)**
28:4
**Bergen (1)**
12:4
**best (1)**
5:11
**better (5)**
34:20,22 36:8 40:14
41:19
**bigger (2)**
27:5,6
**bit (1)**
27:5
**blond (1)**
38:17
**blood (1)**
57:16
**blow-up (1)**
43:8
**board (2)**
17:25,25
**bonus (1)**
48:10
**bookkeeper (3)**
14:14,15,16
**born (1)**

**6:18**
**bottom (4)**
28:20 37:24 45:9,16
**bowl (12)**
21:20 23:10,11,20,21
26:2 30:24 31:8,9
31:12 43:11 44:11
**brand (4)**
35:4,5 45:11 46:8
**brands (1)**
45:24
**break (2)**
5:24 6:3
**bring (1)**
30:20
**brings (1)**
22:14
**Bucko (78)**
1:14 2:9 4:1,15,20,21
5:1 6:1 7:1,16 8:1
9:1,12 10:1 11:1
12:1 13:1 14:1 15:1
16:1 17:1 18:1 19:1
20:1 21:1 22:1 23:1
24:1 25:1 26:1 27:1
28:1,2 29:1 30:1
31:1,18 32:1 33:1
34:1 35:1 36:1,20
37:1 38:1,16 39:1,9
40:1 41:1 42:1,10
43:1,10,18 44:1
45:1 46:1 47:1,18
48:1 49:1,24 50:1
51:1 52:1 53:1,13
54:1,16 55:1,3,9
56:20 57:9 58:4
59:4,24
**business (3)**
9:16 32:9 54:5
**buy (3)**
24:18 29:16 35:10
**B-U-C-K-O (1)**
4:20

## C

**C (4)**
3:2 4:2 57:2,2
**cabinets (2)**
21:2 23:18
**calculate (2)**
19:6 24:14
**calculations (3)**
25:6,12,19
**call (4)**
50:15 52:8,11,20
**called (3)**
4:2 13:11 37:4
**calling (2)**
50:14,21

**calls (5)**
14:17 50:12,18 51:21
53:6
**Campus (2)**
2:11 3:12
**carries (1)**
33:10
**case (4)**
8:17,21 36:2 59:2
**categories (1)**
17:22
**center (1)**
38:2
**Certified (1)**
2:13
**certify (2)**
57:8,14
**change (1)**
51:15
**charge (5)**
17:23 19:24 20:4,17
26:4
**charged (1)**
30:7
**charges (1)**
23:7
**check (1)**
19:11
**checking (1)**
18:25
**CHIODO (6)**
3:14 8:3,6 15:20
43:13 56:4
**chips (1)**
51:11
**Chris (4)**
12:18,23,25 38:5
**circumstances (1)**
5:6
**clarify (2)**
6:11 59:5
**Clipper (5)**
22:8 27:21 28:10
39:11,18
**close (1)**
37:23
**codes (1)**
59:5
**collect (1)**
9:2
**college (2)**
7:2,11
**color (2)**
16:18,19
**colors (4)**
16:15,16,17 18:7
**come (9)**
13:8 14:17 15:18

17:18 20:24 24:5
29:15 41:23,24
**comes (3)**
10:8 17:16 29:17
**comfortable (1)**
7:13
**commission (2)**
14:25,25
**community (2)**
6:25 7:10
**company (6)**
9:17 14:3,3 31:24
41:22 54:6
**compensated (1)**
14:23
**complaint (2)**
50:22 51:2
**complaints (2)**
51:23,24
**completed (1)**
6:24
**complies (1)**
44:3
**computer (1)**
16:22
**computer-generate...**
18:13
**concern (1)**
52:10
**concerning (1)**
5:6
**confirm (3)**
10:18 25:6 45:19
**conform (1)**
59:6
**confusing (1)**
21:22
**connection (5)**
4:23 5:8 9:7 25:7,21
**consist (1)**
47:11
**construction (2)**
33:19 34:6
**consumer (5)**
40:17 41:3,6,17 42:20
**continued (2)**
54:17 55:13
**continues (4)**
39:21 40:10 41:21
42:8
**control (1)**
10:9
**conversation (5)**
8:9 37:13,14,16 55:10
**coordinator (7)**
10:2 11:2,9,10,16
15:15,25
**copy (1)**

36:16
**corner (1)**
47:21
**Corporation (4)**
1:5,8 4:11,14
**correct (9)**
6:13 9:13 10:10 13:4
18:18 19:12 20:11
27:9 59:6
**correctly (1)**
10:13
**cost (3)**
29:10,11 48:20
**countertop (8)**
5:8 18:23 19:22 24:10
25:13 39:10 42:11
51:2
**countertops (3)**
9:18 10:6 33:23
**country (1)**
6:21
**County (2)**
12:4 57:5
**couple (5)**
8:11 18:8 37:2 40:6
53:21
**coupon (14)**
22:4,7,10,14 28:11,13
29:23 30:4 39:10,15
39:18 42:12,20,25
**course (1)**
45:25
**court (2)**
1:2 5:22
**cracks (1)**
51:11
**crossed (1)**
44:13
**CSR (1)**
1:24
**culminate (1)**
18:10
**currently (1)**
9:12
**customer (52)**
17:5,16 18:11 20:16
20:24 21:15,21 22:3
22:13,19 23:16,23
24:2,3,6,17 25:9
29:4,15,21 30:3,8
32:10,10 33:6 34:21
35:3,7,13 36:7 37:9
37:18 39:3,14,15
41:9,11,14,23 42:7
42:15 46:2,9 48:9
48:24 50:14,21,25
51:6 52:2,9,20
**customers (29)**
11:12,13 12:15 15:17

