Louis S. Ederer
John Maltbie
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022
(212) 715-1000

*Attorneys for Plaintiffs Artisan Manufacturing Corporation*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
                                      :

ARTISAN MANUFACTURING CORPORATION,    :     Civil Action No.: 07 CV 11278

             Plaintiff,          :

       - against -         :

ALL GRANITE & MARBLE CORPORATION.,    :

            Defendant.       :

                                        :
------------------------------------------------------------ x

**DECLARATION OF JOHN MALTBIE IN FURTHER SUPPORT OF PLAINTIFFS'**
**MOTION FOR A PRELIMINARY INJUNCTION**

# EXHIBIT H

Page 1

1

2                    UNITED STATES DISTRICT COURT

3            FOR THE SOUTHERN DISTRICT OF NEW YORK

4

ARTISAN MANUFACTURING                )

5   CORPORATION,                      )

                                     )

6                    Plaintiff,       )

                                     )

7            vs.                      ) 07-cv-11278 (WHP)

                                     )

8   ALL GRANITE & MARBLE              )

CORPORATION,                         )

9                                     )

                     Defendant.       )

10  ------------------------------)

11

12

13

14              DEPOSITION OF DANIEL PILSZAK

15                 Parsippany, New Jersey

16              Thursday, February 7, 2008

17

18

19

20

21

22

23

24  Reported by:

FRANCIS X. FREDERICK, CSR, RPR, RMR

25  JOB NO. 15244A

Page 2

February 7, 2008
10:04 a.m.

Deposition of DANIEL PILSZAK,
held at the offices of Hoffmann & Baron,
6 Campus Drive, Parsippany, New Jersey,
pursuant to Notice, before Francis X.
Frederick, a Certified Shorthand
Reporter, Registered Merit Reporter and
Notary Public of the States of New York
and New Jersey.

Page 3

APPEARANCES:

ARNOLD & PORTER
Attorneys for Plaintiff
399 Park Avenue
New York, New York  10022-4690
BY:  JOHN MALTBIE, ESQ.

HOFFMANN & BARON, LLP
Attorneys for Defendant
6 Campus Drive
Parsippany, New Jersey  07054
BY:  JON A. CHIODO, ESQ.

Page 4

D. PILSZAK
DANIEL PILSZAK, called as a
witness, having been duly sworn by a
Notary Public, was examined and
testified as follows:
EXAMINATION BY
MR. MALTBIE:
Q.    Good morning. My name is John
Maltbie. I'm an attorney with the law firm of
Arnold & Porter. My firm represents Artisan
Manufacturing Corp., a manufacturer and
distributor of Artisan brand sinks, in
connection with a lawsuit that has been filed
against All Granite & Marble Corporation.
Mr. Pilszak, we were introduced a
moment ago but if you could kindly state your
full name and residential address for the
record I'd appreciate it.
A.    Not a problem. My name is Daniel
Pilszak. And I live at 486 South Pine Avenue
in South Amboy, New Jersey, 08879.
Q.    And just to clarify, another
discussion we had off the record was just with
respect to your name. And Dan Pilszak, that's
your official name?

Page 5

D. PILSZAK
A.    That's my official name.
Q.    Okay.  Do you go by another name
at All Granite?
A.    I do.
Q.    And what name is that?
A.    Chris.
Q.    And is it also Chris Pilszak or is
it Chris something else?
A.    It's just Chris.
Q.    Now, prior to today, Mr. Pilszak,
have you ever been deposed or given testimony
in a legal matter?
A.    Can you ask me that question one
more time? I'm sorry.
Q.    Sure, sure.  Prior to today, have
you ever been deposed or given testimony in
connection with a legal matter?
A.    No.
Q.    All right.  So I'm just going to
go over some of the ground rules so that you
know sort of what how we're hopefully going to
interact today.  I'll be asking you a series
of questions regarding your knowledge of the
facts and circumstances surrounding All

Page 6

D. PILSZAK

1
2    Granite's promotion and use of sinks in
3    connection with its countertop installation
4    services. It's your obligation to answer my
5    questions truthfully and to the best of your
6    ability.
7         Do you understand that?
8    A.   I do.
9    Q.   In the event that you do not
10   understand a question that I've asked, please
11   let me know and I will rephrase it just as we
12   just did.
13   A.   I understand.
14   Q.   Also, if you need a question
15   repeated please let me know and we can have
16   the reporter, who's sitting here between us,
17   read the question back, okay?
18   A.   Yes.
19   Q.   In addition, it's important that
20   you provide verbal answers to my questions
21   rather than a nod or a gesture. That way we
22   can make sure the reporter can take down an
23   accurate record with respect to the spoken
24   words.
25        Do you understand?

Page 7

D. PILSZAK

1
2    A.   Okay.
3    Q.   And, then, I'll also ask when I'm
4    asking a question please wait for me to finish
5    my question before you begin your answer and
6    I'll try to wait for you to finish your answer
7    before I begin my next question.
8    A.   That's understandable.
9    Q.   Just so we don't step on each
10   other.
11        And if you need to take a break at
12   any time just let me know and we can take a
13   break. I only ask that you not ask to take a
14   break while a question is pending. So if I
15   ask a question, if you want to take a break,
16   just answer the question and then we can take
17   a break right after that, okay?
18   A.   Okay.
19   Q.   Now, Mr. Pilszak, is there any
20   reason that you would not be able to testify
21   truthfully today? Are you under any
22   medication, feeling under the weather, any
23   situation that I should know about?
24   A.   I feel fine.
25   Q.   Terrific. And, Mr. Pilszak, just

Page 8

D. PILSZAK

1
2    to clarify on an issue that's been raised with
3    respect to language, is English your first
4    language?
5    A.   Yes.
6    Q.   So were you born and raised in the
7    United States?
8    A.   I was born and raised here.
9    Q.   Terrific. What's the highest
10   level of schooling you've completed?
11   A.   Associate's degree.
12   Q.   And where was that?
13   A.   Middlesex County College.
14   Q.   Mr. Pilszak, in connection with
15   today's deposition, did you speak with anyone
16   other than your attorney in anticipation or
17   preparation for your testimony?
18   A.   No, sir.
19   Q.   So you didn't speak with anyone at
20   All Granite with respect to your testimony
21   today?
22   A.   No, sir.
23   Q.   Okay.
24   A.   Oh, maybe Robert.
25   Q.   Robert --

Page 9

D. PILSZAK

1
2    A.   Yeah, we sat with the attorneys in
3    the office.
4    Q.   Is that Robert Deja?
5    A.   Yes, sir.
6    Q.   And who is Robert Deja?
7    A.   I don't really know him. I've
8    seen him twice in my life. I know he's at
9    Ridgefield Park.
10   Q.   Is he an employee of All Granite?
11   A.   He's an employee.
12   Q.   And do you know what position he
13   has?
14   A.   No, sir.
15   Q.   You said you saw him twice in your
16   life. And the one occasion was during a
17   meeting with attorneys in relation to this
18   case?
19   A.   Yes, sir.
20   Q.   And was the other occasion
21   something different?
22   A.   The second time today.
23   Q.   And leading up to this deposition
24   have you been instructed by anyone to collect
25   any documents relating to this document?

**D. PILSZAK**

1
2      A.   No, sir.
3      Q.   Do you know if any other All
4  Granite employees were asked to search for
5  documents in connection with this matter?
6      A.   No, sir.
7      Q.   And did you review any documents
8  in preparation for your testimony today?
9      A.   Review any documents.  No.
10     Q.   Mr. Pilszak, are you currently
11  employed by All Granite?
12     A.   Currently employed by All Granite,
13  correct.
14     Q.   And how would you describe the
15  nature of All Granite's business?
16     A.   The nature of All Granite's
17  business?  What I do there?
18     Q.   Let's start with your
19  understanding of what All Granite does as a
20  business and then we'll get to your
21  responsibilities later.
22     A.   Okay.  They sell kitchen
23  countertops and bathroom vanity tops.
24  Granite, marble.
25     Q.   Is there anything else that they

**D. PILSZAK**

1
2  sell?
3      A.   That's all they sell.
4      Q.   And how long have you been
5  employed with All Granite?
6      A.   August 15th, 2007, and presently
7  employed.
8      Q.   Do you have a title there?
9      A.   Salesman.
10     Q.   And has that been your only title
11  there?
12     A.   I was a junior salesman.  Now I'm
13  a salesman.
14     Q.   And how long were you a junior
15  salesman?
16     A.   Roughly two months.
17     Q.   And what's the distinction between
18  junior salesman and salesman, if you know?
19     A.   To be honest with you I really
20  don't.  I guess a salesman has a little more
21  access in the database.
22     Q.   You understand it to be some sort
23  of probationary period or something like that?
24     A.   Similar.
25     Q.   Were you receiving any training

**D. PILSZAK**

1
2  during the period while you were a junior
3  salesman?
4      A.   I was.
5      Q.   What kind of training were you
6  receiving?
7      A.   Just to get to know the program
8  that we use.
9      Q.   And when you say the program, are
10  you talking about a computer program or
11  something else?
12     A.   Yes.  Computer program.
13     Q.   Besides learning about the
14  computer program, was there any other training
15  that you received with respect to
16  salesmanship, for example?
17     A.   Just basically walking the
18  customer through the warehouse, showing them
19  slabs.
20     Q.   Now, as a salesman, can you
21  describe your primary duties and
22  responsibilities?
23     A.   Yes.  Usually walk up to the
24  customer, show them the sample board with the
25  samples, a few colors.  Tell them to pick some

D. PILSZAK

1
2  colors.  Have a seat at my desk.  Please give
3  me some dimensions.  I do an estimate.  And
4  they go back to the sample board.  Either they
5  write some numbers down and I grab them
6  samples from the warehouse or I can just take
7  them physically into the warehouse and show
8  them the slabs.
9      Q.   Now, presently does anyone report
10  to you at All Granite?
11     A.   Report to me in what sense?
12     Q.   Do you have a subordinate or
13  someone that is under you or assigned to you?
14     A.   No, sir.
15     Q.   And do you know how many people
16  there are at the -- I'm sorry.  You said
17  you're at the South Plainfield location; is
18  that correct?
19     A.   Correct.
20     Q.   Do you know how many salespeople
21  are at the South Plainfield location?
22     A.   Including the managers -- there's
23  ten people sitting at the desks.  And
24  everybody has a different -- either a junior
25  salesman or salesman.  There's ten of us in

