Louis S. Ederer
John Maltbie
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022
(212) 715-1000

*Attorneys for Plaintiffs Artisan Manufacturing Corporation*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------- x
:
ARTISAN MANUFACTURING CORPORATION,    :    Civil Action No.: 07 CV 11278
:
Plaintiff,    :
:
- against -    :
:
ALL GRANITE & MARBLE CORPORATION.,    :
:
Defendant.    :
:
---------------------------------------------------------------- x

**DECLARATION OF JOHN MALTBIE IN FURTHER SUPPORT OF PLAINTIFFS'**
**MOTION FOR A PRELIMINARY INJUNCTION**

# EXHIBIT I

```
                                                          Page 1
 1
 2              UNITED STATES DISTRICT COURT
 3         FOR THE SOUTHERN DISTRICT OF NEW YORK
 4
    ARTISAN MANUFACTURING            )
 5  CORPORATION,                     )
                                     )
 6              Plaintiff,           )
                                     )
 7        vs.                        ) 07-cv-11278 (WHP)
                                     )
 8  ALL GRANITE & MARBLE             )
    CORPORATION,                     )
 9                                   )
                Defendant.           )
10  ---------------------------------)
11
12
13
14
                 DEPOSITION OF SEBASTIAN SROKA
15
                    Parsippany, New Jersey
16
                  Thursday, February 7, 2008
17
18
19
20
21
22
23
24  Reported by:
    FRANCIS X. FREDERICK, CSR, RPR, RMR
25  JOB NO. 15244C
```

Page 2

```
 1
 2
 3
 4
 5      February 7, 2008
 6      12:12 p.m.
 7
 8
 9      Deposition of SEBASTIAN SROKA,
10   held at the offices of Hoffmann & Baron,
11   6 Campus Drive, Parsippany, New Jersey,
12   pursuant to Notice, before Francis X.
13   Frederick, a Certified Shorthand
14   Reporter, Registered Merit Reporter and
15   Notary Public of the States of New York
16   and New Jersey.
17
18
19
20
21
22
23
24
25
```

TSG Reporting - Worldwide   877-702-9580

Page 3

```
 1
 2   APPEARANCES:
 3
 4      ARNOLD & PORTER
 5      Attorneys for Plaintiff
 6        399 Park Avenue
 7        New York, New York  10022-4690
 8      BY:  JOHN MALTBIE, ESQ.
 9
10      HOFFMANN & BARON, LLP
11      Attorneys for Defendant
12        6 Campus Drive
13        Parsippany, New Jersey  07054
14      BY:  JON A. CHIODO, ESQ.
15
16
17
18
19
20
21
22
23
24
25
```

TSG Reporting - Worldwide   877-702-9580

Page 4

```
                S. SROKA
 1
 2   SEBASTIAN  SROKA,  called as
 3      a witness, having been duly sworn by a
 4      Notary Public, was examined and
 5      testified as follows:
 6   EXAMINATION BY
 7     MR. MALTBIE:
 8      Q.  Good morning, Mr. Sroka.  My name
 9   is John Maltbie.  I'm with the law firm of
10   Arnold & Porter.  My law firm represents
11   Artisan Manufacturing Corporation, the
12   manufacturer and distributor of Artisan brand
13   sinks, in connection with a lawsuit that has
14   been filed against All Granite & Marble
15   Corporation.
16      Mr. Sroka, we were introduced a
17   few minutes ago off the record but can you
18   kindly state your full name and residential
19   address for the record.
20      A.  My name is Sebastian Sroka.  I
21   live in Connecticut.  Address is 29 Claudia
22   Drive, Southington Connecticut.
23      Q.  Mr. Sroka, prior to today, have
24   you ever been deposed or given testimony in
25   connection with a legal matter?
```

TSG Reporting - Worldwide   877-702-9580

Page 5

```
              S. SROKA
 1
 2      A.  No, never.
 3      Q.  I'll just go over some of the
 4   ground rules for today.  What will happen is
 5   I'll be asking you a series of questions
 6   regarding your knowledge of the facts and
 7   circumstances concerning All Granite's
 8   promotion and use of sinks in connection with
 9   its countertop insulation services and
10   specifically with respect to a design that All
11   Granite is using in connection with those
12   services.
13      It's your obligation to answer my
14   questions truthfully and to the best of your
15   ability.  Is that understood?
16      A.  Yes.
17      Q.  In the event you do not understand
18   a question I've asked please let me know.  I
19   will try to rephrase it.  Also, if you need a
20   question repeated please let me know and we
21   can have the question read back.  Is that
22   understood?
23      A.  Yes.
24      Q.  In addition, it's important that
25   you provide verbal answers to my question so
```

TSG Reporting - Worldwide   877-702-9580

Page 6

S. SROKA

that the court reporter who is here between us can take my questions and your answers down and that we have an accurate record of the deposition. Is that --
A. Okay.
Q. Okay.
And if you need to take a break at any time let me know and we can take a break. Hopefully we'll get this over pretty quickly.
And I'd just ask that when I'm asking a question, please wait for me to finish the question before you begin your answer. And likewise I'll try to wait for you to finish your answer before I ask my next question.
And, Mr. Sroka, just to clarify an issue with respect to language, is it correct to say that English is not your first language?
A. Yes. Polish is my first language.
Q. And were you born in Poland?
A. Yes.
Q. And how long have you been in the United States?

