Louis S. Ederer
John Maltbie
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022
(212) 715-1000

*Attorneys for Plaintiffs Artisan Manufacturing Corporation*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ARTISAN MANUFACTURING CORPORATION,<br><br>Plaintiff,<br><br>- against -<br><br>ALL GRANITE & MARBLE CORPORATION.,<br><br>Defendant. | Civil Action No.: 07 CV 11278 |

**DECLARATION OF JOHN MALTBIE IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

# EXHIBIT J

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

ARTISAN MANUFACTURING CORPORATION, )
)
)
Plaintiff, )
)
vs. ) 07-cv-11278 (WHP)
)
ALL GRANITE & MARBLE )
CORPORATION, )
)
Defendant. )
--------------------------------)

DEPOSITION OF
PIOTR "ALEX" OREZIAK
Parsippany, New Jersey
Monday, February 11, 2008

Reported by:
FRANCIS X. FREDERICK, CSR, RPR, RMR
JOB NO. 15245A

February 11, 2008
10:10 a.m.

Deposition of PIOTR "ALEX" OREZIAK, held at the offices of Hoffmann & Baron, 6 Campus Drive, Parsippany, New Jersey, pursuant to Notice, before Francis X. Frederick, a Certified Shorthand Reporter, Registered Merit Reporter and Notary Public of the States of New York and New Jersey.

A P P E A R A N C E S:

ARNOLD & PORTER
Attorneys for Plaintiff
399 Park Avenue
New York, New York 10022-4690
BY: JOHN MALTBIE, ESQ.

HOFFMANN & BARON, LLP
Attorneys for Defendant
6 Campus Drive
Parsippany, New Jersey 07054
BY: JON A. CHIODO, ESQ.

PIOTR "ALEX" OREZIAK, called as a witness, having been duly sworn by a Notary Public, was examined and testified as follows:

EXAMINATION BY
MR. MALTBIE:

**Q. Good morning. My name is John Maltbie. I'm an attorney with the law firm of Arnold & Porter. My firm represents Artisan Corp., the manufacturer and distributor of Artisan brand sinks, in connection with a lawsuit that's been filed against All Granite & Marble Corporation.**

**Alex, we were just introduced a second ago but if you could kindly state your full name and residential address for the record I'd appreciate it.**

A. It's Piotr, but it's spelled in Polish P-I-O-T-R, Oreziak. The address is 131 Barnosky Court in South Plainfield.

**Q. Sorry. Your last name is?**

A. Oreziak, O-R-E-Z- as in Zach -I-A-K.

**Q. Thank you. And is there any**

**particular reason you go by Alex?**

A. When I was employed a couple years back there was a Peter in the office already so it's just Alex. You know, it just stayed that way for many, many years.

**Q. Okay.**

**Prior to today, have you ever been deposed or given testimony in connection with a legal matter?**

A. No.

**Q. What I'd like to do to begin is just to go over some of the ground rules for you, how we're going to operate over the next hour or so. I'll be asking you a series of questions regarding your knowledge of the facts and circumstances concerning All Granite's promotion and use of sinks in connection with its countertop installation services. It's your obligation to answer my questions truthfully and to the best of your ability.**

**Do you understand that?**

A. Yes.

**Q. In the event you do not understand**

P. OREZIAK

a question I ask please let me know and I'll rephrase it.

A. Okay.

Q. Also if you need a question repeated let me know and we'll have the court reporter who's seated here between us read it back, okay?

A. Sure.

Q. It's important, because we have a court reporter here and he's taking down a written record of everything we say, that you provide verbal answers to my questions. A nod or a gesture can't be accurately recorded, okay?

A. Okay.

Q. If you need to take a break at any time please let me know and we'll do that. The only request I have is that you not ask to take a break while a question is pending.

A. Okay.

Q. And I guess as we move forward it would be best if you wait for me to finish a question before you start to answer and I'll try to wait till you finish your answer before

P. OREZIAK

I start my next question. Understood?

A. Yes.

Q. Okay, great.

And, Mr. Oreziak, is there any reason why you would not be able to testify truthfully today?

A. No.

Q. And just to clarify an issue with respect to language, is English your first language?

A. No.

Q. And what's your first language?

A. Polish.

Q. And were you born in Poland?

A. Yes.

Q. And how long have you been in the United States?

A. Well, I -- all together?

Q. Sure.

A. Thirteen, 14 years.

Q. And what is the highest level of schooling that you've completed?

A. I went to college in Poland. Bachelor's.

P. OREZIAK

Q. College in Poland? I'm sorry?

A. Yes.

Q. Have you attended any schooling here in the United States?

A. Yes. I went to junior high school for a year. In Queens, New Jersey -- uh, New York.

Q. And do you feel comfortable answering my questions in English?

A. Yes.

Q. Mr. Oreziak, did you speak with anyone other than your attorney in anticipation or preparation for your testimony here this morning?

A. This morning, yes.

Q. Who did you speak to?

A. Robert.

Q. And when did you speak with Robert?

A. When I arrived over here.

Q. And prior to today did you speak with Robert at any time about your testimony?

A. Um-hum.

Q. And when was that?

P. OREZIAK

A. Well -- he told me that I have to come over here so we talked for a while.

Q. And do you recall when he first told you that you had to come here?

A. No. Not exactly. I don't have the exact date if that's what you're asking.

Q. Was it last week? The week before? Do you recall approximately how long ago?

A. I think it was last week. Last week, I guess.

Q. And what did he tell you about why you would have to come here?

A. I have to testify. Basically that we're being sued for the sinks. That's all I know.

Q. Did he explain any further about the lawsuit?

A. Well, generally, I mean, I guess. I mean, I don't have -- we know -- yeah, you could say that.

Q. And what did he tell you about that lawsuit?

A. Well, that I have to testify.

P. OREZIAK

That also Peter and Chris had to come down over here. We'll be asked a series of questions. You know, and just say the truth. That's it.

**Q. And you mentioned Peter and Chris. Who are they?**

A. Peter is a sales rep, same as Chris. His real name is Daniel.

**Q. And do Peter and Chris work for you?**

A. They work in the South Plainfield office, yes.

**Q. And what is your understanding of Robert's position?**

A. Well, he's the marketing director, basically.

**Q. So is it correct to say that you had two conversations with Robert about your testimony here today?**

A. You could say that.

**Q. Is that correct or --**

A. Um-hum.

**Q. Yes?**

A. I mean, he called me before I came

P. OREZIAK

down over here once. And he told me on the cell phone that I have to come down over here. And then I spoke to him -- this is the second time I spoke to him today.

