Louis S. Ederer
John Maltbie
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022
(212) 715-1000

*Attorneys for Plaintiffs Artisan Manufacturing Corporation*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------- x

ARTISAN MANUFACTURING CORPORATION,          Civil Action No.: 07 CV 11278

        Plaintiff,

      - against -

ALL GRANITE & MARBLE CORPORATION.,

        Defendant.

------------------------------------------------------------- x

**DECLARATION OF JOHN MALTBIE IN FURTHER SUPPORT OF PLAINTIFFS'
MOTION FOR A PRELIMINARY INJUNCTION**


# EXHIBIT K

Page 1

1

2

3                    UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF NEW YORK
4

    ARTISAN MANUFACTURING                    )
5   CORPORATION,                             )
                                             )
6                    Plaintiff,              )
                                             )
7            vs.                             ) 07-cv-11278 (WHP)
                                             )
8   ALL GRANITE & MARBLE                     )
    CORPORATION,                             )
9                                            )
                     Defendant.              )
10  -------------------------------)

11

12

13

14              CONFIDENTIAL - ATTORNEYS' EYES ONLY
15                   DEPOSITION OF ROBERT DEJA
16                    Parsippany, New Jersey
17                  Monday, February 11, 2008

18

19

20

21

22  Reported by:
    FRANCIS X. FREDERICK, CSR, RPR, RMR
23  JOB NO. 15245B

24

25

Page 2

1
2
3
4
5    February 11, 2008
6    1:14 p.m.
7
8
9    Confidential deposition of ROBERT
10   DEJA, held at the offices of Hoffmann &
11   Baron, 6 Campus Drive, Parsippany, New
12   Jersey, pursuant to Notice, before
13   Francis X. Frederick, a Certified
14   Shorthand Reporter, Registered Merit
15   Reporter and Notary Public of the States
16   of New York and New Jersey.
17
18
19
20
21
22
23
24
25

TSG Reporting - Worldwide     877-702-9580

Page 3

1
2    A P P E A R A N C E S:
3
4    ARNOLD & PORTER
5    Attorneys for Plaintiff
6    399 Park Avenue
7    New York, New York  10022-4690
8    BY:  JOHN MALTBIE, ESQ.
9
10   HOFFMANN & BARON, LLP
11   Attorneys for Defendant
12   6 Campus Drive
13   Parsippany, New Jersey  07054
14   BY:  JON A. CHIODO, ESQ.
15
16
17
18
19
20
21
22
23
24
25

TSG Reporting - Worldwide     877-702-9580

Page 4

1    R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
2    ROBERT DEJA, called as a
3    witness, having been duly sworn by a
4    Notary Public, was examined and
5    testified as follows:
6    EXAMINATION BY
7    MR. MALTBIE:
8    Q.   Good afternoon.  My name is John
9    Maltbie.  I'm an attorney with Arnold &
10   Porter.  My firm represents the plaintiff,
11   Artisan Manufacturing Corporation, the
12   manufacturer and distributor of Artisan brand
13   sinks, in connection with a lawsuit that has
14   been filed against All Granite & Marble
15   Corporation.
16        Mr. -- is it Deja?
17   A.   That is correct.
18   Q.   We met before but if you could
19   please state your full name and address for
20   the record I'd appreciate it.
21   A.   Robert Deja.  15 Maple Lake Road,
22   Kinnelon, New Jersey, 07405.
23   Q.   Mr. Deja, prior to today have you
24   ever been deposed or given testimony in a
25   court proceeding or legal matter?

TSG Reporting - Worldwide     877-702-9580

Page 5

1    R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
2    A.   No.
3    Q.   I'm just going to set forth some
4    of the ground rules that we should follow and
5    hopefully it will speed things along today.
6        I'll be asking you a series of
7    questions regarding your knowledge of the
8    facts and circumstances concerning All
9    Granite's promotion and use of sinks in
10   connection with its countertop installation
11   services.  It's your obligation to answer my
12   questions truthfully and to the best of your
13   ability.
14        Do you understand that?
15   A.   That is correct, yes.
16   Q.   In the event you do not understand
17   a question that I've asked please let me know
18   and I will try to rephrase it.  Is that okay?
19   A.   Um-hum.
20   Q.   And if you need to have a question
21   repeated please let me know and we can have
22   the reporter read it back for you.  Is that
23   okay?
24   A.   Yes.
25   Q.   As I just mentioned, we have a

TSG Reporting - Worldwide     877-702-9580

Page 6

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
1
2   court reporter here today who's taking down
3   all of my questions and all of your answers.
4   In order for that to proceed smoothly there's
5   a couple things we should keep in mind. The
6   first is please remember when you answer me to
7   answer verbally. The reporter can't take down
8   a nod or shake of the head.
9           Is that understood?
10      A.  Okay.
11      Q.  And then as we go along please
12  wait for me to finish my questions before you
13  begin your answer and, likewise, I'll wait for
14  your answer before I start my next question.
15      A.  Okay.
16      Q.  If you want to take a break at any
17  time please let me know and we can do so. I
18  only ask that you not ask to take a break
19  while a question is pending. Is that okay?
20      A.  Okay.
21          MR. CHIODO:  Mr. Maltbie, before
22  we begin, I would just like to designate
23  Mr. Deja's deposition today as
24  confidential, attorneys' eyes only, and
25  then once we get the transcript we'll go

Page 7

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
1
2   through and designate things and
3   dedesignate things as we go along. Is
4   that okay?
5           MR. MALTBIE:  That's fine.
6           MR. CHIODO:  Okay.
7   BY MR. MALTBIE:
8       Q.  Mr. Deja, is there any reason why
9   you would not be able to testify truthfully
10  today?
11      A.  No.
12      Q.  And I just want to clarify an
13  issue with respect to language. Is it correct
14  to say that English is not your first
15  language?
16      A.  That is correct.
17      Q.  And how long have you been in the
18  United States?
19      A.  Eight years.
20      Q.  And what is the highest level of
21  schooling that you have completed?
22      A.  I have master's.
23      Q.  And where did you obtain that
24  master's degree?
25      A.  Jagiellonian University of Law.

Page 8

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
1
2       Q.  And is that in Poland?
3       A.  Yes.
4       Q.  Have you attended any schooling
5   here in the United States?
6       A.  Yes.
7       Q.  What have you —
8       A.  That was Bergen Community College.
9       Q.  Did you obtain any sort of degree?
10      A.  No. I stopped. I was doing some
11  classes there just to get familiarized with
12  the language.
13      Q.  Well, that brings me to my next
14  question. Do you feel comfortable answering
15  my questions today in English?
16      A.  Yes, I do.
17      Q.  Mr. Deja, now you understand that
18  you're here today to testify on behalf of All
19  Granite & Marble Corporation?
20      A.  Yes, I do.
21      Q.  And is it true that you've been
22  the main contact with respect to this
23  litigation?
24      A.  That is correct.
25      Q.  Now, other than your attorneys,

Page 9

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
1
2   did you speak with anyone regarding your
3   testimony here today?
4       A.  Testimony, no.
5       Q.  Have you spoken to anyone
6   regarding the facts and circumstances
7   surrounding this case as you understood them?
8       A.  Yes. In a way.
9       Q.  Who have you spoken to?
10      A.  I talked to my sales
11  representatives. I let them know that they're
12  going to be deposed. Chris and Peter their
13  names are. And they've been deposed. I
14  talked to Alex.
15      Q.  Anybody else?
16      A.  I talked to my boss.
17      Q.  And who is that?
18      A.  Jaroslaw Wojtach. He's the owner
19  of the company.
20      Q.  And what did you discuss with
21  Mr. — is it Wojtach?
22      A.  Wojtach.
23      Q.  Wojtach.
24      A.  Wojtach.
25          I notified him that we're being

## Page 10

1  R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
2  sued basically and I'm in the middle of
3  negotiations. And, basically -- and a little
4  bit about the circumstances, what the
5  litigation is about. He delivered me the
6  papers that we've been sued -- they were
7  delivered to our main office in Ridgefield
8  Park.
9      Q.   Okay. And what did you speak
10  about with Chris and Peter?
11      A.   I let them know that they're going
12  to be deposed.
13      Q.   Anything else?
14      A.   No. Not really. That's about --
15  Artisan sinks matter.
16      Q.   And what did you speak about with
17  Alex?
18      A.   Pretty much the same.
19      Q.   Anyone else that you spoke to?
20      A.   No, not really. Not personally.
21      Q.   What does that -- not
22  personally? Is that --
23      A.   I know that people are talking. I
24  know that Alex has been talking to Chris a
25  little bit.

TSG Reporting - Worldwide    877-702-9580

## Page 11

1  R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
2      Q.   Right.
3      A.   But that's pretty much it, you
4  know.
5      Q.   Now, were you involved in the
6  collection of any documents relating to this
7  lawsuit?
8      A.   Yes.
9      Q.   And who asked you to collect
10  documents?
11      A.   My lawyers.
12      Q.   And do you recall when they asked
13  you?
14      A.   Hum. Not exactly. Not exactly.
15  During the litigation basically. When we
16  started the whole process. But I cannot
17  remember the exact date if that's what you are
18  asking.
19      Q.   I'll represent to you that a cease
20  and desist letter was sent to All Granite on
21  December 14th of 2007. Do you recall when you
22  first received notice of that cease and desist
23  letter?
24      A.   No, no. I cannot recall. The
25  first document that I saw was the actual

TSG Reporting - Worldwide    877-702-9580

## Page 12

1  R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
2  paperwork that was filed but not registered
3  with the court yet.
4      Q.   Okay.
5      A.   That was the first thing that I
6  recall.
7      Q.   And do you recall what you did
8  when you learned about those papers?
9      A.   Yes.
10      Q.   What did you do?
11      A.   I called Lou Budzyn from that law
12  firm.
13      Q.   From Hoffman & Baron?
14      A.   From Hoffman & Baron, yes. And I
15  let them know.
16      Q.   And then, as far as you know, Mr.
17  Budzyn responded to the cease and desist
18  letter?
19      A.   That is correct. Yes. I visited
20  his office on the next day. And after we
21  received the documents Lou was very
22  accommodating and was able to meet me on the
23  next day in the morning. And we discussed the
24  reply. And the letter was sent I believe the
25  same day or the next day. It was all before

TSG Reporting - Worldwide    877-702-9580

## Page 13

1  R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
2  Christmas so we wanted to reply to it
3  immediately. That's why we attended to it
4  quickly.
5      Q.   And in terms of reply, do you
6  recall what the response was?
7      A.   Well, I believe we addressed each
8  of the issues with our, you know, our best
9  intentions how to approach the issue. We
10  requested the phase-out period for the sinks.
11  We told in the letter that we're not going to
12  be distributing them anymore. What else?
13      Well, we tried to address every
14  issue to work it out basically.
15      Q.   And do you recall -- well, let me
16  step back.
17      In this period before Christmas,
18  were you aware at that time that there was an
19  Artisan sink on display in the South
20  Plainfield showroom?
21      A.   No.
22      Q.   When did you learn that there was
23  an Artisan sink on display in South
24  Plainfield?
25      A.   I do not remember the exact date.