16:2,4 17:10,13,18
19:21 20:21 21:6,11
21:23,25 22:10 27:7
32:17 33:11 36:11
39:5 42:5 45:21
48:14,18 49:8 50:20
51:9,21
**cut (3)**
10:13 20:5,6
**cuttings (1)**
19:2

_____

**D**

**D (2)**
25:24 58:2
**Daniel (2)**
14:11 51:13
**Danny (1)**
50:20
**date (3)**
47:16 49:22 59:3
**Davies (1)**
27:25
**day (8)**
17:13 24:19,20 25:13
25:16,17 56:23
57:20
**days (4)**
8:11 24:24,25 53:21
**day-to-day (1)**
13:22
**decide (2)**
23:19 27:17
**Defendant (2)**
1:9 3:11
**Defendant's (3)**
27:20 43:5 48:12
**definitely (1)**
7:23 38:21
**Deja (4)**
7:25 8:4,5 13:16
**demonstrating (1)**
35:17
**depend (2)**
21:14,15
**depending (1)**
21:20
**depends (1)**
16:2
**depicted (2)**
50:3 54:22
**deposed (1)**
4:22
**deposition (7)**
1:14 2:9 8:14 27:24
57:10,12 59:3
**Depot (1)**
53:2

**describe (3)**
9:15 17:15 31:10
**design (11)**
46:13,23 47:2,21,22
47:25 49:6,8 50:3,8
54:22
**desk (2)**
53:23,25
**detective (1)**
37:7
**difference (2)**
35:18 39:23
**different (5)**
10:3 17:21 21:18 23:7
31:13
**difficult (1)**
17:14
**direct (1)**
47:19
**DIRECTIONS (1)**
58:10
**discuss (1)**
54:9
**discussed (1)**
54:12
**display (8)**
27:14 33:3,15 34:3,12
34:18 40:18 46:22
**distributor (1)**
4:12
**DISTRICT (2)**
1:2,3
**document (22)**
28:5,9 37:23 43:5,10
43:19,21 44:5,7
47:7,13 48:13,13
49:17,19 50:3 53:10
53:14,16,20 58:19
58:22
**documents (5)**
9:2,7,9 36:11 47:10
**doing (3)**
5:4 15:25 35:23
**double (10)**
19:11 21:20 23:11,20
31:8,12 40:11,17
41:6 44:11
**drain (3)**
52:24 53:3,4
**drawing (3)**
19:5,6 25:25
**drill (2)**
19:25 20:7
**Drive (3)**
2:11 3:12 4:19
**drop-in (2)**
23:6,9
**duly (2)**

4:3 57:11
**D-shaped (9)**
21:19 25:25 26:2
30:24 31:11 40:11
40:17 41:6 44:10

_____

**E**

**E (7)**
3:2,2 4:2,2 57:2,2
58:2
**eastern (1)**
38:18
**either (5)**
5:17 30:24 39:20
41:24 51:13
**employed (3)**
9:13,20 13:9
**employees (3)**
9:6 54:10,13
**employment (2)**
13:6 16:10
**engineering (1)**
33:19
**English (2)**
6:13 7:14
**errors (1)**
59:6
**ESQ (2)**
3:8,14
**estimate (8)**
16:20 18:11,14,17
22:18,21,22 23:2
**European (1)**
38:18
**evaluate (4)**
10:6,14,16,17
**event (1)**
5:15
**everybody (1)**
21:16
**exactly (3)**
10:4,14 28:18
**EXAMINATION (2)**
4:6 58:3
**examined (1)**
4:4
**example (1)**
28:4
**examples (1)**
27:21
**exception (1)**
45:8
**exhibit (21)**
27:20,24 28:3 36:15
38:9 43:5,7,9,25
47:7,13,20 48:12
49:10,17,19 50:2
53:10 54:23 58:18

58:21
**EXHIBITS (1)**
58:16
**expensive (2)**
17:23,24

---

**F**

**F (1)**
57:2
**fact (3)**
22:24 34:25 45:20
**facts (2)**
5:6 59:6
**fair (1)**
21:5
**familiar (1)**
20:9 49:14
**family (3)**
54:4,5,5
**far (1)**
18:16
**faucet (2)**
19:25 20:8
**February (4)**
1:16 2:5 57:21 59:3
**feel (1)**
7:13
**fielded (1)**
50:16
**filed (1)**
4:13
**final (5)**
19:6,12,14 25:7 26:6
**find (1)**
18:5
**fine (5)**
16:6 20:16 22:15 30:5
39:16
**finish (4)**
6:6,8 7:2,4
**fireplace (1)**
9:19
**firm (2)**
4:9,10
**first (9)**
6:13,16 31:25 36:19
36:24 38:8 43:8
47:19 53:19
**five (9)**
12:16 17:21 18:8
24:20,20,22,23,24
24:25
**flip (1)**
37:21
**following (1)**
18:21
**follows (1)**
4:5