Page 14

D. PILSZAK

1 all. Everybody's inclined to get up and take
2 customers. So ten.
3 **Q.   Okay.**
4 A.   Ten salespeople.
5 **Q.   Is there a receptionist or someone**
6 **else who would take phone calls?**
7 A.   No. Everybody takes phone calls.
8 **Q.   So if I was to pick up the phone**
9 **and call South Plainfield my call could go to**
10 **any one of these ten people.**
11 A.   Correct, correct.
12 **Q.   And the ten people we're talking**
13 **about, I assume there's additional people who**
14 **work out in the warehouse; is that correct?**
15 A.   Correct.
16 **Q.   Do you know roughly how many**
17 **people work out in the warehouse?**
18 A.   Not a clue.
19 **Q.   Do you know if All Granite has**
20 **more than one location?**
21 A.   I do.
22 **Q.   And how many do they have?**
23 A.   Three total.
24 **Q.   And do you know where those --**

Page 15

**D. PILSZAK**

1 **where the other two locations are?**
2 A.   I do.
3 **Q.   And what are those?**
4 A.   Stroudsburg, Pennsylvania, South
5 Plainfield, New Jersey, Ridgefield Park, New
6 Jersey.
7 **Q.   And have you been to each of these**
8 **locations?**
9 A.   I've only been to the one I work
10 at, South Plainfield.
11 **Q.   Do you have any understanding as**
12 **to the operations of either the Stroudsburg or**
13 **the Ridgefield Park locations?**
14 A.   I do not.
15 **Q.   With respect to the number of**
16 **salespeople, do you have an understanding as**
17 **to whether South Plainfield is a larger**
18 **showroom or a smaller showroom than either**
19 **Stroudsburg or Ridgefield Park?**
20     MR. CHIODO:  Objection to form.
21 You can answer.
22 A.   From what I know -- I only work at
23 the South Plainfield location so I don't know
24 which display is bigger, which showroom is

Page 16

D. PILSZAK

1 bigger. I've only been to the one location,
2 like I said before.
3 **Q.   Do you know how many salespeople**
4 **work at the Ridgefield Park location?**
5 A.   I do not.
6 **Q.   Do you know how many people work**
7 **at the Stroudsburg location?**
8 A.   No, sir.
9 **Q.   And how are you compensated by All**
10 **Granite? Is it straight salary? Is it salary**
11 **plus commission? Is it commission only? Or**
12 **is it something else?**
13 A.   It's just salary -- hourly.
14 **Q.   Hourly.**
15     **So are there any commissions for**
16 **sales performance?**
17 A.   No, sir.
18 **Q.   Are there any bonuses or anything**
19 **like that that you're aware of?**
20 A.   No, sir.
21 **Q.   And do you know if All Granite**
22 **provides any incentives or awards for its**
23 **salespeople?**
24 A.   No, sir.

Page 17

D. PILSZAK

1 **Q.   And you just summarized before I**
2 **guess the way a typical transaction would**
3 **work; is that correct?  People would come into**
4 **the store and look at the sample board?**
5 A.   That's usually --
6 **Q.   -- the first step?**
7 A.   Correct.
8 **Q.   And what is the sample board?**
9 A.   The sample board just has samples
10 of colors of granite, different types of
11 granite. Marble. Basically marble and
12 granite on the sample board.
13 **Q.   And do you typically greet a**
14 **customer there or would you wait for them to**
15 **sort of ask for help?**
16 A.   What we do is we walk up to the
17 customer and then it's either they come and
18 sit down at the desk where I am or we just
19 discuss colors first and then they get an
20 estimate. So it works both ways. It's either
21 we look at the colors or they got an estimate
22 first. Vice-versa.
23 **Q.   And how does it work with respect,**
24 **you know, to whose -- how do you assign**

Page 18

D. PILSZAK

1  responsibility for a customer as he walks
2  through the door?  Does it rotate?  Whoever's
3  available?  Or something else?
4      A.  Whoever's available.  Like I said
5  before, there's no commission so whoever's
6  available grabs the first customer.
7      Q.  Okay.  Now, how many customers
8  would you say that you would assist in a
9  typical day?
10     A.  Good 15 to 20.  That's during the
11 week.
12     Q.  And on the weekend?
13     A.  Saturday we're only open.  That's
14 a good 30 plus.  It gets quite busy.
15     Q.  And of those — let's just talk
16 about during the week.  Of the customers that
17 come in during the week, approximately how
18 many of those customers would you say end up
19 purchasing a countertop from All Granite?
20     A.  I can't say.  I only give
21 estimates.  And then further on I guess the
22 manager confirms -- I don't have access --
23 like I said, I'm just a salesman.  Maybe the
24 guys above me, you know, confirm everything

TSG Reporting - Worldwide   877-702-9580

Page 19

D. PILSZAK

1  with the customers.  I just do estimates and
2  show the customers colors so...
3      Q.  Okay.  So after --
4      A.  I guess I can confirm the color
5  and the edge as far as that goes and then they
6  move up to a higher rank.
7      Q.  When you say a higher rank --
8      A.  A salesperson.
9      Q.  A higher-ranking salesperson?
10     A.  Correct.
11     Q.  And how many of these
12 higher-ranking salespeople are in the South
13 Plainfield location?
14     A.  Above me I would say five.
15     Q.  And those five are still included
16 in the ten people that we've been talking
17 about?
18     A.  Yes.
19     Q.  Ten salespeople.
20     A.  Yes.
21     Q.  And do you know the names of those
22 five people?
23     A.  I do.
24     Q.  Can tell you me those names?

TSG Reporting - Worldwide   877-702-9580

Page 20

D. PILSZAK

1      A.  Alex, Daniel, Julie, Blaze, and
2  Lucas.
3      Q.  Do you know if Alex holds any
4  special title with respect to the South
5  Plainfield location?
6      A.  He's just the manager.
7      Q.  Is he the overall manager of the
8  South Plainfield location, to your knowledge?
9      A.  I don't know.  I just got hired by
10 him.  That's all.
11     Q.  Would you consider Daniel, Julie,
12 Blaze or Lucas also to be managers?  Or are
13 they something else?
14     MR. CHIODO:  Objection.  You can
15 answer.
16     A.  No.
17     Q.  They're not managers.
18     A.  Correct.
19     Q.  Okay.
20     A.  They've just been working there
21 longer.  That's all.
22     Q.  Okay.  So is there a point in
23 time, to your understanding, when you'll be
24 able to sort of follow through with the sale

TSG Reporting - Worldwide   877-702-9580

Page 21

D. PILSZAK

1  with a customer?  Or is it something that's
2  always going to be passed off to these five
3  salespeople?
4      A.  It gets passed off.
5      Q.  And it would typically go to any
6  one of these five; is that correct to stay?
7      A.  Well, no.  Who confirms.  If Alex
8  is there, Alex confirms.  If Alex is not there
9  Daniel confirms.
10     Q.  And does it sort of go on down the
11 line from there or is it just Alex and Daniel?
12     A.  Well, the other people are
13 higher-ranking salespeople.  The people that
14 confirm with the customers as far as the final
15 details go is Alex or Daniel.
16     Q.  So as you sit here today do you
17 have any way to estimate how many kitchen
18 countertop installations you would say that
19 you sell in a week?
20     A.  I have no knowledge of that.  Once
21 again, I don't work on a commission so I'm
22 just there for hourly.  I don't even pay
23 attention to that stuff.
24     Q.  Now, in addition to the sample

TSG Reporting - Worldwide   877-702-9580

Page 22

D. PILSZAK

1
2 board, does the South Plainfield location also
3 have sinks on display?
4    A.   Yes, they do.
5    Q.   And where are those sinks located?
6    A.   They're behind the sample board.
7    Q.   And what is your understanding of
8 the purpose of having the sinks on display?
9    A.   It's just a display to show
10 customers that we have sinks available.
11 Basically if you buy a countertop you get a
12 free sink with the order.
13    Q.   Do you know if All Granite ever
14 sells sinks?
15    A.   They do not sell sinks.
16    Q.   When you were providing estimates
17 to customers how often would you say the issue
18 of the installation of a sink comes up?
19    A.   Slim to none.
20    Q.   Would you say that most customers
21 in your experience have their own sink that
22 they want to install?
23    A.   They usually provide their own
24 sink.
25    Q.   Do you have any way of knowing as

TSG Reporting - Worldwide    877-702-9580

Page 23

D. PILSZAK

1
2 you sit here today how many sinks are
3 installed by All Granite in an average week?
4    A.   I do not.
5    Q.   Do you have any knowledge with
6 respect to how many kitchen sinks All Granite
7 keeps in its inventory?
8    A.   I do not.
9    Q.   Do you know who would know that?
10    A.   I do not. Once again, I'm the low
11 man on the totem pole so...
12    Q.   Now, there's another salesperson I
13 think you know that we're going to depose
14 today named Peter Bucko. Do you know Mr.
15 Bucko?
16    A.   I do.
17    Q.   And do you know how long Mr. Bucko
18 has been working for All Granite?
19    A.   I do not recall. I would -- I
20 don't know. I don't know.
21    Q.   Is he senior to you or junior to
22 you?
23    A.   He's been working there longer
24 than me so he's a little higher than me.
25    Q.   But he's not --

TSG Reporting - Worldwide    877-702-9580

Page 24

D. PILSZAK

1
2    A.   I don't know how the steps go
3 necessarily as far as what his, you know,
4 position is there. But I know he's been
5 working there for longer than me. So I guess
6 if I have a question I go and ask somebody
7 that's been longer than me. Working there
8 longer than me.
9    Q.   But there are occasions when
10 customers that come into the store ask to see
11 the All Granite kitchen sinks; is that
12 correct?
13    A.   The All Granite kitchen sinks on
14 display, sure. If they're going through the
15 warehouse, they see some sinks, they take a
16 look.
17    Q.   Do you ever -- well, let me ask
18 you this. Have you ever received any training
19 with respect to the sale or promotion of the
20 kitchen sinks?
21    A.   No.
22    Q.   Would it be correct to say -- or
23 strike that.
24       Does All Granite use coupons in
25 connection with the sink promotion?