TSG Reporting - Worldwide   877-702-9580

Page 7

S. SROKA
A. Oh, six, almost seven years.
Q. What's the highest level of schooling that you completed?
A. In Poland we have kind of different education so I -- it's between the high school and college.
Q. Have you had any schooling here in the United States?
A. No.
Q. Do you feel comfortable answering my questions in English today?
A. I can try.
Q. Well, let me know if there's an issue.
A. Okay.
Q. We'll deal with it then.
Mr. Sroka, did you speak with anyone other than your attorney in anticipation for your testimony here this morning?
A. Just with Robert.
Q. And who is Robert?
A. Robert Deja. He was my boss.
Q. Where was he your boss?

TSG Reporting - Worldwide   877-702-9580

Page 8

S. SROKA
A. At All Granite Marble.
Q. So you were an employee of All Granite?
A. Yes.
Q. When were you an employee?
A. That was on the beginning 2006 to I think March 2007.
Q. And what was your job at All Granite in that period?
A. Graphic designer.
Q. And what types of -- strike that.
What were you responsible for designing while working for All Granite?
A. Many different things from the newspapers ads through web sites. Everything what is connected with graphic design.
Q. Did you have any responsibility for sales while at All Granite?
A. No.
Q. Where did you go to work? What was the location of your work address?
A. It was Ridgefield Park. 51 Austin Street.
Q. And would you go to work at

TSG Reporting - Worldwide   877-702-9580

Page 9

S. SROKA
Ridgefield Park every day or was it --
A. Yes.
Q. And was that location connected to the showroom for All Granite?
A. No. It's very different location. Different building. Like two miles from the showroom.
Q. I'm sorry. Could you repeat the address?
A. 51 Austin Street.
Q. 51 Austin Street?
A. Yes.
Q. And could you tell me if that was -- was that a commercial building or a residential building?
A. I think it's residential building.
Q. And were there any -- sorry.
A. With parts that were offices.
Q. And was that someone's home, to your knowledge?
A. I don't know.
Q. Were there other employees of All Granite that reported to work at 51 Austin Street?

TSG Reporting - Worldwide   877-702-9580

Page 10

S. SROKA

A. Yes.
Q. And how many employees would you say?
A. At this time there was like two.
Q. And do you recall their names?
A. Yeah. There was Robert Deja and Walter Siewor.
Q. And when did you speak to Robert about your testimony here?
A. He just called me like a week ago and told me that there is some case. And I have to come here. So it was like one time and today.
Q. And you spoke to him again today?
A. Yeah.
Q. When you had this conversation with him a week ago did you discuss anything else with him?
A. I just -- you know, trying to remember what I design and why you are -- why I'm here.
Q. And how long was that conversation?
A. Like 20 minutes. Fifteen, 20

TSG Reporting - Worldwide   877-702-9580

Page 11

S. SROKA

minutes.
Q. And did Robert tell you what design was at issue here?
A. Yes.
Q. And what did he tell you?
A. He told me that you think our design is similar to your design.
Q. And did he identify what particular design?
A. Excuse me?
Q. Did he identify what particular design?
A. Yes. He told me that it's Artisan logo. So I checked it on the website how this looks like and actually I don't think it's so similar.
Q. And can you tell me what was the reason why you left employment with All Granite?
A. I live in Connecticut. There was my family, wife and daughter, so I found a job in the next town. So that's why I move.
Q. And are you still doing graphic design?

TSG Reporting - Worldwide   877-702-9580

Page 12

S. SROKA

A. Yes.
Q. While you were employed with All Granite, were you responsible for any of the ads or coupons that appeared in mailing circulars?
A. Yes.
Q. I show you what's previously been marked as Defendant's Exhibit 70. If you could take a look at the second page of this exhibit which is Bates stamped AGM 0123.
A. Um-hum.
Q. And can you tell me, Mr. Sroka, if you've ever seen this document before?
A. Yes.
Q. And what is this document?
A. It's ad for -- I don't know what magazine -- of All Granite Marble.
Q. And do you know if you were responsible for creating this ad?
A. Yes. I did the graphic design for this one.
Q. And do you still have any working relationship with All Granite?
A. No.

TSG Reporting - Worldwide   877-702-9580

Page 13

S. SROKA

Q. And with respect to the information that's contained in this ad, who would have provided that information to you?
A. Mostly that was Robert.
Q. And with respect to the images that appear in the ad, who would have provided those to you?
A. Images?
Q. The images of the -- let's take the main image I guess of the kitchen.
A. Kitchen is from our database. We got the pictures from location when company did the jobs.
Q. And with respect to the pictures of the various sinks on the coupon, do you know who provided those pictures?
A. Those are also ours I think.
Q. Were you involved in taking any of the pictures of the sinks that appear on the coupon?
A. Actually, yes.
Q. Do you recall when -- is this one picture or is it a composite of different pictures?

TSG Reporting - Worldwide   877-702-9580

Page 14

S. SROKA

A. Actually that was separate pictures which I took in our location on Austin Street.
Q. Do you recall when that was?
A. Excuse me?
Q. Do you recall when that picture was taken? Or when these pictures were taken?
A. I'm not sure.
Q. Other than graphic design, did you have any responsibility for marketing or promotion at All Granite?
A. No.
Q. Why don't I show you what's been produced as AGM 197. It's marked as Plaintiff's Exhibit 5.
(Plaintiff's Exhibit 5, document bearing production number AGM 197, marked for identification as of this date.)
BY MR. MALTBIE:
Q. Mr. Sroka, if you can take a look at what's now been marked as Plaintiff's Exhibit 5 and could you tell me if you've ever seen this image before?
A. Not this image but I did this

TSG Reporting - Worldwide   877-702-9580

Page 15

S. SROKA

logo.
Q. When you say this logo, you're referring to the Di-Monte logo?
A. Yeah.
Q. Do you recall when you designed this logo?
A. I'm not sure. That would be like the end of 2006 or the beginning of 2007 but I'm not sure.
Q. And was this logo designed for All Granite?
A. Yes.
Q. And who requested that you design this logo?
A. Robert.
Q. And what was your understanding of how this logo would be used?
A. We were talking about it and decide it would be nice to find some nice font and incorporate it into the logo.
Q. Was this logo used on particular type of product?
A. I think it was for those sinks.
Q. I'm sorry. What kind of sinks?