**Q. What is your understanding of the allegations in this lawsuit?**

A. Well, basically I understand that Artisan is suing us that we're selling their sinks which is not true.

**Q. Anything else?**

A. Just that.

**Q. Were you instructed to collect any documents relating to this lawsuit?**

A. No.

**Q. Do you know if any other All Granite employees were asked to search for documents in connection with this lawsuit?**

A. I don't know.

**Q. Did you review any documents in preparation for your testimony here today?**

A. No.

**Q. Did Robert show you any documents?**

A. In regards to -- I'm not quite sure. I mean, could you clarify the question?

P. OREZIAK

**Q. Did he show you any of the Complaint, for instance, in this action?**

A. No.

**Q. Did he show you an investigator's report in connection with this action?**

A. No.

**Q. Are you aware that there is an investigator's report in connection with this action?**

A. No.

**Q. Have you heard that a private investigator was hired to make a purchase at the South Plainfield location of All Granite?**

A. Yes.

**Q. And who told you that?**

A. Robert.

**Q. When did he tell you that?**

A. The first time.

**Q. Mr. Oreziak, you are currently employed by All Granite; is that correct?**

A. Yes.

**Q. And how would you describe the nature of All Granite's business?**

A. We're granite and marble

P. OREZIAK

fabricators. We install counters, fireplace surrounds.

**Q. Did you speak to either Chris or Peter about their testimony?**

A. For a second, yes.

**Q. When did that conversation take place?**

A. When they came -- when I -- when they were here. I think -- what was that? Thursday or Friday.

**Q. Thursday?**

A. Thursday. After they came back to the office.

**Q. Did you speak to them prior to that?**

A. In regards to --

**Q. In regards to this action.**

A. I told them -- because Robert told me that the three of us will have to come down over here to testify. I did talk to them about that, yes.

**Q. And what did you say to them?**

A. That they have to come down over here and that they will probably talk to

P. OREZIAK

Robert about any other more details.

**Q. Did you discuss with them the allegations in this lawsuit?**

A. No.

**Q. Mr. Oreziak, how long have you been employed by All Granite?**

A. Five and a half years.

**Q. And do you have a title?**

A. Yes. Manager.

**Q. And as manager what do your duties and responsibilities include?**

A. Well, basically project manager. So I make sure all the technical details for the fabrications are correct. I'm also in the sales office. I'm responsible for the sales office. And I also -- I take care of the insurance. I'm also the benefits administrator.

**Q. Are there any other managers in the South Plainfield location?**

A. You could say Daniel is a manager. He's second after me. If I'm not there for any reason, he can take part of the responsibilities.

P. OREZIAK

**Q. And when you say Daniel you're not talking about the Daniel that's Chris?**

A. No, no. There's another Daniel. Yeah, yeah.

**Q. So would you say that you are the person in charge of the day-to-day activity at the South Plainfield location?**

A. You could say that, yes.

**Q. And who do you report to, if anyone?**

A. Well, the owner. And Marian who's the guy basically in charge of the location. That's the owner's brother.

**Q. Myron is it?**

A. It's spelled M-A-R-I-A-N. Marian.

**Q. And who's the owner?**

A. Richard.

**Q. And do Richard or Marian regularly work out of the South Plainfield location?**

A. Richard doesn't, no. He's in Ridgefield Park. Marian is in South Plainfield.

**Q. And what does Marian do out of South Plainfield?**

P. OREZIAK

A. Basically he's responsible for the overall location.

**Q. How many salespeople work out of the South Plainfield location?**

A. I guess five, six. I would say five.

**Q. Could you name them for me?**

A. We have Peter. We have Chris. We have Myron. Robert. And Julia. But she actually left the company.

**Q. And when did she leave the company?**

A. Friday.

**Q. Any particular reason?**

A. Another job I guess.

**Q. And does All Granite have more than one location?**

A. Yes.

**Q. How many locations do they have?**

A. Three.

**Q. And where are they located?**

A. Ridgefield Park, South Plainfield and Stroudsburg, Pennsylvania.

**Q. And have you been to each of these**

P. OREZIAK

**locations?**

A. Yes.

**Q. Are the locations similar in style and layout?**

A. Ridgefield Park and Stroudsburg are outdoors so they have a yard. But you always have an office. You have the fabrication. You have a shop, yeah.

**Q. And have you only worked at the South Plainfield location or have you worked in the other location?**

A. I was in Ridgefield Park. For three years.

**Q. You worked in Ridgefield Park for three years?**

A. Yes. Um-hum.

**Q. Do you know how long the South Plainfield showroom has been in operation?**

A. Two years.

**Q. And have you been at South Plainfield that entire time?**

A. Yeah. The office was open about two years ago. Daniel was the first person to go over there from Ridgefield Park. And then

P. OREZIAK

I went about two, three weeks after the opening.

**Q. And have you been the manager since that time?**

A. Yes.

**Q. How are you compensated by All Granite? Is it straight salary? Salary plus commission? Or commission only?**

A. Salary.

**Q. And who is responsible for keeping track of sales at the South Plainfield location?**

A. Could you rephrase? Because...

**Q. We'll come back to that.**

**Do you know if All Granite provides any incentives or awards for its salespeople?**

A. No.

I mean, do I know, yes. We don't have any awards for salespeople.

**Q. Can you walk me through a typical transaction in the South Plainfield store from the customer entering the store to getting an estimate or purchasing a countertop?**

**P. OREZIAK**

A. Sure.

The customer walks in. One of the sales representatives walks up to the customer. The first question basically is how can we help you and how did you hear about us. Usually the customer takes a couple minutes to look at the sample board. Then they sit down by a desk or they could sit down by a desk with a salesperson right away. And they take the time to provide us with the measurements. The salesperson gathers the information, puts everything into the database. After a couple minutes once the estimate is done, they go outside to take a look at the slabs. And depending on the customer and what type of colors they're looking for, we try to help them out as much as possible to have the color of the stone match the cabinets and so on.