TSG Reporting - Worldwide    877-702-9580

Page 14

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
1
2  But I think it was after we received the
3  papers from the court that the case was
4  actually filed in a court. And we were a
5  little bit taken aback because instead of
6  getting the case that was notified with the
7  court we were expecting to get a reply from
8  our letter. Then I called Lou and the things
9  started acting very quickly. And I think it
10  was Wednesday or Thursday in the evening when
11  we'd been working with Lou to see what
12  happened. I received a phone call from Lou
13  saying am I sure that there is no sink,
14  Artisan sink on a display. And I said, yes,
15  I'm sure. Because I just talked to another
16  attorney and he said there is a sink. So can
17  you double-check it for me. I said right
18  away. It was 7 p.m. but I called up the
19  showrooms and I left a message for Alex. I
20  guess in the morning on the next day he called
21  me back and I learned that there isn't -- I
22  actually talked to Blaze at that time I think.
23  I told him to actually go to the sink display
24  and look at the actual logos and check whether
25  there is a sink. I learned that there is a

TSG Reporting - Worldwide    877-702-9580

Page 15

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
1  sink. I ordered immediate removal of the sink
2  that followed same hour.
3
4      Q.  And do you know what has happened
5  to that sink since then?
6      A.  I think it's in our warehouse.
7  Lou told us that from the beginning of the
8  litigation we cannot throw any documents and
9  so everything we saved it and it's kept in the
10  warehouse I think.
11      Q.  Now, in this -- let's take sort of
12  the pre New Year's period I guess.
13      A.  Um-hum.
14      Q.  Did you understand from Artisan's
15  initial letter that they were also alleging
16  that All Granite salespeople were telling the
17  customers that they would be able to obtain
18  Artisan sinks from All Granite?
19      A.  No. I can't recall the letter but
20  I was looking at the papers and the main thing
21  that I kind of focused was the logo. That
22  was -- in my opinion at that time that was
23  like the most important issue, the similarity
24  that you raised. And I thought that since our
25  logo resembles a crown and was to my eyes

TSG Reporting - Worldwide    877-702-9580

Page 16

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
1
2  different, that we're not going to have a
3  problem resolving the case. That's why we
4  didn't -- that's pretty much it. That's why I
5  met with Lou and proceeded with the
6  negotiations.
7      Q.  Did there come a point later in
8  time, say after New Year's, where you came to
9  understand that Artisan was also alleging that
10  All Granite salespeople were telling consumers
11  that they would be able to receive Artisan
12  sinks?
13      A.  Yes. At some point I believe when
14  we received the documents regarding the
15  investigator's report, um-hum.
16      Q.  And did you undertake any
17  investigation or look into that allegation?
18      A.  Yes.
19      Q.  And what did you do?
20      A.  Basically I talked to people and
21  we placed a memorandum. I sent it over to the
22  showrooms, Ridgefield Park, South Plainfield
23  and Stroudsburg. So they could read it. They
24  could get familiar with it and post it on the
25  wall.

TSG Reporting - Worldwide    877-702-9580

Page 17

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
1
2      Q.  I show you what's previously been
3  marked as Plaintiff's Exhibit 2.
4      Mr. Deja, could you tell me if
5  this the memorandum to which you were just
6  referring?
7      A.  Yes. Yes, it is.
8      Q.  This is dated February 4, 2008.
9  Do you see that?
10      A.  February 4th, correct. Um-hum.
11      Q.  Do you recall if that was the
12  actual date that this memorandum was written
13  and distributed?
14      A.  I have to look at my calendar.
15  February 4th. One second.
16      (Pause on the record.)
17      A.  It was definitely the date it was
18  written. And it was -- yeah, since it's
19  Monday, I think that's the date. Um-hum.
20  Yeah. The Monday I sent it over, faxed it
21  over to all the showrooms. I remember it
22  being Monday. I wasn't remember February 4th,
23  Monday.
24      Q.  Okay. So was this the first
25  communication that you had with All Granite

TSG Reporting - Worldwide    877-702-9580

Page 18

```
 1     R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
 2   salespeople with respect to the Artisan issue?
 3       A.   Monday?  I think I talked with
 4   them before.  Just asking -- making sure
 5   whether they know anything about mentioning
 6   Artisan sinks in their showroom.  I think it
 7   was before that:
 8       Q.   And do you recall who you spoke
 9   to?
10       A.   I spoke to Peter.  And I spoke to
11   Chris.
12       Q.   Did you speak to anybody else?
13       A.   Not really.  Because at that time
14   I knew that they were involved in that report.
15   And Alex as well.
16       Q.   So between, say New Year's,
17   January 1st, 2008, and February 4th, 2008,
18   besides speaking to Chris, Peter and Alex, did
19   you do anything else with respect to your
20   investigation or examination of whether All
21   Granite salespeople were telling consumers
22   that Artisan sinks could be installed in their
23   homes?
24       A.   I talked to the sales office
25   manager in Ridgefield Park.  I checked the
```

TSG Reporting - Worldwide     877-702-9580

Page 19

```
 1     R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
 2   offices in South Plainfield, Ridgefield Park
 3   and also ordered to check the offices in
 4   Stroudsburg, Pennsylvania for any literature
 5   that may be connected to the case like
 6   advertising material, promotional materials,
 7   to make sure that we do not have anything with
 8   the Artisan name on it displayed.  And I was
 9   looking for documents pertaining to the case.
10   Invoices, Artisan invoices that we've been
11   buying things from them.  And then our
12   invoices for the sinks that we been importing.
13       Q.   And who is the Ridgefield Park
14   sales manager?
15       A.   Thomas Wolosik.
16       Q.   Could you spell that, please?
17       A.   Sure.  Thomas, T-H-O-M-A-S.
18   W-O-L-O-S-I-K.
19       Q.   Thank you.
20            And with respect to the issue of
21   whether All Granite salespeople were telling
22   customers that they could receive an Artisan
23   sink, did you reach any conclusion?
24       A.   Yes.
25       Q.   And what was --
```

TSG Reporting - Worldwide     877-702-9580

Page 20

```
 1     R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
 2       A.   Well, basically the conclusion was
 3   that we've been -- that salespeople were not
 4   telling customers that they could get an
 5   Artisan sink.
 6       Q.   So you didn't find any evidence to
 7   support Artisan's allegations; is that
 8   correct?
 9       A.   Yes.  Yes.
10       Q.   I jumped ahead a little bit.
11   Let's step back just for a second.
12       A.   Um-hum.
13       Q.   So you mentioned that you were
14   also involved in looking for documents; is
15   that correct?
16       A.   Correct.
17       Q.   Okay.  And did you in fact collect
18   documents related to this case?
19       A.   Yes.
20       Q.   And where did you look for the
21   documents?
22       A.   Well, if it comes to the
23   literature pertaining to advertising and
24   promoting Artisan materials I was looking in
25   the sales office, meaning I took a tour within
```

TSG Reporting - Worldwide     877-702-9580

Page 21

```
 1     R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
 2   the office to look at the walls and the actual
 3   brochure stands to see if there is anything
 4   displayed in the office for the customer to
 5   see.  And then I checked at the actual desks
 6   myself.  And in South Plainfield the desks
 7   were also checked with the help of Blaze and
 8   Lucas.
 9       Q.   And who is Blaze?
10       A.   Blaze is our warehouse manager.  I
11   mean, he takes care of the warehouse.  And
12   Lucas is his brother.  And they both take care
13   of the warehouse and take care of the
14   supplies.
15       Q.   Is it correct to say Blaze and
16   Lucas are related to the owner of the company?
17       A.   Yes.
18       Q.   Are they sons --
19       A.   They're cousins.
20       Q.   Cousins.
21            In terms of your search for
22   documents, did you only look for hard copy
23   documents?
24       A.   No.  I was actually looking on the
25   computer system as well.  The laptop.
```

TSG Reporting - Worldwide     877-702-9580

Page 22

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1
2    Q.    And do you use e-mail in
3    connection with your business?
4    A.    Yes.
5    Q.    And did you search your e-mails?
6    A.    Yes.
7    Q.    Did you search anyone else's
8    e-mails, the company's e-mails?
9    A.    Well, I basically looked it up
10   through server. But we didn't find anything I
11   don't believe. I checked my laptop and on my
12   laptop there was nothing.
13   Q.    And how did you search? Did you
14   use a search term or --
15   A.    Yes.
16   Q.    What search term did you use?
17   A.    Artisan.
18   Q.    And do you recall finding any
19   e-mails?
20   A.    No.
21   Q.    And what did you do with the
22   documents that you had collected?
23   A.    I forwarded it to them.
24   Q.    Do you know if any other All
25   Granite employees were asked to search for

TSG Reporting - Worldwide     877-702-9580

Page 23

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1
2    documents in response to Artisan's requests?
3    A.    Yes. I ordered to look through
4    the desks and through the showroom in South
5    Plainfield. As I said Lucas and Blaze were
6    involved. I talked to Martin, our import
7    manager, to look for the invoices, and to the
8    bookkeeper to look for invoices.
9         So they pretty much delivered the
10   invoices that we had on file to me. I didn't
11   find personally invoices for import because I
12   don't have access to that file.
13   Q.    And did you review any documents
14   in preparation for your testimony here today?
15   A.    Yes.
16   Q.    What documents did you review?
17   A.    Pretty much most of the documents
18   that I gathered and the documents that were --
19   that I was allowed to see from my lawyers.
20   Q.    You're talking about documents
21   produced by Artisan; is that accurate?
22   A.    Yes.
23   Q.    Mr. Deja, you're currently an
24   employee of All Granite?
25   A.    That is correct.