---

**footage (2)**
19:9,10
**form (1)**
15:21
**forth (1)**
57:11
**found (1)**
13:10
**four (1)**
44:12
**Francis (4)**
1:24 2:12 57:6,24
**Frederick (4)**
1:24 2:13 57:6,24
**free (15)**
17:4 20:10,14 21:10
22:6,11,14 28:11,13
39:9,20 42:12,21,25
43:2
**frequently (1)**
40:5
**friend (1)**
14:2
**front (1)**
49:9
**full (1)**
4:17
**FURNISHED (1)**
58:12
**further (3)**
38:14 56:2 57:14

---

**G**

**gauge (20)**
34:13,18,20,22,23,25
35:18,19 36:3,6,8,8
36:9 39:22 40:13,18
40:22 41:8,15,16
**gentleman (2)**
37:25 38:25
**gesture (1)**
5:21
**getting (1)**
20:14
**give (5)**
17:5 21:9 29:5 30:6
43:2
**given (2)**
4:22 57:13
**go (6)**
4:25 11:8 17:24 19:2
23:16 43:24
**goes (1)**
30:15
**going (7)**
4:25 5:4 6:25 8:12,13
25:10 43:13
**good (3)**

---

4:8 20:20 41:23
**granite (68)**
1:8 4:13 9:6,13,17,18
9:21,24 10:6 11:2
11:23 13:6,9 14:24
15:3,7 16:10,19,25
20:10,22 21:3,7,24
22:2,5,9,20,25
23:23 25:20 26:9,13
27:9,17,22,23 28:13
29:12,18 32:6,8,16
32:19 33:10,15,23
36:17,21 38:12
44:15 45:20,23 46:7
46:9,12 48:18 49:2
49:7 51:22 52:9,17
54:10,14,17,21 55:4
59:2
**Granite's (3)**
5:7 9:16 32:12
**grid (1)**
53:7
**ground (1)**
5:2
**guess (4)**
15:14 19:19 45:14
54:2
**guy (1)**
19:4
**guys (1)**
37:6

---

**H**

**hair (1)**
38:17
**hand (1)**
57:20
**handled (3)**
19:15 50:18 51:12
**handling (1)**
12:15
**happen (1)**
39:2
**happens (3)**
22:13 30:3 52:14
**hard (1)**
40:24
**hear (2)**
31:22 32:9
**heard (2)**
31:19,25
**held (2)**
2:9 10:25
**help (2)**
6:5 16:5
**helping (2)**
27:7 39:2
**hereinbefore (1)**

---

57:10
**hereunto (1)**
57:20
**high (1)**
7:2
**highest (1)**
6:23
**Hoffmann (2)**
2:10 3:10
**hole (2)**
20:5,6
**holes (2)**
19:25 20:7
**home (4)**
33:8 35:9,15 53:2
**homes (1)**
33:12
**honest (1)**
53:24
**hopefully (1)**
5:2
**house (1)**
23:16
**houses (1)**
45:21

---

**I**

**ID (1)**
58:17
**identification (2)**
47:16 49:21
**important (2)**
5:19 48:8
**incentives (2)**
15:4,8
**include (2)**
26:7 55:13
**includes (1)**
20:10
**indicating (1)**
44:17
**information (3)**
42:4 53:17 58:9
**informational (1)**
44:8
**informed (2)**
17:3,6
**inquiries (2)**
51:21,25
**inside (1)**
20:7
**install (10)**
19:24 21:3 30:15
35:11,11 45:20,23
46:3,7 54:17
**installation (12)**
5:8 18:22 19:22 25:22
26:8 33:11 39:10

---

50:15 51:3,10 52:6
52:21
**installations (2)**
24:10 30:12
**installed (8)**
25:21 30:14 33:7 35:9
35:14 42:11,17
54:21
**installs (2)**
46:12 51:22
**insulation (1)**
52:7
**insulations (1)**
25:13
**interaction (1)**
13:21
**interested (2)**
22:19 57:17
**Internet (1)**
42:6
**interview (1)**
13:13
**interviewed (1)**
13:12
**introduced (1)**
4:15
**inventory (1)**
26:13
**investigation (4)**
36:17,21,25 38:10
**investigations (1)**
55:4
**investigator (3)**
38:11,12,15
**investigators (1)**
39:22
**investigator's (2)**
36:16 38:23
**involved (5)**
15:16,17,17,22,23
**issue (3)**
6:11 50:15 51:18