TSG Reporting - Worldwide    877-702-9580

Page 25

D. PILSZAK

1
2    A.   With the sink promotion. I know
3 there was coupons. Basically, you get a free
4 sink with the order. I mean, if a customer
5 comes in and he gives you a coupon, it gets
6 thrown away. You get a free sink with the
7 order. That's all.
8    Q.   Has it been that way since you
9 started working there in August of 2007?
10    A.   Yes. People would come in, give
11 you the coupon, you throw it away, they get a
12 free sink with the order.
13    Q.   So there's no -- you don't keep
14 track or file the coupon in any way; is that
15 correct?
16    A.   Not at all.
17    Q.   And if a customer doesn't have a
18 coupon, do you ask them for it?
19    A.   They get a free sink with the
20 order. Regardless. If they have the coupon
21 or they don't.
22    Q.   I show you what was marked at a
23 deposition yesterday as Defendant's
24 Exhibit 70. And I'll represent to you that it
25 was represented to me that these were excerpts

TSG Reporting - Worldwide    877-702-9580

Page 26

D. PILSZAK

1
2 from All Granite's document production which I
3 guess collected various Clipper Magazine front
4 pages and All Granite Marble advertisements
5 which bear Bates stamps AGM 0122 through 0123,
6 AGM 0136 through 0137, and -- strike that.
7 Through 0141 is the closing number there.
8 Sorry. And then AGM 0144 through 0145. AGM
9 0147 through AGM 0150.
10     Mr. Pilszak, if you could flip
11 through what's previously been marked as
12 Plaintiff's Exhibit 70 and tell me first
13 looking at AGM 0123, have you ever seen a
14 document like that before?
15     A.   As far as the picture goes or the
16 whole thing?
17     Q.   The whole thing.
18     A.   I think I've seen that before.
19     Q.   And --
20     A.   In the past.
21     Q.   And what is your understanding of
22 what this is?
23     A.   To be honest with you I never paid
24 attention to these. If I got a coupon I just
25 threw it out when the customer left. Never

TSG Reporting - Worldwide    877-702-9580

Page 27

D. PILSZAK

1
2 really interested. Just basically not
3 interested. Just work there just to work
4 there.
5     Q.   Now, if you look at the bottom of
6 AGM 0123 there's sort of a dotted-line coupon
7 portion of this page.
8     A.   I see it.
9     Q.   It lists there that the free sinks
10 that are going to be included with the order
11 of the countertop have a 360 to $540 value.
12     Do you see that?
13     A.   I do.
14     Q.   Do you have any knowledge with
15 respect to the basis of those figures?
16     A.   To my understanding, it looks just
17 like it's a value of the sinks just to show
18 the customer that it's a value and you get it
19 free with an order of a countertop.
20     Q.   Do you know if All Granite sells
21 any sinks for $360?
22     A.   No.
23     Q.   Do you know if All Granite has
24 ever sold any sinks for $360?
25     A.   No.

TSG Reporting - Worldwide    877-702-9580

Page 28

D. PILSZAK

1
2     Q.   And do you know if All Granite
3 sells any sinks for $540?
4     A.   No.
5     Q.   Do you know if All Granite has
6 ever sold any sinks for $540?
7     A.   No. To my knowledge, they've
8 never sold any sinks because, like I said, you
9 got a free sink with the order so...
10     Q.   But you have experienced, have you
11 not, customers giving you this coupon; is that
12 correct?
13     A.   Correct.
14     Q.   And has any customer ever asked
15 you about the value that's listed in the
16 coupon?
17     A.   No. They're just happy with the
18 free sink.
19     Q.   I think you mentioned this but
20 what happens if a customer does not have a
21 coupon? Does it make a difference?
22     A.   It does not make a difference.
23     Q.   So at some point during your
24 consultation with a customer, do you inform
25 them that they get a free sink with the -- or

TSG Reporting - Worldwide    877-702-9580

Page 29

D. PILSZAK

1
2 they would get a free sink with the purchase
3 of their countertop?
4     A.   Yes. Once again, it comes free
5 with the order. When I go over the estimate I
6 usually highlight square feet. Everything
7 goes along. It's just my, you know, little
8 process. I highlight you get a free sink with
9 the order.
10     Q.   Um-hum. So you tell them that
11 verbally?
12     A.   Yes.
13     Q.   And if they're interested in that
14 you direct them then to the sink display area?
15     A.   Well, eventually they want to look
16 at the sink so they go and look at the
17 display.
18     Q.   Do you know how many different
19 models of sinks All Granite offers at the
20 South Plainfield showroom?
21     A.   I believe we have three.
22     No, excuse me. Five. There's two
23 that are out of stock. It says -- there's a
24 piece of paper in the sink that says out of
25 stock so...

TSG Reporting - Worldwide    877-702-9580

Page 30

D. PILSZAK

1
2  Q.    And have those been out of stock
3  throughout the term of your employment
4  since --
5  A.    Correct, yes.
6  Q.    Are you aware of any plans to
7  reorder those items that are out of stock?
8  A.    No, sir.
9  Q.    And have you ever charged a
10 customer for a sink?
11 A.    No, sir.
12 Q.    And what -- in consulting with the
13 customer, what sort of document, if any, do
14 you create in giving them the estimate?
15 A.    I go into the computer program. I
16 put in the dimensions, the edge, and numbers
17 pop up. I print it out. That's basically it.
18 Q.    And is there anything in the
19 program or -- to keep track of a sink
20 installation?
21 A.    No.
22 Q.    So how would you know if a sink
23 was to be included with that particular order?
24 A.    That's just what pops up on the
25 piece of paper that comes out of the printer.

TSG Reporting - Worldwide    877-702-9580

Page 31

D. PILSZAK

1
2  Q.    I'm sorry. What pops up?
3  A.    You get a free sink with this
4  order. So that's why I mention it.
5  Q.    But I'm saying if someone wanted a
6  free sink, how do you record that request?
7  A.    Oh, I just make a note of it.
8  Q.    And where is that note placed?
9  A.    Just in the estimate logs.
10 Q.    And the estimate logs are
11 something that are kept with respect to each
12 order or each customer?
13 A.    I believe so. I know I can't
14 erase it.
15 Q.    So, to your knowledge, does All
16 Granite create a document with respect to
17 every estimate that it provides to customers?
18 A.    I don't know if All Granite does.
19 Q.    But do you create a document with
20 each estimate that you give?
21 A.    If a customer wants a sink from,
22 us like I said, before with the "you get a
23 free sink with the order," you either put in
24 rectangle, D-shaped or a double bowl. And I
25 don't -- you know, that's the only way I go by

TSG Reporting - Worldwide    877-702-9580

Page 32

D. PILSZAK

1
2  it because that's the only way I can remember
3  the sinks is by shapes.
4  Q.    But I'm asking a question that's a
5  little bit different from that --
6  A.    Um-hum.
7  Q.    -- which is everyone that you sit
8  down with to give an estimate, do you create a
9  document for them, an estimate sheet; is that
10 correct?
11 A.    Oh, correct. A document meaning a
12 an estimate?
13 Q.    Yes.
14 A.    Okay.
15 Q.    And to your knowledge that's
16 something that stays in the system, correct?
17 A.    Yes, yes.
18 Q.    I believe you said that you don't
19 have any means for deleting those estimates,
20 correct?
21 MR. CHIODO: Objection. You can
22 answer.
23 A.    I did say that before. I don't
24 have a reason to delete those so I never
25 tried.

TSG Reporting - Worldwide    877-702-9580

Page 33

D. PILSZAK

1
2  Q.    Okay. Mr. Pilszak, have you ever
3  heard of Artisan sinks?
4  A.    Now.
5  Q.    Have you ever heard of them prior
6  to today?
7  A.    No.
8  Q.    Or in connection with this
9  lawsuit.
10 A.    Or in connection with this
11 lawsuit. Like now. Now basically.
12 Q.    And what -- do you recall the
13 first time you heard about Artisan sinks?
14 A.    Maybe this week when they told me
15 to come in for this deposition.
16 Q.    So other than being told you had
17 to come in for a deposition in connection with
18 Artisan sinks you had no knowledge of Artisan?
19 A.    No knowledge. I live with my
20 family. I don't care for a kitchen. I don't
21 care for sinks.
22 Q.    Do you know if All Granite ever
23 purchased Artisan sinks from Artisan?
24 A.    I do not.
25 Q.    Do you know if All Granite ever

TSG Reporting - Worldwide    877-702-9580

Page 34

D. PILSZAK

1
2  sold Artisan sinks to consumers?
3      A.   I do not.
4      Q.   Do you know if All Granite ever
5  gave away Artisan sinks to consumers as part
6  of its free sink promotion?
7      A.   No, I don't.
8      Q.   Have you ever received any product
9  training with respect to Artisan sinks?
10     A.   I have not.
11     Q.   Were you aware that an Artisan
12 sink was on display in the South Plainfield
13 showroom?
14     A.   No, I wasn't.
15     Q.   Were you unaware of that until I
16 just asked that question or did you learn it
17 at some other earlier point?
18     A.   That question is a little too
19 screwed up for me to understand.
20     Q.   Okay.  Sitting here today and
21 prior to me asking the question about an
22 Artisan sink in the South Plainfield showroom
23 had you ever been aware that there was an
24 Artisan sink on display in South Plainfield?
25     A.   Prior to what?

Page 35

D. PILSZAK

1
2      Q.   Prior to today.
3      A.   No. No.
4      Q.   Did you ever -- did a customer --
5  strike that.
6          Did a customer ever ask you if an
7  Artisan sink can be installed in their home?
8      A.   No.
9      Q.   Do you recall ever telling a
10 customer that an Artisan sink could be
11 installed in their home?
12     A.   No.  Because I had no knowledge of
13 any kind of Artisan sinks.
14     Q.   Okay.
15     A.   I don't know about sinks.  I'm not
16 familiar.
17     Q.   With respect to the sinks that are
18 in the All Granite showroom do you know what
19 types of sinks those are?
20     A.   Yes.
21     Q.   What types of sinks are those?
22     A.   D-shaped, rectangle, or double
23 bowl.
24     Q.   Okay.
25     A.   Stainless steel.