TSG Reporting - Worldwide   877-702-9580

Page 16

S. SROKA

A. I don't know. Those ceramic sinks.
Q. Do you know if this logo was used on any stainless steel sinks?
A. I have no idea.
Q. Do you recall who came up with the term Di-Monte?
A. That was probably Robert. But I don't know.
Q. Do you recall having any involvement in coming up with that term?
A. Excuse me?
Q. Do you recall having any involvement with coming up with that name?
A. If I was involved?
Q. Yes.
A. No.
Q. So is it correct to say that your involvement was in coming up with the font for this name?
A. Yes. But the name was -- you know, Robert provided.
Q. I'll just show you what was previously marked as Plaintiff's Exhibit 4.

TSG Reporting - Worldwide   877-702-9580

Page 17

S. SROKA

Mr. Sroka, looking at what's been marked as Plaintiff's Exhibit 4, could you tell me if you've ever seen this design before?
A. Yes. I did this design.
Q. And do you recall when you did this design? Created this design?
A. Those two designs actually were made in I think same period of time. It's end of 2006, beginning of 2007. But I don't remember the exact date.
Q. And who asked you, if anyone, to create this design?
A. Robert.
Q. And do you recall what Robert's instructions were?
A. To find something that is connected with the Polish tradition.
Q. And what -- did you actually find something connected with Polish tradition?
A. Yes. Actually this logo. This sign it's a crown of one of the Polish kings. Actually -- I'm not sure but it was the first Polish king.

TSG Reporting - Worldwide   877-702-9580

Page 18

S. SROKA

Q. This is the crown of the first Polish king?
A. Yes. It's kind of based on original crown.
Q. And did Robert give anything to you in order to help you design this logo?
A. No.
Q. Just the suggestion that he wanted something that would suggest traditional Polish?
A. Yes.
Q. And did you have any understanding with respect to the purpose or use of this design?
A. Yes.
Q. And what was your understanding?
A. For sinks. To use them on sinks.
Q. And any particular types of sinks?
A. Excuse me?
Q. Any particular types of sinks?
A. Actually, I don't know a lot about sinks so...
Q. That's fine. Fair enough.
And so was there a specific

TSG Reporting - Worldwide    877-702-9580

Page 19

S. SROKA

inspiration for this design?
A. Yes. Like I said, I did the research. We found a few different crowns on which was this one.
Q. And where did you see or find these different crowns?
A. Excuse me?
Q. Where did you see or find these different crowns?
A. On Google.
Q. Do you recall if you printed out or saved any image of the crown that was used for the inspiration for this design?
A. Probably on this time I did this that's for sure. But probably there is nothing there because I clean computers when I left the company.
Q. I'm sorry. You say you took your computer or you changed computers?
A. No, I cleaned all the mess which I left there so...
Q. Okay. And when you say that the design is a crown, are you speaking about any particular part of the design or does the

TSG Reporting - Worldwide    877-702-9580

Page 20

S. SROKA

whole thing represent the crown?
A. Whole thing.
Q. And looking at the curls which come off the left and right end of the crown, was that something that appeared on the original crown?
A. I think so. But I -- I don't remember. But I think so.
Q. And with respect to the curls that appear below the center of the design, do you recall if those were something that was specifically on the Polish crown?
A. Yeah. I think -- I think there was something like that. And, by the way, it looks nice.
Q. And were you a salaried employee of All Granite?
A. No. No, never.
Q. Were you then paid by job or by something else?
A. Only for my job. My graphic design.
Q. But did they pay you a weekly salary for that or was there some other form

TSG Reporting - Worldwide    877-702-9580

Page 21

S. SROKA

of compensation?
A. That was per hour.
Q. And did you have any specific written agreement with All Granite with respect to the designs that you created?
A. I think I signed something at the very beginning but that was two years ago so I'm not sure.
Q. And when you first created this design, did you then show it to Robert?
A. Yes.
Q. And did Robert have any suggestions or changes to the design?
A. Actually, I don't remember but I don't think so. I don't remember.
Q. Do you recall if you prepared any different drafts or revisions of the design?
A. Actually, in this particular case that was only one -- I think only one design of this logo and it was this one.
Q. Do you recall if you prepared any other designs for Robert to review in connection -- at this period in time?
A. In this case I don't think so.

TSG Reporting - Worldwide    877-702-9580

Page 22

S. SROKA

Q. Do you know if you've retained any documents relating to this design or the creation of this design?
A. Excuse me?
Q. Do you know if you have any documents in your possession relating to this design?
A. No.
Q. You don't know or you don't --
A. No, I don't have them.
Q. Now, looking at the design, the central element in the center of the crown, is that figure or element known by any particular design name?
MR. CHIODO: Objection to the form. You can answer if you understand.
A. Actually, no. It's a king symbol which appears in a lot of different signs and logos.
Q. Do you know if it's also referred to as a fleur-de-lis design?
A. Excuse me?
Q. A fleur-de-lis design?
A. Actually, I think it's