**Q. Okay. How many customers on an average day, average weekday, let's say, do you think you would assist?**

A. A regular salesperson or myself?

**Q. Let's talk about you, for example. Personally.**

**P. OREZIAK**

A. In person? Because I talk to a lot of person over the phone.

**Q. In person.**

A. In person, ten.

**Q. And would you think that would be the average for your sales staff as well or is it not?**

A. You could say that, yeah.

**Q. And on a weekend?**

A. On the weekend it's much more.

**Q. Approximately how many would you say?**

A. Well, for example, this Saturday I mean, it was plenty of customers. So even -- I don't know, even 30, 40, 50 per person. Saturday is the busiest day so there's a lot of customers that come in.

**Q. I understand you're not open on Sunday?**

A. No.

**Q. Can you give me a percentage, to the best of your knowledge, of the percentage of customers who actually end up purchasing a countertop from All Granite that you speak to?**

**P. OREZIAK**

A. I don't have an exact number but it's fairly good.

**Q. A pretty high percentage?**

A. Pretty high percentage.

**Q. More than half?**

A. I would say more than half.

**Q. And do customers that come into the All Granite South Plainfield location, are they typically educated consumers with respect to what they're looking for?**

A. Not always. Sometimes.

**Q. Is it less often that someone knows what they're looking for or is it more often --**

A. Actually, less often. A lot of times we have private homeowners that come in and they're doing this for the first time.

**Q. So what percentage of your business would you say -- or in South Plainfield, at least, are made up of small homeowners who are looking to do a job themselves or with your assistance?**

A. I don't have the exact number. Guessing? Seventy percent.

P. OREZIAK

**Q. And so would it be fair to say that there's another portion of the business that's dealing with contractors?**

A. Yes.

**Q. And would that be -- would that account for the remainder of the business that you do at South Plainfield?**

A. Contractors. Designers. Yes.

**Q. And in addition to kitchen countertops you say you do fireplace surrounds. And do you do bathrooms as well?**

A. Bathroom vanities, tub surrounds, saddles. We have miscellaneous in the bathrooms. For example, like surrounding for the shower.

**Q. Um-hum. And between those different categories, what would you say is the most popular service?**

A. Kitchen counters and bathroom vanities.

**Q. And between kitchen countertops and bathroom vanities which one is more popular?**

A. I would say 50/50.

P. OREZIAK

**Q. On average, and to the best of your knowledge, how many kitchen countertop installations would you say that the South Plainfield location does in a week?**

A. Average, 60.

**Q. Is that roughly ten a day or so?**

A. Yes.

**Q. And could it be higher than that?**

A. Well, it depends on the season, yeah. It could be lower, could be higher.

**Q. And to the best of your knowledge, how many of those kitchen countertop installations would you say include the installation of a sink provided by All Granite?**

A. You could say 50/50 or maybe 60/40. So a lot of times customers have their own sinks.

**Q. When you say 60/40 is it 60 --**

A. Sixty customer sinks, 40 our sinks.

**Q. So just based on those numbers we're talking about approximately, say, about 30 All Granite sink installations per week?**

**P. OREZIAK**

A. Maybe.

**Q. Does that seem like too much, too little or --**

A. I mean, I wasn't doing the math if that's what you're asking.

**Q. Well, no. I'm just -- just going off the numbers that you related, if you're doing 60 installations a week and about half of those include All Granite sinks we're talking about half of that is about 30 a week, correct?**

A. You could say that.

**Q. Do you know how many sinks All Granite keeps in inventory in the South Plainfield location?**

A. More than 20. Twenty something.

**Q. Twenty individual sinks?**

A. Yeah.

**Q. Do you know how these sinks are kept?**

A. They're on display basically. We have one each on display throughout the showroom.

**Q. And in inventory, do you know how**

**P. OREZIAK**

**they're kept in inventory?**

A. They're stacked in the back.

**Q. And how many would you say are stacked in the back?**

A. I don't know.

**Q. Is it hundreds? Thousands?**

A. I don't know. Maybe around a hundred. I'm not quite sure. I don't have the exact number.

**Q. Do you know who would have that number?**

A. Probably the import manager.

**Q. And who is that?**

A. Well, it would be either -- because we have Blaze in South Plainfield. Or maybe Martin. One of them buys the sinks. I don't know.

**Q. So you're not -- are you then not responsible for maintaining the inventory of the sinks in the South Plainfield location?**

A. Yes. I'm not responsible.

**Q. Do you know how the -- strike that.**

**Are you involved at all in the**

P. OREZIAK

**intake of sinks into inventory at South Plainfield?**
A. No.
**Q. Do you know how they are received by South Plainfield?**
A. Trucks.
**Q. And how are they shipped? Do they come in cardboard packaging?**
A. I think it's cardboard and pallets I guess.
**Q. And is there one sink per cardboard package, if you know?**
A. Not sure.
**Q. And where -- I know you said that the warehouse is connected to the showroom facility in South Plainfield; is that correct?**
A. No.
**Q. It's not?**
A. No.
**Q. Where is it?**
A. I mean, is it in South Plainfield, yes. But it's not connected.
**Q. How do you get --**
A. We have the showroom. We have the

P. OREZIAK

entire warehouse where we have the slabs and in the back you have the sinks.
**Q. Okay. So the warehouse where the slabs are, is that connected to the showroom?**
A. It's right next to it, yes.
**Q. Is there -- do you have to go outside to get into the warehouse from the showroom?**
A. Yes.
**Q. And how do you get outside?**
A. Well, no. You can go through the office. Through the showroom. Yes.
**Q. And so just so I know, there's the showroom and then there's doors to the warehouse; is that correct?**
A. Yes.
**Q. And then in the warehouse there are the slabs of granite?**
A. Yes.
**Q. And then where in that warehouse would the sinks be kept?**
A. I mean, in inventory or the ones on display?
**Q. The ones in inventory.**

P. OREZIAK

A. It's in the back.
**Q. It's in the back?**
A. Yeah.
**Q. And what about the ones on display, where are those kept?**
A. There's a small nook, you could say, where we have -- where you walk out from the showroom into the warehouse. There's a small area where we have the sinks. And then we have the sinks on the other side of the showroom.
**Q. I'm sorry. Is that two different areas or one area?**
A. You could say two different areas.
**Q. Okay. And are both of these areas -- I mean, are kitchen sinks located in both of these areas?**
A. No. Well, yes.
I mean no. We have one area where we have the stainless steel sinks and ceramic for kitchen and bath, and then the other area has granite, marble, limestone sinks. That's for bathrooms.
**Q. Have you provided any training to**