TSG Reporting - Worldwide     877-702-9580

Page 24

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1
2    Q.    How long have you been with All
3    Granite?
4    A.    Since April 2001.
5    Q.    April 2001?
6    A.    Um-hum.
7    Q.    And do you know when All Granite
8    started as a company?
9    A.    I'm not sure exactly but it was
10   couple of years earlier.
11   Q.    And what is your position with All
12   Granite?
13   A.    I'm general manager.
14   Q.    And what sort of duties and
15   responsibilities does that include?
16   A.    Well, I mainly act as a marketing
17   manager so I directly take care of marketing
18   for the company.
19        And also I oversee the safety
20   issues in the company, training sessions, OSHA
21   inspections, legal issues. I'm overseeing
22   real estate purchases.
23        And generally taking care of the
24   development of the company.
25   Q.    And would the marketing include

TSG Reporting - Worldwide     877-702-9580

Page 25

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1
2    marketing and sale over the Internet?
3    A.    Yes. Sale over the Internet. We
4    coordinate that, so to speak. We create the
5    websites, commercial websites, and then we
6    direct the sales through some other sources.
7         Actually, Blaze and Lucas in South
8    Plainfield, they take care of the sales from
9    our Internet tool store. We sell tools for
10   granite and marble fabricators and they pretty
11   much take whatever is -- the orders, they put
12   it into package and send it over to the owner.
13   But we kind of coordinate that from the
14   software standpoint.
15   Q.    And when you first began working
16   for All Granite were you involved in marketing
17   at that point or something else?
18   A.    Lots of things. I started in the
19   office. I was the first person in the office
20   so I organized sales department. I organized
21   the scheduling for the installers. Created
22   import department pretty much all the
23   divisions for the company.
24   Q.    So when you say you were the first
25   one in the office, are you referring to a

TSG Reporting - Worldwide     877-702-9580

## Page 26

1  R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
2  specific office?
3      A.   Ridgefield Park office. The first
4  facility was the one in Ridgefield Park.
5  That's the main office, main facility.
6      Q.   Okay. So prior to your arrival at
7  All Granite what was the nature of its
8  business?
9      A.   It was granite and marble
10  countertop fabrication. The company was just
11  smaller.
12     Q.   Did it have a showroom or a --
13     A.   Yes. Well, the office where you
14  could show the customers samples of the stone,
15  samples of the edges, and take care of the
16  estimates. And then we started importing
17  slabs and we started showing people around
18  through the yard to see the actual slabs of
19  the material.
20     Q.   And prior to the importation of
21  slabs by All Granite, how did All Granite
22  obtain its slabs?
23     A.   They would buy it from the
24  wholesalers. AGM. European. These are big
25  wholesalers in the area. In other words,

TSG Reporting - Worldwide    877-702-9580

## Page 27

1  R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
2  warehouses selling slabs. That's their main
3  business, to resell slabs. They don't do
4  fabrication. They're just supplying the raw
5  material.
6      Q.   And does All Granite today still
7  purchase any slabs from these wholesalers?
8      A.   On very rare occasions. Right now
9  we have in stock over 1,000 unique granite
10  colors. So that's a lot. We very rarely need
11  to go out and search for a color.
12     Q.   And that's in -- now, there are
13  three locations for All Granite?
14     A.   Three facilities, correct.
15     Q.   And the thousand unique granite
16  colors are across the three --
17     A.   Across the -- yeah. 1,000 colors
18  as a whole company.
19     Q.   And where are the various
20  locations of All Granite?
21     A.   The first one as I mentioned is in
22  Ridgefield Park. 1a Mount Vernon Street in
23  Ridgefield Park. The other is South
24  Plainfield location, 5001 Hadley Road. And
25  one more in Pennsylvania, Stroudsburg. 70

TSG Reporting - Worldwide    877-702-9580

## Page 28

1  R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
2  Storm Street.
3      Q.   And Ridgefield Park is the oldest
4  of the showrooms?
5      A.   That's correct.
6      Q.   And it goes back to 2001 or
7  sometime --
8      A.   Maybe even further. 2000.
9      Q.   And when was South Plainfield,
10  when was that established?
11     A.   Two years ago.
12     Q.   Two years ago?
13     A.   Two years ago.
14     Q.   So 2005 or --
15     A.   I would say 2005/2006. We started
16  in 2005. But we had to do some remodeling
17  inside so it was mostly construction. And
18  then we launched the showroom in early 2006.
19     Q.   And Stroudsburg, Pennsylvania, how
20  long has that been around?
21     A.   Almost two years.
22     Q.   Two years as well?
23     A.   Um-hum.
24     Q.   And are the locations basically
25  the same in terms of layout and format?

TSG Reporting - Worldwide    877-702-9580

## Page 29

1  R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
2      A.   No. They're all different.
3      Q.   Can you take me through the
4  differences of the three locations?
5      A.   Um-hum. Ridgefield Park location
6  has a small office. One-story building. The
7  customer may walk in ground level. Very small
8  foyer. And then one, two, three, four, five,
9  six, seven desks. The space is pretty small.
10  To the back of the showroom there is a wall
11  filled with granite samples. These are actual
12  slab samples cut off the real slabs. They're
13  displayed on the wall. And there is also a
14  production office that's adjacent to the sales
15  office. Five people sitting in the production
16  office. It's the oldest facility so the
17  accommodations are not as spacious as the
18  South Plainfield. South Plainfield has a big
19  showroom.
20     Q.   Right.
21     A.   Probably about 5,000 square feet.
22  Very modern operation. The -- everything is
23  stored inside in South Plainfield. So there
24  are cranes installed to help transport
25  material safely to the bridge saws. A

TSG Reporting - Worldwide    877-702-9580

Page 30

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1
2  lighting system to light up the materials
3  properly.
4        In Ridgefield Park everything is
5  outside. The slabs are arranged pretty much
6  the same way. They're in rows on the
7  A-frames. The row numbers are physically --
8  the A-frames are numbered starting with a row
9  number so we know exactly how to identify the
10 stone going by the A-frame numbers. We don't
11 use names for the stones. We use symbols
12 because different quarries, they use similar
13 names and sometimes we were getting material
14 from two different quarries, completely
15 different looking and with the same name. So
16 we starting using -- since it was confusing,
17 we started using the symbols.
18        Q.   When you say symbols do you mean,
19 like, numbers or --
20        A.   Numbers.
21        Q.   Numbers.
22        A.   Right. The name of the stone, the
23 symbol pertains to the location of the stone
24 to our yard. Number 1 in front of the symbol
25 means that it's the Ridgefield Park location.

TSG Reporting - Worldwide    877-702-9580

Page 31

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1
2  Then the row number. Let's say 2. And then
3  the A-frame number, 23. And then the A-frames
4  are constructed so that the material can stay
5  on the left-hand side or the right-hand side
6  of the A-frame. Hence you have 1122R and
7  that's the name of the material. That's the
8  symbol that we describe the material.
9        Q.   And if you briefly just outline
10 for me how the Stroudsburg location is set up.
11       A.   Similar to Ridgefield Park
12 location. Small sales office. Small showroom
13 with the sample board. And maybe four desks.
14 And the yard filled with stone.
15       Q.   An outside yard?
16       A.   Outside yard. Correct. And
17 obviously in all three facilities there is a
18 fabrication section where the actual process
19 takes place. There is a space dedicated to
20 the bridge saws. The process starts with
21 cutting the granite on the bridge saw. Then
22 the shape is being transported to the C&C
23 department and they curve the actual edges and
24 then do the manual fabrication department
25 where they polish the edges, do the final

TSG Reporting - Worldwide    877-702-9580

Page 32

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1
2  polish, or do the cutouts for the sinks and
3  drill the holes for the faucets.
4        Q.   With respect to sales does any one
5  particular office account for a larger
6  percentage of sales than the others?
7        A.   Ridgefield Park location.
8        Q.   Is still the largest --
9        A.   Is the largest, correct. That's
10 the oldest location. And it's, you know, like
11 the middle of Bergen County. We serve
12 Rockland County, we serve Westchester County,
13 Connecticut, and Morris County, parts of
14 Morris County, Passaic County out of
15 Ridgefield location. The density of the
16 population and the fact that we've been there
17 for a long time contributes to the sales
18 number.
19       Q.   Mr. Deja, did you ever have a
20 responsibility as a salesperson at All
21 Granite?
22       A.   Yes.
23       Q.   And when was that?
24       A.   Back in 2001. I actually created
25 the sales department. So I started hiring

TSG Reporting - Worldwide    877-702-9580

Page 33

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1
2  people. I did the training.
3        Q.   Were you responsible for the
4  computer system, the database?
5        A.   Partially.
6        Q.   Who else was involved in that?
7        A.   Well, we actually -- to create
8  that -- I was overseeing so to speak that
9  implementation from All Granite perspective.
10       Q.   So is it true to say that there
11 was a third-party contractor who come in to
12 create that for you?
13       A.   We ordered creation of that system
14 with another company. Front Link Studios.
15 And they created that for us.
16       Q.   And how long would you say you
17 were responsible for handling sales at All
18 Granite?
19       A.   Two, three years. Well, maybe two
20 years. I organized each and every department
21 in the company. So I was handling services.
22 I was handling production. I was handling
23 scheduling for the installers. And when I
24 knew that there is that person able to do it
25 on his own independently I kind of left the

TSG Reporting - Worldwide    877-702-9580

Page 34

1  R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
2  department for the future development. And,
3  you know, my people were taking care of -- you
4  know, of that from that point. Import manager
5  department as well. So you may say that I've
6  been in sales, service, marketing and
7  importing for, you know, number of years.
8      Q.   Right.
9      A.   A little bit here, a little bit
10 there. Right now I'm pretty much dedicating
11 my time to marketing and all the legal stuff,
12 all the -- you know, the company increased in
13 size so it's a lot of things, different things
14 to take care of.
15     Q.   You mentioned earlier that you
16 have a master's from -- is it a law school in
17 Poland?
18     A.   Law school, correct.
19     Q.   And that is legal training?
20     A.   Yes.
21     Q.   The equivalent of going to law
22 school here in the US?
23     A.   Correct. A little bit more.
24 Because it's five years and then you have to
25 take master's at the end of it. So we take

TSG Reporting - Worldwide     877-702-9580

Page 35

1  R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
2  bar exam at the end. But I came over here
3  before I take the bar exam in Poland.
4      Q.   So just on the sales issue, I
5  mean, when was the last time you met with a
6  customer, for example, and sort of took them
7  through -- either did an estimate for them or
8  took them through the sale?
9      A.   Oh, from a sales perspective maybe
10 three years ago, four years ago. That was
11 probably -- yeah, four years ago. I don't
12 remember honestly.
13     Q.   And how long have you held the
14 title marketing manager?
15     A.   It was two years, three years.
16     Q.   Was there any title you held
17 before that? Any specific title?
18     A.   Production manager. Depending
19 which department I was at, you know. Kind of
20 like do it all. And I didn't glue titles to
21 me.
22     Q.   Would it be safe to say that sort
23 of -- does everyone in the company report to
24 you or are there specific people that report
25 to you?