---

**J**

**January (2)**
54:18,21
**Jersey (4)**
1:15 2:11,16 3:13
**job (3)**
1:25 5:22 10:5
**jobs (1)**
15:25
**John (2)**
3:8 4:8
**JON (1)**
3:14
**Julie (2)**
12:18,23

junior (1)
11:7
jurat (1)
55:14

**K**

K (1)
4:2
keep (2)
5:2 26:18
keeping (1)
15:12
keeps (1)
26:13
kept (2)
26:20 30:11
KHL (1)
45:16
kind (14)
16:12 20:20 21:18
25:5,19 36:5 44:8
46:3,4,14,15 48:9
50:20 52:11
kindly (1)
4:16
kitchen (11)
17:19 21:17 24:9,18
25:4,13 29:4,5 42:9
43:12 54:17
kitchens (3)
24:19,19,21
know (82)
5:16,25 8:9,18 9:5
10:7 11:23 12:2
13:18,24,25 15:3,7
15:11 16:14 18:16
20:15 21:11 22:23
23:5,22,25 26:2,7
26:11,12,15,15,18
26:18 27:3,15 28:12
28:25 29:12,18
30:10,13,18,19,22
31:3 32:12,15,16,19
33:10,13,15,18,25
34:11,15,16,17,20
34:22,24 36:8,22
41:22,23 42:3 44:13
44:25 45:5,6,6,9,13
46:11,19,21 47:4,25
48:12 49:6 51:12,16
53:24 54:16,20
knowledge (4)
5:5 19:20 28:8 48:19
Kohler (5)
31:24 42:2 45:17,18
45:20
Krackston (2)
31:24 42:2

**L**

language (4)
6:12,14,15,16
larger (1)
27:2
law (4)
4:9 7:3,7,8
lawsuit (5)
4:12 9:3,7 31:19
54:13
layout (1)
17:19
leak (1)
52:19
learn (2)
36:24 37:3
learning (1)
31:19
legal (1)
4:23
letter (2)
25:24 37:7
letting (1)
16:14
let's (5)
16:3 34:20 29:4 37:21
49:16
level (2)
6:23 14:5
Line (11)
59:7,8,10,11,13,14,16
59:17,19,20,22
lip (2)
52:15,16
listed (1)
29:22
little (1)
27:4
LLP (1)
3:10
located (1)
12:3
location (17)
11:24 12:14 14:18
15:18 17:17 19:16
20:25 25:14 26:17
26:21 27:2,6 30:15
34:12 41:24 48:15
50:12
locations (3)
11:25 12:8,11
logo (7)
46:12,18,18,23 49:6
49:11 54:25
logos (2)
46:14,16
long (6)
6:20 9:20 14:3 28:12

32:3 42:12
look (11)
9:6 10:12 27:16 28:3
28:19 37:24 39:7
42:6 43:25 49:25
55:6
looking (4)
21:21 38:8 45:15
48:11
looks (3)
21:15 27:17 46:19
lot (1)
18:2
lower (1)
47:20
Lucas (2)
53:25 54:3

**M**

magazine (7)
13:11 22:8 27:22
28:10 42:9,10,15
main (1)
13:24
making (1)
39:13
male (1)
38:16
Maltbie (12)
3:8 4:7,9 8:5 43:17
47:6,17 49:16,23
55:6 56:2 58:4
man (1)
38:4
manager (5)
10:18,20,21,22 11:17
managerial (1)
14:5
managers (1)
14:8
manufacture (1)
48:25
manufacturer (1)
4:11
manufacturers (1)
33:16
Manufacturing (3)
1:4 4:11 32:14
marble (7)
1:8 4:13 9:18 16:18
16:19 27:23 36:17
mark (3)
25:24 30:23 47:6
marked (14)
27:20,24 30:21,22
31:2 36:15 43:4
47:15 48:12 49:9,16
49:21,25 53:10

market (2)
40:15 41:19
marriage (1)
57:16
match (1)
16:15
material (1)
47:12
matter (6)
4:23 23:4,9,10 26:3
57:18
mean (29)
8:8,12,22 10:7 19:3
19:23 20:19 21:14
22:7,15 23:15,25
24:17,18,23 26:22
30:5 31:23 32:8
34:4,8,21 35:24,24
36:6 37:6 41:22
45:25 52:23
means (1)
25:25
meant (1)
46:6
measure (3)
19:10 23:17 24:5
measurement (4)
19:11 25:6,11,19
measurements (1)
26:6
measuring (1)
19:9
meeting (1)
8:13
memo (2)
54:7,9
mention (1)
39:17
mentioned (2)
13:15 50:10
Merit (1)
2:14
met (1)
38:16
moment (1)
4:16
months (6)
9:22 16:6 17:8,9
28:15 44:23
morning (4)
4:8 5:3 7:19,20
MOTIONS (1)
58:14
mount (2)
20:3,7
moving (1)
5:3
Murray (2)

38:24 39:3
Myron (5)
12:18,20,21,22,23

**N**

N (2)
3:2 58:2
name (12)
4:8,17 13:15 35:4,5
38:23,23 39:6 45:11
47:21 59:2,4
named (1)
39:3
nature (1)
9:15
necessarily (1)
51:24
necessary (2)
39:19 43:3
need (5)
5:15,24 23:5 42:25
never (3)
40:20 46:20 49:4
New (11)
1:3,15 2:11,15,16 3:7
3:7,13 57:3,5,8
nod (1)
5:21
Nope (1)
43:20
normally (1)
39:13
Notary (3)
2:15 4:4 57:7
note (2)
22:20,21
Noted (1)
56:5
notes (1)
55:7
Notice (1)
2:12
November (4)
38:13,13,15 39:3
number (7)
13:11 28:4 31:8 40:12
49:20 53:11 58:22
numbers (10)
18:2,6 30:25 31:5,6,7
31:9 47:8,14 58:19