Page 36

D. PILSZAK

1
2      Q.   Do you have any understanding with
3  respect to the gauge of the stainless steel,
4  for example?
5      A.   No, that's out of my area.
6      Q.   Mr. Pilszak, are you aware that
7  Artisan, in connection with this lawsuit,
8  hired a private investigator who visited the
9  South Plainfield showroom?
10     A.   I am.
11     Q.   And how do you come by that
12 knowledge?
13     A.   I don't recall.  I just -- like I
14 said before, there's a lot of customers that
15 come in.  This is the first time I heard about
16 Artisan sinks.
17     Q.   The first time you heard about it
18 is when?
19     A.   For this deposition.
20         MR. MALTBIE:  Let me mark as
21 Plaintiff's Exhibit 1 a document Bates
22 stamped ART 00022 through ART 00042.
23         (Plaintiff's Exhibit 1, document
24 bearing production numbers ART 00022
25 through ART 00042, marked for

Page 37

D. PILSZAK

1
2  identification as of this date.)
3  MR. MALTBIE:
4      Q.   Mr. Pilszak, I ask you first if
5  you've ever seen this document before.
6      A.   I have not.
7      Q.   If you'd just flip to --
8      A.   It's confidential.
9      Q.   It's fine.  I'm showing it to you.
10         Let's flip to what's Bates stamped
11 ART 00039.
12     A.   It's all the way in the back?
13     Q.   Yes.  It's towards the end.
14     A.   Ooh, look at that.
15     Q.   Mr. Pilszak, on this page there
16 are two photographs.  If you could look at the
17 photograph on the top can you identify the
18 gentleman sitting at a desk?
19     A.   That's me.
20     Q.   That's you, okay.
21         Flip back to the beginning of the
22 page -- the exhibit, I'm sorry.
23     A.   (Witness complies.)
24     Q.   Just to -- I'll represent to you
25 that this report contains -- is from our -- is

Page 38

D. PILSZAK

1
2    from a private investigator who visited All
3    Granite on two occasions, once on November 6th
4    and the second time on November 27th where,
5    according to the report, she was assisted by a
6    gentleman named Chris, 25 to 28 years old,
7    with light brown hair. And further identified
8    Chris as the gentleman who -- on page ART 0039
9    who you identified as yourself.
10   A.   Right.
11   Q.   Are you known as Chris at All
12   Granite?
13   A.   I am.
14   Q.   Is there any other Chris at All
15   Granite?
16   A.   There's only one Chris.
17   Q.   And that's --
18   A.   Me.
19   Q.   -- you, okay.
20       You wouldn't happen to recall
21   assisting a female customer on November 27th,
22   2007, would you?
23   A.   No. There's a lot of female
24   customers that come in.
25   Q.   Understood. I understand.

Page 39

D. PILSZAK

1
2       If you look at the page that's --
3    A.   Which page?
4    Q.   ART 00024. In the middle of the
5    top paragraph there's a sentence that begins,
6    "AD asked Chris what kind of sink it would be.
7    Chris said there would be a display in the
8    rear AD could chose from. AD asked more
9    specifically what brand of sink and that on
10   the previous visit AD was told of the Artisan
11   sinks."
12   A.   What's AD?
13   Q.   That's the investigator's name,
14   Allison Davies.
15   A.   Oh. Oh, oh.
16   Q.   "Chris confirmed that an Artisan
17   sink could be installed. AD and Chris then
18   viewed the sink display. Since Mr. Amabile,
19   who's someone who works for Artisan, requested
20   a D bowl AD confirmed with Chris that the D
21   bowl on display was an Artisan sink."
22       Do you recall ever confirming to a
23   female customer on November 27th, 2007, that
24   she could have an Artisan sink installed?
25   A.   Not at all.

Page 40

D. PILSZAK

1
2       Like I said before, I referred to
3    it as a D-shaped, a rectangle or a double bow.
4    That's my knowledge of sinks there.
5    Q.   Have customers to All Granite ever
6    asked you about any other brand name sinks?
7    Say Kohler, for example, or something else?
8    A.   No.
9    Q.   Have you ever seen any documents
10   in the South Plainfield showroom that relate
11   to or concern Artisan sinks?
12   A.   No, sir.
13   Q.   And do you know who manufactures
14   the sinks that All Granite installs in
15   customers' homes?
16   A.   No, I do not.
17   Q.   Do you have any knowledge as to
18   how much these sinks cost All Granite?
19   A.   No.
20   Q.   Do you have any knowledge with
21   respect to any suggested retail value
22   associated with these sinks?
23   A.   No.
24   Q.   Has a customer ever asked you who
25   manufacturers the sinks that All Granite

Page 41

D. PILSZAK

1
2    provides?
3    A.   No.
4    Q.   Are you familiar with -- strike
5    that.
6        Do the sinks that All Granite
7    installs have any design or logo on them?
8    A.   Never paid attention to it.
9    Q.   Do you know if they do or they
10   don't or you have no knowledge?
11   A.   I have no knowledge.
12   Q.   Now, with respect to the way that
13   phone calls are received at South Plainfield,
14   if a customer was calling to complain, say,
15   about a countertop installation, would that
16   also be fielded by any of the salespeople?
17   A.   I transfer it to somebody higher.
18   Q.   So have you received complaints
19   with respect to anything while you've been a
20   salesperson at All Granite?
21   A.   Complaints -- not so much
22   complaints. Basically something like "Our
23   kitchen countertop was installed very well."
24   You know, "We just wanted to say that you guys
25   did a great job." And then, you know, I'll

Page 42

D. PILSZAK

1
2  transfer it to, like, Alex or somebody like
3  that.
4      **Q.  Do you recall receiving any**
5  **inquiries or questions -- not necessarily**
6  **complaints -- from customers specifically**
7  **about the sinks that All Granite installs?**
8      A.  No.
9      **Q.  Have you ever had a customer ask**
10 **you where they can obtain accessories for the**
11 **sinks that All Granite installs?**
12     A.  No.  We don't have accessories for
13 sinks there.
14     **Q.  I'm asking whether a customer has**
15 **ever called to ask for accessories.**
16     A.  Maybe a grid or something like
17 that.  I don't even know what a grid is.  So I
18 just transfer it -- like I said before, I just
19 transfer it to somebody higher than me.
20     **Q.  Would that typically be Alex or**
21 **Daniel if they're around?**
22     A.  Anybody.  Whoever's available.
23     **Q.  Would you transfer a call like**
24 **that to Peter?**
25     A.  Yeah.  Because he's been there

Page 43

D. PILSZAK

1
2  longer than me.
3      (Plaintiff's Exhibit 2, document
4  bearing production number AGM 196, marked
5  for identification as of this date.)
6  MR. MALTBIE:
7      **Q.  Mr. Pilszak, if you could take a**
8  **look at what's been marked as Plaintiff's**
9  **Exhibit 2 and tell me if you've ever seen this**
10 **document before.**
11     A.  Yes, I have.
12     **Q.  And to your understanding what is**
13 **this document?**
14     A.  I could read it.  No affiliation
15 with Artisan Sink Corporation.  I just got it.
16 I just got it in my hand and I put it in my
17 desk.
18     **Q.  Do you recall when you got it?**
19     A.  This week definitely.  A few weeks
20 ago.  And today I saw it once again here
21 (indicating).
22     **Q.  You say that you got it in your**
23 **hand and put it in your desk.  Did you read it**
24 **before you put it in your desk?**
25     A.  No.

Page 44

D. PILSZAK

1
2      **Q.  Was there any instruction to read**
3  **it when it was given to you?**
4      A.  No.  Just a memo.  When I have
5  time I usually go over something.  We have a
6  high volume of people coming in so it's
7  like -- there's really no time to read things.
8      **Q.  Did you discuss with any of the**
9  **other salespeople at the South Plainfield**
10 **location this memo?**
11     A.  No.
12     **Q.  Mr. Pilszak, do you know if All**
13 **Granite has continued to install kitchen sinks**
14 **since January 11th, 2008?**
15     A.  I have no idea.
16     **Q.  You hadn't heard anything about**
17 **any stoppage of sink installations, have you?**
18     A.  No, sir.
19     **Q.  Mr. Pilszak, are you aware of any**
20 **other investigations into All Granite?**
21     A.  No.
22     MR. MALTBIE:  Just give me a
23 minute and I'll take a look at my notes.
24 Let's go off the record.
25     (Recess taken.)

Page 45

D. PILSZAK

1
2      MR. MALTBIE:  No further
3  questions.
4      MR. CHIODO:  Okay.  I just have
5  very short cross.
6  EXAMINATION BY
7  MR. CHIODO:
8      **Q.  Chris, you had mentioned that you**
9  **basically had some sinks and some were out of**
10 **stock and some were in stock.**
11     A.  Yes.
12     MR. CHIODO:  I'd like to mark as
13 Defendant's Exhibit 73, the document
14 bearing Bates label ART 00241.
15     (Defendant's Exhibit 73, document
16 bearing production numbers ART 00241
17 through ART 00242, marked for
18 identification as of this date.)
19 BY MR. CHIODO:
20     **Q.  If you look at Defendant's**
21 **Exhibit 73 which is two pages, ART 241 and ART**
22 **242, and I'll represent that ART 242 appears**
23 **to be a blown-up version of 241.**
24     **And have you ever seen this**
25 **document before?**

**D. PILSZAK**

1
2       A.   No.  Have I?  It's a sink.
3   D-shaped.
4       **Q.   Do you know what this is?**
5       A.   Yeah.  It's a printout of the
6   sink.  I don't know.  Looks like a D-shape to
7   me.  I've never seen this before.
8       **Q.   Do you know if this is something**
9   **that All Granite carries in its stores?**
10      A.   No.  We definitely don't have
11  this.
12          MR. CHIODO:  Okay.  No further
13  questions.
14  EXAMINATION BY
15  MR. MALTBIE:
16      **Q.   When you say you definitely don't**
17  **have that, you mean you don't carry the sink**
18  **or you don't have this paper --**
19      A.   We don't have papers like this.
20      **Q.   But you do carry a D-shaped sink**
21  **in South Plainfield, correct?**
22      A.   We carry a D-shaped sink, yes.  On
23  display.  I only know what's on display.
24      **Q.   With respect to what's on display**
25  **have you received any training with respect to**

**D. PILSZAK**

1
2   those sinks or what they are?
3          MR. CHIODO:  Objection.  It's been
4   asked and answered.  You can answer.
5       A.   I was just going to say that.  You
6   asked me that question before.
7          MR. CHIODO:  You can answer the
8   question.
9       A.   Can you repeat it?  I forgot it
10  now.
11      **Q.   With respect to the sinks that are**
12  **on display have you received any training with**
13  **respect to what the sinks are?**
14          **(Continued on next page to include**
15  **jurat.)**

**D. PILSZAK**

1
2       A.   No.
3          MR. MALTBIE:  No further
4   questions.
5          MR. CHIODO:  Okay.
6          (Time Noted:    10:52 a.m.)
7
8
9
10
11
12
13
14
15
16
17
18
19      _____
20      DANIEL PILSZAK
21
22  Subscribed and sworn to before me
23  this ____ day of _____, 2008.
24
25  _____