TSG Reporting - Worldwide    877-702-9580

Page 23

S. SROKA

fleur-de-lis which is part of the crown.
Q. And just so I -- I've never seen this crown. Would this crown have -- I guess is it four different fleurs-de-lis sort of around the circumference of the crown?
A. Yes. Probably.
Q. I'd just like to show you what's been marked as Plaintiff's Exhibit 3. I'd just like to direct your attention to the fleur-de-lis design next to the word Artisan on the bottom right of this first page of Plaintiff's Exhibit 3. And I believe you indicated that after you spoke to Robert you went on the Artisan website and saw this design?
A. Yes.
Q. And is that the first time that you saw the Artisan design?
A. I'm not sure. Before we do this logo we did research and I saw -- I don't know -- hundred different design but I'm not sure if I saw this before.
Q. Do you know if Artisan and All Granite ever had a business relationship with

TSG Reporting - Worldwide    877-702-9580

Page 24

S. SROKA

the sale and distribution of sinks?
A. I don't know.
Q. Do you recall ever seeing any advertisements for Artisan either at the Austin Street address or at any of the All Granite showrooms?
A. Could you repeat the question?
Q. Do you recall ever seeing any advertisements for Artisan products either at the Austin Street address or in any of the All Granite showrooms?
A. No.
Q. Have you designed any other logos or designs for All Granite other than the design depicted in Plaintiff's Exhibit 4 or the design depicted in Plaintiff's Exhibit 5?
A. Yes. Yes, I did.
Q. What other types of logos or designs have you created for All Granite?
A. It was for like laser measurement thing.
Q. For a laser measurement? Was that a service or --
A. No. It's like a tool.

TSG Reporting - Worldwide    877-702-9580

Page 25

S. SROKA

Q. Tool. Was that a tool that All Granite was selling or using or something else?
A. I don't know if they selling this.
Q. And any other logos or designs you created besides the laser measurement tool?
A. No. Not logos.
Q. Did you ever discuss with Robert the idea of registering a trademark in either the Di-Monte design or the design depicted in Plaintiff's Exhibit 4?
A. No.
Q. Do you know if Robert investigated the possibility of registering these designs as trademarks?
A. I have no idea.
Q. What, to your knowledge, were the responsibilities of Walter who worked at 51 Austin Street?
A. He was responsible for video. Videotaping, editing. Stuff like that.
(Continued on next page to include jurat.)

TSG Reporting - Worldwide    877-702-9580

```
1         S. SROKA
2     MR. MALTBIE: Okay.  No further
3  questions.
4     MR. CHIODO: I have none.
5     (Time Noted:    12:39 p.m.)
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20        _____
             SEBASTIAN SROKA
21
22  Subscribed and sworn to before me
23  this ___ day of _____, 2008.
24
25  _____
```

TSG Reporting - Worldwide   877-702-9580

```
1              CERTIFICATE
2   STATE OF NEW YORK   )
3                       : ss.
4   COUNTY OF NEW YORK  )
5       I, FRANCIS X. FREDERICK, a
6   Notary Public within and for the State
7   of New York, do hereby certify:
8       That SEBASTIAN SROKA, the
9   witness whose deposition is
10  hereinbefore set forth, was duly sworn
11  by me and that such deposition is a
12  true record of the testimony given by
13  the witness.
14      I further certify that I am not
15  related to any of the parties to this
16  action by blood or marriage, and that
17  I am in no way interested in the
18  outcome of this matter.
19      IN WITNESS WHEREOF, I have
20  hereunto set my hand this 12th day of
21  February, 2008.
22
23
24       _____
25       FRANCIS X. FREDERICK
```

TSG Reporting - Worldwide   877-702-9580

```
1
2   ---------------- I N D E X ------------------
3   WITNESS        EXAMINATION BY        PAGE
4   SEBASTIAN SROKA    MR. MALTBIE        4
5
6
7
8
9   ---------- INFORMATION REQUESTS -------------
10  DIRECTIONS: NONE
11  RULINGS: NONE
12  TO BE FURNISHED: NONE
13  REQUESTS: NONE
14  MOTIONS: NONE
15
16  ------------------ EXHIBITS ------------------
17  PLAINTIFF'S                    FOR ID.
18  Exhibit 5
19  document bearing production number
20  AGM 197................... 14
```

TSG Reporting - Worldwide   877-702-9580

```
NAME OF CASE: ARTISAN v. ALL GRANITE
DATE OF DEPOSITION: FEBRUARY 7, 2008
NAME OF WITNESS: SEBASTIAN SROKA
Reason codes:
   1. To clarify the record.
   2. To conform to the facts.
   3. To correct transcription errors.
Page _____ Line _____ Reason _____
From _____ to _____

Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____

Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____

Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____

Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____

Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____

       _____
          SEBASTIAN SROKA
```