P. OREZIAK

**the salespeople who work at the South Plainfield location?**
A. Yes.
**Q. And what kind of training do you provide?**
A. Customer service from their first visit explaining the process, helping with the colors, providing estimates.
**Q. Do you also train them on how to use the computer?**
A. They should know the basic -- I mean, yeah, we train them in regards to using our database, yes.
**Q. Do you provide any specific training with respect to the sinks that are offered by All Granite?**
A. No.
**Q. Do you tell them anything about the sinks that are offered by All Granite?**
A. Just the sinks that we have on display over here and that they come free as a gift.
**Q. And that's the extent of all the training that you provide?**

P. OREZIAK

A. Pretty much.

**Q. How many types of stainless steel kitchen sinks does All Granite offer?**

A. Three.

**Q. And how are those known to salespeople or to yourself?**

A. We have two single bowl sinks, either D-shaped or rectangular. And we have a double bowl sink.

**Q. Do you know who manufactures these sinks?**

A. No.

**Q. Has a customer ever asked you who manufactures these sinks?**

A. Yes.

**Q. And what have you told them?**

A. That they're no brand. And we don't know the manufacturer. Or that they're our sinks that come free.

**Q. So you've told people both things or one more than the other?**

A. It's hard to say. I mean, usually we say it's no brand. It's ours.

**Q. And if someone asks about the**

P. OREZIAK

**specifications regarding the sinks, what do you tell them?**

A. Well, specifically, I mean, that's something that the technician actually tells the -- we just have to -- when we come to the job site to measure, the technician goes over all the details. When they come to the showroom nobody asks about the specifications.

**Q. So no one would ask, for example, whether a sink that is made available by All Granite is a 16 gauge or an 18 gauge sink?**

A. They might ask that, yes. So that's basically maybe one of the questions.

**Q. And what do you personally tell -- well, sorry. Let me strike that.**

**Have you ever had that question directed to you?**

A. Yes.

**Q. And what have you told them --**

A. Seventeen gauge.

**Q. Seventeen gauge?**

A. Um-hum.

**Q. And what is that based upon?**

A. What I was told.

P. OREZIAK

**Q. And who told you that it was a 17 gauge sink?**

A. I believe it was Blaze.

**Q. I'm sorry. And you said Blaze handles -- he's the import manager for the South Plainfield location?**

A. You could say that.

**Q. Does he have any other responsibilities?**

A. Right now he also takes care of our on-line store.

**Q. And Blaze works out of the South Plainfield location?**

A. Yes.

**Q. Do you recall when Blaze told you that the sinks offered by All Granite were 17 gauge sinks?**

A. Not exactly, no.

**Q. Was it in the last six months or last year or some time prior to that?**

A. I think prior, maybe.

**Q. In the -- I think it was five and a half years that you worked for --**

A. Um-hum.

P. OREZIAK

**Q. Has All Granite always in that period offered free sinks to consumers?**

A. Yes.

**Q. And do you recall if during that period All Granite ever offered any branded sinks to consumers?**

A. Yes.

**Q. And what brands do you recall being offered by All Granite?**

A. From what I remember from Ridgefield Park I believe we used to have Artisan sinks.

**Q. Any other brands?**

A. I don't know.

**Q. Do you recall any other brands?**

A. I don't recall any other brands.

**Q. And, again, doing the math, when you said you were -- I believe you said you were at Ridgefield Park three years ago, at least?**

A. I was -- well, two and a half years ago.

**Q. Two and a half years ago.**

**When you left Ridgefield Park, do**

P. OREZIAK

you recall if Artisan sinks were still being offered by All Granite?
A. I don't know. I don't recall.
Q. Do you recall -- when you say that All Granite was offering Artisan sinks do you know if they were giving these sinks away as part of a promotion for free or if they were charging money for the sinks?
A. It's always been free.
Q. And while at Ridgefield Park and offering Artisan sinks, did you receive any training with respect to Artisan sinks?
A. No.
Q. And since you've been at South Plainfield, are you aware if All Granite has continued to offer Artisan sinks?
A. No.
Q. And other than what Blaze told you do you have any independent knowledge with respect to the gauge of the sinks that All Granite offers?
A. No.
Q. So as far as you know they're 17 gauge sinks; is that correct?

P. OREZIAK

A. Yes.
Q. And have you told consumers that they are 17 gauge sinks?
A. Yes.
Q. Do you recall ever, while at Ridgefield Park, actually completing an order for a customer whereby an Artisan sink was actually going to be installed in their home?
A. Could you repeat that question?
Q. While you were working at Ridgefield Park and while All Granite was offering Artisan sinks, do you recall ever being involved in a project or a sale where an Artisan sink was actually going to be installed in a consumer's home?
A. I don't recall.
Q. Do customers ever come to the South Plainfield location of All Granite and ask for a particular brand of sink?
A. No.
Q. Have you ever told any of the other salespeople that work at the South Plainfield location that the sinks offered by All Granite are 17 gauge sinks?

P. OREZIAK

A. Yes. I could have.
Q. Do you recall if you ever told any of them that they were 16 gauge sinks?
A. I don't recall.
Q. Have you ever told a consumer that the sinks offered by All Granite were 16 gauge sinks?
A. No.
Q. I show you what's previously been marked as Defendant's Exhibit 70 which is a collection of documents produced by All Granite Marble which consist of various advertisements from the Clipper Magazine --
A. Um-hum.
Q. -- for All Granite & Marble.
Mr. Oreziak, if you could look at the second page of this exhibit.
A. Um-hum.
Q. And could you tell me if you've ever seen this document before? Or a document like it.
A. Yeah, I think I've seen this.
Q. And what is this document?
A. It's just a coupon from the

P. OREZIAK

Clipper Magazine. That's it.
Q. And there's a coupon portion at the bottom of this page; is that correct?
A. Um-hum, yes.
Q. And what is that coupon used for?
A. To get the free sink and a free cleaner with it.
Q. And is it required -- sorry, strike that.
Are consumers who are seeking to have a free sink installed with their countertop installation required to present this coupon at the South Plainfield location?
A. Not necessarily.
Q. Can you explain what that means?
A. Well, as long as they say they saw the coupon in the Clipper Magazine we just give them the sink for free.
Q. So there's no requirement that they actually present the coupon; is that correct?
A. No.
Q. If a consumer does present the coupon what did you do with it?