TSG Reporting - Worldwide     877-702-9580

Page 36

1  R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
2      A.   My managers, pretty much. The
3  managers of the locations. The marketing -- I
4  mean, the import manager. And pretty much,
5  yes, you could say so.
6      Q.   So in terms of let's say South
7  Plainfield, would Alex as the general manager
8  of the store report to you?
9      A.   Yes, correct.
10     Q.   And who else there would report to
11 you directly?
12     A.   Directly maybe Blaze and Lucas
13 because they have certain independent duties.
14 Not directly involving sales. And that is why
15 I talk to them if I need to know whether there
16 is something in the warehouse that I need. I
17 talk to them. They report to me in terms of
18 the on-line tool store about the orders.
19     Q.   And how about Ridgefield Park?
20     A.   Same thing. The production
21 manager. Service manager. Import manager and
22 sales office managers, they all report to me.
23     Q.   Is there one import manager for
24 the company or --
25     A.   One import manager for the

TSG Reporting - Worldwide     877-702-9580

Page 37

1  R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
2  company.
3      Q.   And who is that?
4      A.   Martin Sliwa.
5      Q.   And Stroudsburg the same thing?
6      A.   Right.
7      Q.   Production, service and imports?
8      A.   Um-hum.
9      Q.   Are basically the categories that
10 you deal with?
11     A.   Yes.
12     Q.   And where do you presently work?
13 What's your office location?
14     A.   51 Austin Street in Ridgefield
15 Park, New Jersey.
16     Q.   And is that a commercial building
17 or a residential building?
18     A.   Residential building.
19     Q.   Is that someone's home?
20     A.   We rent a space. It's like a
21 two-family house and we rent the space on the
22 second floor, four bedrooms, and we created an
23 office in there. We just wanted to have
24 something close to our main office in
25 Ridgefield Park and there are not too many

TSG Reporting - Worldwide     877-702-9580

## Page 38

1  R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
2  commercial -- smaller commercial buildings
3  available on the market, so we just rent there
4  temporarily because we just purchased a larger
5  building that we're retrofitting and creating
6  marketing offices in there.  But for the time
7  being we're in the residential house.
8      Q.   Okay.  And how far away is that
9  from the Ridgefield Park office?
10      A.   It's like three minutes away.
11      Q.   And how many employees work out of
12  that location?
13      A.   Currently six.
14      Q.   And can you name those people for
15  me?
16      A.   Sure.  Walter Siewior.
17      Q.   What does Walter do?
18      A.   He's our BU editor.
19      Q.   BU editor?
20      A.   Les Truchel.  T-R-U-C-H-E-L.
21      Q.   What does Les do for you?
22      A.   Les is a graphic designer.
23      Q.   Who else?
24      A.   Then we have Arthur Glazowski.
25      Q.   What does Arthur do?

TSG Reporting - Worldwide    877-702-9580

## Page 39

1  R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
2      A.   Search engine optimization of our
3  website.
4      Q.   Who else?
5      A.   Michal Socha.  Michael Socha.
6  S-O-C-H-A.
7      Q.   And what does Michael do?
8      A.   He is a software engineer.  He
9  creates websites for us.  He mostly works on
10  slab market and on-line tool store.
11      Q.   Okay.
12      A.   And then we have Mark.  He's so
13  quiet I always keep forget his last name.
14      Q.   It's okay.  We can come back to it
15  if --
16      A.   I forgot.
17      Q.   We can fill it in later.
18          And what does Mark do for you?
19      A.   He's help with the search engine
20  optimization.  He's filling out the
21  catalogues.  Mostly manual tedious job.
22      Q.   And is the sixth person yourself
23  or is there someone else?
24      A.   And there is -- well, actually,
25  that would be it pretty much because the other

TSG Reporting - Worldwide    877-702-9580

## Page 40

1  R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
2  guy is just -- he's in Poland and he's like
3  frequently in the company on the basis of, you
4  know, if we have a job for him we send it
5  over.  He's Internet specialist.  Creates the
6  websites and stuff.
7      Q.   Is that it?
8      A.   That's it.
9      Q.   How many salespeople are located
10  in South Plainfield?
11      A.   In South Plainfield, hum.
12          Seven including Blaze and Lucas.
13  They're not directly sales but they help out
14  sometimes if there is a need and there are
15  lots of customers, especially on Saturdays
16  they help out.  So I would say seven.
17      Q.   And how about Ridgefield Park?
18      A.   I think around ten.
19      Q.   And Stroudsburg?
20      A.   Three.
21      Q.   And how are your salespeople
22  compensated?  Are they -- is it straight
23  salary, salary plus commission, or commission
24  only?
25      A.   Straight salary.

TSG Reporting - Worldwide    877-702-9580

## Page 41

1  R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
2      Q.   Are there any awards or incentives
3  for salespeople?
4      A.   Not really.
5      Q.   And are you also compensated by
6  just straight salary?
7      A.   Yes.
8      Q.   As part of your responsibilities,
9  are you responsible for keeping track of
10  overall sales across the company in terms of
11  number of installations, for example?
12      A.   Yes.  Pretty much.  Yes.  Well,
13  what I do, I check those data because I need
14  to know how our marketing strategy -- in what
15  way has it impact on sales, so I'm kind of
16  following the numbers just to make sure that
17  our marketing moves are right.  And then
18  tweaking the campaigns accordingly.
19      Q.   Is there someone at the company
20  who is responsible for tracking sales or
21  tracking the financial performance of the
22  company?
23      A.   Oh, no.  That would be me.  The
24  bookkeeper just does the billings and that
25  would be pretty much it.

TSG Reporting - Worldwide    877-702-9580

Page 42

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
1
2    Q.   Do you know how many — let's take
3 South Plainfield, for example.
4    A.   Um-hum.
5    Q.   How many customers a typical
6 salesperson would assist on a given weekday?
7    A.   On a weekday.
8    Q.   Weekday.
9    A.   Weekday, okay.  That may be from
10 ten to 20 customers.  Depending on the day.
11    Q.   And on the weekend it's something
12 more than that?
13    A.   On the weekend, yes.  On the
14 weekend it's very more.
15    Q.   Any estimate as to how many more?
16    A.   Maybe 30.  You know, it depends.
17 I mean, it depends on the weekend.  Sometimes
18 we really have so many customers on the
19 weekend that we have to send the customers
20 without the actual help of a salesperson and
21 one salesperson is taking care of four or five
22 people at the same time kind of like jumping
23 around.  So it's kind of hard to pinpoint the
24 numbers exactly but that totals in hundreds,
25 you know, to weekly schedule of things.

TSG Reporting - Worldwide    877-702-9580

Page 43

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
1
2    Q.   Now, do you know on average how
3 many kitchen countertop installations that All
4 Granite installs in a week?
5    A.   In a week?  Well, we install
6 between 30 and 50 countertops daily.  Between
7 three locations.  So weekly what's that?
8    Q.   180 to 300?
9    A.   300.  250.
10    Q.   200 to 300 would be approximate?
11    A.   Um-hum.  That would be a good
12 number, yes.
13    Q.   And of these installations how
14 many would you say include the installation of
15 a sink?
16    A.   The installation -- all of them.
17    Q.   Okay.  How many of these would
18 include the installation of a sink provided by
19 All Granite?
20    A.   Percentage-wise?
21    Q.   Yes.
22    A.   I would say 40 percent.  50/50,
23 maybe.  60/40.  Forty percent being our sink.
24 Something like that.
25    Q.   So if you're doing 2- to 300 sinks

TSG Reporting - Worldwide    877-702-9580

Page 44

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
1
2 a week, four weeks in a month, so that's 800
3 to 1,200 sinks in a month?
4    A.   Yes, um-hum.
5    Q.   And 50 percent of that would be
6 400 to 600 sinks.
7    A.   Um-hum.
8    Q.   Being installed -- being provided
9 by All Granite?
10    A.   I believe so.  I can't calculate
11 that -- from the top of my head that sounds
12 right.
13    Q.   Okay.  Do you know how many
14 kitchen sinks, stainless steel kitchen sinks
15 All Granite keeps in inventory?
16    A.   Right now?
17    Q.   Yes.
18    A.   Between all the types, we have
19 around 5,500, 6,000.  The last time I checked
20 probably three weeks -- during the litigation
21 I just wanted to know what we have left.  It
22 was 6,000 -- around 6,000.  5,800.  Something
23 like this.
24    Q.   And do you know how many different
25 types of stainless steel kitchen sinks All

TSG Reporting - Worldwide    877-702-9580

Page 45

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
1
2 Granite sells?
3    A.   Three types.
4    Q.   And what are those types?
5    A.   Straight rectangular shaped,
6 D-shaped, and then double bowl.
7    Q.   And the 6,000 or so sinks in
8 inventory, those are across those three --
9    A.   Across those -- right.
10    Q.   And where are these things kept in
11 inventory?
12    A.   In Ridgefield Park.
13       I'm sorry.  In South Plainfield.
14 What am I talking -- in South Plainfield,
15 yeah.  We have a warehouse there basically
16 that we keep all these things.
17    Q.   Is that connected to the granite
18 warehouse?
19    A.   To the granite warehouse, correct.
20 It's a little bit to the left-hand side.  In
21 Ridgefield Park there is not enough space for
22 the fabrication.  We need -- that's why we
23 purchased that building.  But now it's about
24 being worked on so nothing is there yet.
25    Q.   So the building that you purchased

TSG Reporting - Worldwide    877-702-9580

Page 46

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
1
2  that's going to include fabrication plus
3  marketing or --
4        A.   Yes.  It's a two-story warehouse.
5  So my offices will be on the second floor.
6  And on the first floor we're going to
7  create -- we're going to stack marble because
8  they cannot stay for a long time on the
9  outside because they will deteriorate.  And we
10 will create a fabrication section in there and
11 also the rest will be warehousing of the
12 marble.
13       Q.   And when was that property
14 acquired?  Or is it in the process or --
15       A.   Well, it's been acquired.  Two
16 months ago I think.  Approximately.
17       Q.   And that's located in Ridgefield
18 Park?
19       A.   Right next to our current
20 location.  Next to the building.
21       Q.   And who's responsible for ordering
22 the sinks that All Granite & Marble provides?
23       A.   Our import manager.  And me pretty
24 much.  The way it happens when we know the
25 stock diminishes then Blaze and Lucas who are

TSG Reporting - Worldwide     877-702-9580

Page 47

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
1
2  constantly in the warehouse, they'll call me
3  and they'll say, Robert, you know, we need
4  this or we need that.  And then I will talk to
5  Martin and let him order whatever we need.
6        Q.   And do you know how -- how are the
7  sinks --
8        A.   Or I will just say, Blaze, you can
9  call up Martin and tell him to order it.
10       Q.   Have you set it up in such a way
11 that you're constantly reordering or have you
12 built in a fairly sizable inventory for
13 yourselves?
14       A.   Well, the way it works I guess we
15 would like to obviously purchase the sinks for
16 the best price possible so we order larger
17 quantities.  And those quantities are enough,
18 you know, to create a pretty solid stock.  We
19 don't go, you know, 100 sinks and then 100
20 sinks.  We order container of sinks.  And that
21 allows us to keep going for a while.
22       Q.   And do you know how those sinks
23 are shipped to All Granite?  What kind of
24 containers they come in?
25       A.   They come in containers.

TSG Reporting - Worldwide     877-702-9580

Page 48

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
1
2        Q.   Do they come in individual
3  cardboard packaging or something else?
4        A.   No, they are actually packaged in
5  the crates, wooden crates, and they're stacked
6  one on top of each other.  Sort of like they
7  go one in the other.  And in between there's
8  like a paper or some barrier so they don't
9  scratch each other and they're wrapped in
10 paper.  And that's pretty much how it is.
11       MR. MALTBIE:  Take a short break?
12       MR. CHIODO:  Absolutely.
13       (Recess taken.)
14 BY MR. MALTBIE:
15       Q.   Mr. Deja, I'd like to show you
16 what's previously been marked as Defendant's
17 Exhibit 70.
18       A.   Um-hum.
19       Q.   Which appear to be a collection of
20 ads for All Granite that appeared in the
21 Clipper coupon circular.
22       A.   Okay.  Um-hum.
23       Q.   Now, these types of coupon
24 circulars, is that one of the means of
25 marketing All Granite that you use?