**O**

O (1)
4:2
object (1)
43:13
Objection (1)
15:20

**obligation (1)**
5:10
**occasions (2)**
38:11 40:5
**offer (2)**
21:12 42:21
**offered (1)**
48:8
**offers (1)**
17:2
**office (7)**
13:24 16:3 17:19 27:5
29:15 37:8 41:24
**offices (1)**
2:10
**Oh (1)**
8:8
**okay (7)**
6:4,9 19:13 28:19
31:18 33:24 50:10
**old (1)**
38:17
**once (2)**
38:12 40:8
**one-inch (1)**
52:15
**order (7)**
6:5 22:10 25:8 29:17
42:20 43:2 45:2
**outcome (1)**
57:18

**P**

**P (55)**
3:2,2 4:1,2 5:1 6:1 7:1
8:1 9:1 10:1 11:1
12:1 13:1 14:1 15:1
16:1 17:1 18:1 19:1
20:1 21:1 22:1 23:1
24:1 25:1 26:1 27:1
28:1 29:1 30:1 31:1
32:1 33:1 34:1 35:1
36:1 37:1 38:1 39:1
40:1 41:1 42:1 43:1
44:1 45:1 46:1 47:1
48:1 49:1 50:1 51:1
52:1 53:1 54:1 55:1
**page (23)**
28:3 37:22 38:9 43:7
43:8,15 44:2 45:8
45:16 47:19 55:13
58:3 59:7,8,10,11
59:13,14,16,17,19
59:20,22
**paid (1)**
46:20
**paragraph (1)**
39:8
**Park (7)**

3:6 12:4 13:24 15:14
26:17 27:3,4
**Parlin (1)**
4:19
**Parsippany (3)**
1:15 2:11 3:13
**part (3)**
32:20 54:4,5
**particular (5)**
35:4 45:10 46:7,12
51:14
**parties (1)**
57:15
**Pause (2)**
47:5 55:8
**pay (3)**
48:6,21 49:14
**pending (1)**
6:3
**Pennsylvania (1)**
12:6
**people (3)**
12:13,17 23:16
**performance (2)**
15:5,9
**persons (1)**
17:14
**Peter (10)**
1:14 2:9 4:20 12:24
38:16 56:20 57:9
58:4 59:4,24
**phone (4)**
14:17 50:11,18 51:20
**phones (2)**
14:19,22
**pick (1)**
14:19
**Picks (1)**
14:22
**picture (2)**
37:24 38:2
**Pilszak (4)**
13:2,3 38:6,7
**place (2)**
27:25 28:16
**Plainfield (24)**
12:5,12,14 13:5 14:6
14:13,18 15:18
17:17 19:16 26:21
26:25 33:3 34:3,12
34:18 35:20 36:4
40:18 41:7 46:22
48:2,15 50:12
**Plaintiff (2)**
1:6 3:5
**Plaintiff's (11)**
36:15 43:25 47:7,13
49:10,17,19,25

53:10 54:23 58:17
**plans (1)**
44:25
**please (2)**
5:25 6:6
**plug (1)**
53:4
**plumber (1)**
52:25
**plus (3)**
14:24 25:2,3
**pointed (1)**
40:10
**Poland (3)**
6:18 7:3,3
**policy (1)**
23:4
**polish (2)**
6:17 20:6
**popular (1)**
31:24
**Porter (2)**
3:4 4:10
**portion (1)**
28:20
**position (2)**
51:8 54:6
**possible (10)**
24:14 34:14 35:21,22
35:24 39:6 40:22
41:15 52:18 54:24
**preparation (2)**
7:18 9:10
**prepare (4)**
16:20 17:21 19:5,12
**preparing (1)**
22:18
**prerequisite (1)**
20:13
**present (1)**
22:10
**presentation (1)**
39:13
**presume (1)**
27:8
**pretty (5)**
8:14 18:9 20:20 21:23
44:16
**previously (3)**
27:19 36:14 53:9
**price (8)**
10:19 17:21,22 18:4
19:6,12 25:6 40:12
**prices (3)**
10:15,16,17
**prior (3)**
4:21 11:4 31:18
**private (1)**

37:7
**probably (5)**
15:13 26:10 32:3
35:25 54:25
**problem (2)**
30:6 51:10
**process (1)**
17:15
**produced (2)**
27:23 47:10
**product (1)**
32:23
**production (10)**
9:25 11:2,10,16 15:15
15:25 47:14 49:20
58:19,22
**project (7)**
10:8,18,20,21,22 11:9
11:17
**projects (1)**
10:6
**promotion (5)**
5:7 20:10 22:5 28:14
32:21
**promotional (1)**
47:11
**pronounce (1)**
8:3
**properly (1)**
52:18
**provide (6)**
5:20 17:4 20:18 44:9
46:2 52:3
**provided (7)**
26:8 36:10 39:9,11
42:8,12 46:8
**provides (3)**
15:4,8 49:2
**providing (1)**
18:11
**Public (3)**
2:15 4:4 57:7
**purchased (1)**
32:13
**pursuant (1)**
2:12
**put (3)**
52:16 53:23,25