1
2          C E R T I F I C A T E
3   STATE OF NEW YORK    )
4                        : ss.
5   COUNTY OF NEW YORK  )
6          I, FRANCIS X. FREDERICK, a
7   Notary Public within and for the State
8   of New York, do hereby certify:
9          That DANIEL PILSZAK, the witness
10  whose deposition is hereinbefore set
11  forth, was duly sworn by me and that
12  such deposition is a true record of
13  the testimony given by the witness.
14          I further certify that I am not
15  related to any of the parties to this
16  action by blood or marriage, and that
17  I am in no way interested in the
18  outcome of this matter.
19          IN WITNESS WHEREOF, I have
20  hereunto set my hand this 12th day of
21  February, 2008.
22
23          _____
24          FRANCIS X. FREDERICK
25

Page 50

```
1
2      ---------------- I N D E X ----------------
3      WITNESS        EXAMINATION BY     PAGE
4      DANIEL PILSZAK     MR. MALTBIE      4, 46
5                MR. CHIODO         45
6
7
8
9
10     ----------- INFORMATION REQUESTS ------------
11     DIRECTIONS:  NONE
12     RULINGS:  NONE
13     TO BE FURNISHED:  NONE
14     REQUESTS:  NONE
15     MOTIONS:  NONE
16
17
18
19     ----------------- EXHIBITS -----------------
20     PLAINTIFF'S                  FOR ID.
21     Exhibit 1
22     document bearing production numbers
23     ART 00022 through ART 00042............. 36
24     Exhibit 2
25     document bearing production number
```

Page 51

```
1
2      AGM 196................................ 43
3      ----------------- EXHIBITS -----------------
4      DEFENDANT'S                     FOR ID.
5      Exhibit 73
6      document bearing production numbers
7      ART 00241 through ART 00242............. 45
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 52