TSG Reporting - Worldwide   877-702-9580

| A | B | | D |
|---|---|---|---|
| ability (1) 5:15 | 3:6 | 19:20 | 25:23 |
| accurate (1) 6:4 | B (1) 4:2 | changes (1) 21:14 | conversation (2) 10:17,24 |
| action (1) 27:17 | back (1) 5:21 | checked (1) 11:15 | Corporation (4) 1:5,8 4:11,15 |
| ad (4) 12:17,20 13:3,7 | Baron (2) 2:10 3:10 | CHIODO (3) 3:14 22:16 26:4 | correct (3) 6:18 16:19 29:6 |
| addition (1) 5:24 | based (1) 18:4 | circulars (1) 12:6 | countertop (1) 5:9 |
| address (6) 4:19,21 8:22 9:10 24:6,11 | Bates (1) 12:11 | circumference (1) 23:6 | COUNTY (1) 27:5 |
| ads (2) 8:16 12:5 | bearing (2) 14:18 28:19 | circumstances (1) 5:7 | coupon (2) 13:16,21 |
| advertisements (2) 24:5,10 | beginning (4) 8:7 15:9 17:11 21:8 | clarify (2) 6:17 29:5 | coupons (1) 12:5 |
| AGM (4) 12:11 14:15,18 28:20 | believe (1) 23:13 | Claudia (1) 4:21 | court (2) 1:2 6:2 |
| ago (4) 4:17 10:11,18 21:8 | best (1) 5:14 | clean (1) 19:17 | create (1) 17:14 |
| agreement (1) 21:5 | blood (1) 27:17 | cleaned (1) 19:21 | created (5) 17:8 21:6,10 24:20 25:7 |
| answer (4) 5:13 6:14,15 22:17 | born (1) 6:22 | codes (1) 29:5 | creating (1) 12:20 |
| answering (1) 7:11 | boss (2) 7:24,25 | college (1) 7:7 | creation (1) 22:4 |
| answers (2) 5:25 6:3 | bottom (1) 23:12 | come (2) 10:13 20:5 | crown (14) 17:23 18:2,5 19:13,24 20:2,5,7,13 22:2,13 23:2,4,4,6 |
| anticipation (1) 7:20 | brand (1) 4:12 | comfortable (1) 7:11 | crowns (3) 19:4,7,10 |
| appear (3) 13:7,20 20:11 | break (2) 6:8,9 | coming (3) 16:12,15,20 | CSR (1) 1:24 |
| appeared (2) 12:5 20:6 | building (4) 9:7,15,16,17 | commercial (1) 9:15 | curls (2) 20:4,10 |
| appears (1) 22:19 | business (1) 23:25 | company (2) 13:13 19:18 | |
| Arnold (2) 3:4 4:10 | C | compensation (1) 21:2 | D (1) 28:2 |
| Artisan (11) 1:4 4:11,12 11:14 23:11,15,19,24 24:5 24:10 29:2 | C (3) 3:2 27:2,2 | completed (1) 7:4 | database (1) 13:12 |
| asked (2) 5:18 17:13 | called (2) 4:2 10:11 | composite (1) 13:24 | date (3) 14:19 17:12 29:3 |
| asking (2) 5:5 6:12 | Campus (2) 2:11 3:12 | computer (1) 19:20 | daughter (1) 11:22 |
| attention (1) 23:10 | case (4) 10:12 21:19,25 29:2 | computers (2) 19:17,20 | day (3) 9:2 26:23 27:21 |
| attorney (1) 7:19 | center (2) 20:11 22:13 | concerning (1) 5:7 | deal (1) 7:17 |
| Attorneys (2) 3:5,11 | central (1) 22:13 | conform (1) 29:6 | decide (1) 15:20 |
| Austin (8) 8:23 9:11,12,24 14:4 24:6,11 25:20 | ceramic (1) 16:2 | connected (4) 8:17 9:4 17:19,21 | Defendant (2) 1:9 3:11 |
| Avenue (1) | Certified (1) 2:13 | Connecticut (3) 4:21,22 11:21 | Defendant's (1) 12:9 |
| | certify (2) 27:8,15 | connection (5) 4:13,25 5:8,11 21:24 | Deja (2) 7:24 10:7 |
| | changed (1) | contained (1) 13:3 | |
| | | Continued (1) | |

| | depicted (3) 24:16,17 25:11 |
|---|---|
| | deposed (1) 4:24 |
| | deposition (6) 1:14 2:9 6:5 27:10,12 29:3 |
| | design (44) 5:10 8:17 10:21 11:4 11:8,8,10,13,25 12:21 14:10 15:14 17:4,6,8,8,14 18:7 18:15 19:2,14,24,25 20:11,23 21:11,14 21:18,20 22:3,4,8 22:12,15,22,24 23:11,16,19,22 24:16,17 25:11,11 |
| | designed (3) 15:6,11 24:14 |
| | designer (1) 8:11 |
| | designing (1) 8:14 |
| | designs (7) 17:9 21:6,23 24:15,20 25:6,15 |
| | different (12) 7:6 8:15 9:6,7 13:24 19:4,7,10 21:18 22:19 23:5,22 |
| | direct (1) 23:10 |
| | DIRECTIONS (1) 28:10 |
| | discuss (2) 10:18 25:9 |
| | distribution (1) 24:2 |
| | distributor (1) 4:12 |
| | DISTRICT (2) 1:2,3 |
| | Di-Monte (3) 15:4 16:8 25:11 |
| | document (4) 12:14,16 14:17 28:19 |
| | documents (2) 22:3,7 |
| | doing (1) 11:24 |
| | drafts (1) 21:18 |
| | Drive (3) 2:11 3:12 4:22 |
| | duly (2) 4:3 27:11 |

**E**

E (6)
3:2,2 4:2 27:2,2 28:2
editing (1)
25:22
education (1)
7:6
either (3)
24:5,10 25:10
element (2)
22:13,14
employed (1)
12:3
employee (3)
8:3,6 20:17
employees (2)
9:23 10:3
employment (1)
11:19
English (2)
6:19 7:12
errors (1)
29:6
ESQ (2)
3:8,14
event (1)
5:17
exact (1)
17:12
EXAMINATION (2)
4:6 28:3
examined (1)
4:4
Excuse (7)
11:11 14:6 16:13
18:20 19:8 22:5,23
exhibit (13)
12:9,11 14:16,17,23
16:25 17:3 23:9,13
24:16,17 25:12
28:18
EXHIBITS (1)
28:16