P. OREZIAK

A. Basically take it and give the sink for free.

**Q. Is anything done with the coupon? Do you save it? Do you pass it on to Robert? Something else?**

A. I don't think it's actually saved.

**Q. And if a customer doesn't have the coupon and doesn't mention that they saw the ad, do they then have to pay for the sink?**

A. No, they never pay for the sink. We have a promotion going on all the time.

**Q. So if I'm a consumer and I come in and say I want my countertops installed, can you throw in a sink --**

A. No problem.

**Q. -- and I don't mention the Clipper ad or I don't give the coupon?**

A. No.

**Q. It's not a problem?**

A. No.

**Q. Did you ever tell consumers that they need to present the coupon in order to get the free sink?**

A. Me personally, no. Sometimes we

P. OREZIAK

say just give the coupon to the technician that comes to your house and measures. But if they don't it's not a problem.

**Q. You mentioned the technicians a couple of times this morning. Do you know if they are aware of the specifications of the sinks that All Granite provides?**

A. Just the sizes.

**Q. If you look at this coupon it says All sinks free. And then $360 to $540 value. Do you see that?**

A. Um-hum.

**Q. Do you know what those values are based on?**

A. I guess that's the price of a regular stainless steel sink in a store.

**Q. And do you know if All Granite's ever sold any sinks for $360?**

A. We never sell any sinks.

**Q. Do you know if All Granite has advertised any sinks for $360? For sale.**

A. No.

**Q. And do you know if All Granite's ever sold sinks for $540?**

P. OREZIAK

A. No.

**Q. Do you know how much the cost -- I'm sorry. Do you know how much the sinks that All Granite provides to consumers cost?**

A. No.

**Q. Who would know that? If you know.**

A. Maybe Blaze or Martin. I'm not quite sure.

**Q. Has a consumer ever asked you about the values that are listed in this coupon?**

A. Yes.

**Q. And what do you tell them?**

A. Same thing. This is the cost of the sink in the store. That's how much you would have to pay for the sink if you were to buy it someplace.

**Q. But does All Granite offer its sinks in stores?**

A. No.

**Q. And so do you know what the basis of the comparison is?**

A. No.

P. OREZIAK

**Q. And in your five and a half years at All Granite, have you ever charged a customer for a sink?**

A. No.

**Q. Are any records kept with respect to sink installations?**

A. I don't think so. I don't know.

**Q. And how would you know if a sink is to be included in the countertop insulation?**

A. Well, that's something that the technician confirms. I mean, to us, in the office it doesn't -- you know, we don't keep track of anything.

**Q. So once -- if you just take me back and tell me what is your final involvement in a sale of a countertop.**

A. Well, once I get the drawings from the technician, I go over all the measurements, make sure everything is priced out correctly. I confirm the color, the edge with the customer.

**Q. And do you confirm the fact that a sink is going to be installed or not?**

P. OREZIAK

A. Well, since the sinks are for free, I mean, I don't really ask about the sinks.

**Q. And so is it noted anywhere on the invoices or any of the documents that you create that a sink is to be installed?**

A. It should be on the template.

**Q. So how would the -- the technician is the person who goes to install the sink; is that correct? Or I'm sorry. Install the countertop.**

A. No, he measures.

Well, it depends. Some guys that measure actually install. We have a couple guys that only do the templates. They don't install.

**Q. And is a template a full-sized cutout or a piece of paper or something else?**

A. Well, it depends. Well, the template for the sink -- if the customer has their own sink, we either bring the template which is out of paper or we actually bring the actual sink from the customer. If it's one of our sinks he just makes a note on the

P. OREZIAK

template. That's it.

**Q. And with -- I mean, the template is a large document? Is that what's actually used?**

A. It's pretty big, yeah. It's the actual shape and size of the future countertop.

**Q. And are those kept or maintained anywhere?**

A. Yeah. We have a place where we put them up on the side.

**Q. And do you know if those are ever discarded or destroyed?**

A. Yeah, they are destroyed.

**Q. Do you know how often?**

A. A couple days after installation takes place.

**Q. And with respect to the people that go and actually install the countertop in the customer's home, how do they know to bring one of the All Granite sinks with them to the installation?**

A. It's on the template.

**Q. Mr. Oreziak, we mentioned already**

P. OREZIAK

**this morning Artisan sinks. And I take it you've heard of Artisan sinks?**

A. I've heard of it.

**Q. And how did you hear about them?**

A. Because we used to have them in Ridgefield Park. That's the first time I heard that name.

**Q. Do you know if Artisan sinks were available at Ridgefield when you started working there?**

A. I don't recall.

**Q. Do you recall ever meeting anyone from Artisan sinks?**

A. No.

**Q. And what is your knowledge concerning Artisan sinks?**

A. Not much. Just that they offer standard, every-day sinks.

**Q. And when you were working at Ridgefield Park did you receive any product training with respect to Artisan sinks?**

A. No.

**Q. Were you aware that an Artisan sink was on display in the South Plainfield**

P. OREZIAK

**showroom up until early January?**

A. No.

**Q. So the sinks that were on display in South Plainfield up until early January were all All Granite sinks as far as you knew?**

A. As far as I knew, yes.

**Q. Did there come to be a time when you learned that an Artisan sink was on display in South Plainfield?**

A. Yes. When this whole situation with the lawsuit came up.

**Q. And who told you that an Artisan sink was on display at South Plainfield?**

A. I believe that was Robert.

**Q. Do you recall when that was?**

A. No.

**Q. Do you recall what was done with the sink that was on display?**

A. It was removed. It was taken off.

**Q. Do you recall when that was?**

A. Don't have the exact date, no.

**Q. Do you know what was done with the sink after it was removed?**

A. No.

P. OREZIAK

**Q. Have you seen it around the South Plainfield showroom?**

A. No.

**Q. Do you know who was responsible for the removal?**

A. Some guys from the back.

**Q. Is that technicians or --**

A. The guys that fabricate in the shop.

**Q. And was Robert -- do you recall if Robert was there during the removal of the sink?**

A. I don't think he was there, no.

**Q. Now, have you ever told a customer that an Artisan sink would be installed in their home?**

A. No.

**Q. Have you ever told a customer that a 16 gauge sink would be installed in their home?**

A. No.

**Q. Mr. Oreziak, I'd like to show you what's previously been marked as Plaintiff's Exhibit 1.**

**P. OREZIAK**

**I'll represent to you that this is a copy of the investigator's report --**

A. Um-hum.

**Q. -- that was done by a private investigator hired by Artisan to investigate the sale of Artisan sinks at All Granite & Marble. I'll further tell you that the investigator visited All Granite & Marble on locations, once on November 6th and again on November 27th. She was assisted by Peter Bucko and Chris respectively.**