TSG Reporting - Worldwide     877-702-9580

Page 49

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
1
2        A.   That is correct, yes.
3        Q.   And if you look at the second page
4  of this exhibit.
5        A.   (Witness complies.)
6        Q.   Have you ever seen this document
7  before?
8        A.   Yes.
9        Q.   And what is this document?
10       A.   That's our ad.  That's a Christmas
11 issue, actually.
12       Q.   Okay.  And it's Christmas because
13 of the --
14       A.   Right.  A little bit of the
15 Christmas theme here.  The green kitchen
16 countertop, a little bit of the pine thing on
17 there.
18       Q.   And who's responsible for creating
19 these ads?
20       A.   Les Truchel, our graphic designer.
21 And me.  I'm overseeing his work.
22       Q.   And how much does it cost to run a
23 full-page ad in the Clipper?
24       A.   For one zone -- they have
25 different zones.  We do a lot.  So our bill

TSG Reporting - Worldwide     877-702-9580

Page 50

```
1     R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
2  for Clipper I can tell you monthly more or Les
3  what it costs us to run page. Around $40,000.
4        Q.   And that's just for the Clipper?
5        A.   Just for the Clipper.
6        Q.   And that's across the different
7  zones. They cover the metro New York area?
8        A.   Correct. They have multi zones,
9  regional zones, so we are combining certain
10 zones to create proper coverage area which is
11 New Jersey, parts of New York, and parts of
12 Pennsylvania.
13       Q.   So if you look at the first page
14 of this exhibit it says The Westchester
15 Suburban Edition.
16       A.   Correct.
17       Q.   So this would be a zone covering
18 Westchester?
19       A.   Correct. And the same ad with a
20 different address, different phone number.
21 Morris County edition. And different in
22 Pennsylvania edition. Same graphics though.
23       Q.   So when I receive mine in Rockland
24 it will have the Ridgefield Park address?
25       A.   Correct.
       TSG Reporting - Worldwide    877-702-9580
```

Page 51

```
1     R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
2        Q.   And is there some mechanism for
3  you to track which of these publications this
4  ad appeared in?
5             It's a question that I think is a
6  question too soon. Let's step back a little
7  bit.
8             There's a coupon portion of this
9  ad, correct?
10       A.   Correct.
11       Q.   And what's this coupon for?
12       A.   Well, that's for our customers so
13 they can provide us with a coupon in the
14 showroom and get a free sink and a free
15 granite cleaner with the circular.
16       Q.   And do you recall how long has All
17 Granite been running a promotion like this
18 involving free sinks?
19       A.   It's been a while. It's been a
20 while. Maybe 2004 I would venture. The
21 oldest -- I would have to go back but that
22 sounds about -- 2004, 2005.
23       Q.   And is that something that you
24 started or you instituted?
25       A.   Um-hum.
       TSG Reporting - Worldwide    877-702-9580
```

Page 52

```
1     R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
2        Q.   And is that something that was
3  common to the granite fabrication business or
4  something --
5        A.   Not really. Not really. I just
6  basically came across the idea of direct mail
7  mass mailings and wanted to test it out. It
8  came out well so we continued doing it,
9  developing, growing different applications.
10       Q.   Well, specifically with respect to
11 the free sink promotion, is that something
12 that's common to the granite fabrication
13 business?
14       A.   It became common. We started it
15 and we're a big company. People copy us.
16 People take examples of what we do. So
17 sometimes we have our ads copied like point by
18 point. So right now I know is that -- most of
19 the fabricators with the showrooms, they offer
20 free sinks and they also display coupons in
21 their ads.
22       Q.   And is there anything about the
23 coupon that would allow you to track for
24 marketing purposes where this ad appeared or
25 where you're having the most success with this
       TSG Reporting - Worldwide    877-702-9580
```

Page 53

```
1     R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
2  type of coupon?
3        A.   Yes. There is a code here.
4        Q.   Referring to the lower left
5  corner.
6        A.   Correct. And right upper corner.
7  CL 984. CL means Clipper Magazine. 984 --
8  that's basically the issue number I guess.
9  September. And that's the zone. That's the
10 book indication.
11       Q.   The book number or something?
12       A.   Um-hum, the book number.
13       Q.   And is that information that's
14 important to you as the marketing manager?
15       A.   Yeah.
16       Q.   And what instruction do you give
17 your salespeople with respect to collecting
18 and handling these coupons?
19       A.   See, they should collect the
20 coupons. The problem is they never do.
21 That's the first question that I want the
22 salespeople to answer the client is how did
23 you hear about us. And in our database they
24 have like a pull-out menu that they have to
25 select, you know, Clipper Magazine, Internet,
       TSG Reporting - Worldwide    877-702-9580
```

## Page 54

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
1
2  blah, blah, blah, blah.  And so forth.  And if
3  they don't do it, they cannot proceed with the
4  creation of the account.
5      Q.  Right.
6      A.  So that is the most important
7  thing for us to really go by.  And then we
8  compare that to the data Internet tracking
9  we're using Google Analytical and Net Track
10  for that.  And through those two sources we
11  can pretty much tell.
12      With the coupons it's hard because
13  sometimes the customer brings the coupon into
14  the showroom and offers it at the time of
15  estimate.  Sometimes the coupon is present at
16  the job site when the templater comes in so
17  these get lost and are not reliable data.
18      So I'd rather have every client
19  who comes over, first question, how did you
20  hear about us.  And then that's the most
21  important because if they don't do it they
22  cannot create the account.  They cannot
23  proceed with the creation of the order.
24      Q.  Well, do you provide any specific
25  instruction to your salespeople with respect

TSG Reporting - Worldwide    877-702-9580

## Page 55

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
1
2  to how to handle these coupons?
3      A.  Not really.  They just -- I told
4  them to gather them.  But, as I said, it was
5  so hard to execute it that at a certain point
6  we just dropped the idea.  And, you know, we
7  didn't look at it pretty much.  And it's far
8  easier for me to look at our database how many
9  customers I'm getting from Clipper on the
10  sheets of the reports than to really chase the
11  locations for the coupons and count them or,
12  you know -- so...
13      Q.  And where is the information with
14  respect to I guess the referrals, where is
15  that kept?  Is that kept in the computer
16  system?
17      A.  Yes, um-hum.  It's part of our
18  database.
19      Q.  So what would you say is the
20  largest referrer of customers to All Granite?
21      A.  Internet.
22      Q.  Now, do you -- or have you
23  provided any instruction to your salespeople
24  with respect to requiring a coupon such as
25  this to be presented in order to provide the

TSG Reporting - Worldwide    877-702-9580

## Page 56

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
1
2  customer with a free sink?
3      A.  I'm sorry.  I got lost.
4      Q.  I'll put it another way.
5      Are customers required to present
6  a coupon like this to get a free sink from All
7  Granite?
8      A.  Yes.  Generally, yes.
9      Q.  And are the salespeople generally
10  informed of that requirement?
11      A.  Yes.
12      Q.  Now, on this specific coupon on
13  AGM 123 it says All Sinks Free, $360 value to
14  $540 value.
15      Do you know what these values are
16  based on?
17      A.  Um-hum.  These are really
18  approximate values.  At some point we've been
19  running an ad, free sink offer or something
20  like that.  And then I felt that the sinks are
21  not really that much of a value for us.  We
22  can give away not one sink but two sinks with
23  the order if the clients need that kind of
24  requirement, if they do have two sinks in a
25  kitchen.  And it turned out that we attracted

TSG Reporting - Worldwide    877-702-9580

## Page 57

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
1
2  some of the contractors that way.  Because
3  when the contractor is building a new
4  construction house he's coming over to us for
5  granite for all the rooms.  The bathroom
6  vanity tops, you know, maybe Jacuzzi surround,
7  fireplace, and then kitchen.  Kitchen in
8  larger modern home, they very often have a
9  sink in the island or two sinks, especially
10  Jewish families.  And if something like that
11  happens I want them to get all the sinks for
12  free.  Even if that means two bathroom vanity
13  top sinks and two kitchen sinks and we took
14  the value of the sink and you just multiplied
15  it and obviously we could put here $1,000
16  value if somebody comes over and gets four or
17  six bathroom sinks and two kitchen sinks.  But
18  that happens so rarely we just thought it
19  would be more reasonable to put the maximum
20  value.  You know, so the Jewish family may
21  think it's like getting two sinks for free.
22  It's approximate.  That's why it says all
23  sinks free and that's why we decided to
24  include different kinds of sinks on the
25  photograph.  On the previous ads.

TSG Reporting - Worldwide    877-702-9580

## Page 58

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  
2    Q.  Just to clarify, so 360 to 540,  
3  those are supposed to represent values for a  
4  multiple number of sinks?  
5    A.  Multiple number of sinks, right.  
6    Q.  Is there any way that the customer  
7  would know that by looking at this  
8  advertisement?  
9    A.  Eh, not really. It's not really  
10  important. I mean, 360 that's a combined  
11  value of a porcelain sink and the double bowl.  
12  Larger sink. You know, and 540, that's, you  
13  know, two kitchen sinks pretty much. That's  
14  the way we thought about it.  
15    Q.  But --  
16    A.  Those numbers are not really  
17  important. You know, it's something that --  
18  marketing gimmick in a way.  
19    Q.  Well, just indulge me then.  
20    A.  Um-hum.  
21    Q.  Where are you getting the values  
22  that you're combining to reach 360 and 540?  
23  What are those values based on?  
24    A.  360 and 540?  
25    Q.  Yes.