**Q**

**quality (2)**
10:9 34:6
**question (9)**
5:16 6:3,7 23:11
40:21 46:5 50:5,6
52:10
**questioning (1)**
6:9

**questions (8)**
5:5,11,20 7:14 16:7
51:25 56:3,4

**R**

**R (3)**
3:2 4:2 57:2
**raised (1)**
6:12
**range (2)**
28:21,25
**read (3)**
5:17 54:2,7
**ready (1)**
21:2
**really (10)**
7:20,22 21:14,15,20
29:24,25 43:3 48:5
49:14
**reason (14)**
41:10 51:14 59:5,7,8
59:10,11,13,14,16
59:17,19,20,22
**recall (14)**
7:24 31:25 35:17,22
39:2,25 40:16 41:3
41:5,17 42:14,19
44:21 53:19
**receive (3)**
16:21 50:11 53:22
**received (9)**
16:9,13,24 32:23
51:20 52:8,9,11
53:6
**receiving (1)**
22:19
**receptionist (1)**
14:12
**recognize (3)**
18:3 25:20 37:25
**record (8)**
4:16,18 22:24 23:3
47:5 55:8 57:12
59:5
**records (1)**
30:11
**rectangle (3)**
30:24 31:11 44:11
**rectangular (1)**
21:19
**refer (1)**
12:25
**referring (2)**
13:2 44:18
**regarding (4)**
5:5 36:11 51:2 55:10
**Registered (1)**
2:14

related (1)
57:15
relates (2)
38:10,15
relating (2)
9:2 47:12
relation (1)
53:18
remember (10)
31:9 32:4 37:9,18,19
   37:20 39:6 40:23,25
   42:22
remind (1)
42:24
repeated (1)
5:16
report (6)
11:15 36:16 38:10
   39:21 41:21 42:8
Reported (1)
1:24
reporter (3)
2:14,14 5:22
reports (1)
11:20
represent (5)
27:21 38:9,22 43:7
   47:9
represents (1)
4:10
request (4)
19:21 20:22 21:6,8
requested (1)
22:25
requesting (1)
23:23
requests (3)
53:7 58:9,13
require (1)
22:9
required (1)
42:20
residential (1)
4:17
respect (19)
6:12 7:25 8:17 16:22
   16:25 18:22 22:5
   30:11 32:24 33:14
   33:18 38:14 44:12
   45:7 48:17,19 50:15
   50:22 53:7
responsibility (2)
11:11 18:21
responsible (5)
12:14 15:11 19:7
   48:25 51:18
retail (2)
29:9,11

review (2)
9:9 25:12
reviewing (3)
25:5,18 26:7
Ridgefield (6)
12:4 13:23 15:13
   26:17 27:2,4
right (7)
6:25 8:23 10:11 31:10
   36:22 43:17 51:12
right-hand (1)
47:20
RMR (1)
1:24
Robert (9)
8:6,7 12:18,23 13:15
   13:22,25 37:4,5
Robert's (1)
13:19
room (1)
27:13
RPR (1)
1:24
rules (1)
5:2
RULINGS (1)
58:11
run (1)
6:6

S

S (1)
3:2
salary (3)
14:24,24 15:2
sale (2)
18:22 19:14
sales (7)
10:5 11:13 12:15 15:5
   15:9,12 39:13
salesman (1)
10:3 11:5,8,8,9
salesmen (1)
15:5
salespeople (3)
15:9 24:23 50:11
salesperson (3)
14:21 15:19 16:5
sample (2)
17:25,25
samples (2)
18:8,8
Saturday (3)
17:13 25:2,3
saved (2)
18:17,19
saw (1)
53:20

says (1)
39:8
schedule (1)
51:8
school (1)
7:2
schooling (1)
6:24
scratches (1)
51:11
second (5)
6:15 28:3 43:7,15,24
secretary (1)
14:13
see (10)
17:22 27:8,12,15
   28:21,23 37:22 42:6
   42:13 43:14
seek (1)
19:21
seeking (1)
52:21
seen (8)
28:5 43:18,21 44:5
   47:22 50:2,8 53:14
select (1)
16:15
sell (8)
8:23 9:17 24:11,19
   29:14 33:21,22 52:4
selling (1)
10:5
send (2)
37:7 52:24
senior (2)
11:5,8
sentences (1)
39:8
serial (1)
40:12
series (1)
5:4
service (1)
51:9
services (1)
5:9
set (2)
57:10,20
seven (1)
18:8
short (1)
37:14
Shorthand (1)
2:13
show (6)
18:6 27:19 36:14
   39:23 42:15 53:9
Showing (1)