```
1
2      NAME OF CASE:  ARTISAN v. ALL GRANITE
3      DATE OF DEPOSITION:  FEBRUARY 7, 2008
4      NAME OF WITNESS:  DANIEL PILSZAK
5      Reason codes:
          1. To clarify the record.
6         2. To conform to the facts.
          3. To correct transcription errors.
7      Page _____ Line _____ Reason _____
8      From _____ to _____
       Page _____ Line _____ Reason _____
9      From _____ to _____
10     Page _____ Line _____ Reason _____
       From _____ to _____
11
       Page _____ Line _____ Reason _____
12     From _____ to _____
13     Page _____ Line _____ Reason _____
       From _____ to _____
14
       Page _____ Line _____ Reason _____
15     From _____ to _____
16     Page _____ Line _____ Reason _____
       From _____ to _____
17
       Page _____ Line _____ Reason _____
18     From _____ to _____
19     Page _____ Line _____ Reason _____
       From _____ to _____
20
       Page _____ Line _____ Reason _____
21     From _____ to _____
22     Page _____ Line _____ Reason _____
       From _____ to _____
23
       _____
24
          DANIEL PILSZAK
25
```

| A | | |
|---|---|---|

**A**

**ability (1)**
6:6
**able (2)**
7:20 20:25
**access (2)**
11:21 18:23
**accessories (3)**
42:10,12,15
**accurate (1)**
6:23
**action (1)**
49:16
**AD (7)**
39:6,8,8,10,12,17,20
**addition (2)**
6:19 21:25
**additional (1)**
14:14
**address (1)**
4:17
**advertisements (1)**
26:4
**affiliation (1)**
43:14
**AGM (9)**
26:5,6,8,8,9,13 27:6
43:4 51:2
**ago (2)**
4:16 43:20
**Alex (9)**
20:2,4 21:8,9,9,12,16
42:2,20
**Allison (1)**
39:14
**Amabile (1)**
39:18
**Amboy (1)**
4:21
**answer (9)**
6:4 7:5,6,16 15:22
20:16 32:22 47:4,7
**answered (1)**
47:4
**answers (1)**
6:20
**anticipation (1)**
8:16
**Anybody (1)**
42:22
**appears (1)**
45:22
**appreciate (1)**
4:18
**approximately (1)**
18:18
**area (2)**
29:14 36:5

**Arnold (2)**
3:4 4:10
**ART (17)**
36:22,22,24,25 37:11
38:8 39:4 45:14,16
45:17,21,21,22
50:23,23 51:7,7
**Artisan (28)**
1:4 4:10,12 33:3,13
33:18,18,23,23 34:2
34:5,9,11,22,24
35:7,10,13 36:7,16
39:10,16,19,21,24
40:11 43:15 52:2
**asked (10)**
6:10 10:4 28:14 34:16
39:6,8 40:6,24 47:4
47:6
**asking (5)**
5:23 7:4 32:4 34:21
42:14
**assign (1)**
17:25
**assigned (1)**
13:13
**assist (1)**
18:9
**assisted (1)**
38:5
**assisting (1)**
38:21
**associated (1)**
40:22
**Associate's (1)**
8:11
**assume (1)**
14:14
**attention (3)**
21:24 26:24 41:8
**attorney (2)**
4:9 8:16
**attorneys (4)**
3:5,11 9:2,17
**August (2)**
11:6 25:9
**available (5)**
18:4,5,7 22:10 42:22
**Avenue (2)**
3:6 4:20
**average (1)**
23:3
**awards (1)**
16:23
**aware (6)**
16:20 30:6 34:11,23
36:6 44:19
**a.m (2)**
2:6 48:6

| B | | |
|---|---|---|

**B**

**back (4)**
6:17 13:4 37:12,21
**Baron (2)**
2:10 3:10
**basically (9)**
12:17 17:12 22:11
25:3 27:2 30:17
33:11 41:22 45:9
**basis (1)**
27:15
**Bates (4)**
26:5 36:21 37:10
45:14
**bathroom (1)**
10:23
**bear (1)**
26:5
**bearing (7)**
36:24 43:4 45:14,16
50:22,25 51:6
**beginning (1)**
37:21
**begins (1)**
39:5
**believe (3)**
29:21 31:13 32:18
**best (1)**
6:5
**bigger (2)**
15:25 16:2
**bit (1)**
32:5
**Blaze (2)**
20:2,13
**blood (1)**
49:16
**blown-up (1)**
45:23
**board (8)**
12:24 13:4 17:5,9,10
17:13 22:2,6
**bonuses (1)**
16:19
**born (2)**
8:6,8
**bottom (1)**
27:5
**bow (1)**
40:3
**bowl (4)**
31:24 35:23 39:20,21
**brand (3)**
4:12 39:9 40:6
**break (5)**
7:11,13,14,15,17
**brown (1)**
38:7

**Bucko (3)**
23:14,15,17
**business (3)**
10:15,17,20
**busy (1)**
18:15
**buy (2)**
22:11

| C | | |
|---|---|---|

**C (3)**
3:2 49:2,2
**call (3)**
14:10,10 42:23
**called (2)**
4:2 42:15
**calling (1)**
41:14
**calls (3)**
14:7,8 41:13
**Campus (2)**
2:11 3:12
**care (2)**
33:20,21
**carries (1)**
46:9
**carry (3)**
46:17,20,22
**case (2)**
9:18 52:2
**Certified (1)**
2:13
**certify (2)**
49:8,14
**charged (1)**
30:9
**CHIODO (13)**
3:14 15:21 20:15
32:21 45:4,7,12,19
46:12 47:3,7 48:5
50:5
**chose (1)**
39:8
**Chris (15)**
5:7,8,9,10 38:6,8,11
38:14,16 39:6,7,16
39:17,20 45:8
**circumstances (1)**
5:25
**clarify (3)**
4:22 8:2 52:5
**Clipper (1)**
26:3
**closing (1)**
26:7
**clue (1)**
14:19
**codes (1)**

**52:5**
**collect (1)**
9:24
**collected (1)**
26:3
**College (1)**
8:13
**color (1)**
19:5
**colors (6)**
12:25 13:2 17:11,20
17:22 19:3
**come (10)**
17:4,18 18:18 24:10
25:10 33:15,17
36:11,15 38:24
**comes (4)**
22:18 25:5 29:4 30:25
**coming (1)**
44:6
**commission (4)**
16:12,12 18:6 21:22
**commissions (1)**
16:16
**compensated (1)**
16:10
**complain (1)**
41:14
**complaints (4)**
41:18,21,22 42:6
**completed (1)**
8:10
**complies (1)**
37:23
**computer (4)**
12:10,12,14 30:15
**concern (1)**
40:11
**confidential (1)**
37:8
**confirm (3)**
18:25 19:5 21:15
**confirmed (2)**
39:16,20
**confirming (1)**
39:22
**confirms (4)**
18:23 21:8,9,10
**conform (1)**
52:6
**connection (10)**
4:13 5:18 6:3 8:14
10:5 24:25 33:8,10
33:17 36:7
**consider (1)**
20:12
**consultation (1)**
28:24

consulting (1)
30:12
consumers (2)
34:2,5
contains (1)
37:25
continued (2)
44:13 47:14
Corp (1)
4:11
Corporation (4)
1:5,8 4:14 43:15
correct (24)
10:13 13:18,19 14:12
  14:12,15,16 17:4,8
  19:11 20:19 21:7
  24:12,22 25:15
  28:12,13 30:5 32:10
  32:11,16,20 46:21
  52:6
cost (1)
40:18
countertop (9)
6:3 18:20 21:19 22:11
  27:11,19 29:3 41:15
  41:23
countertops (1)
10:23
County (2)
8:13 49:5
coupon (10)
25:5,11,14,18,20
  26:24 27:6 28:11,16
  28:21
coupons (2)
24:24 25:3
COURT (1)
1:2
create (4)
30:14 31:16,19 32:8
cross (1)
45:5
CSR (1)
1:24
currently (2)
10:10,12
customer (27)
12:18,24 17:15,18
  18:2,7 21:2 25:4,17
  26:25 27:18 28:14
  28:20,24 30:10,13
  31:12,21 35:4,6,10
  38:21 39:23 40:24
  41:14 42:9,14
customers (18)
14:3 18:8,17,19 19:2
  19:3 21:15 22:10,17
  22:20 24:10 28:11
  31:17 36:14 38:24

40:5,15 42:6

**D**

D (49)
4:1,2 5:1 6:1 7:1 8:1
  9:1 10:1 11:1 12:1
  13:1 14:1 15:1 16:1
  17:1 18:1 19:1 20:1
  21:1 22:1 23:1 24:1
  25:1 26:1 27:1 28:1
  29:1 30:1 31:1 32:1
  33:1 34:1 35:1 36:1
  37:1 38:1 39:1,20
  39:20 40:1 41:1
  42:1 43:1 44:1 45:1
  46:1 47:1 48:1 50:2
Dan (1)
4:24
Daniel (14)
1:14 2:9 4:19 20:2,12
  21:10,12,16 42:21
  48:20 49:9 50:4
  52:4,24
database (1)
11:21
date (4)
37:2 43:5 45:18 52:3
Davies (1)
39:14
day (3)
18:10 48:23 49:20
Defendant (2)
1:9 3:11
Defendant's (5)
25:23 45:13,15,20
  51:4
definitely (1)
43:19 46:10,16
degree (1)
8:11
Deja (2)
9:4,6
delete (1)
32:24
deleting (1)
32:19
depose (1)
23:13
deposed (2)
5:12,17
deposition (11)
1:14 2:9 8:15 9:23
  25:23 33:15,17
  36:19 49:10,12 52:3
describe (2)
10:14 12:21
design (1)
41:7

desk (6)
13:2 17:19 37:18
  43:17,23,24
desks (1)
13:23
details (1)
21:16
difference (2)
28:21,22
different (5)
9:21 13:24 17:11
  29:18 32:5
dimensions (2)
13:3 30:16
direct (1)
29:14
DIRECTIONS (1)
50:11
discuss (2)
17:20 44:8
discussion (1)
4:23
display (16)
15:25 22:3,8,9 24:14
  29:14,17 34:12,24
  39:7,18,21 46:23,23
  46:24 47:12
distinction (1)
11:17
distributor (1)
4:12
DISTRICT (2)
1:2,3
document (20)
9:25 26:2,14 30:13
  31:16,19 32:9,11
  36:21,23 37:5 43:3
  43:10,13 45:13,15
  45:25 50:22,25 51:6
documents (5)
9:25 10:5,7,9 40:9
door (1)
18:3
dotted-line (1)
27:6
double (3)
31:24 35:22 40:3
Drive (2)
2:11 3:12
duly (2)
4:3 49:11
duties (1)
12:21
D-shape (1)
46:6
D-shaped (6)
31:24 35:22 40:3 46:3
  46:20,22

**E**

E (6)
3:2,2 4:2 49:2,2 50:2
earlier (1)
34:17
edge (2)
19:6 30:16
either (7)
13:4,24 15:13,19
  17:18,21 31:23
employed (2)
10:11,12 11:5,7
employee (2)
9:10,11
employees (1)
10:4
employment (1)
30:3
English (1)
8:3
erase (1)
31:14
errors (1)
52:6
ESQ (2)
3:8,14
estimate (13)
13:3 17:21,22 21:18
  29:5 30:14 31:9,10
  31:17,20 32:8,9,12
estimates (4)
18:22 19:2 22:16
  32:19
event (1)
6:9
eventually (1)
29:15
everybody (2)
13:24 14:8
Everybody's (1)
14:2
EXAMINATION (4)
4:6 45:6 46:14 50:3
examined (1)
4:4
example (3)
12:16 36:4 40:7
excerpts (1)
25:25
excuse (1)
29:22
exhibit (13)
25:24 26:12 36:21,23
  37:22 43:3,9 45:13
  45:15,21 50:21,24
  51:5
EXHIBITS (2)
50:19 51:3

experience (1)
22:21
experienced (1)
28:10

**F**

F (1)
49:2
facts (2)
5:25 52:6
familiar (2)
35:16 41:4
family (1)
33:20
far (4)
19:6 21:15 24:3 26:15
February (4)
1:16 2:5 49:21 52:3
feel (1)
7:24
feeling (1)
7:22
feet (1)
29:6
female (3)
38:21,23 39:23
fielded (1)
41:16
figures (1)
27:15
file (1)
25:14
filed (1)
4:13
final (1)
21:15
fine (2)
7:24 37:9
finish (2)
7:4,6
firm (2)
4:9,10
first (10)
8:3 17:7,20,23 18:7
  26:12 33:13 36:15
  36:17 37:4
five (6)
19:15,16,23 21:3,7
  29:22
flip (4)
26:10 37:7,10,21
follow (1)
20:25
follows (1)
4:5
forgot (1)
47:9
form (1)

15:21
**forth (1)**
49:11
**Francis (4)**
1:24 2:12 49:6,24
**Frederick (4)**
1:24 2:13 49:6,24
**free (17)**
22:12 25:3,6,12,19