**F**

F (1)
27:2
facts (2)
5:6 29:6
Fair (1)
18:24
family (1)
11:22
February (4)
1:16 2:5 27:22 29:3
feel (1)
7:11
Fifteen (1)
10:25
figure (1)
22:14
filed (1)
4:14
find (5)
15:20 17:18,20 19:6,9
fine (1)
18:24
finish (2)
6:13,15
firm (2)
4:9,10
first (7)
6:19,21 17:24 18:2
21:10 23:12,18
fleurs-de-lis (1)
23:5
fleur-de-lis (4)
22:22,24 23:2,11
follows (1)
4:5
font (2)
15:20 16:20
form (2)
20:25 22:17
forth (1)
27:11
found (2)
11:22 19:4
four (1)
23:5
Francis (4)
1:24 2:12 27:6,25
Frederick (4)
1:24 2:13 27:6,25
full (1)
4:18
FURNISHED (1)
28:12
further (2)
26:2 27:15

**G**

give (1)
18:6
given (2)
4:24 27:13
go (3)
5:3 8:21,25
Good (1)
4:8
Google (1)
19:11
Granite (25)
1:8 4:14 5:11 8:2,4,10
8:14,19 9:5,24
11:20 12:4,18,24
14:12 15:12 20:18
21:5 23:25 24:7,12
24:15,20 25:3 29:2
Granite's (1)
5:7
graphic (6)
8:11,17 11:24 12:21
14:10 20:22
ground (1)
5:4
guess (2)
13:11 23:4

**H**

hand (1)
27:21
happen (1)
5:4
held (1)
2:10
help (1)
18:7
hereinbefore (1)
27:11
hereunto (1)
27:21
high (1)
7:7
highest (1)
7:3
Hoffmann (2)
2:10 3:10
home (1)
9:20
Hopefully (1)
6:10
hour (1)
21:3
hundred (1)
23:22

**I**

ID (1)
28:17
idea (3)
16:6 25:10,17
identification (1)
14:19
identify (2)
11:9,12
image (4)
13:11 14:24,25 19:13
images (3)
13:6,9,10
important (1)
5:24
include (1)
25:23
incorporate (1)
15:21
indicated (1)
23:14
information (3)
13:3,4 28:9
inspiration (2)
19:2,14
instructions (1)
17:17
insulation (1)
5:9
interested (1)
27:18
introduced (1)
4:16
investigated (1)
25:14
involved (2)
13:19 16:16
involvement (3)
16:12,15,20
issue (3)
6:18 7:15 11:4

**J**

Jersey (4)
1:15 2:11,16 3:13
job (5)
1:25 8:9 11:22 20:20
20:22
jobs (1)
13:14
John (2)
3:8 4:9
JON (1)
3:14
jurat (1)
25:24

**K**

K (1)
4:2
kind (3)
7:5 15:25 18:4
kindly (1)
4:18
king (3)
17:25 18:3 22:18
kings (1)
17:23
kitchen (2)
13:11,12
know (23)
5:18,20 6:9 7:14 9:22
10:20 12:17,19
13:17 16:2,4,10,23
18:22 22:2,6,10,21
23:22,24 24:3 25:5
25:14
knowledge (3)
5:6 9:21 25:18
known (1)
22:14

**L**

language (3)
6:18,20,21
laser (3)
24:21,23 25:7
law (2)
4:9,10
lawsuit (1)
4:13
left (4)
11:19 19:18,22 20:5
legal (1)
4:25
let's (1)
13:10
level (1)
7:3
likewise (1)
6:14
Line (11)
29:7,8,10,11,13,14,16
29:17,19,20,22
live (2)
4:21 11:21
LLP (1)
3:10
location (5)
8:22 9:4,6 13:13 14:3
logo (15)
11:15 15:2,3,4,7,11
15:15,18,21,22 16:4
17:22 18:7 21:21
23:21
logos (5)
22:20 24:14,19 25:6,8
long (2)
6:24 10:23
look (2)
12:10 14:21
looking (3)
17:2 20:4 22:12
looks (2)
11:16 20:16
lot (2)
18:22 22:19