**Have you seen this document before?**

A. No.

**Q. Have you heard about the investigation?**

A. Yes.

**Q. And who did you hear about that from?**

A. Robert.

**Q. If you look at the second page of the document, the first paragraph -- actually, I'm sorry. Let's go back to the first page. I'm sorry.**

**P. OREZIAK**

**The last paragraph on the first page says, "The retail area is divided into two rooms. The front room is approximately 5,000 square feet with a marble and granite tile and table displays at the front and left with a bank of approximately six desks along the right wall."**

**Does that sound like an accurate description of the front room of the All Granite South Plainfield location?**

A. There's more desks. And I think it's a little less than 5,000 square feet but I'm not quite sure.

**Q. How many desks are there?**

A. Eight, nine.

**Q. When you say less than 5,000, are you talking 2,000 --**

A. Over 4,000. I guess it's between 4- and 5,000.

**Q. The next sentence says, "The rear of the front room is a waiting area for customers."**

**Would you agree with that description?**

**P. OREZIAK**

A. What exactly do they mean by rear area? Is that the walk-through to the warehouse? Because we have -- well, customers have two seats where they can sit on the side when you walk into the showroom. It's on the right.

**Q. Okay. So is there another area in the rear of the front room that is also a waiting area?**

A. No. The only waiting area is right by the logo on the right.

**Q. The next sentence says, "On the left wall there is a small entry to the second room and bathrooms."**

A. Yes.

**Q. Is that an accurate description?**

A. Um-hum.

**Q. And "The second room has an L-shaped granite countertop along the rear and left wall with several sinks in various designs on display."**

A. Yes.

**Q. Is that an accurate description?**

A. Yes.

P. OREZIAK

Q. And it goes on to say, "Each sink has a four-by-six piece of paper with a serial number and price written on it."

Do you see that?

A. Yes.

Q. With respect to that display, do you know, has that display with the four-by-six piece of paper been consistent throughout your time at South Plainfield?

A. Yes.

Q. So there's always been a four-by-six piece of paper attached with a serial number and price written on it inside the sinks; is that correct?

A. Yes.

Q. Now, are there any other -- strike that.

Does All Granite ever make available in the sink display area any handout materials or other literature?

A. I think we had some printouts with the sinks before, yes.

Q. And was that a printout with each -- with respect to each sink that was

P. OREZIAK

available?

A. I think so, yes.

Q. And do you recall what those look like?

A. Um-hum, yes.

Q. What do they look like?

A. Well, one printout with the different types of sinks on top.

Q. Was it one sheet or was it --

A. One sheet.

Q. One sheet.

If you flip to what's Bates stamped as ART 027, do you see it?

A. Um-hum.

Q. Is this the sheet that you're referring to?

A. Yes.

Q. Do you recall if there have ever been any other kinds of handouts in the sink display area?

A. No.

Q. There have not or you don't recall?

A. I don't recall.

P. OREZIAK

Q. Okay.

Do you recall if there's ever been a sheet or a poster attached to the wall in the sink display area that listed different sink styles or sink style numbers?

A. No poster.

Q. Any piece of paper attached to the wall?

A. It could have been this on the wall (indicating.)

Q. Do you know who created the document that's Bates stamped ART 027?

A. This was done by one of the employees. He doesn't work there anymore.

Q. Do you know what employee that was?

A. His name was Kamil.

Q. And do you recall when he did that?

A. Oh, when we just opened the South Plainfield office.

Q. So about two and a half years ago?

A. Two years, um-hum.

Q. Two years ago?

P. OREZIAK

A. Two and a half, yeah.

Q. And at the time that the -- that this document was created -- step back for a second.

This document lists -- is it eight different styles of sinks?

A. No. Right now we have three styles.

Q. But overall how many different sink styles are listed on this document?

A. Eight. Seven stainless steel sinks.

Q. Seven stainless steel. And one is a Kohler ceramic sink; is that correct?

A. Um-hum.

Q. And four of these sinks are indicated or crossed out as out of stock; is that correct?

A. Yes.

Q. And have those sinks been out of stock throughout your time at South Plainfield over the last two and a half years?

A. Well, we never actually had these sinks. These were just sample sinks that -- I

P. OREZIAK

mean, they just didn't work. So when he created this document I crossed that out. That's actually my handwriting.

**Q. So when you say you never had them you never had them at South Plainfield?**

A. We had only a couple sample sinks.

**Q. And do you know if those sinks were actually installed in customers' homes?**

A. I think two of them were installed. Two, three. Two of these were installed, yes.

**Q. Okay. Do you know which ones?**

A. AF8400. The 80252B, the double bowl sink. There are two equal bigger bowls. And the 798529.

**Q. Do you know if these sinks were available while you were at Ridgefield Park?**

A. I don't know.

**Q. Do you know if this --**

A. I don't recall, no.

**Q. Do you know if this document was created specifically for South Plainfield?**

A. Yes. Just for South Plainfield.

**Q. Okay.**

**P. OREZIAK**

**And do you recall if there were any other versions of this document or a document like it that listed different sink style numbers?**

A. Just these numbers.

**Q. This document lists some prices. For example, the 8455R says $250 next to it. Do you see that?**

A. Um-hum.

**Q. Do you know what that value is based on?**

A. No.

**Q. Has a customer ever asked you about that value?**

A. If a customer ask why it's showing 250 we always said that that's basically the value of the sink. And that's how much you're getting a credit. Because basically you get that sink for free.