TSG Reporting - Worldwide    877-702-9580

## Page 59

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  
2    A.  Well, the way I said it. 360 is a  
3  combination of the value of the porcelain  
4  sinks and the kitchen sink. And that's how we  
5  wanted to start. And then 540 is something  
6  more like two stainless steel sinks for a  
7  kitchen. You now, they sometimes have  
8  dedicated sink for, like, kosher food and then  
9  non-kosher. Both are double bowls. So that's  
10  around $500. If you wanted to purchase it at  
11  Home Depot it would be probably $600 maybe.  
12  So something less than that but still for both  
13  sinks.  
14    Q.  So you're basing these values upon  
15  what the sinks would have cost on the open  
16  market or something else?  
17    A.  We do not price our sinks the way  
18  Home Depot does. We want to come across as a  
19  little bit more affordable even than Home  
20  Depot. So our value -- let's say their double  
21  bowl sink is 300, we would value our sink  
22  $200. So it's like below that to show the  
23  customer that he's getting a good value. You  
24  know, so he can notice that for that price  
25  it's a very good product and he's getting

TSG Reporting - Worldwide    877-702-9580

## Page 60

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  
2  something, you know, for free.  
3    Q.  But you've never sold one of your  
4  sinks for 200 or $300, have you?  
5    A.  No. We never sold any of the  
6  sinks.  
7    Q.  And have you ever advertised for  
8  sale any of the sinks that you install?  
9    A.  No. No, never. Never.  
10    Q.  Now, was there a time when All  
11  Granite ever installed -- strike that.  
12       Was there a time when All Granite  
13  ever purchased third-party manufactured sinks?  
14    A.  Like Artisan sinks?  
15    Q.  Yes, correct.  
16    A.  Um-hum. From Artisan.  
17    Q.  And was there any other companies  
18  that you purchased sinks from?  
19    A.  Not really. We had some Kohler  
20  sinks. The bathroom sinks. But these were  
21  purchases -- just very small quantities. We  
22  had couple of customers who came over to the  
23  countertops, the expensive ones, like Blue  
24  Bahia, $30,000 granite. You know, vanity  
25  tops. So we wanted them to get like premium

TSG Reporting - Worldwide    877-702-9580

## Page 61

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  
2  sinks, but that's about it.  
3    Q.  Do you carry Kohler sinks in  
4  inventory?  
5    A.  We have -- just as I said, we have  
6  couple of pieces in stock. If we notice it's  
7  customer that's worth it we will give it to  
8  them, so to speak.  
9    Q.  Other than Artisan are there any  
10  other brands of sinks that All Granite has  
11  ever carried?  
12    A.  From other third-party  
13  manufacturers?  
14    Q.  Correct.  
15    A.  No.  
16    Q.  And do you recall when All Granite  
17  carried Artisan sinks?  
18    A.  I think from 2003. 2004.  
19  Something like that.  
20      MR. MALTBIE: Let's have marked as  
21  Plaintiff's Exhibit 10 a series of  
22  documents produced by Artisan in this  
23  matter, Bates stamped ART 00193 through  
24  ART 00213.  
25    (Plaintiff's Exhibit 10, document

TSG Reporting - Worldwide    877-702-9580

Page 62

```
 1        R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
 2        bearing production numbers ART 00193
 3        through ART 00213, marked for
 4        identification as of this date.)
 5    BY MR. MALTBIE:
 6        Q.  If you could actually just look
 7    back to the All Granite coupon.
 8        A.  Um-hum.
 9        Q.  Have you ever had a customer ask
10    you about the values that are listed in the
11    coupon?
12        A.  There are rare occasions that the
13    customer inquired about the value.
14        Q.  And do you recall what you told
15    them or --
16        A.  Pretty much the same thing.  You
17    know, that these are -- if you have two sinks
18    for a bathroom vanity we'll gladly give you
19    the second sink for free and that represents
20    the value pretty much.
21        Q.  Okay.
22        A.  That's why we did not put any
23    range -- you know, single number.  Just a
24    range.
25        Q.  And how about have you provided
```
TSG Reporting - Worldwide       877-702-9580

Page 63

```
 1        R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
 2    any instruction to your sales force with
 3    respect to these coupons and the values on the
 4    coupon?
 5        A.  The salespeople, they know pretty
 6    much one thing, that they should give the
 7    sinks for free.  And if the customer does not
 8    have the sink -- I mean, the coupon, typically
 9    what they do, they inform the customer, you
10    know, you should look for a coupon in a
11    Clipper Magazine, or sometimes, you know,
12    where there is a bargaining going on about the
13    price, maybe the product seems to be a little
14    bit more expensive, they will use it -- you
15    know, they will just say I will throw this in
16    for you for free.  Something like that.
17    That's why sometimes even the customer does
18    not have a coupon, they just throw it in.
19        Q.  Are you aware of any situation
20    where a customer did not have a coupon and
21    they were charged for a sink?
22        A.  Charged for a sink?
23        Q.  Yeah.
24        A.  No.
25        Q.  So is it the case that ultimately
```
TSG Reporting - Worldwide       877-702-9580

Page 64

```
 1        R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
 2    the salesperson will always throw in the sink
 3    if that's --
 4        A.  Yeah.  That's pretty much it.
 5    What I'd like to do, we have one of the guys
 6    that I do the coupons with, Super Coups,
 7    roughly, he brings in a pile of coupons and I
 8    leave it in the showroom.  They will throw the
 9    sink in for free, they'll grab the coupon, and
10    show them and just hand it in.  And we do the
11    same thing with the cleaner.
12        Q.  Okay.  Now, just looking at what's
13    been marked as Plaintiff's Exhibit 10, this
14    document here, I'll represent to you that this
15    is a collection of invoices from Artisan
16    Manufacturing Corp. to All Granite
17    beginning -- or the first one dated 10/27 2003
18    and the last one dated June 2nd, 2006.  And,
19    to your knowledge, does that sort of cover the
20    time period that you're aware of when All
21    Granite was purchasing Artisan sinks?
22        A.  Yes.
23        Q.  And throughout this period, from
24    October 2003, do you know if all of the sinks
25    purchased by All Granite were given away to
```
TSG Reporting - Worldwide       877-702-9580

Page 65

```
 1        R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
 2    consumers as part of a sink promotion?
 3        A.  Yes, um-hum.
 4        Q.  So none -- so All Granite has
 5    never sold an Artisan sink; is that correct?
 6        A.  Not that I know of.
 7        Q.  Is there anyone else who would
 8    know the answer to that question?
 9        A.  No, I don't think so.  No.
10        Q.  Do you recall if Artisan provided
11    any training with respect to its sinks?
12        A.  I don't remember.
13        Q.  And do you recall ever contacting
14    or being -- I'm sorry.
15        Do you recall ever being in
16    contact with anyone from Artisan?
17        A.  I remember I met somebody a couple
18    of months back in the summer.  Some salesman.
19    And he talked to me about sinks like we
20    discussed it.
21        Q.  You're talking about the summer of
22    2007?
23        A.  Yes, yes.
24        Q.  This past summer.
25        A.  Um-hum.
```
TSG Reporting - Worldwide       877-702-9580

**Page 66**

1  R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
2      Q.   So back in the 2003 period when
3  the first order for Artisan sinks was made do
4  you recall who was in contact with Artisan at
5  that point?
6      A.   It might have been me but I just
7  can't remember.  So many different things and
8  it's been a while.  Must have been me but I
9  just don't know the contact moment.
10      Q.   Okay.  The first invoice from
11  October 2003 lists Richie Wojtach.
12      A.   Right.
13      Q.   Is that the owner of the company?
14      A.   Yes.  He goes by the name Richie.
15  His real name is Jaroslaw.  Richie is easier.
16      Q.   So you don't have any specific
17  recollection with respect to the order of six
18  Artisan sinks in October of 2003.
19      A.   No.
20      Q.   And then the next -- if you look
21  at the next invoice, it's from November 2004.
22      A.   Um-hum.
23      Q.   Do you see that?
24      A.   Um-hum.
25      Q.   And this is actually for a much
    TSG Reporting - Worldwide    877-702-9580

**Page 67**

1  R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
2  more sizable order, about 300 sinks, two
3  different styles, and a sink strainer.
4      Do you see that?
5      A.   Um-hum.
6      Q.   And do you have any recollection
7  with respect to the order of Artisan sinks in
8  October of 2004?
9      A.   No.
10      Q.   Does the November 2004 date
11  correlate with your recollection of when the
12  free sink promotion began for All Granite?
13      A.   I think that might be -- yeah,
14  that might be -- yeah.  It might be that time.
15  It might be the time.  Exactly.  2004.
16  Um-hum.
17      Q.   Do you recall if All Granite ever
18  carried Kindred sinks?  Kindred brand sinks?
19      A.   I don't think so.  I can't recall.
20      Q.   So prior to -- say prior to
21  November of 2004, did All Granite offer any
22  sinks with respect to its installations?
23      A.   No.
24      Q.   Flip to the end of the pages.  It
25  appears there's orders throughout 2005 on a
    TSG Reporting - Worldwide    877-702-9580

**Page 68**

1  R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
2  somewhat consistent basis.  And into early
3  2006.  With the last order in this group being
4  placed in June of 2006.
5      Do you see that on the last page?
6      A.   Um-hum.
7      Q.   Do you have any specific
8  recollection with respect to the order of a
9  hundred Artisan sinks in June of 2006?
10      A.   Un-huh.
11      Q.   And at this point in time, in June
12  2006, are you fairly certain that the free
13  sink promotion was going on at All Granite?
14      A.   Yes.  Yes.
15      Q.   And at this point in time, in June
16  2006, was Artisan the only brand that All
17  Granite was installing in customers' homes?
18      A.   I think so.  Um-hum.
19      Q.   Now, at some point All Granite
20  decided to manufacture its own sinks; is that
21  correct?
22      A.   Correct.
23      Q.   Do you know whose decision that
24  was?
25      A.   That was my decision.
    TSG Reporting - Worldwide    877-702-9580

**Page 69**

1  R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
2      Q.   And do you recall when you made
3  that decision?
4      A.   I believe that was at the end of
5  2006.  Maybe a little bit earlier.  You know,
6  it would probably coincide with the last order
7  here a little bit.  You know, it took us some
8  time probably to get a pinpoint but after that
9  last order we decided to carry our own line of
10  sinks.
11      Q.   Okay.  And do you recall why that
12  decision was made?
13      A.   Well, mainly I guess the reason
14  for it is was no brand recognition.  I talked
15  to salespeople and they basically informed me
16  that when the customer comes in and they show
17  him Artisan sinks they ask, And what is this,
18  Artisan.  And they explain it's a brand.  And
19  we felt that we're paying premium, you know,
20  for a brand name and the customer does not
21  recognize that brand name.  So we decided that
22  if the customer does not recognize the brand,
23  there is no brand awareness, then we can just
24  purchase the sinks with no brand and at least
25  save some money on it.  Pretty much that was
    TSG Reporting - Worldwide    877-702-9580

Page 70

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    the main reason.
2
3         Q.   And were you involved in deciding
4    what particular sizes and dimensions of sinks
5    to order?
6         A.   Yes, um-hum.
7         Q.   And which sizes did you decide to
8    order?
9         A.   You know, we pretty much know
10   what's popular, what clients want.  And we've
11   been buying from Artisan pretty much like two
12   different kinds, I think.  Maybe three
13   different kinds.  And pretty much the same
14   ones we ordered.  You know, we were checking
15   on some other styles but they turned out to be
16   not practical for various reasons.
17        Q.   So you mentioned earlier that you
18   currently carry three styles of stainless
19   steel sink?
20        A.   Correct.
21        Q.   Was there a period of time when
22   you carried more than three styles?
23        A.   Not really.  We had couple of
24   samples and we were testing them out so to
25   speak, but it very soon became apparent that