43:4
shown (1)
45:8
showroom (9)
14:6 17:2 33:4 34:3
   35:20 36:4 41:7
   46:23 48:3
side (1)
52:15
silicon (1)
52:16
similar (2)
48:13 49:8
single (6)
23:10,21 26:2 30:24
   31:8 43:11
sink (95)
19:22,24,25 20:3,7,14
   20:16,18,19,20,23
   21:6,9,20,24,25
   22:3,11,14,20,25
   23:5,6,9,19,20,21
   23:24 24:3,5 25:20
   25:25 26:2,8 27:16
   27:18 28:13 29:5,16
   29:16 30:4,8,11,14
   30:16,20 31:4,9,11
   31:12,23 33:3,7
   35:8,10,14 36:3
   39:9,20 40:11,13,17
   40:19,20 41:7,8,12
   41:13,25 42:2,3,4
   42:10,16,21 43:2
   44:18,21 45:9,15,17
   45:18 46:3,4,4 48:2
   50:4 52:3,9,10,15
   52:18,22 53:7,18
sinks (74)
4:12 5:7 8:22,23
   16:25 17:4 20:11,22
   21:4,19 22:6 26:12
   26:20,23 27:9,14,15
   28:11 29:6,13,14,19
   31:13,20 32:2,13,17
   32:20,24 33:11,14
   33:16,20,21 34:2,11
   34:13,17,19 35:20
   36:12 39:23 40:2,14
   41:18,19 42:16,24
   44:10,12,14 45:2,7
   45:10,20,24 46:8,11
   46:21,25 47:12 48:7
   48:17,20,21 49:2,7
   51:22,23 52:4 54:17
   54:20,25 55:11
sitting (3)
38:4 41:2,5
situation (2)
40:23 42:22

six (1)
44:23
Sixteen (2)
9:22 17:9
size (1)
23:9
sketch (1)
17:20
small (6)
18:2 26:17 27:5,13,14
   46:15
smaller (1)
27:2
smoothly (2)
5:3 6:6
sold (4)
29:13,19 32:17 45:10
somebody (4)
19:15 26:16 53:23,24
sorry (6)
7:5 12:19 15:6 38:20
   41:4 46:5
Sort (1)
10:9
sounds (1)
39:24
South (24)
12:5,12,13 13:5 14:6
   14:13,18 15:18
   17:17 19:15 26:21
   26:25 33:3 34:3,12
   34:18 35:20 36:4
   40:18 41:7 46:22
   48:2,14 50:12
SOUTHERN (1)
1:3
speak (2)
7:16 50:23
specific (1)
46:7
specifically (3)
30:11 35:8 40:11
specifications (2)
34:2,5
spent (1)
15:24
spoke (1)
7:24
spoken (1)
50:25
square (2)
19:9,10
ss (1)
57:4
stainless (9)
20:20 21:16,17 34:8,9
   35:18,19 36:3 44:10
stamp (5)

28:4 37:22 47:8
49:18 53:11
**stamped (1)**
43:6
**start (5)**
6:7,9 11:7 17:7 32:7
**started (1)**
32:5
**state (4)**
4:17 5:17 57:3,7
**stated (1)**
39:9
**States (3)**
1:2 2:15 7:11
**stay (1)**
32:8
**steel (9)**
20:20 21:16,17 34:9
34:10 35:19,19 36:3
44:10
**sticker (1)**
46:17
**stickers (2)**
18:2 46:15
**stock (4)**
44:10,14,22 45:3
**stone (2)**
17:24 18:3
**stop (1)**
51:17
**store (1)**
24:4
**straight (2)**
14:24 15:2
**strike (1)**
41:4
**Stroudsburg (1)**
12:5
**studied (2)**
7:3,5
**style (1)**
44:18
**Subscribed (1)**
56:22
**supplies (2)**
48:18 49:8
**supposed (2)**
30:19,19
**sure (6)**
7:15 10:12 19:13 36:5
48:5 49:13
**surrounds (1)**
9:19
**Susan (2)**
38:24 39:3
**sworn (3)**
4:3 56:22 57:11
**system (3)**

16:22 18:17,19

---
**T**

**T (3)**
4:2 57:2,2
**take (14)**
5:22,24 6:2 18:5,6,7
21:25 22:3,15,16
27:16 28:2 42:21
49:24
**talk (2)**
41:10 50:24
**talking (5)**
16:17 19:8 37:20 52:5
53:4
**technician (11)**
23:12,13,15,22 24:4,7
24:8 25:24 30:15,18
52:17
**tell (11)**
21:8,12 24:4,6,8 33:6
35:4 37:5 44:4 50:2
53:13
**telling (5)**
40:16 41:3,6,17 42:19
**template (1)**
10:7 19:2,5,11 23:17
30:21,22,23 31:3,15
31:16
**templates (1)**
10:13
**ten (4)**
17:12 24:21 25:4,14
**testified (1)**
4:5
**testimony (5)**
4:22 7:18,25 9:10
57:13
**they'd (1)**
27:18
**thin (1)**
38:17
**thing (3)**
10:4 44:8 48:8
**things (5)**
5:3 6:5 32:11 49:15
51:11
**think (6)**
8:3 14:2 15:10 47:3
48:4,4
**thinks (1)**
8:23
**three (8)**
6:22 11:25 19:25 20:7
21:18 31:13 44:9
51:19
**throw (1)**
22:17