27:9,19 28:9,18,25
29:2,4,8 31:3,6,23
34:6
**front (1)**
26:3
**full (1)**
4:17
**FURNISHED (1)**
50:13
**further (6)**
18:22 38:7 45:2 46:12
48:3 49:14

_____ G _____
**gauge (1)**
36:3
**gentleman (3)**
37:18 38:6,8
**gesture (1)**
6:21
**give (6)**
13:2 18:21 25:10
31:20 32:8 44:22
**given (4)**
5:12,17 44:3 49:13
**gives (1)**
25:5
**giving (2)**
28:11 30:14
**go (15)**
5:3,21 13:4 14:10
21:6,11,16 24:2,6
29:5,16 30:15 31:25
44:5,24
**goes (3)**
19:6 26:15 29:7
**going (7)**
5:20,22 21:3 23:13
24:14 27:10 47:5
**good (3)**
4:8 18:11,15
**grab (1)**
13:5
**grabs (1)**
18:7
**granite (53)**
1:8 4:14 5:4 8:20 9:10
10:4,11,12,19,24
11:5 13:10 14:20

16:11,22 17:11,12
17:13 18:20 22:13
23:3,6,18 24:11,13
24:24 26:4 27:20,23
28:2,5 29:19 31:16
31:18 33:22,25 34:4
35:18 38:3,12,15
40:5,14,18,25 41:6
41:20 42:7,11 44:13
44:20 46:9 52:2
**Granite's (4)**
6:2 10:15,16 26:2
**great (1)**
41:25
**greet (1)**
17:14
**grid (2)**
42:16,17
**ground (1)**
5:21
**guess (6)**
11:20 17:3 18:22 19:5
24:5 26:3
**guys (2)**
18:25 41:24

_____ H _____
**hair (1)**
38:7
**hand (3)**
43:16,23 49:20
**happen (1)**
38:20
**happens (1)**
28:20
**happy (1)**
28:17
**heard (6)**
33:3,5,13 36:15,17
44:16
**held (1)**
2:10
**help (1)**
17:16
**hereinbefore (1)**
49:10
**hereunto (1)**
49:20
**high (1)**
44:6
**higher (5)**
19:7,8 23:24 41:17
42:19
**higher-ranking (3)**
19:10,13 21:14
**highest (1)**
8:9
**highlight (2)**

29:6,8
**hired (2)**
20:10 36:8
**Hoffmann (2)**
2:10 3:10
**holds (1)**
20:4
**home (2)**
35:7,11
**homes (1)**
40:15
**honest (2)**
11:19 26:23
**hopefully (1)**
5:22
**hourly (3)**
16:14,15 21:23

_____ I _____
**ID (2)**
50:20 51:4
**idea (1)**
44:15
**identification (3)**
37:2 43:5 45:18
**identified (2)**
38:7,9
**identify (1)**
37:17
**important (1)**
6:19
**incentives (1)**
16:23
**inclined (1)**
14:2
**include (1)**
47:14
**included (3)**
19:16 27:10 30:23
**Including (1)**
13:22
**indicating (1)**
43:21
**inform (1)**
28:24
**INFORMATION (1)**
50:10
**inquiries (1)**
42:5
**install (2)**
22:22 44:13
**installation (4)**
6:3 22:18 30:20 41:15
**installations (2)**
21:19 44:17
**installed (6)**
23:3 35:7,11 39:17,24
41:23

**installs (4)**
40:14 41:7 42:7,11
**instructed (1)**
9:24
**instruction (1)**
44:2
**interact (1)**
5:23
**interested (4)**
27:2,3 29:13 49:17
**introduced (1)**
4:15
**inventory (1)**
23:7
**investigations (1)**
44:20
**investigator (2)**
36:8 38:2
**investigator's (1)**
39:13
**issue (2)**
8:2 22:17
**items (1)**
30:7

_____ J _____
**January (1)**
44:14
**Jersey (7)**
1:15 2:11,16 3:13
4:21 15:6,7
**job (2)**
1:25 41:25
**John (2)**
3:8 4:8
**JON (1)**
3:14
**Julie (2)**
20:2,12
**junior (6)**
11:12,14,18 12:2
13:24 23:21
**jurat (1)**
47:15

_____ K _____
**K (1)**
4:2
**keep (2)**
25:13 30:19
**keeps (1)**
23:7
**kept (1)**
31:11
**kind (3)**
12:5 35:13 39:6
**kindly (1)**
4:16

**kitchen (9)**
10:22 21:18 23:6
24:11,13,20 33:20
41:23 44:13
**know (63)**
5:22 6:11,15 7:12,23
9:7,8,12 10:3 11:18
12:7 13:15,20 14:17
14:20,25 15:23,24
16:4,7,22 17:25
18:25 19:22 20:4,10
22:13 23:9,9,13,14
23:17,20,20 24:2,3
24:4 25:2 27:20,23
28:2,5 29:7,18
30:22 31:13,18,25
33:22,25 34:4 35:15
35:18 40:13 41:9,24
41:25 42:17 44:12
46:4,6,8,23
**knowing (1)**
22:25
**knowledge (17)**
5:24 20:9 21:21 23:5
27:14 28:7 31:15
32:15 33:18,19
35:12 36:12 40:4,17
40:20 41:10,11
**known (1)**
38:11
**Kohler (1)**
40:7

_____ L _____
**L (2)**
4:2,2
**label (1)**
45:14
**language (2)**
8:3,4
**larger (1)**
15:18
**law (1)**
4:9
**lawsuit (4)**
4:13 33:9,11 36:7
**leading (1)**
9:23
**learn (1)**
34:16
**learning (1)**
12:13
**left (1)**
26:25
**legal (2)**
5:13,18
**let's (4)**
10:18 18:16 37:10
44:24

level (1)
8:10
life (2)
9:8,16
light (1)
38:7
line (12)
21:12 52:7,8,10,11,13
52:14,16,17,19,20
52:22
listed (1)
28:15
lists (1)
27:9
little (5)
11:20 23:24 29:7 32:5
34:18
live (2)
4:20 33:19
LLP (1)
3:10
located (1)
22:5
location (12)
13:17,21 14:21 15:24
16:2,5,8 19:14 20:6
20:9 22:2 44:10
locations (3)
15:2,9,14
logo (1)
41:7
logs (2)
31:9,10
long (3)
11:4,14 23:17
longer (6)
20:22 23:23 24:5,7,8
43:2
look (12)
17:5,22 24:16 27:5
29:15,16 37:14,16
39:2 43:8 44:23
45:20
looking (1)
26:13
looks (2)
27:16 46:6
lot (2)
36:14 38:23
low (1)
23:10
Lucas (2)
20:3,13

—————— M ——————

Magazine (1)
26:3
Maltbie (11)

3:8 4:7,9 36:20 37:3
43:6 44:22 45:2
46:15 48:3 50:4
man (1)
23:11
manager (3)
18:23 20:7,8
managers (3)
13:22 20:13,18
manufacturer (1)
4:11
manufacturers (1)
40:25
manufactures (1)
40:13
Manufacturing (2)
1:4 4:11
marble (6)
1:8 4:14 10:24 17:12
17:12 26:4
mark (2)
36:20 45:12
marked (6)
25:22 26:11 36:25
43:4,8 45:17
marriage (1)
49:16
matter (4)
5:13,18 10:5 49:18
mean (2)
25:4 46:17
meaning (1)
32:11
means (1)
32:19
medication (1)
7:22
meeting (1)
9:17
memo (2)
44:4,10
mention (1)
31:4
mentioned (2)
28:19 45:8
Merit (1)
2:14
middle (1)
39:4
Middlesex (1)
8:13
minute (1)
44:23
models (1)
29:19
moment (1)
4:16
months (1)

11:16
morning (1)
4:8
MOTIONS (1)
50:15
move (1)
19:7

—————— N ——————

N (3)
3:2 4:2 50:2
name (12)
4:8,17,19,24,25 5:2,3
5:6 39:13 40:6 52:2
52:4
named (2)
23:14 38:6
names (2)
19:22,25
nature (2)
10:15,16
necessarily (2)
24:3 42:5
need (2)
6:14 7:11
never (6)
26:23,25 28:8 32:24
41:8 46:7
New (14)
1:3,15 2:11,15,16 3:7
3:7,13 4:21 15:6,6
49:3,5,8
nod (1)
6:21
Notary (3)
2:15 4:4 49:7
note (2)
31:7,8
Noted (1)
48:6
notes (1)
44:23
Notice (1)
2:12
November (4)
38:3,4,21 39:23
number (4)
15:16 26:7 43:4 50:25
numbers (6)
13:5 30:16 36:24
45:16 50:22 51:6

—————— O ——————

Objection (4)
15:21 20:15 32:21
47:3
obligation (1)
6:4

obtain (1)
42:10
occasion (2)
9:16,20
occasions (2)
24:9 38:3
offers (1)
29:19
office (1)
9:3
offices (1)
2:10
official (2)
4:25 5:2
oh (6)
8:24 31:7 32:11 39:15
39:15,15
okay (22)
5:3 6:17 7:2,17,18
8:23 10:22 14:4
18:8 19:4 20:20,23
32:14 33:2 34:20
35:14,24 37:20
38:19 45:4 46:12
48:5
old (1)
38:6
once (5)
21:21 23:10 29:4 38:3
43:20
Ooh (1)
37:14
open (1)
18:14
operations (1)
15:13
order (14)
22:12 25:4,7,12,20
27:10,19 28:9 29:5
29:9 30:23 31:4,12
31:23
outcome (1)
49:18
overall (1)
20:8

—————— P ——————

P (3)
3:2,2 4:2
page (19)
27:7 37:15,22 38:8
39:2,3 47:14 50:3
52:7,8,10,11,13,14
52:16,17,19,20,22
pages (2)
26:4 45:21
paid (2)
26:23 41:8

paper (3)
29:24 30:25 46:18
papers (1)
46:19
paragraph (1)
39:5
Park (6)
3:6 9:9 15:6,14,20
16:5
Parsippany (3)
1:15 2:11 3:13
part (1)
34:5
particular (1)
30:23
parties (1)
49:15
passed (2)
21:3,5
pay (1)
21:23
pending (1)
7:14
Pennsylvania (1)
15:5
people (14)
13:15,23 14:11,13,14
14:18 16:7 17:4
19:17,23 21:13,14
25:10 44:6
performance (1)
16:17
period (2)
11:23 12:2
Peter (2)
23:14 42:24
phone (4)
14:7,8,9 41:13
photograph (1)
37:17
photographs (1)
37:16
physically (1)
13:7
pick (2)
12:25 14:9
picture (1)
26:15
piece (2)
29:24 30:25
Pilszak (69)
1:14 2:9 4:1,15,20,24
5:1,8,11 6:1 7:1,19
7:25 8:1,14 9:1 10:1
10:10 11:1 12:1
13:1 14:1 15:1 16:1
17:1 18:1 19:1 20:1
21:1 22:1 23:1 24:1

25:1 26:1,10 27:1
28:1 29:1 30:1 31:1
32:1 33:1,2 34:1
35:1 36:1,6 37:1,4
37:15 38:1 39:1
40:1 41:1 42:1 43:1
43:7 44:1,12,19
45:1 46:1 47:1 48:1
48:20 49:9 50:4
52:4,24
**Pine (1)**
4:20
**placed (1)**
31:8
**Plainfield (20)**
13:17,21 14:10 15:6
15:11,18,24 19:14
20:6,9 22:2 29:20
34:12,22,24 36:9
40:10 41:13 44:9
46:21
**Plaintiff (2)**
1:6 3:5
**Plaintiff's (6)**
26:12 36:21,23 43:3,8
50:20
**plans (1)**
30:6
**please (4)**
6:10,15 7:4 13:2
**plus (2)**
16:12 18:15
**point (3)**
20:23 28:23 34:17
**pole (1)**
23:11
**pop (1)**
30:17
**pops (2)**
30:24 31:2
**Porter (2)**
3:4 4:10
**portion (1)**
27:7
**position (2)**
9:12 24:4
**preparation (2)**
8:17 10:8
**presently (2)**
11:6 13:9
**previous (1)**
39:10
**previously (1)**
26:11
**primary (1)**
12:21
**print (1)**
30:17

**printer (1)**
30:25
**printout (1)**
46:5
**prior (6)**
5:11,16 33:5 34:21,25
35:2
**private (2)**
36:8 38:2
**probationary (1)**
11:23
**problem (1)**
4:19
**process (1)**
29:8
**product (1)**
34:8
**production (7)**
26:2 36:24 43:4 45:16
50:22,25 51:6
**program (7)**
12:7,9,10,12,14 30:15
30:19
**promotion (5)**
6:2 24:19,25 25:2
34:6
**provide (2)**
6:20 22:23
**provides (3)**
16:23 31:17 41:2
**providing (1)**
22:16
**Public (3)**
2:15 4:4 49:7
**purchase (1)**
29:2
**purchased (1)**
33:23
**purchasing (1)**
18:20
**purpose (1)**
22:8
**pursuant (1)**
2:12
**put (5)**
30:16 31:23 43:16,23
43:24

**Q**

**question (17)**
5:14 6:10,14,17 7:4,5
7:7,14,15,16 24:6
32:4 34:16,18,21
47:6,8
**questions (7)**
5:24 6:5,20 42:5 45:3
46:13 48:4
**quite (1)**

18:15

**R**

**R (2)**
3:2 49:2
**raised (3)**
8:2,6,8
**rank (2)**
19:7,8
**read (5)**
6:17 43:14,23 44:2,7
**really (4)**
9:7 11:19 27:2 44:7
**rear (1)**
39:8
**reason (14)**
7:20 32:24 52:5,7,8