**M**

magazine (1)
12:18
mailing (1)
12:5

| | | | | |
|---|---|---|---|---|
| main (1) | Notary (3) | 13:24 14:7 | **Q** | 4:10 |
| 13:11 | 2:15 4:4 27:7 | pictures (7) | question (8) | requested (1) |
| Maltbie (6) | Noted (1) | 13:13,15,17,20,25 | 5:18,20,21,25 6:12,13 | 15:14 |
| 3:8 4:7,9 14:20 26:2 | 26:5 | 14:3,8 | 6:16 24:8 | REQUESTS (2) |
| 28:4 | Notice (1) | Plaintiff (2) | questions (5) | 28:9,13 |
| manufacturer (1) | 2:12 | 1:6 3:5 | 5:5,14 6:3 7:12 26:3 | research (2) |
| 4:12 | number (2) | Plaintiff's (11) | quickly (1) | 19:4 23:21 |
| Manufacturing (2) | 14:18 28:19 | 14:16,17,22 16:25 | 6:10 | residential (3) |
| 1:4 4:11 | | 17:3 23:9,13 24:16 | | 4:18 9:16,17 |
| Marble (4) | **O** | 24:17 25:12 28:17 | **R** | respect (8) |
| 1:8 4:14 8:2 12:18 | O (1) | please (3) | R (3) | 5:10 6:18 13:2,6,15 |
| March (1) | 4:2 | 5:18,20 6:12 | 3:2 4:2 27:2 | 18:14 20:10 21:6 |
| 8:8 | Objection (1) | Poland (2) | read (1) | responsibilities (1) |
| marked (7) | 22:16 | 6:22 7:5 | 5:21 | 25:19 |
| 12:9 14:15,18,22 | obligation (1) | Polish (8) | reason (13) | responsibility (2) |
| 16:25 17:3 23:9 | 5:13 | 6:21 17:19,21,23,25 | 11:19 29:5,7,8,10,11 | 8:18 14:11 |
| marketing (1) | offices (2) | 18:3,11 20:13 | 29:13,14,16,17,19 | responsible (4) |
| 14:11 | 2:10 9:19 | Porter (2) | 29:20,22 | 8:13 12:4,20 25:21 |
| marriage (1) | Oh (1) | 3:4 4:10 | recall (16) | retained (1) |
| 27:17 | 7:2 | possession (1) | 10:6 13:23 14:5,7 | 22:2 |
| matter (2) | Okay (5) | 22:7 | 15:6 16:7,11,14 | review (1) |
| 4:25 27:19 | 6:6,7 7:16 19:23 26:2 | possibility (1) | 17:7,16 19:12 20:12 | 21:23 |
| measurement (3) | order (1) | 25:15 | 21:17,22 24:4,9 | revisions (1) |
| 24:21,23 25:7 | 18:7 | prepared (2) | record (5) | 21:18 |
| Merit (1) | original (2) | 21:17,22 | 4:17,19 6:4 27:13 | Ridgefield (2) |
| 2:14 | 18:5 20:7 | pretty (1) | 29:5 | 8:23 9:2 |
| mess (1) | outcome (1) | 6:10 | referred (1) | right (2) |
| 19:21 | 27:19 | previously (2) | 22:21 | 20:5 23:12 |
| miles (1) | | 12:8 16:25 | referring (1) | RMR (1) |
| 9:7 | **P** | printed (1) | 15:4 | 1:24 |
| minutes (3) | P (2) | 19:12 | regarding (1) | Robert (18) |
| 4:17 10:25 11:2 | 3:2,2 | prior (1) | 5:6 | 7:22,23,24 10:7,9 |
| morning (2) | page (15) | 4:23 | Registered (1) | 11:3 13:5 15:16 |
| 4:8 7:21 | 12:10 23:12 25:23 | probably (4) | 2:14 | 16:9,23 17:15 18:6 |
| MOTIONS (1) | 28:3 29:7,8,10,11 | 16:9 19:15,16 23:7 | registering (2) | 21:11,13,23 23:14 |
| 28:14 | 29:13,14,16,17,19 | produced (1) | 25:10,15 | 25:9,14 |
| move (1) | 29:20,22 | 14:15 | related (1) | Robert's (1) |
| 11:23 | paid (1) | product (1) | 27:16 | 17:16 |
| | 20:20 | 15:23 | relating (2) | RPR (1) |
| **N** | Park (3) | production (2) | 22:3,7 | 1:24 |
| N (3) | 3:6 8:23 9:2 | 14:18 28:19 | relationship (2) | rules (1) |
| 3:2 4:2 28:2 | Parsippany (3) | products (1) | 12:24 23:25 | 5:4 |
| name (9) | 1:15 2:11 3:13 | 24:10 | remember (5) | RULINGS (1) |
| 4:8,18,20 16:15,21,22 | part (2) | promotion (2) | 10:21 17:12 20:9 | 28:11 |
| 22:15 29:2,4 | 19:25 23:2 | 5:8 14:12 | 21:15,16 | |
| names (1) | particular (8) | provide (1) | repeat (2) | **S** |
| 10:6 | 11:10,12 15:22 18:19 | 5:25 | 9:9 24:8 | S (27) |
| need (2) | 18:21 19:25 21:19 | provided (4) | repeated (1) | 3:2 4:1,2,2,2 5:1 6:1 |
| 5:19 6:8 | 22:14 | 13:4,7,17 16:23 | 5:20 | 7:1 8:1 9:1 10:1 |
| never (3) | parties (1) | Public (3) | rephrase (1) | 11:1 12:1 13:1 14:1 |
| 5:2 20:19 23:3 | 27:16 | 2:15 4:4 27:7 | 5:19 | 15:1 16:1 17:1 18:1 |
| New (11) | parts (1) | purpose (1) | reported (2) | 19:1 20:1 21:1 22:1 |
| 1:3,15 2:11,15,16 3:7 | 9:19 | 18:14 | 1:24 9:24 | 23:1 24:1 25:1 26:1 |
| 3:7,13 27:3,5,8 | pay (1) | pursuant (1) | reporter (3) | |
| newspapers (1) | 20:24 | 2:12 | 2:14,14 6:2 | salaried (1) |
| 8:16 | period (3) | p.m (2) | represent (1) | 20:17 |
| nice (3) | 8:10 17:10 21:24 | 2:6 26:5 | 20:2 | salary (1) |
| 15:20,20 20:16 | picture (2) | | represents (1) | 20:25 |
| | | | | sale (1) |

24:2
sales (1)
8:19
saved (1)
19:13
saw (4)
23:15,19,21,23
school (1)
7:7
schooling (2)
7:4,8
Sebastian (8)
1:14 2:9 4:20 26:20
27:9 28:4 29:4,24
second (1)
12:10
see (2)
19:6,9
seeing (2)
24:4,9
seen (4)
12:14 14:24 17:4 23:3
selling (2)
25:4,5
separate (1)
14:2
series (1)
5:5
service (1)
24:24
services (2)
5:9,12
set (2)
27:11,21
seven (1)
7:2
Shorthand (1)
2:13
show (5)
12:8 14:14 16:24
21:11 23:8
showroom (2)
9:5,8
showrooms (2)
24:7,12
Siewor (1)
10:8
sign (1)
17:23
signed (1)
21:7
signs (1)
22:19
similar (2)
11:8,17
sinks (14)
4:13 5:8 13:16,20
15:24,25 16:3,5