**Q. Now, has a customer ever asked you -- or I'm sorry. Strike that.**

**Has a customer ever compared or asked you about the comparison between the values listed here and the values listed on**

**P. OREZIAK**

**the Clipper coupons?**

A. I don't recall.

**Q. Do you have any knowledge as to why the values listed on the sheet and the values listed in the Clipper coupon are different?**

A. No.

**Q. Going back to the -- let's go back to the second page of this exhibit. The next paragraph continues, "Protocol at All Granite is to pick your materials from the displays, then wait in line to speak to a representative sitting at the right wall of desks."**

**Do you see that?**

A. Um-hum.

**Q. Is that an accurate description of what happens?**

A. If it's busy, yes.

**Q. The next sentence indicates that, "AD," who's the investigator, "spoke with a Peter Bucko, a male, 25 years old, thin with blond hair and an Eastern European accent."**

**Would you agree that that's an accurate description of Mr. Bucko?**

**P. OREZIAK**

A. Yes.

**Q. "AD," the investigator, "provided Mr. Bucko with the type of tile for the countertop and dimensions. He printed out an estimate with a cost to purchase and install the countertop."**

**Based on your experience is that typical procedure for a customer inquiry at All Granite?**

A. Yes.

**Q. The next sentence says, "Mr. Bucko then took AD," the investigator "and AO" who's another investigator, "over to the tile display to discuss pricing and about the installation of sinks. Mr. Bucko, AD and AO moved into the left room with the sink displays. Mr. Bucko stated that a free sink is provided with the installation of a countertop when a coupon from the Clipper was provided."**

**Is that, again, the regular protocol for a consultation with a potential customer at All Granite?**

A. If they ask -- yes. But sometimes

P. OREZIAK

the customers don't even ask for the sinks. They just go into the warehouse directly to take a look at the colors.

**Q. So so far has Mr. Bucko done anything wrong with respect to what's being related here?**

A. No.

**Q. And is it correct for -- was it correct for Mr. Bucko to have said that a coupon from the Clipper -- that if a coupon from the Clipper was provided a sink would be provided for free in connection with the installation of the countertop?**

MR. CHIODO: Objection. Mischaracterizes. You can answer.

**Q. You can answer.**

A. Okay.

THE WITNESS: I should answer?

MR. CHIODO: If you can answer the question.

THE WITNESS: Okay.

A. Well, he mentioned the Clipper but it's not necessary to actually have the coupon from the Clipper.

P. OREZIAK

**Q. Continuing on, it says "Mr. Bucko..." or "...he then told the investigators about gauge and banged on two sinks to show the difference in sound."**

**Now, have you ever seen Mr. Bucko doing such a demonstration?**

A. Banging on the sink?

**Q. Yeah.**

A. Yeah. Sometimes they do that.

**Q. Is that something you've ever done?**

A. No.

**Q. Do you know why Mr. Bucko would have banged on the sink?**

A. Just to show it's a good sink.

**Q. Do you know if Mr. Bucko was banging on the sinks to show that one was a 16 gauge and one was an 18 gauge sink?**

A. I don't know.

**Q. Is that something that other salespeople besides Mr. Bucko do in the South Plainfield showroom?**

A. Maybe. I don't know.

**Q. Have you ever seen anyone else**

**P. OREZIAK**

**doing it besides Mr. Bucko?**

A. Not really.

**Q. Not really or no?**

A. I don't recall seeing anybody else.

**Q. The report continues to state, "He pointed specifically to the D-shaped double sink with the serial number 8455R and a price of 250 and said it was a 16 gauge Artisan sink and they were tougher and better than other sinks on the market."**

**Do you know why Mr. Bucko would have told the investigator that?**

A. He's a salesperson. I don't know.

**Q. With respect to the removal of what you later learned was an Artisan sink, do you know whether that sink was the sink that bore serial number 8455R?**

A. The 8455 reflects a double bowl sink. Not a D-shaped sink.

**Q. Well, is it a D-shaped double bowl or is it just a double sink?**

A. Well, the double bowl consists of a bigger bowl to your left which you can say

P. OREZIAK

has -- is considered a D shape and then a small bowl to the right.

**Q. Now, do you know if that's the sink that was removed following the initiation of this lawsuit?**

A. We removed the double bowl sink.

**Q. And is that the 8455R sink?**

A. Yes. Yeah.

**Q. When you say that Mr. Bucko was just being a salesman, what does that mean if he's telling a customer that the sink is a 16 gauge Artisan sink?**

A. Well, he said that -- he said it's as best as any other sink so that's his job, you know.

**Q. Well, do you know why he would be telling a consumer specifically that it was a 16 gauge Artisan sink?**

A. I don't think he would say that.

**Q. So you think that the investigator was mistaken?**

A. Do I think that?

**Q. Yes.**

A. Yes.

P. OREZIAK

**Q. Have you ever heard any other salespeople tell consumers that the sinks available are Artisan brand sinks?**

A. No.

**Q. Have you ever heard any salespeople tell consumers that they could receive an Artisan brand sink as part of the promotion?**

A. No.

**Q. Not even sort of being a salesperson.**

A. No. They always just say it's a free sink that comes with the purchase of the granite countertop.

**Q. And if a customer asks about the brand or the maker, what do they say?**

A. It's very unlikely for customers to ask about the brand, because the homeowners, they're not educated. So they come in, get a free sink, as soon as they hear free, they don't really go in deeper figuring which manufacturer the sink is coming from.

**Q. And have you ever heard any salespeople engaging in discussions with**

P. OREZIAK

**consumers about the gauge of the sinks that are provided by All Granite?**

A. Sometimes. Maybe somebody asks about the gauge.

**Q. And do you know what those consumers are told?**

A. They should be told 17 but I can't -- I don't hear everybody who's in the showroom.

**Q. Looking at the next paragraph it says, "The display sinks were exposed under the countertops and the investigators observed padding on the bottom sides of the Artisan sink. AD observed the Artisan logo under the four-by-six paper with a printed serial number and price of the sink."**

**Do you see that?**

A. Um-hum.

**Q. With respect to her description of how the sinks are displayed, is that an accurate description?**

A. Yeah, you could say that. We had a piece of paper covering -- right in the back of the sink.

P. OREZIAK

**Q. And what was it covering?**

A. Well, it turns out now that it was covering the logo.

**Q. Did any of the other sinks -- or do any of the other sinks in the All Granite showroom have logos or designs on them?**

A. I never really paid attention.

**Q. So as you sit here today, do you know if they do or they don't?**

A. I think some of them do have some kind of logos, yeah.

**Q. The next paragraph begins, "Mr. Bucko provided AD with a sheet containing eight examples of sinks, four of which were out of stock. Mr. Bucko pointed to a drawing of a double sink with the same serial number, 8455RR, as the one on display."**

**Now, based upon that description do you think the investigator was provided with the document that we're looking at, ART 00027?**

A. I think so, yes.

**Q. And is that normal procedure for the South Plainfield showroom?**

P. OREZIAK

A. Yes.

**Q. Now, looking at the next paragraph which begins, "On November 27th, 2007, investigator AD went to All Granite to place an order for a countertop and sink for Joe Amabile under the name Susan Murray."**

**Do you see that?**

A. Um-hum.

**Q. The next sentence says "AD met with Chris, a sales representative, to start the order process."**

**And do you know who Chris is?**

A. Yes.

**Q. And who's Chris?**

A. The person we discussed earlier. His name is Daniel but he works under the name of Chris.

**Q. It says, "Chris is an Eastern European male, 25 to 28 years old, with light brown hair."**

**Do you agree with that description?**

A. Yes.

**Q. The last sentence in that**

P. OREZIAK

paragraph says, "Since All Granite does not list by names but by codes, Chris suggested 3917R in the single bowl price category."