TSG Reporting - Worldwide        877-702-9580

Page 71

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    it's not -- you know, the 37 inch sink double
2    bowl was too big.  Because the typical cabinet
3    is 32 inches, so if we decide to carry that
4    sink we will have lots of problems.  So we
5    dropped the idea.  The other was rectangle.
6    Sometimes the customer decide to go with an
7    inch and quarter back splash at the back.  So
8    again, problem.  So we eliminated the
9    problematic ones and we stayed pretty much
10   with the three that we carry right now.
11   D-shaped, rectangular and double bowl.
12        Q.   Let me show you what's previously
13   been marked as Plaintiff's Exhibit 1.
14        A.   Um-hum.
15        Q.   Let me direct your attention to a
16   page in this exhibit, ART 00027.
17        A.   Um-hum.
18        Q.   Have you ever seen this document
19   before?
20        A.   Yes.
21        Q.   And what is this document?
22        A.   Well, that's like a sheet with the
23   sink specs that when the customer requested it
24   to know the exact sizes, they had in South

TSG Reporting - Worldwide        877-702-9580

Page 72

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    Plainfield.  And they show it to the customer.
2         Q.   So does this sheet represent only
3    the sink styles available through South
4    Plainfield?
5         A.   No.  The three styles are
6    available in all locations.
7         Q.   Okay.  And the four styles that
8    are indicated as out of stock, are those --
9         A.   These are the styles that we
10   eliminated.
11        Q.   Okay.
12        A.   See, like this one is 36.93, it's
13   just too big.  It's just plain too big.  And
14   that's too deep.  That's not practical at all.
15   People don't use it much.
16        Q.   Do you know where the style
17   numbers came -- strike that.
18             Do you know where the style
19   numbers for these sinks come from?
20        A.   We just made them up.  I think
21   Alex did.  Typically how we refer to those
22   sinks is rectangular, D-shaped or double bowl.
23   But they wanted to have something so the
24   customer could know the style number.  Not

TSG Reporting - Worldwide        877-702-9580

Page 73

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    just a common description of it.  So they came
2    up -- I think it was Alex.
3         Q.   Alex at South Plainfield?
4         A.   Um-hum.  Um-hum.
5         Q.   And, again, on this sheet here,
6    there are some dollar values indicated next to
7    the various sinks.  Do you know what those
8    dollar values correlate to?
9         A.   Yeah.  That's a value of the sink.
10   That is what we think that sink is worth.  In
11   other words -- yeah, that's a value that the
12   customer gets.
13        Q.   But you've never sold -- actually
14   sold any of these sinks for those prices?
15        A.   No, no.  I think it says on the
16   coupon that it's -- no cash redemption value.
17        Q.   Right.  So were you involved in
18   the process of ordering the All Granite sinks
19   from the manufacturer?
20        A.   Um-hum.
21        Q.   And how were you involved?  What
22   did you do in that process?
23        A.   Well, typically, how it -- you
24   mean from the beginning?

TSG Reporting - Worldwide        877-702-9580

## Page 74

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 Q.  Yeah, please.
2 A.  Okay.  Well, we researched the
3 market and there are various websites that you
4 can get in touch with China manufacturers and
5 we checked couple of different options.  And I
6 guess the friend suggested the manufacturer of
7 these sinks and we send an e-mail and received
8 some samples.  We're a big company.  Serious
9 business in China looks at our website and
10 knows we're not going to run away so they like
11 doing business with us.  And then we place the
12 first order.
13 Q.  And was this a company that was
14 already in the business of manufacturing
15 stainless steel sinks?
16 A.  I believe so, um-hum.
17 Q.  And did you provide specifications
18 regarding the sinks that you wanted to them or
19 was this something from --
20 A.  Well, we asked them what kinds of
21 sinks they have in their offer and they
22 provided us with samples and those samples --
23 those sinks, we looked at them, all of them,
24 and out of those sinks we eliminated those not

TSG Reporting - Worldwide       877-702-9580

## Page 75

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 practical and we placed the order for the ones
2 we wanted to.
3 So before placing a huge quantity
4 order we were able to touch the real product
5 and know it's good enough for us.  The price
6 was good so...
7 Q.  And with respect to any remaining
8 inventory of Artisan sinks do you know where
9 those sinks were kept?
10 A.  I don't remember.  I could venture
11 a guess that they would be held in South
12 Plainfield, but I'm not sure.
13 Q.  Do you have any recollection with
14 respect to when the inventory of those sinks
15 was used up?
16 A.  I think it must have been
17 December, maybe.  December or January.
18 Q.  Of '06?
19 A.  Of '06.
20 Q.  '06 and '07?
21 A.  '06 and '07.  Something like that.
22 MR. MALTBIE:  Let's mark as
23 Plaintiff's Exhibit 11 documents -- it's
24 actually -- Jon, it's okay to show

TSG Reporting - Worldwide       877-702-9580

## Page 76

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 confidential attorneys' eyes only
2 documents?
3 MR. CHIODO:  Absolutely.
4 MR. MALTBIE:  Documents Bates
5 stamped AGM 0035 through 0040.
6 (Plaintiff's Exhibit 11, document
7 bearing production numbers AGM 0035
8 through AGM 0040, marked for
9 identification as of this date.)
10 BY MR. MALTBIE:
11 Q.  Mr. Deja, if you could take a look
12 at what's now been marked as Plaintiff's
13 Exhibit 11 and I guess starting with the first
14 page, could you tell me have you ever seen
15 this document before?  These documents?
16 A.  Yes.
17 Q.  And what are these documents?
18 A.  That's an invoice for the
19 shipments of sinks that we ordered from our
20 manufacturer in China.
21 Q.  And am I correct in my reading of
22 this collection of documents that there are
23 actually three different orders included here?
24 A.  Correct.

TSG Reporting - Worldwide       877-702-9580

## Page 77

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 Q.  The first being for a shipment of
2 2688 sinks, style number 2317 on --
3 A.  That's actually not the first one.
4 Q.  Okay.
5 A.  The first one is on January 10.
6 Q.  Okay.  So you're looking at the
7 last --
8 A.  The last, right.  That was the
9 first one.
10 Q.  The last two pages of the exhibit
11 reflect the first purchase.
12 A.  Correct.  The packing list and the
13 same date.  Yeah, um-hum.
14 Q.  So that was January 2007; is that
15 correct?
16 A.  Yes.
17 Q.  And this first order in time is an
18 order for 576 sinks, model number SU 12321A
19 and SU23120B, that second style being 2,796
20 units; is that correct?
21 A.  Correct.
22 Q.  Do you know whose model numbers
23 those products are?
24 A.  These are manufacturer's model

TSG Reporting - Worldwide       877-702-9580

Page 78

```
 1    R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
 2   numbers.
 3      Q.  Do you know how they arrived at
 4   those model numbers?
 5      A.  I may venture a guess that that's
 6   dimensions. Twenty-three inches by 21 inches
 7   mean that's a double bowl.
 8      Q.  And the next -- if you flip back
 9   to I guess the first two pages, there's an
10   issue date of April 10th, 2007.
11          Do you see that?
12      A.  Yes.
13      Q.  Would this be the second order?
14      A.  That's the second order.
15      Q.  And this is for 2,300 and -- I'm
16   sorry. 2,688 units of model number SU12317A.
17      A.  Yes.
18      Q.  Correct?
19      A.  Um-hum.
20      Q.  And then in the middle of the
21   exhibit there's a third order issued on April
22   23rd, 2007; is that correct?
23      A.  Correct.
24      Q.  And this is for --
25      A.  May 23rd.
     TSG Reporting - Worldwide    877-702-9580
```

Page 79

```
 1    R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
 2      Q.  I'm sorry. Did I say -- May 23rd.
 3          For 1,992 pieces of model number
 4   SU3120B2 and 2,865 units of SU2321A2.
 5      A.  Um-hum.
 6      Q.  And are you aware of any other
 7   orders from the Chinese manufacturer?
 8      A.  No.
 9      Q.  Is there anything pending or on
10   the --
11      A.  One order is pending.
12      Q.  Has that order been placed or --
13      A.  That order has been placed but
14   it's sort of on hold because actually we
15   placed it right before the litigation so it's
16   still in China and we don't know...
17      Q.  So by my rough calculation we have
18   something like over 9,000 sinks that have been
19   ordered?
20      A.  Correct, um-hum.
21      Q.  And I believe that in connection
22   with this litigation I received a letter from
23   Mr. Schroeder indicating that approximately
24   1,900 to 2,000 sinks have been installed. Is
25   that correct?
     TSG Reporting - Worldwide    877-702-9580
```

Page 80

```
 1    R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
 2      A.  Mr. Schroeder?
 3      MR. CHIODO:  Glenn.
 4      A.  Oh, Glenn. I'm sorry. I would
 5   think that that's the right number, um-hum.
 6      Q.  And --
 7      A.  Yes, um-hum.
 8      Q.  Could you tell me how you arrived
 9   at that number of installations?
10      A.  We just calculated what we have in
11   our warehouse left and we subtracted from the
12   amount of the invoices.
13      Q.  And just looking at again the
14   next-to-the-last page of this exhibit, there's
15   a handwritten notation that says Received,
16   March 2007.
17          Do you see that? On the last
18   order. The earliest order in the time. The
19   last --
20      A.  The earliest -- okay.
21          Yes.
22      Q.  And do you recall, in fact,
23   receiving this first shipment in March of
24   2007?
25      A.  Um-hum.
     TSG Reporting - Worldwide    877-702-9580
```

Page 81

```
 1    R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
 2      Q.  And do you recall then -- sorry.
 3          Do you recall there being any
 4   period of time between March of 2007 and some
 5   later point that it took to get these sinks
 6   actually to the South Plainfield location? Or
 7   does the March 2007 reflect receipt at South
 8   Plainfield?
 9      A.  Yeah. Because in the Ridgefield
10   Park we don't have space. I mean, at all. We
11   can't fit anything in there. So we only keep
12   stock of sinks for, you know, weekly basis.
13   And all the shipments, they come straight to
14   South Plainfield from the pier.
15      Q.  Okay. So beginning I guess at
16   least in March 2007, you had your own
17   privately manufactured sinks that became part
18   of the sink promotion run by All Granite?
19      A.  That is correct, yes.
20      Q.  At this time were there any
21   designs or logos placed upon these sinks?
22      A.  No.
23      Q.  Did there come a point in time
24   when logos or designs were placed on the
25   sinks?
     TSG Reporting - Worldwide    877-702-9580
```

Page 82

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
1
2    A.    Um-hum.
3    Q.    And when was that?
4    A.    I think it was the next shipment.
5  So starting from July we had a logo I think.
6  May, May, May.
7    Q.    The April shipment?
8    A.    Right.
9    Q.    But the first shipment —
10   A.    Hold on just one second. I'm
11  getting confused.
12        Oh, yeah. No, no, no. That was
13  the moment that we — the first shipment was
14  with no logo and the first was January 10th.
15  And the one from April. The one — this one,
16  yes.
17   Q.    The one from April had logos?
18   A.    Um-hum. Had logo.
19   Q.    And how about the one from May?
20   A.    Yes. As well. From now point —
21  from that point time the logo appeared on the
22  sinks.
23   Q.    And whose decision was it to put a
24  logo on the sinks?
25   A.    That was my decision.