**Thursday (1)**
1:16
**time (7)**
5:25 14:4 15:24 32:3
41:18 44:15 56:5
**times (5)**
24:20,20,22,23 40:7
**title (5)**
9:23 10:25 13:19,25
43:14
**titled (1)**
43:10
**titles (1)**
11:4
**today (4)**
4:21 9:10 41:2,5
**told (7)**
24:2 31:11 35:13 37:6
39:22 41:12 42:7
**tops (1)**
9:18
**tougher (2)**
40:14 41:18
**track (1)**
15:12
**trademark (1)**
45:11
**training (6)**
16:9,12,14,21,24
32:24
**transcription (1)**
59:6
**transfer (1)**
50:19
**Trends (1)**
42:9
**true (1)**
57:12
**truthfully (1)**
5:11
**two (11)**
7:3,6 14:9 16:4 23:7
24:18,19 29:4 38:11
39:23 51:19

---
**U**

**U (1)**
4:2
**um-hum (23)**
6:10 7:12 9:14 11:14
13:17 14:7 16:11,23
18:12 19:3,17 24:8
27:10 28:22 30:17
44:6 45:22 50:13
51:4 52:12 53:12
54:8 55:2
**undermount (4)**
19:24 23:6,8 43:11

**understand (1)**
15:21
**understanding (2)**
8:16,20
**understood (2)**
5:13 33:24
**United (2)**
1:2 7:11
**use (10)**
5:7 20:18 23:5,19,20
23:20 24:3 30:25
31:5,6
**usually (6)**
17:18 21:3 25:7,14
50:19 52:16

---
**V**

**v (1)**
59:2
**value (2)**
28:21,25
**values (1)**
29:22
**vanities (1)**
9:18
**verbal (2)**
5:20,23
**visit (2)**
38:15,24
**visited (1)**
38:12
**visits (1)**
38:11
**vs (1)**
1:7

---
**W**

**wait (2)**
6:6,8
**want (3)**
13:10 23:6 24:3
**wants (1)**
21:17
**warehouse (3)**
18:6 23:14 26:23
**way (5)**
18:2 25:19 26:5 39:20
57:17
**week (3)**
17:12 24:11,12
**weekday (1)**
17:11
**weeks (2)**
37:2 51:19
**Wells (1)**
4:19
**went (1)**
44:22

**we're (3)**
8:12,13 26:17
**WHEREOF (1)**
57:19
**wholesale (1)**
29:10
**WHP (1)**
1:7
**witness (7)**
4:3 44:3 57:9,13,19
58:3 59:4
**work (4)**
16:6 17:7 23:14 32:7
**worked (1)**
13:5
**working (3)**
13:23 14:3 32:5
**works (1)**
23:13
**wouldn't (1)**
39:17
**written (2)**
31:14,16

---
**X**

**X (5)**
1:24 2:12 57:6,24
58:2

---
**Y**

**yeah (24)**
7:15 8:18,19 9:25
10:11 15:22 19:17
21:22 22:3,8 24:13
26:22 28:24 29:11
31:17 38:3,19,21
40:3,9 46:24 52:2
53:5,5
**years (4)**
6:22 7:3,6 38:17
**yesterday (1)**
27:25
**York (7)**
1:3 2:15 3:7,7 57:3,5
57:8

---
**$**

**$150 (5)**
19:23 20:4,17 23:8
26:4
**$360 (2)**
28:21 29:13
**$540 (3)**
28:21 29:7,19
**$80 (1)**
23:8

---
**0**

**00027 (1)**
44:2
**00110 (3)**
47:8,14 58:20
**00113 (3)**
47:9,15 58:20
**00241 (1)**
43:6
**00242 (1)**
43:6
**0034 (3)**
49:18,20 58:23
**0039 (1)**
37:23
**0123 (1)**
28:5
**07-cv-11278 (1)**
1:7
**07054 (1)**
3:13

_____ **1** _____

**1 (3)**
36:15 43:25 59:5
**10:57 (1)**
2:6
**10022-4690 (1)**
3:7
**11 (1)**
54:21
**11th (1)**
54:18
**11:52 (1)**
56:5
**12 (2)**
25:4,15
**12th (1)**
57:20
**15 (1)**
17:12
**15244B (1)**
1:25
**16 (19)**
16:6 17:8 28:15 34:13
   34:20,22,23,25
   35:18 36:3,7,8,9
   40:13,18,22 41:7,15
   41:16
**17 (1)**
25:15
**18 (3)**
34:18,21 35:19
**196 (1)**
53:11

_____ **2** _____

**2 (2)**
53:10 59:6

**20 (2)**
17:14 25:15
**2007 (1)**
39:4
**2008 (7)**
1:16 2:5 54:18,22
   56:23 57:21 59:3
**2210 (1)**
45:16
**23210-D9 (1)**
43:11
**25 (2)**
17:14 38:16
**250 (1)**
40:12
**27th (1)**
38:14

_____ **3** _____

**3 (5)**
47:7,13 49:10 58:18
   59:6
**399 (1)**
3:6

_____ **4** _____

**4 (6)**
49:17,19 50:2 54:23
   58:4,21
**47 (1)**
58:20
**49 (1)**
58:23

_____ **5** _____

**529 (1)**
44:20
**5404 (1)**
4:19

_____ **6** _____

**6 (2)**
2:10 3:12
**6th (3)**
38:13,15 39:3

_____ **7** _____

**7 (3)**
1:16 2:5 59:3
**70 (1)**
27:20
**73 (2)**
43:5 48:12
**758529 (1)**
44:19

_____ **8** _____

**8455R (1)**

40:12