52:10,11,13,14,16
52:17,19,20,22
**recall (8)**
23:19 33:12 35:9
36:13 38:20 39:22
42:4 43:18
**received (7)**
12:15 24:18 34:8
41:13,18 46:25
47:12
**receiving (3)**
11:25 12:6 42:4
**receptionist (1)**
14:6
**Recess (1)**
44:25
**record (7)**
4:18,23 6:23 31:6
44:24 49:12 52:5
**rectangle (3)**
31:24 35:22 40:3
**referred (1)**
40:2
**regarding (1)**
5:24
**Regardless (1)**
25:20
**Registered (1)**
2:14
**relate (1)**
40:10
**related (1)**
49:15
**relating (1)**
9:25
**relation (1)**
9:17
**remember (1)**
32:2
**reorder (1)**
30:7

**repeat (1)**
47:9
**repeated (1)**
6:15
**rephrase (1)**
6:11
**report (4)**
13:9,11 37:25 38:5
**Reported (1)**
1:24
**reporter (4)**
2:14,14 6:16,22
**represent (3)**
25:24 37:24 45:22
**represented (1)**
25:25
**represents (1)**
4:10
**request (1)**
31:6
**requested (1)**
39:19
**REQUESTS (2)**
50:10,14
**residential (1)**
4:17
**respect (23)**
4:24 6:23 8:3,20
12:15 15:16 17:24
20:5 23:6 24:19
27:15 31:11,16 34:9
35:17 36:3 40:21
41:12,19 46:24,25
47:11,13
**responsibilities (2)**
10:21 12:22
**responsibility (1)**
18:2
**retail (1)**
40:21
**review (2)**
10:7,9
**Ridgefield (5)**
9:9 15:6,14,20 16:5
**right (3)**
5:20 7:17 38:10
**RMR (1)**
1:24
**Robert (4)**
8:24,25 9:4,6
**rotate (1)**
18:3
**roughly (2)**
11:16 14:17
**RPR (1)**
1:24
**rules (1)**
5:21

**RULINGS (1)**
50:12

**S**

**S (2)**
3:2 4:2
**salary (3)**
16:11,11,14
**sale (2)**
20:25 24:19
**sales (1)**
16:17
**salesman (12)**
11:9,12,13,15,18,18
11:20 12:3,20 13:25
13:25 18:24
**salesmanship (1)**
12:16
**salespeople (11)**
13:20 14:5 15:17 16:4
16:24 19:13,20 21:4
21:14 41:16 44:9
**salesperson (4)**
19:9,10 23:12 41:20
**sample (8)**
12:24 13:4 17:5,9,10
17:13 21:25 22:6
**samples (3)**
12:25 13:6 17:10
**sat (1)**
9:2
**Saturday (1)**
18:14
**saw (2)**
9:15 43:20
**saying (1)**
31:5
**says (2)**
29:23,24
**schooling (1)**
8:10
**screwed (1)**
34:19
**search (1)**
10:4
**seat (1)**
13:2
**second (2)**
9:22 38:4
**see (4)**
24:10,15 27:8,12
**seen (8)**
9:8 26:13,18 37:5
40:9 43:9 45:24
46:7
**sell (5)**
10:22 11:2,3 21:20
22:15

sells (3)
22:14 27:20 28:3
senior (1)
23:21
sense (1)
13:11
sentence (1)
39:5
series (1)
5:23
services (1)
6:4
set (2)
49:10,20
shapes (1)
32:3
sheet (1)
32:9
short (1)
45:5
Shorthand (1)
2:13
show (6)
12:24 13:7 19:3 22:9
25:22 27:17
showing (2)
12:18 37:9
showroom (9)
15:19,19,25 29:20
34:13,22 35:18 36:9
40:10
Similar (1)
11:24
sink (44)
22:12,18,21,24 24:25
25:2,4,6,12,19 28:9
28:18,25 29:2,8,14
29:16,24 30:10,19
30:22 31:3,6,21,23
34:6,12,22,24 35:7
35:10 39:6,9,17,18
39:21,24 43:15
44:17 46:2,6,17,20
46:22
sinks (54)
4:12 6:2 22:3,5,8,10
22:14,15 23:2,6
24:11,13,15,20 27:9
27:17,21,24 28:3,6
28:8 29:19 32:3
33:3,13,18,21,23
34:2,5,9 35:13,15
35:17,19,21 36:16
39:11 40:4,6,11,14
40:18,22,25 41:6
42:7,11,13 44:13
45:9 47:2,11,13
sir (16)
8:18,22 9:5,14,19

10:2,6 13:14 16:9
16:18,21,25 30:8,11
40:12 44:18
sit (4)
17:19 21:17 23:2 32:7
sitting (4)
6:16 13:23 34:20
37:18
situation (1)
7:23
slabs (2)
12:19 13:8
Slim (1)
22:19
smaller (1)
15:19
sold (4)
27:24 28:6,8 34:2
somebody (4)
24:6 41:17 42:2,19
sorry (5)
5:15 13:16 26:8 31:2
37:22
sort (7)
5:22 11:22 17:16
20:25 21:11 27:6
30:13
South (22)
4:20,21 13:17,21
14:10 15:5,11,18,24
19:13 20:5,9 22:2
29:20 34:12,22,24
36:9 40:10 41:13
44:9 46:21
SOUTHERN (1)
1:3
speak (2)
8:15,19
special (1)
20:5
specifically (2)
39:9 42:6
spoken (1)
6:23
square (1)
29:6
ss (1)
49:4
stainless (2)
35:25 36:3
stamped (2)
36:22 37:10
stamps (1)
26:5
start (1)
10:18
started (1)
25:9

state (3)
4:16 49:3,7
States (3)
1:2 2:15 8:7
stay (1)
21:7
stays (1)
32:16
steel (2)
35:25 36:3
step (2)
7:9 17:7
steps (1)
24:2
stock (6)
29:23,25 30:2,7 45:10
45:10
stoppage (1)
44:17
store (2)
17:5 24:10
stores (1)
46:9
straight (1)
16:11
strike (4)
24:23 26:6 35:5 41:4
Stroudsburg (4)
15:5,13,20 16:8
stuff (1)
21:24
subordinate (1)
13:12
Subscribed (1)
48:22
suggested (1)
40:21
summarized (1)
17:2
sure (4)
5:16,16 6:22 24:14
surrounding (1)
5:25
sworn (3)
4:3 48:22 49:11
system (1)
32:16

T

T (2)
49:2,2
take (12)
6:22 7:11,12,13,15,16
13:6 14:2,7 24:15
43:7 44:23
taken (1)
44:25
takes (1)

14:8
talk (1)
18:16
talking (3)
12:10 14:13 19:17
tell (5)
12:25 19:25 26:12
29:10 43:9
telling (1)
35:9
ten (8)
13:23,25 14:3,5,11,13
19:17,20
term (1)
30:3
Terrific (2)
7:25 8:9
testified (1)
4:5
testify (1)
7:20
testimony (6)
5:12,17 8:17,20 10:8
49:13
thing (2)
26:16,17
things (1)
44:7
think (3)
23:13 26:18 28:19
three (2)
14:24 29:21
threw (1)
26:25
throw (1)
25:11
thrown (1)
25:6
Thursday (1)
1:16
time (11)
5:15 7:12 9:22 20:24
33:13 36:15,17 38:4
44:5,7 48:6
title (3)
11:8,10 20:5
today (14)
5:11,16,23 7:21 8:21
9:22 10:8 21:17
23:2,14 33:6 34:20
35:2 43:20
today's (1)
8:15
told (3)
33:14,16 39:10
top (2)
37:17 39:5
tops (1)

10:23
total (1)
14:24
totem (1)
23:11
track (2)
25:14 30:19
training (7)
11:25 12:5,14 24:18
34:9 46:25 47:12
transaction (1)
17:3
transcription (1)
52:6
transfer (5)
41:17 42:2,18,19,23
tried (1)
32:25
true (1)
49:12
truthfully (2)
6:5 7:21
try (1)
7:6
twice (2)
9:8,15
two (6)
11:16 15:2 29:22
37:16 38:3 45:21
types (3)
17:11 35:19,21
typical (2)
17:3 18:10
typically (3)
17:14 21:6 42:20

_____
U

Um-hum (2)
29:10 32:6
unaware (1)
34:15
understand (7)
6:7,10,13,25 11:22
34:19 38:25
understandable (1)
7:8
understanding (9)
10:19 15:12,17 20:24
22:7 26:21 27:16
34:3 43:12
Understood (1)
38:25
United (2)
1:2 8:7
use (3)
6:2 12:8 24:24
usually (5)
12:23 17:6 22:23 29:6

| | | | | |
|---|---|---|---|---|
| 44:5 | 7:22 | 4:2 | 44:14 | **6 (2)** |
| | **week (7)** | | **12th (1)** | 2:11 3:12 |
| **V** | 18:12,17,18 21:20 | **S** | 49:20 | **6th (1)** |
| **v (1)** | 23:3 33:14 43:19 | **$360 (2)** | **15 (1)** | 38:3 |
| 52:2 | **weekend (1)** | 27:21,24 | 18:11 | |
| **value (5)** | 18:13 | **$540 (3)** | **15th (1)** | **7** |
| 27:11,17,18 28:15 | **weeks (1)** | 27:11 28:3,6 | 11:6 | **7 (3)** |
| 40:21 | 43:19 | | **15244A (1)** | 1:16 2:5 52:3 |
| **vanity (1)** | **we'll (1)** | **0** | 1:25 | **70 (2)** |
| 10:23 | 10:20 | **00022 (3)** | **196 (2)** | 25:24 26:12 |
| **various (1)** | **we're (4)** | 36:22,24 50:23 | 43:4 51:2 | **73 (4)** |
| 26:3 | 5:22 14:13 18:14 | **00024 (1)** | | 45:13,15,21 51:5 |
| **verbal (1)** | 23:13 | 39:4 | **2** | |
| 6:20 | **we've (1)** | **00039 (1)** | **2 (4)** | |
| **verbally (1)** | 19:17 | 37:11 | 43:3,9 50:24 52:6 | |
| 29:11 | **WHEREOF (1)** | **00042 (3)** | **20 (1)** | |
| **version (1)** | 49:19 | 36:22,25 50:23 | 18:11 | |
| 45:23 | **whoever's (4)** | **00241 (3)** | **2007 (4)** | |
| **Vice-versa (1)** | 18:3,5,6 42:22 | 45:14,16 51:7 | 11:6 25:9 38:22 39:23 | |
| 17:23 | **WHP (1)** | **00242 (2)** | **2008 (6)** | |
| **viewed (1)** | 1:7 | 45:17 51:7 | 1:16 2:5 44:14 48:23 | |
| 39:18 | **witness (7)** | **0039 (1)** | 49:21 52:3 | |
| **visit (1)** | 4:3 37:23 49:9,13,19 | 38:8 | **241 (2)** | |
| 39:10 | 50:3 52:4 | **0122 (1)** | 45:21,23 | |
| **visited (2)** | **words (1)** | 26:5 | **242 (2)** | |
| 36:8 38:2 | 6:24 | **0123 (3)** | 45:22,22 | |
| **volume (1)** | **work (11)** | 26:5,13 27:6 | **25 (1)** | |
| 44:6 | 14:15,18 15:10,23 | **0136 (1)** | 38:6 | |
| **vs (1)** | 16:5,7 17:4,24 | 26:6 | **27th (3)** | |
| 1:7 | 21:22 27:3,3 | **0137 (1)** | 38:4,21 39:23 | |
| | **working (6)** | 26:6 | **28 (1)** | |
| **W** | 20:21 23:18,23 24:5,7 | **0141 (1)** | 38:6 | |
| **wait (3)** | 25:9 | 26:7 | | |
| 7:4,6 17:15 | **works (2)** | **0144 (1)** | **3** | |
| **walk (2)** | 17:21 39:19 | 26:8 | **3 (1)** | |
| 12:23 17:17 | **wouldn't (1)** | **0145 (1)** | 52:6 | |
| **walking (1)** | 38:20 | 26:8 | **30 (1)** | |
| 12:17 | **write (1)** | **0147 (1)** | 18:15 | |
| **walks (1)** | 13:5 | 26:9 | **36 (1)** | |
| 18:2 | | **0150 (1)** | 50:23 | |
| **want (3)** | **X** | 26:9 | **360 (1)** | |
| 7:15 22:22 29:15 | **X (5)** | **07-cv-11278 (1)** | 27:11 | |
| **wanted (2)** | 1:24 2:12 49:6,24 | 1:7 | **399 (1)** | |
| 31:5 41:24 | 50:2 | **07054 (1)** | 3:6 | |
| **wants (1)** | | 3:13 | | |
| 31:21 | **Y** | **08879 (1)** | **4** | |
| **warehouse (6)** | **Yeah (3)** | 4:21 | **4 (1)** | |
| 12:18 13:6,7 14:15,18 | 9:2 42:25 46:5 | | 50:4 | |
| 24:15 | **years (1)** | **1** | **43 (1)** | |
| **wasn't (1)** | 38:6 | **1 (4)** | 51:2 | |
| 34:14 | **yesterday (1)** | 36:21,23 50:21 52:5 | **45 (2)** | |
| **way (11)** | 25:23 | **10:04 (1)** | 50:5 51:7 | |
| 6:21 17:3 21:18 22:25 | **York (7)** | 2:6 | **46 (1)** | |
| 25:8,14 31:25 32:2 | 1:3 2:15 3:7,7 49:3,5 | **10:52 (1)** | 50:4 | |
| 37:12 41:12 49:17 | 49:8 | 48:6 | **486 (1)** | |
| **ways (1)** | | **10022-4690 (1)** | 4:20 | |
| 17:21 | **Z** | 3:7 | | |
| **weather (1)** | **Z (1)** | **11th (1)** | **6** | |