18:18,18,19,21,23
24:2
sites (1)
8:16
six (1)
7:2
someone's (1)
9:20
sorry (4)
9:9,18 15:25 19:19
sort (1)
23:5
SOUTHERN (1)
1:3
Southington (1)
4:22
speak (2)
7:18 10:9
speaking (1)
19:24
specific (2)
18:25 21:4
specifically (2)
5:10 20:13
spoke (2)
10:15 23:14
Sroka (39)
1:14 2:9 4:1,8,16,20
4:23 5:1 6:1,17 7:1
7:18 8:1 9:1 10:1
11:1 12:1,13 13:1
14:1,21 15:1 16:1
17:1,2 18:1 19:1
20:1 21:1 22:1 23:1
24:1 25:1 26:1,20
27:9 28:4 29:4,24
ss (1)
27:4
stainless (1)
16:5
stamped (1)
12:11
state (3)
4:18 27:3,7
States (4)
1:2 2:15 6:25 7:9
steel (1)
16:5
Street (8)
8:24 9:11,12,25 14:4
24:6,11 25:20
strike (1)
8:12
Stuff (1)
25:22
Subscribed (1)
26:22
suggest (1)

18:10
suggestion (1)
18:9
suggestions (1)
21:14
sure (8)
14:9 15:8,10 17:24
19:16 21:9 23:20,23
sworn (3)
4:3 26:22 27:11
symbol (1)
22:18

—— T ——

T (3)
4:2 27:2,2
take (6)
6:3,8,9 12:10 13:10
14:21
taken (2)
14:8,8
talking (1)
15:19
tell (7)
9:14 11:3,6,18 12:13
14:23 17:4
term (2)
16:8,12
testified (1)
4:5
testimony (4)
4:24 7:20 10:10 27:13
thing (3)
20:2,3 24:22
things (1)
8:15
think (16)
8:8 9:17 11:7,16
13:18 15:24 17:10
20:8,9,14,14 21:7
21:16,20,25 22:25
Thursday (1)
1:16
time (8)
6:9 10:5,13 17:10
19:15 21:24 23:18
26:5
today (5)
4:23 5:4 7:12 10:14
10:15
told (3)
10:12 11:7,14
tool (4)
24:25 25:2,3,7
town (1)
11:23
trademark (1)
25:10

trademarks (1)
25:16
tradition (2)
17:19,21
traditional (1)
18:10
transcription (1)
29:6
true (1)
27:13
truthfully (1)
5:14
try (3)
5:19 6:14 7:13
trying (1)
10:20
two (4)
9:7 10:5 17:9 21:8
type (1)
15:23
types (4)
8:12 18:19,21 24:19

—— U ——

Um-hum (1)
12:12
understand (2)
5:17 22:17
understanding (3)
15:17 18:13,17
understood (2)
5:15,22
United (3)
1:2 6:25 7:9
use (3)
5:8 18:14,18

—— V ——

v (1)
29:2
various (1)
13:16
verbal (1)
5:25
video (1)
25:21
Videotaping (1)
25:22
vs (1)
1:7

—— W ——

wait (2)
6:12,14
Walter (2)
10:8 25:19
wanted (1)
18:9

way (2)
20:15 27:18
web (1)
8:16
website (2)
11:15 23:15
week (2)
10:11,18
weekly (1)
20:24
went (1)
23:15
we'll (2)
6:10 7:17
WHEREOF (1)
27:20
WHP (1)
1:7
wife (1)
11:22
witness (6)
4:3 27:10,14,20 28:3
29:4
word (1)
23:11
work (4)
8:21,22,25 9:24
worked (1)
25:19
working (2)
8:14 12:23
written (1)
21:5

—— X ——

X (5)
1:24 2:12 27:6,25
28:2

—— Y ——

Yeah (4)
10:7,16 15:5 20:14
years (2)
7:2 21:8
York (7)
1:3 2:15 3:7,7 27:3,5
27:8

—— 0 ——

0123 (1)
12:11
07-cv-11278 (1)
1:7
07054 (1)
3:13

—— 1 ——

1 (1)

| | | | | |
|---|---|---|---|---|
| 29:5<br>**10022-4690 (1)**<br>3:7<br>**12th (1)**<br>27:21<br>**12:12 (1)**<br>2:6<br>**12:39 (1)**<br>26:5<br>**14 (1)**<br>28:20<br>**15244C (1)**<br>1:25<br>**197 (3)**<br>14:15,18 28:20<br>**2**<br>**2 (1)**<br>29:6<br>**20 (2)**<br>10:25,25<br>**2006 (3)**<br>8:7 15:9 17:11<br>**2007 (3)**<br>8:8 15:9 17:11<br>**2008 (5)**<br>1:16 2:5 26:23 27:22<br>29:3<br>**29 (1)**<br>4:21<br>**3**<br>**3 (3)**<br>23:9,13 29:6<br>**399 (1)**<br>3:6<br>**4**<br>**4 (5)**<br>16:25 17:3 24:16<br>25:12 28:4<br>**5**<br>**5 (5)**<br>14:16,17,23 24:17<br>28:18<br>**51 (5)**<br>8:23 9:11,12,24 25:19<br>**6**<br>**6 (2)**<br>2:11 3:12<br>**7**<br>**7 (3)**<br>1:16 2:5 29:3<br>**70 (1)**<br>12:9 | | | | |