Is it accurate to say that All Granite does not list granite colors by names but by codes?

A. We use codes because -- yes.

Q. It says then in the next paragraph, "AD supplied Chris with a drawing supplied by Mr. Amabile. The drawing measured 35.57 square feet of material equaling $2,534.22 for the material, $226.09 for the bullnose edge, and $150 for the sink cutout. He also added a charge for sink installation until AD supplied Chris with a coupon from the Clipper, a coupon circular distributed by mail."

Do you see that?

A. Yes.

Q. And does that sound like a typical transaction that would occur in the South Plainfield location?

A. No. You would never add a charge for a sink.

P. OREZIAK

Q. Other than that, is there anything that wouldn't have happened in the course of a typical transaction in South Plainfield?

MR. CHIODO: Objection to form. You can answer.

A. No.

Q. Moving down a couple of sentences, "After the investigator asks what kind of Chris..." I'm sorry, "...what kind of sink it would be, Chris said that there was a display in the rear AD could choose from. AD asked more specifically what brand of sink and that on the previous visit AD was told of the Artisan sinks. Chris confirmed that an Artisan sink could be installed."

Do you see that?

A. Where exactly is that on the --

Q. It's sort of the middle of the paragraph. The top paragraph.

A. Um-hum.

Q. Do you see that?

A. Um-hum.

Q. Are you aware of any salespeople ever confirming to consumers that they could

P. OREZIAK

receive Artisan sinks installed in their homes from All Granite?

A. Could you rephrase that question?

Q. Are you aware of All Granite in South Plainfield ever confirming to consumers that they could receive an Artisan sink installed in their home?

A. No.

Q. Do you know why Chris would tell the investigator that the sink installed in her home would be an Artisan sink?

MR. CHIODO: Objection. Mischaracterizes.

A. No. No.

Q. Do you believe that the investigator is mistaken with respect to that?

A. I don't know.

Q. Is it possible that Chris would have told the investigator that?

A. Maybe. I can't answer for him.

MR. MALTBIE: I'd like to have this marked as Plaintiff's Exhibit 6.

(Plaintiff's Exhibit 6, document bearing production numbers AGM 0049

P. OREZIAK

through AGM 0053, marked for identification as of this date.)

BY MR. MALTBIE:

Q. Take a look at what's been marked as Plaintiff's Exhibit 6 which is a document produced by All Granite bearing Bates stamp numbers AGM 0049 through AGM 0053.

And, Mr. Oreziak, I'll represent to you that this is the -- these are the documents that were produced to Artisan with respect to the order that was placed by the private investigator on November 27th, 2007.

If you could just take me through this document and first just tell me are these the type of documents that are kept with respect to each installation of the sink by All Granite?

A. You could say that.

Q. And what are -- looking at the first page, AGM 0049, could you tell me what this document is?

A. This is the standard estimate a customer receives from us.

Q. And --

P. OREZIAK

A. Showing the different price categories and so on.

**Q. And is this something that a customer would receive upon coming in to or talking to a salesperson at All Granite?**

A. Yes, um-hum.

**Q. There's an estimate ID number, 58015.**

A. Um-hum.

**Q. Is it correct to say then that each estimate is assigned its own unique ID number?**

A. Yes.

**Q. And do you know if all these estimates are kept in the All Granite computer system?**

A. Estimates, yes.

**Q. Do you know how long they're kept for?**

A. No.

**Q. Do you know if estimates are kept for any marketing reasons?**

A. Don't know.

**Q. To the right of the estimate ID**

P. OREZIAK

**number, there are two lines; ones says Created By and the other one says Last Corrected By.**

**Can you tell me what those two lines mean?**

A. Created by means the person who actually opened the estimate. Last corrected by, sometimes customers can call in and say they have more exact measurements, could you just please revise the estimate. So then if the person does that, it's going to show who corrected the estimate.

**Q. So this document in particular indicates that Peter Bucko created the estimate on 11/27/2007; is that correct?**

A. Yes.

**Q. And then it says Last Created By Sebastian Kruszewski on January 7, 2008.**

A. Yes.

**Q. Who is Sebastian Kruszewski?**

A. That's a salesperson from the Ridgefield Park office.

**Q. Okay.**

**And is it common for someone from Ridgefield Park to correct an estimate that**

P. OREZIAK

**was created in South Plainfield?**

A. No.

**Q. Do you know why Mr. Kruszewski was correcting this or -- or correcting this estimate?**

A. Well, to be honest, the database -- sometimes if he just goes on the estimate for whatever reason, it's going to save him, even if you didn't make any changes to it.

**Q. So --**

A. So the last corrected by, that's inc -- I mean, it doesn't show exactly if there were they changes in this situation.

**Q. So are you saying that all this really indicates is that the Sebastian Kruszewski accessed the estimate on January --**

A. Yes.

**Q. -- 7, 2008?**

A. Yes.

**Q. But there's no way of knowing whether any changes were made to that; is that correct?**

A. Well, the customer receives the

P. OREZIAK

estimate. So they have the original copy so they can always bring it and we can compare it if there are any changes.

**Q. And then looking at the second page of this document, could you tell me what this is? If you know.**

A. The layout the customer provides us with to get an estimate.

**Q. Is it typical that most customers would bring their own layouts in order to get an estimate?**

A. Sometimes, yes.

**Q. And looking at the third page which is AGM 0051, could you tell me what this document is?**

A. This is the production print. This is what I print out and give to the cutter so that they can start fabricating showing the color and the edge.

**Q. Now, at the top there's an entry for template or name.**

A. Yes.

**Q. Do you see that?**

A. Um-hum.