TSG Reporting - Worldwide      877-702-9580

Page 83

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
1
2    Q.    And what led you to that decision?
3    A.    Well, since we've been giving away
4  sinks, you know, with no logo at all I think
5  that it would be nice to start running our own
6  line of sinks because, you know, when the
7  customer sees something that has no logo at
8  all it means no brand. It automatically is
9  associated with less value, no brand at all.
10  If there is something, people don't think
11  about no brand anymore. So it was pretty much
12  it.
13   Q.    So when you say you were
14  installing sinks that had no logo on them at
15  all, you're referring to the sinks that were
16  received as part of the first shipment.
17   A.    Correct.
18   Q.    So the ones that were received in
19  March, correct?
20   A.    Yes.
21   Q.    So then by April 10th you had
22  decided that you should be installing sinks
23  that have logos on them.
24   A.    Correct, um-hum.
25   Q.    And just going back to your

TSG Reporting - Worldwide      877-702-9580

Page 84

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
1
2  comment about the reason why you decided to
3  manufacture your own sinks was because you
4  didn't think the Artisan brand had a value.
5        Does your testimony with respect
6  to putting your own logo on affect or alter
7  that testimony?
8        MR. CHIODO:  Objection to the
9  form.
10   A.    No. I wouldn't say so. The
11  reason why we decided to stop buying sinks
12  from Artisan is because we felt that we pay
13  extra premium for a brand and there was no
14  brand really. There was no brand recognition
15  among the customers.
16        We thought that introducing our
17  brand is not going to put us in any better or
18  worse position but we will be able to get a
19  better value for the customer because we were
20  paying less for the sinks. So there is no
21  advantage on our part buying from Artisan and
22  there is advantage of having a sink with our
23  own logo for half the price.
24   Q.    And with respect to the advantages
25  versus disadvantages, were you of the opinion

TSG Reporting - Worldwide      877-702-9580

Page 85

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
1
2  or are you of the opinion that the sinks that
3  you ordered from your manufacturer were
4  equivalent in quality to Artisan brand sinks?
5    A.    In my opinion they're very
6  comparable in terms of the quality.
7    Q.    Do you know if the specifications
8  of the sinks are similar or identical?
9    A.    They're similar. They're similar.
10   Q.    What's similar about them?
11   A.    Well, they're both stainless
12  steel. The quality of the finish is very much
13  the same. The sound deadening pads are
14  similar. And I guess Artisan is a little bit
15  better in terms of the sound protection. But
16  overall we tested it out. We gave it to the
17  test. Our customers, they saw our sink and
18  they liked it. And they had nothing, you
19  know, against it. And we determined that
20  pretty much if somebody's getting a sink for
21  free, unless it's Kohler, you know, or maybe
22  Elkay, Franke, some brand names that people
23  really do recognize, that's not going to
24  change anything.
25        So between us and Artisan there

TSG Reporting - Worldwide      877-702-9580

Page 86

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  wasn't that brand awareness that would -- I
2  mean, if the customers -- if they do come to
3  my showroom and they say, okay, I like that
4  sink, I heard about it, then I can see the
5  value and then I can, you know, maybe throw it
6  to larger orders or whatever.
7          But having a sink that people do
8  not recognize at all, and the question I hear
9  repeatedly is what is this, that was -- you
10  know, that just didn't add up for us at that
11  time and we decided to just do our own brand.
12     Q.   Do you know if the Chinese
13  manufacturer for the All Granite sinks was
14  familiar or aware of Artisan brand sinks?
15     A.   I don't know. I have no idea.
16     Q.   Do you recall if you provided any
17  specifications for Artisan brand sinks to the
18  manufacturer?
19     A.   No.
20     Q.   Do you know what gauge stainless
21  steel the sinks that are manufactured for you
22  by your Chinese manufacturer are?
23     A.   I think it's 18. Either 17 or 18.
24  But I think 18.
25

TSG Reporting - Worldwide      877-702-9580

Page 87

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      MR. MALTBIE:  Let me mark as
2  Plaintiff's Exhibit 12 a document
3  produced by All Granite bearing Bates
4  stamp numbers AGM 0041 through AGM 0043.
5      (Plaintiff's Exhibit 12, document
6  bearing production numbers AGM 0041
7  through AGM 0043, marked for
8  identification as of this date.)
9  BY MR. MALTBIE:
10     Q.   Mr. Deja, could you please take a
11  look at what's been marked as Plaintiff's
12  Exhibit 12 and tell me if you've ever seen
13  these documents before.
14     A.   Um-hum.
15     Q.   And what are these documents?
16     A.   These are the spec sheets from the
17  China manufacturers.
18     Q.   And just look at -- I guess go
19  through the first one or look at the first
20  page. SU3120B2. I don't know if you can make
21  it out but it looks like there's three
22  categories there. Depth, thickness and gauge.
23     Do you see that?
24     A.   Yes.
25

TSG Reporting - Worldwide      877-702-9580

Page 88

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1     Q.   Do you know what the depth is for
2  this sink?
3     A.   I would guess nine inches. But I
4  don't know. It's very hard to read.
5     Q.   And just -- sorry.
6     A.   It should be nine I think.
7     Q.   With respect to accessories it
8  says cutting template and clips. What are
9  those things, if you know?
10     A.   Cutting template, that's template,
11  cardboard template of the shape of the inside
12  cutout of the sink. And the clips are pieces
13  of metal with a screw that you use to attach
14  the sink to the granite.
15     Q.   Is that something that All Granite
16  uses to attach its sinks to granite in
17  installations?
18     A.   Not really. We don't use clips.
19     Q.   What do you use?
20     A.   We have our own method of
21  installing the sink. See, the problem -- they
22  came up with the clips in time where granite
23  countertops were not really popular. And the
24  majority you had was Formica and Corian. The
25

TSG Reporting - Worldwide      877-702-9580

Page 89

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  clip, the screw can easily be screwed into the
2  Formica, but in a granite you're not going to
3  be able to screw it. To attach the screw you
4  have to drill in the granite. And then you
5  have to either attach the screw with the akimi
6  or press a wooden bolt in there. If you were
7  going to try to press -- drill the screw in
8  the granite, the granite may crack.
9          By drilling into the granite
10  you're weakening the granite as well. And
11  there are some cases, some instances where
12  surface cracks, you know little cracks on the
13  surface may develop so we don't do that,
14  especially where there is a pressure applied
15  on the sink, you put a lot of dishes, you
16  know, pots filled with water, after a while it
17  may weaken those particular spots. We want to
18  make it safe for granite. And our method of
19  installing the sink is really, really good.
20     Q.   How can you describe it?
21     A.   We have pieces of stone, very thin
22  slices of stone, and we glue those stone with
23  the use of akimi glue to the countertop. I
24  can draw it. What happens, that akimi glue,
25

TSG Reporting - Worldwide      877-702-9580

Page 90

1    R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
2    it hardens like a rock. And then the whole
3    thing becomes glued like a rock, you know.
4    And it doesn't harm the granite in any way.
5        Q.   But if you had to remove the sink
6    at some point how would you remove the sink?
7        A.   It is possible. And you just have
8    to knock on the piece of granite from the
9    side, you know, with a hammer.
10       Q.   Would you risk damaging the
11   granite doing that?
12       A.   No. Granite, no. You could
13   damage the sink. You could damage the sink.
14   But if you do it carefully it is possible, you
15   know. But we just find that method to be more
16   safe for granite in the long run.
17       Q.   Looking at the third page of this
18   exhibit which is -- I guess this would be the
19   rectangle sink.
20       A.   Um-hum.
21       Q.   SU2317A1.
22       A.   Yes.
23       Q.   On the spec chart here indicates
24   it comes in two different depths, eight inches
25   and nine inches. And at least the eight-inch

TSG Reporting - Worldwide    877-702-9580

Page 91

1    R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
2    depth appears to come in both 18 and 20 gauge
3    stainless steel. Do you see that?
4        A.   Yes.
5        Q.   Do you know if All Granite ordered
6    any eight-inch depth sinks?
7        A.   No.
8        Q.   So you only ordered the nine-inch
9    depth.
10       A.   Right.
11       Q.   Do you know if these model are
12   standard in the industry?
13       A.   I don't know.
14           I think -- is Artisan using
15   something similar in sizes, too? I'm not
16   sure. No, I don't want to...
17       Q.   Well, let me ask you. I mean,
18   Artisan's D-bowl sink I'll represent to you
19   is -- includes the numbers 2321 in its model
20   number.
21       A.   23 --
22       Q.   21 which is the second D-bowl
23   here.
24       A.   Uh-huh, okay. Yeah.
25       Q.   Is there any reason why -- I

TSG Reporting - Worldwide    877-702-9580

Page 92

1    R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
2    believe you said Alex came up with a number
3    for these sinks -- that he chose something
4    different than the 2321 designation?
5        A.   I think the only reason for that
6    was the fact that our import manager is in
7    Ridgefield Park and Alex has no access to our
8    import document so he didn't really know what
9    the -- he never saw those numbers. And he
10   didn't have anything on hand so he had to make
11   something up I guess.
12       Q.   Do you know if the numbers that
13   Alex came up with mean anything or --
14       A.   No. I don't -- they're
15   meaningless.
16       Q.   Now, other than the I guess the 17
17   gauge and I think some 16 gauge sinks that
18   Artisan sold to All Granite, do you know what
19   gauge sinks All Granite has ordered from the
20   Chinese manufacturer?
21       A.   I think it was 18 gauge.
22   eighteen -- 17, 18. I think 18 mostly.
23           THE WITNESS: Can we have a little
24   break?
25           MR. MALTBIE: Sure.

TSG Reporting - Worldwide    877-702-9580

Page 93

1    R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
2           (Recess taken.)
3           MR. MALTBIE: We can mark as
4    Plaintiff's Exhibit 13 a document
5    bearing Bates stamp AGM 0033.
6           (Plaintiff's Exhibit 13, document
7    bearing production number AGM 0033,
8    marked for identification as of this
9    date.)
10   BY MR. MALTBIE:
11       Q.   Mr. Deja, could you please take a
12   look at what's been marked as Plaintiff's
13   Exhibit 13 and tell me if you've ever seen
14   this document before.
15       A.   I can't recall.
16       Q.   This appears to be an invoice from
17   Artisan to All Granite in relation to five
18   eight-inch single handle kitchen faucets.
19           Do you see that?
20       A.   Yes.
21       Q.   Do you recall All Granite ever
22   ordering kitchen faucets from Artisan?
23       A.   I do not recall.
24       Q.   Does All Granite sell any kitchen
25   faucets?

TSG Reporting - Worldwide    877-702-9580