## Page 94

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1
2    A. No.
3    Q. **Does All Granite provide kitchen**
4 **faucets to its customers as part of any**
5 **promotion?**
6    A. No.
7       Order was 2006, right?
8    Q. **July 2006.**
9    A. July 2006. To be honest, I don't
10 know. Maybe -- no, I don't want to even
11 guess. I think my boss was building a house
12 at that time. Maybe he just ordered it for
13 his house or something. Maybe something --
14 but we don't give away faucets. We didn't --
15 that's not like something usual. Maybe
16 something...
17    Q. Okay.
18       **Mr. Deja, how does All Granite**
19 **know if a sink is to be included in any given**
20 **countertop installation?**
21    A. Well, we are getting the coupon
22 typically from the customer. And then we know
23 that we should give them the sink. Or you
24 mean how do we know that we should install one
25 of your -- one of our sinks?

TSG Reporting - Worldwide     877-702-9580

## Page 95

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    Q. Yes.
2    A. Okay. Then let's say the
3 customer's provided us with a coupon at the
4 time of the initial consultation. Sometimes
5 we do the note in our system that the coupon
6 was provided. But typically customers is
7 advised to tell that piece of information
8 about the sink, that sink will be from our
9 stock to the templater who is measuring the
10 countertop. That is the most important piece
11 of information that we have to rely on.
12    Q. **So it's from the customer to the**
13 **cutter or the customer to the technician?**
14    A. To the technician. To the
15 templater, to the installer. To the person
16 who's coming over to the house. The way it's
17 played out when the customer is ready for us
18 to do the templating of the project he's going
19 to make a phone call. Okay, guys. I'm ready.
20 Come on over. We inform him that he has to
21 have all the appliances on site like the
22 stove, the refrigerator. We're not going to
23 measure the job when the appliances are not in
24 place. The measures have to be real precise.
25

TSG Reporting - Worldwide     877-702-9580

## Page 96

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 The customer is informed that the templater is
2 coming over a create a template. And at that
3 point the templater will ask the customer,
4 Do you have your own sink or are you going to
5 use one of ours. If the customer has his own
6 sink, he will present it to the templater and
7 templater will fit it into the actual cabinet
8 to check if the sink fits. That's really
9 important because sometimes customers, they
10 buy sinks that are too big and we can cut the
11 hole for the sink and not place it into the
12 cabinet. He'll place the sink, mark the
13 center of the sink. Typically when we'll
14 place the seam when we have to join two pieces
15 together, we'll make the seams right in the
16 middle of the sink. This way you would get
17 only four inches on the front and back of the
18 sink and on the back you drill the holes for
19 the faucet so it's not visible anyway.
20       And if the customer tells the
21 installer I'm going to use your sink, the
22 installer will grab the piece -- the sample
23 sink from the car or even visually inspect the
24 cabinet because they know our sinks, they know
25

TSG Reporting - Worldwide     877-702-9580

## Page 97

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 whether it's going to fit or not. And he will
2 put that information on the shape of the
3 countertop, on the actual template that he's
4 creating. On that template there are the most
5 important information for our business, you
6 know, to fabricate a countertop. The name of
7 the granite, the sample number, the name of
8 the edge, the work order number, the seam
9 locations and the sink. If there is a
10 customer sink he will put on the template,
11 customer sink. And on the sink he'll write
12 the work order number on the side. If that's
13 our sink he'll place our sink, rectangle or
14 our sink, D-shaped. That's pretty much it.
15    Q. **And how long are templates**
16 **maintained by your company after they're used?**
17    A. They're thrown out automatically.
18 After they fabricate maybe they keep it a day
19 or two and they throw it out.
20    Q. **Do they wait until the**
21 **installation takes place or --**
22    A. Sometimes yes, sometimes no.
23    Q. **Is there a policy or procedure**
24 **with respect to that?**
25

TSG Reporting - Worldwide     877-702-9580

Page 98

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    A.   No.  No policy about that.
2 Because if something goes wrong with the
3 installation and the shape does not fit there,
4 it's no blaming game.  We're not going to go
5 back with the template to check who made the
6 mistake, whether that was the cutter on the
7 bridge saw or the C&C department.  We have to
8 replace the countertop anyway so we just send
9 the guy out to inspect the problem and he'll
10 create a new template.  At the end of the day
11 the customer has to have the countertop
12 replaced, installed quickly.  That's the
13 bottom line.
14    **Q.   So other than the template itself,**
15 **does All Granite keep any records specifically**
16 **with respect to the number of sink**
17 **installations?**
18    A.   Not really.  Not really.  It's not
19 consistent.  Sometimes they may put it in the
20 notes.  There is a field in our database that
21 the sales representative or production
22 coordinator may input some notes, like our
23 sink, or the customer will not be at home, or
24 knock at the back of the door.  Something for

TSG Reporting - Worldwide        877-702-9580

---

Page 99

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 the -- you know, something extra, like a
2 communication space.
3    **Q.   Um-hum.**
4    A.   And they may put a notation about
5 the sink in there but they may not.  Same way
6 the installer will create a drawing of the
7 actual countertop and then on the side he may
8 put the sink, our sink, or he may not put it.
9 Previously we've been using -- you know, most
10 of the information was on the paper.  But we
11 departed -- couple years back we departed from
12 that.  Because the conditions of the granite
13 fabricator shop are very harsh.  We have a lot
14 of water, we have a lot of dust.  In the
15 wintertime we have to filter the air so there
16 is no heating pretty much because all the warm
17 air would escape anyway.  So it's a very hard
18 job.  When we were giving them papers they
19 would get them wet or dirty in a second.  And
20 they were constantly going back and forth to
21 the foreman, print me another set, print me
22 another set.  And when the operation is big
23 you just cannot have that.
24    So we decided -- told installers

TSG Reporting - Worldwide        877-702-9580

---

Page 100

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 put all the information on the template.  They
2 have the template right in front of their eyes
3 all the time.  The template is made out of
4 thick plastic.  They write on it with the
5 black -- not washable pen, the thick one.
6 They have it in front of their eyes, just do
7 it.  Not going back and forth asking for
8 papers.  That's why we didn't really focus on
9 write anything on the paper that they're
10 getting.
11    **Q.   Obviously, Mr. Deja, we've been**
12 **talking about Artisan sinks here today.  When**
13 **was the first time you heard of Artisan sinks?**
14    A.   The first time?  I believe that
15 was when we met -- I don't remember that,
16 exactly the first time.  But I'm assuming when
17 we first met with Artisan in 2003.
18    **Q.   Do you recall being part of a**
19 **meeting with Artisan in 2003?**
20    A.   I have no recollection of that.  I
21 have no recollection.  It's been so long, you
22 know, that -- at that time we had lots of
23 meetings, especially with the quarries, so
24 everybody -- there was a meeting with

TSG Reporting - Worldwide        877-702-9580

---

Page 101

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 somebody.
2    **Q.   Do you attend any trade shows?**
3    A.   Yes.
4    **Q.   What trade shows do you attend?**
5    A.   We participate in 16 to 18 trade
6 shows every year.  This year -- last Saturday
7 I was on a trade show.  I checked on my guys.
8 You know, how they're performing.
9    **Q.   Are these national trade shows or**
10 **more local trade shows?**
11    A.   Local trade shows.  Home shows.
12    **Q.   Do you know if Artisan ever shows**
13 **at the same shows that you attend?**
14    A.   I don't believe -- I never saw
15 them.
16    I can't recall.  I don't know.
17    **Q.   Do you know if you ever -- if you**
18 **or anyone on behalf of All Granite ever**
19 **discussed with the Chinese manufacturer**
20 **Artisan sinks?**
21    A.   No.
22    **Q.   You don't know or no?**
23    A.   I didn't discuss.
24    **Q.   Do you know if anyone else did?**

TSG Reporting - Worldwide        877-702-9580

Page 102

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1
2    A.  I don't know.  I don't believe so,
3    no.
4    Q.  Do you recall ever providing any
5    of your sales force with training on Artisan
6    during the period when you were distributing
7    or giving away Artisan to customers?
8    A.  Uh-huh.  Well, let me put it this
9    way.  When the new salesperson comes in we
10    always take that salesperson for a tour and we
11    show the facility.  We show the process of
12    fabrication.  We show the granite, the color,
13    the selection process.  We show database.  And
14    the sinks are very -- you know, like a tiny
15    little percentage of all that.  So typically
16    the training that the salesperson gets is
17    these are sinks that we give away for free.
18    The customer may show you a coupon from
19    different publications that you can accept it,
20    you can tell them to give the coupon to the
21    installer who comes over to template the job.
22    And then there's a certain polish for
23    stainless steel.  As good as any other sink.
24    And we may mention the gauge but it's not
25    typically what the salespeople do.  They don't

Page 103

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    really know the gauges and they're not really
2    that savvy.  That's why, you know, if the
3    there is a need for that spec sheet that you
4    showed me for, like, additional information,
5    the customer -- I mean the salespeople will
6    look into that spec sheet and, you know, then
7    start replying to customers' inquiries.
8    But other than that, the main
9    thing that they know is just to give the sink
10    for free.  That's it.
11    Q.  When you say the spec sheet, are
12    you referring to the --
13    A.  No, not this one.
14    Q.  Not this one?
15    A.  Not this one.  The one with the
16    four sinks -- with the four sinks crossed out.
17    Q.  The one that was part of the
18    investigator's report.
19    A.  Right.
20    Q.  Part of this (indicating).
21    A.  Part of this (indicating), um-hum.
22    And the stainless steel sinks,
23    they scratch, so we basically advise the
24    customer that they may purchase the products

Page 104

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    in Home Depot to polish them.  That's regular
2    maintenance and that's pretty much it.
3    Q.  Are there any other accessories
4    that you would tell the customers that they
5    could purchase on the open market?
6    A.  No.  You know, the salespeople,
7    they don't mention the accessories.  Typically
8    people don't ask much about that when they're
9    purchasing the countertop.  They're, like,
10    focusing on the stone alone.  Mostly
11    99 percent of the time they spend on the yard
12    going back and forth from one slab to another.
13    Putting samples of the cabinet doors to the
14    stone to check how the color matches.  That's,
15    you know, what they do.  They don't think
16    about the sink yet.
17    Q.  Well, do customers ever ask
18    salespeople who manufactures the sink that All
19    Granite provides?
20    A.  Yeah.  Well, they -- if they
21    inquire my people will say that that's our own
22    brand pretty much.
23    Q.  And is that pursuant to any policy
24    or procedure of All Granite?

Page 105

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    A.  Can you restate the question?
2    Q.  Is the fact that your salespeople
3    tell customers who inquire about the brand
4    name of the sink --
5    A.  Part of the policy.
6    Q.  -- part of the policy?
7    A.  Um-hum.  They are told to do so.
8    Q.  And is that part of training or is
9    that provided in written documentation or
10    something else?
11    A.  Not even written -- it's part of
12    the training.  We just tell them that these
13    are our sinks.  These are our sinks and...
14    Q.  And with respect to the logo that
15    appears on the sinks manufactured for All
16    Granite, I believe you said -- were you
17    involved in that process?
18    A.  Yes.
19    Q.  What was your role in that
20    process?
21    A.  Well, I was overseeing the design.
22    I was -- I was accepting the design that --
23    the graphic designer typically submits the
24    design for my approval so I was approving the

## Page 106

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    design, yes. That's the right word for it,
2    approval.
3        Q.   Let me show you what's been marked
4    as Plaintiff's Exhibit 4.
5        A.   Um-hum.
6        Q.   Could you tell me if you've seen
7    this document before or seen this design
8    before?
9        A.   Yes.
10       Q.   What is this design?
11       A.   It's our crown logo.
12       Q.   And who was responsible for
13   designing this logo?
14       A.   That was our graphic designer,
15   Sebastian Sroka.
16       Q.   And do you know when Mr. Sroka
17   designed this logo?
18       A.   I would say it was at the
19   beginning of 2007. Something like that maybe.
20       Q.   And did you provide Mr. Sroka with
21   any instructions with respect to this logo?
22       A.   Well, you know, we'd been thinking
23   about it and sort of, like, brainstorming with
24   some other people from my team, I guess.

TSG Reporting - Worldwide    877-702-9580

## Page 107

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    Walter was also discussing it. And I came up
2    with an idea of creating our own logo and
3    branding our own line of sinks. And we were
4    thinking, you know, about the proper logo,
5    what to tie into, and we wanted to base it on
6    the -- you know, the company is a Polish
7    origin. We have a lot of employees with
8    Polish roots and Polish background so we
9    wanted to tie into Polish traditions a little
10   bit. And, you know, I've been studying in
11   Krakow, it's very old city with royal castle
12   in it. One of the most famous castles in
13   Europe. And we thought about something that
14   would go well with the Polish roots, something
15   that we could be proud of, and that was the
16   crown we came up with at that -- and I guess
17   Sebastian was doing some research and he found
18   the crown that -- the first Polish crown ever,
19   pretty much, and he copied it from the --
20   there is a Polish painter in 18th century, he
21   created old painting -- he made them up
22   basically from the very first Polish king to
23   the last one. It's a very famous gathering of
24   paintings. Everyone in Poland knows it. It's

TSG Reporting - Worldwide    877-702-9580

## Page 108

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    really like a core of Polish historical
2    people. He took the first Polish king
3    Boleslaw Chrobry, and he took his crown and
4    that's what he wanted it to be, the Polish
5    crown, that first king. And that's what it
6    came to be.
7        Q.   And in this painting is the king
8    wearing the crown?
9        A.   Yes.
10       Q.   Just with respect to this logo,
11   when Mr. Sroka gave you a drawing was it
12   basically what you see here in front of you or
13   were there some revisions or drafts?
14       A.   I wanted the logo to be more
15   horizontal because on our website -- usually
16   when you design the website the logo are
17   square, they don't fit well into that very
18   long stripe - strip, right? At the top of
19   the page. So logo with the horizontal aspect
20   will fit a little bit better. So I wanted the
21   logo to be kind of -- crown is pretty much
22   square. I wanted it to be a little bit more,
23   you know, like to the sides. Like this
24   (indicating). And he changed that little

TSG Reporting - Worldwide    877-702-9580

## Page 109

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    thing -- you know, those -- what do you call
2    that thing?
3        Q.   I called them a curl the other
4    day.
5        A.   Curls, okay. Something. So he
6    changed them so they extend to the right and
7    left and that's pretty much it.
8        Q.   So was the case that there were
9    curls on the original --
10       A.   Yes. Same thing but a little bit
11   more curly like this way (indicating). And
12   like the bottom ones they more, you know --
13   how maybe I should describe that? He made it
14   like this (indicating). Something like this
15   (indicating). And then he extended it this
16   way (indicating) the way I remember.
17       Q.   So the initial drawing, the curls
18   were smaller and closer to the actual crown,
19   correct?
20       A.   Right.
21       Q.   And at your suggestion he
22   elongated them and stretched them out a bit.
23       A.   Um-hum.
24       Q.   And with respect to the curls that

TSG Reporting - Worldwide    877-702-9580

Page 110

1    R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
2    are at the bottom of the crown, were those
3    part of the original drawing?
4        A.  I think so.
5        Q.  Do you know how -- were these
6    curls also depicted in the painting of the
7    first Polish king?
8        A.  No.  That was added.  Because the
9    crown itself looked kind of plain.  You know,
10   kind of generic.  And we wanted to make it a
11   little bit less generic.
12       Q.  Okay.
13       A.  Plain basically.  So that's -- I
14   guess he enhanced it with those.
15       Q.  Now, at this time did you have any
16   plans to seek trademark protection for this
17   logo?
18       A.  No.  At this -- well, basically
19   that is always our intention, you know.  But
20   there's not enough time to do everything.  So
21   even if we wanted to do it it's just one of
22   the things that we would do at the very, very
23   end.  So that's why it wasn't even
24   implemented.
25       Q.  Do you recall if you went so far

TSG Reporting - Worldwide    877-702-9580

Page 111

1    R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
2    as to do a trademark registerability search
3    for a design like this?
4        A.  I do not believe Lou did that for
5    the crown.  We'd been doing some trademark
6    registrations for some other things but not
7    for this one.  We had a project - that's why
8    we met Lou couple of years back - that we've
9    been doing trademark registration.  With this
10   one that was kind of one of the least
11   important things.  That's why we didn't even
12   pursue that at that time.  I mean, if I have a
13   little bit of a free time maybe -- but since
14   that whole promotion started I wouldn't at
15   this point.
16       Q.  Now, do you have any other brand
17   names or logos that you use in connection with
18   your sinks?
19       A.  Porcelain sinks, Di-Monte.
20       Q.  And who was responsible for that?
21       A.  Sebastian as well.
22       Q.  And have you sought any trademark
23   protection for the Di-Monte name?
24       A.  No, no.
25       Q.  And I believe you said that

TSG Reporting - Worldwide    877-702-9580

Page 112

1    R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
2    beginning with the -- was it the second order
3    of sinks from the Chinese manufacturer in
4    April of 2007 --
5        A.  Um-hum.
6        Q.  -- the sinks that you were
7    ordering had this logo on them?
8        A.  Yes.
9        Q.  And is it correct to say that now
10   as of today all sinks in your inventory have
11   this logo on them?
12       A.  I think we are still left with
13   some sinks with no logo.  But I would have to
14   check, you know, what's the quantity of those.
15   Not a lot but I think we still have some with
16   no logo.
17       Q.  Okay.  And those would be from the
18   initial -- the first order?
19       A.  Yes.
20       Q.  So those would be for either the
21   SU12321 or the SU23120.
22       A.  Correct.
23       Q.  Double bowl and the D-sink I
24   believe?
25       A.  Um-hum.

TSG Reporting - Worldwide    877-702-9580

Page 113

1    R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
2        Q.  Now, do you use this logo in any
3    other place other than on the sink?
4        A.  No.
5        Q.  Does its appear on your website at
6    all?
7        A.  No.
8        Q.  Does Di-Monte appear on your
9    website at all?
10       A.  No.
11       Q.  Does it appear on any other
12   literature that is distributed by All Granite?
13       A.  No.  We just don't focus on
14   branding really the sinks at this point.
15       Q.  And where is the logo located on
16   the sink?
17       A.  It's in the center of the sink as
18   you look at it.  And in the double bowl sink
19   it's in the larger bowl in the center in line
20   with the strainer.
21       Q.  And with the other two it's lined
22   up with the drain hole?
23       A.  Yes, as well.  Um-hum.
24       Q.  Mr. Deja, we talked a little bit
25   earlier about the Artisan sink that was on

TSG Reporting - Worldwide    877-702-9580

Page 114

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    display in the South Plainfield showroom,
2    correct?
3    
4    A.  Um-hum.
5    Q.  I believe you learned sometime in
6    the first week in January that that sink was
7    on display?
8    A.  Um-hum.
9    Q.  Do you know how that sink came to
10   be on display in the South Plainfield
11   showroom?
12   A.  I don't know.  My guess is that we
13   installed it and somebody forgot to remove it.
14   When we stopped, you know, selling Artisan
15   products, that was the only one that was
16   omitted and I don't know why.  You know, I
17   guess by overseeing the fact that it's there.
18   Q.  So was there a point in time when
19   each of the sinks in the South Plainfield
20   showroom on display was an Artisan sink back
21   when Artisan was the sink that was being
22   distributed by All Granite?
23   A.  I think we had -- at that point we
24   had more of the sinks on display.  And then
25   they were removed.  But I'm not sure exactly

TSG Reporting - Worldwide    877-702-9580

Page 115

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    
2    when.
3    Q.  Take a look at what you've already
4    been shown which is Plaintiff's Exhibit 1
5    which is the investigator's report in
6    connection with this case.
7    Mr. Deja, could you tell me if
8    you've seen this document before?
9    A.  Yes.
10   Q.  And do you recall the first time
11   you saw it?
12   A.  I think on Thursday was it?  Or
13   Friday?  Thursday I think, right?  That
14   particular printout when I came here on
15   Thursday.
16   Q.  Okay.  And you've read the report?
17   A.  What's that?
18   Q.  You've read the report?
19   A.  Yeah.  Loosely.
20   Q.  Well, the report relates to two
21   visits by a private investigator hired by
22   Artisan to visit the All Granite South
23   Plainfield showroom which visit took place on
24   November 6th, 2007 and November 27th, 2007.
25   And on this first visit the

TSG Reporting - Worldwide    877-702-9580

Page 116

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    investigator was assisted by Mr. Peter Bucko.
2    Is Mr. Bucko an employee of All
3    Granite?
4    A.  Yes, he is.
5    Q.  And what is his position?
6    A.  He's a salesperson.
7    Q.  And the report indicates that Mr.
8    Bucko told the investigator without prompting
9    that the sink installed -- or if the
10   investigator was to go ahead with her order,
11   was to be an Artisan sink.
12   Do you have any reason to believe
13   why that was not what happened?
14   MR. CHIODO:  Objection.
15   Mischaracterizes.
16   Q.  You can answer the question if
17   understand it.
18   A.  I forgot the question already.
19   Sorry.
20   Q.  Let's look specifically at the
21   report.
22   A.  At the report, okay.
23   Q.  It relates that the investigator
24   engaged Mr. Bucko.  That Mr. Bucko, and I'm

TSG Reporting - Worldwide    877-702-9580

Page 117

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    picking up in the middle of the paragraph,
2    stated that a free sink is provided with the
3    installation of a countertop when a coupon
4    from the Clipper was provided.  He then told
5    the investigators about gauge and banged on
6    two sinks to show the difference in sound.
7    A.  Um-hum.
8    Q.  Stop there.
9    Have you ever seen Mr. Bucko doing
10   a sales pitch to customers?
11   A.  I saw him assisting customers but
12   I never followed him every step of the way.
13   Q.  Okay.  Did you ever see Mr. Bucko
14   banging on sinks?
15   A.  No, never.
16   Q.  Have you ever seen any salesperson
17   at South Plainfield showroom banging on sinks?
18   A.  No.
19   Q.  Do you know if the banging on
20   sinks would be a way to show customers the
21   differences in sound deadening qualities?
22   A.  That's an interesting concept.  I
23   never thought of that.  But -- if you bang on
24   the sink maybe the thickness of the sink will

TSG Reporting - Worldwide    877-702-9580

Page 118

1    R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
2    show up. Maybe that's -- hum.
3    Q.    The next sentence says, "He
4    pointed specifically to the D-shaped double
5    sink with the serial number 8455R with the
6    price of 250 and said it was a 16 gauge
7    Artisan sink and they were tougher and better
8    than other sinks on the market."
9    Do you see that?
10    A.    Um-hum.
11    Q.    Now, you've spoken to Mr. Bucko,
12    have you not, about this?
13    A.    What's that?
14    Q.    Have you spoken to Mr. Bucko about
15    this report?
16    A.    Yes.
17    Q.    And did Mr. --
18    A.    Well, when I talked to him he
19    basically told me I don't remember anything.
20    And that's pretty much -- and I didn't want to
21    really tell him what's in the report because I
22    didn't want to suggest him with things that he
23    doesn't really remember. So that's pretty
24    much -- I'm sorry. Your question?
25    Q.    My question is did you in the

Page 119

1    R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
2    course of I assume your own --
3    A.    Investigation.
4    Q.    -- investigation, have you
5    uncovered any information that would cause you
6    to disbelieve the statements made in this
7    report?
8    A.    Well, he told me that he doesn't
9    remember and that they never do it, pretty
10    much. Because, you know, he told me that he
11    is not, you know, familiar about the gauges
12    really. He knows something 16 inch -- but he
13    was hesitating. Sixteen is maybe thicker
14    something, so I cannot -- it didn't appear to
15    me that he was able at that time to perform
16    banging, like he's person knowledgeable about
17    sinks the way he described it to me later on
18    his experience with sinks, you know, and
19    knowledge about sinks.
20    Q.    The report continues to discuss
21    the return visit by the investigator which
22    took place on November 27th, 2007 when the
23    investigator was helped by Chris. Who is
24    Chris?
25    A.    Chris is a salesperson in our

Page 120

1    R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
2    South Plainfield office.
3    Q.    And Chris's real name is Daniel;
4    is that correct?
5    A.    Daniel, correct. He goes by the
6    name Chris.
7    Q.    If you look at what's Bates
8    stamped ART 00024 and the first paragraph
9    about a little further than half way down, the
10    sentence that begins "AD asked more
11    specifically what brand of sink and that on
12    the previous visit AD was told of the Artisan
13    sinks. Chris confirmed that an Artisan sink
14    could be installed. AD and Chris then viewed
15    the sink display. Since Mr. Amabile requested
16    a D-bowl AD confirmed with Chris that the
17    D-bowl on display was an Artisan sink."
18    Do you see that?
19    A.    Um-hum.
20    Q.    Have you spoken to Chris about
21    this report?
22    A.    Yes.
23    Q.    What was the outcome of your
24    discussion?
25    A.    Same thing. He just didn't

Page 121

1    R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
2    remember. And I can believe them because they
3    serve so many customers that it's hard for
4    them to remember each and every one. And same
5    thing.
6    Q.    Well -- sorry. Go ahead.
7    A.    No, no. I'm sorry.
8    Q.    Well, my question is -- I'm not
9    asking whether they remember the specific
10    customer. I'm wondering if they remember
11    whether they ever told a customer that the
12    sink that would be installed in their house
13    would be an Artisan sink.
14    A.    No, no. They didn't -- they told
15    me that they don't say that basically to the
16    customer. Or something in that line. You
17    know, not -- pretty much.
18    Q.    I show you what's been previously
19    marked as Plaintiff's Exhibit 7.
20    A.    Um-hum.
21    Q.    Mr. Deja, could you tell me if
22    you've ever seen this document before?
23    A.    I believe I saw it as a part of
24    the -- part of the documentation. But it was
25    black and white.

Page 122

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1
2  Q.  I'll represent to you that this
3  was a document provided to Artisan by Lin
4  Poynter, a customer from Massapequa who
5  purchased a countertop which included a free
6  sink installation from All Granite's
7  Ridgefield Park location.
8  A.  Um-hum.
9  Q.  And that Ms. Poynter claims that
10 she was given this sink spec sheet at the
11 Ridgefield Park location.
12 A.  Um-hum.
13 Q.  Now, other than in connection with
14 this lawsuit, have you ever seen this document
15 before?
16 A.  No.
17 Q.  Do you know if All Granite ever
18 creates or provides to customers documents
19 like this at any of its showrooms?
20 A.  The one that you showed me with
21 the four sinks crossed out.  That would be
22 something like that that was created by us.
23 Q.  So that's the only type of
24 documents that would have been provided to
25 customers?

TSG Reporting - Worldwide    877-702-9580

Page 123

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1
2  A.  Yes, um-hum.  Well, not really
3  provided.  I don't think that they give it
4  away to the customer but if the customer wants
5  to have it, I don't think they will object.
6  Q.  Now, what if a customer is working
7  with a contractor and for whatever reason the
8  contractor wants to know the specification of
9  the sink?  What do you give the customer, if
10 anything?
11 A.  The spec sheet that you showed me,
12 the previous one with the sink crossed out.
13 That was in circulation.  That's something
14 that I remember as being.
15 Q.  So you're looking at what was
16 marked as ART 00027?
17 A.  Um-hum.
18 Q.  Okay.
19 A.  That I didn't see.
20 Q.  Sorry.  When you say that you
21 didn't see, you're talking about Plaintiff's
22 Exhibit 7?
23 A.  00241.  ART.  Yes.
24 Q.  Do you know if a document like
25 this was ever made available to customers at

TSG Reporting - Worldwide    877-702-9580

Page 124

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1
2  the South Plainfield location?
3  A.  No.  I don't know.  I don't think
4  so.
5  Q.  Did you ask anybody at South
6  Plainfield if a document like this was ever
7  made available?
8  A.  I don't remember.  I may have
9  asked Alex.  Did I have a chance to ask him
10 about that?  Yes, I think we asked him.  Did I
11 ask him Thursday?  I think I did ask him on
12 Thursday.  Because we met him over here.
13 Q.  Do you recall what he said?
14 A.  No, he -- he said no, he didn't
15 see it.  He didn't see the document.
16 Q.  Do you know if the sinks that All
17 Granite has manufactured and in turn supplies
18 to customers were based on the specifications
19 for Artisan sinks?
20 A.  No.  They were not.
21 Q.  Do you know if All Granite paid
22 for any molding or tooling charges to the
23 Chinese manufacturer?
24 A.  No.  As far as I know, they
25 basically manufacture sinks.  They have their

TSG Reporting - Worldwide    877-702-9580

Page 125

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1
2  own line, you know, and we just purchase the
3  sink and they brand it for us.  It's not like
4  we created a factory in there and they created
5  molds and they created sizes.  It's more like
6  they sell sinks, we just buy them.
7  Q.  Do you know if this factory
8  manufactures for any other sink companies?
9  Branded sink companies?
10 A.  Sorry.  Can you repeat the
11 question?
12 Q.  Do you know if the Chinese
13 manufacturer manufactures sinks for any other
14 companies?
15 A.  Oh, for any other companies.  I
16 have no idea.  But I may venture a guess that
17 yes.
18 Q.  Let's talk about South Plainfield.
19 How are customer calls to South Plainfield,
20 phone calls, handled?
21 A.  The customer calls in.  There is
22 an automated message.  If you want to hear
23 directions or the opening hours press 1.  If
24 you want to talk to the sales representative
25 you may hold or press 2.  They'll hold.  And

TSG Reporting - Worldwide    877-702-9580

Page 126

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  the salesperson will answer the phone. And
2  then they will proceed according to the
3  request, whatever the customer needs.
4      Q.  And is it --
5      A.  They're going to accommodate him.
6      Q.  Is it whoever is available that
7  will pick up the call?
8      A.  Whoever is available.
9      Q.  Is there any specific procedure
10  for handling customer complaints or questions,
11  post-installation?
12      A.  Typically the salesperson who
13  answers the phone will try to determine what
14  the problem is. And if the problem can be
15  dealt, you know, by that salesperson, he
16  should be able to help the customer and take
17  care of the problem.
18      If the problem cannot be taken
19  care of, the salesperson requires additional
20  knowledge or acting on our part, they will
21  transfer the customer to the service
22  department. In Ridgefield Park service
23  department is Tony, our service manager.
24      Q.  A call to South Plainfield would
25

TSG Reporting - Worldwide    877-702-9580

Page 127

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  ultimately be transferred to Tony in
2  Ridgefield Park?
3      A.  No. In South Plainfield typically
4  the service calls are taken care of by Alex.
5      Q.  Now, are you aware if Mr. Bucko
6  was responsible for scheduling service calls
7  or handling customer complaints at any point
8  in time?
9      A.  Possible. Possible. I cannot
10  exclude it. In South Plainfield for
11  services -- see, Alex and Daniel, these are
12  two people who are responsible for final
13  confirmation of the price. And when the
14  output of the job is really big they are very
15  busy so I can see Alex transferring parts of
16  his duties to somebody else.
17      Q.  Okay. Do you know if there's been
18  any change in South Plainfield with respect to
19  the handling of customer post-installation
20  issues in the last month or so?
21      A.  Might have been. Might have been.
22  I think there was one girl, Julia, and I think
23  she was involved in services for some time.
24  And then maybe Alex back again. I don't know
25

TSG Reporting - Worldwide    877-702-9580

Page 128

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  exactly basically because if there is an issue
2  of a real importance I believe Alex will take
3  care of it anyway because ultimately it will
4  go back to him. And if that issue is going to
5  grow it will be transferred over to me so
6  ultimately I will know the most serious cases.
7      Q.  Well, do you recall giving any
8  instructions personally to either Alex or
9  Daniel with respect to handling complaints in
10  South Plainfield over the last month or so?
11      A.  No. No.
12      Q.  Does All Granite have any
13  mechanism to keep track of complaint calls
14  from customers post-installation?
15      A.  The only real record of the
16  complaint is being attached to the work order.
17  So when the customer calls in the salesperson
18  will ask about the work order number. They
19  will pull out that record or that record will
20  automatically pop out. Our telephone system
21  recognizes the phone number because our
22  database is connected to the phone system in a
23  way that when the phone rings the work order
24  should automatically pop up on the screen.
25

TSG Reporting - Worldwide    877-702-9580

Page 129

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      And salesperson looking at the
2  work order will be able to see the size of the
3  installation, you know, what the problem might
4  be. He will see the material. You know, some
5  materials stain a little bit more than others
6  and so forth. So he'll be able to help the
7  customer a little bit.
8      If there is a real problem then
9  the phone call will be transferred to Tony and
10  Tony setting up a service visit, he will make
11  a note in the system. I'm sending over the
12  crew to inspect the granite for stains. I'm
13  sending over the crew to inspect it for
14  something. And then when the installer comes
15  back, he will report to Tony and he will say,
16  you know, the stains are there, we have to
17  replace the piece, whatever. Tony will put
18  the note on the file. But there is no -- if I
19  wanted to know in the list of services, the
20  system is not set up for that. We're dealing
21  with -- you know, there are not too many
22  services so typically Tony can remember the
23  services that he's working on, you know, by
24  the memory. And that's pretty much what it
25

TSG Reporting - Worldwide    877-702-9580

Page 130

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 is.
2
3     Q.   Do you know if All Granite has any
4 mechanism to keep track of calls that relate
5 specifically to the sinks that All Granite
6 installs?
7     A.   No.
8     Q.   Are you aware of any customers
9 ever calling with respect to inquiries or
10 questions about the sinks that All Granite
11 installed?
12    A.   Am I aware, right?
13    Q.   Yes.
14    A.   About that calls.  Well, I talked
15 to Alex and talked to Tony about services that
16 would involve sinks and they told me that the
17 only services that would pertain to sinks,
18 that would pertain to them indirectly, like,
19 in two instances I think, two or three I think
20 maybe the sink became loose.  That was within
21 a couple of years period.
22        Then -- what was it?  The opening
23 for the sink was too small.  The cutout that
24 we did.  Something like that.  But there were
25 no actual, you know, claims regarding the

TSG Reporting - Worldwide        877-702-9580

Page 131

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 sink, itself.  Like the quality of the sink, I
2 don't like the sink.  Nothing of that matter.
3
4     Q.   How about anyone asking for
5 accessories for the sink?
6     A.   Sometimes people may ask about the
7 accessories about the sink.  But we do not
8 treat that as a service call.  So Tony --
9 typically that phone call would not even end
10 up at Tony's desk.  People in the sales office
11 will inform the customer that, you know, he
12 may inquire about the accessories in some
13 other manufacturers and see if they fit from
14 Kohler's website and I believe from Artisan's
15 website as well.
16    Q.   So is it your understanding that
17 people in the sales office may have referred
18 customers looking for accessories for their
19 All Granite sinks to Artisan?
20    A.   It is possible.  It is possible.
21 We've been doing some business before with
22 Artisan, you know, and if people want to
23 purchase something, you know, they may do it
24 from them if it fits and if they find
25 something that they're looking for.  You know,

TSG Reporting - Worldwide        877-702-9580

Page 132

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 we recommend some people for the cleaning
2 product as well.  We have our own cleaner but
3 if somebody has a stain we will send them over
4 to Stone Tech Pro website, you know, so...
5     Q.   Going back specifically to
6 Artisan?
7     A.   People don't like Kohler's
8 accessories because they're expensive so
9 they're not -- when we send them over to
10 Kohler they don't like Kohler's accessories.
11    Q.   Okay.  Well, are you aware of any
12 specific instance where an All Granite
13 employee referred a caller to Artisan for a
14 sink accessory?
15    A.   No, not specifically.  I asked in
16 the sales office and the reply was, well, you
17 know, very rarely.  But sometimes when
18 somebody calls we say Kohler or Artisan.
19    Q.   With respect to Ridgefield Park,
20 how many of your employees there were employed
21 by All Granite prior to 2007 in the period
22 where Artisan sinks were being promoted and
23 given away from All Granite?
24    A.   How many salespeople -- what was

TSG Reporting - Worldwide        877-702-9580

Page 133

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 the number of the sales staff?  Or what was
2 the number of people working for us like
3 coming and going?
4     Q.   Well, how many people were working
5 for All Granite then that are still working
6 for All Granite now?
7     A.   Oh, okay.  Hum.  From 2006?
8     Q.   From -- yeah, from whenever --
9     A.   2003 I mean.
10    Q.   The 2003 to 2006 period.
11    A.   That would be me.  Thomas maybe.
12 Martin, the manager.  Some production.  Peter.
13 But not sales staff.
14    Q.   No sales staff?
15    A.   I don't believe sales staff.
16    Q.   How about in South Plainfield?
17 Does anybody fit into that category?
18    A.   I would have to ask Alex but I
19 don't believe that -- the guys in there are
20 like for six months, maybe eight months.  Not
21 that long.
22    Q.   Is Alex somebody who would --
23    A.   Alex would know better,
24 definitely.  And he would be the one

TSG Reporting - Worldwide        877-702-9580

Page 134

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  because -- yes, who was employed for the whole
2  period.
3  
4    Q.   How about Daniel?
5    A.   Maybe Daniel.  He came from
6  Ridgefield Park with him to the -- we kind of
7  transferred them over but Alex is definitely
8  older employee than Daniel.
9    Q.   Now, with respect to the memo that
10  we looked at earlier which was here, in
11  addition to the memo did you provide any
12  additional instructional information to your
13  salespeople or to All Granite personnel?
14    A.   I told them that if anything weird
15  is going to happen, you know, with respect to
16  customer relation and the sink, you know, like
17  phone calls inquiring about sinks specifically
18  or anything that concerns the matter, that I
19  should be notified.  And, you know, they
20  should let me know.
21    What else?
22    Well, the typical stuff that I
23  discussed earlier.  I ordered them to search
24  their desks and, you know, there's some hidden
25  old cabinets and files for, like, materials

TSG Reporting - Worldwide    877-702-9580

Page 135

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  they wouldn't know about but it might be there
2  or something and they searched for it.
3    Q.   And just to confirm, this memo was
4  distributed to all three All Granite offices?
5    A.   All three locations, that's
6  correct.  And displayed as well.  I
7  specifically requested managers to read it to
8  all the salespeople so they on a one-by-one
9  basis will be familiarized with it and then we
10  post it on the wall.
11    Q.   When you say read it to the
12  salespeople, to actually read it to the
13  salespeople out loud?
14    A.   No, they show it to them so they
15  can read it.
16    Q.   So everybody got their own copy as
17  far as you know.
18    A.   Well, either that or in
19  Stroudsburg there's only three people so the
20  manager show them.
21    Q.   I'd like to show you what's
22  previously been marked as Plaintiff's
23  Exhibit 6.  And, Mr. Deja, could you tell me,
24  have you ever seen this document before?

TSG Reporting - Worldwide    877-702-9580

Page 136

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    A.   Wasn't it the false name of the
2  investigator?  Susan Murray?  I think that's
3  the customer, right?  I think so.
4    Q.   So your understanding is this is
5  the All Granite document relating to the order
6  placed by the private investigator?
7    A.   By private investigator.  Okay.
8  Yeah.  That's why I recall that name.  It
9  sounded familiar.
10    Q.   And are all the documents that are
11  included in this exhibit All Granite
12  documents?
13    A.   Yes.  That is I believe client's
14  drawing (indicating).  That's her hand drawing
15  I can assume.  That's ours definitely, that's
16  ours.  That's ours.  Um-hum.  Well, everything
17  is ours because her drawing was scanned into
18  the estimate portion of the database.
19    Q.   Okay.  Now, looking at the first
20  page of this exhibit it indicates that the
21  estimate was created by Peter Bucko on
22  November 27th, 2007.
23    Do you see that?
24    A.   Um-hum.

TSG Reporting - Worldwide    877-702-9580

Page 137

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    Q.   And then it says Last Corrected By
2  Sebastian Kruszewski on January 7th, 2008.
3    A.   Um-hum.
4    Q.   Who is Sebastian Kruszewski?
5    A.   One of our salespeople.
6    Q.   And do you know why Sebastian
7  Kruszewski accessed or corrected this estimate
8  on or about January 7th, 2008?
9    A.   I don't know.  I don't know.  It
10  happens very often.  How should I phrase that?
11    When the customer comes in first
12  time, they typically do not have very exact
13  drawings.  Something like this (indicating) is
14  very common, you know, by hand.  And then
15  there are some minor changes when they're
16  ready to finalize the order.  The work order
17  changes.  Maybe that length here is different.
18  Maybe they add a windowsill.  And typically
19  what we do is we work on the original estimate
20  so we don't have, like, many copies of the
21  same estimate.  That would confuse us because
22  the most important thing is the most recent
23  one, but at the same time we want to keep
24  track who was serving the customer because if

TSG Reporting - Worldwide    877-702-9580

Page 138

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
1 there is any question we can go back and check
2 with Peter or with Sebastian. So I'm assuming
3 either dimensions changed before the
4 installation. There must have been small
5 change. Or even -- then it will show up also
6 if somebody is making a note on the work
7 order. And they're changing the order --
8 let's see the notes. Maybe he did some notes.
9 Something. Anything. We'll basically make
10 that record whoever was changing that.
11    Q.   And where does Sebastian work?
12 What office?
13    A.   Sebastian I think is both. But
14 mostly Ridgefield Park I think. I see him in
15 Ridgefield Park.
16    Q.   Just looking at the third page of
17 this exhibit.
18    A.   Um-hum, third page.
19    Q.   Appears to be the work order.
20    A.   Yes.
21    Q.   Do you see that?
22    A.   Yes.
23    Q.   It lists installation date of
24 December 8th, 2007. Do you see that?

TSG Reporting - Worldwide      877-702-9580

Page 139

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
1    A.   Um-hum.
2    Q.   Do you know why then Sebastian
3 would be going into this file on January 7th,
4 2008 a month or so after the installation was
5 done?
6    A.   I have no idea.
7         Did she call us?  Did she call us?
8    Q.   I don't believe so.
9    A.   I don't know. There must have
10 been something. The thing is Sebastian
11 Kruszewski cannot change anything of real
12 vital importance because he has a sales
13 access -- sales representative access to there
14 so he cannot change anything important.
15    Q.   I'd like to show you what's
16 previously been marked as Artisan -- I'm
17 sorry -- Plaintiff's Exhibit 8.
18    A.   Um-hum.
19    Q.   Which again appears to be
20 documents relating to a countertop
21 installation done for Charles, I believe, and
22 Suzanne Nagle of Bridgewater, New Jersey.
23    A.   Um-hum.
24    Q.   Let's hold off on this. Let me

TSG Reporting - Worldwide      877-702-9580

Page 140

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
1 show you something else first.
2    A.   Um-hum.
3    Q.   Sorry.
4         I show you what's previously been
5 marked as Defendant's Exhibit 11.
6    A.   Um-hum.
7    Q.   Mr. Deja, have you ever seen this
8 document before?
9    A.   I think so.
10    Q.   I'll ask you to direct your
11 attention to the fourth page of this document.
12    A.   Yes.
13    Q.   Which in response to a question
14 from All Granite regarding individuals who
15 have contacted Artisan regarding the
16 installation of sinks by All Granite, there
17 are six names listed.
18         Do you see that?
19    A.   Yes.
20    Q.   Do you know if any -- have you
21 tried to contact any of the people listed
22 here?
23    A.   No.
24    Q.   Do you know if anyone on behalf of

TSG Reporting - Worldwide      877-702-9580

Page 141

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
1 All Granite has tried to contact the people
2 here?
3    A.   No.
4    Q.   Do you know if All Granite has
5 attempted to confirm whether the people listed
6 here were, in fact, customers of All Granite?
7    A.   Yes.
8    Q.   And do you recall what the outcome
9 of that examination was?
10    A.   I believe that Paul Conrad or
11 Larry -- I don't remember. For most of them
12 we were able to find the work orders. For one
13 guy I forgot -- maybe this Larry Luchan we
14 just noticed that there was an account set up
15 but no work order then.
16    Q.   Do you know if any other effort
17 was made to contact any of these people?
18    A.   No. No, we didn't talk to them.
19 We didn't call them. Can we?
20    Q.   Looking now at Plaintiff's
21 Exhibit 8 which is the documents produced by
22 All Granite with respect to the order of
23 Charles Nagle, do you see that?
24    A.   Um-hum.

TSG Reporting - Worldwide      877-702-9580

Page 142

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1
2    Q.    Was this what was generated by All
3    Granite in response to Artisan providing these
4    names?
5    A.    I think so.
6    Q.    And would this then confirm that
7    Mr. Nagle, in fact --
8    A.    Was a client of All Granite.
9    Q.    And if I represent to you that Mr.
10   Nagle informed me that he was told by Alex at
11   South Plainfield that he would be receiving an
12   Artisan sink in his home, do you have any
13   reason to disbelieve that representation?
14   A.    Yes. I wouldn't believe Alex
15   would say that. There is just no reason for
16   it.
17   Q.    Okay.
18        MR. MALTBIE:  I'll have marked as
19   Plaintiff's Exhibit 14 documents
20   produced by All Granite bearing Bates
21   stamps AGM 162 through AGM 171.
22        (Plaintiff's Exhibit 14, document
23   bearing production numbers AGM 0162
24   through AGM 0171, marked for
25   identification as of this date.)

TSG Reporting - Worldwide    877-702-9580

---

Page 143

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1
2    BY MR. MALTBIE:
3    Q.    Mr. Deja, this appears to be the
4    estimate, work order, and invoice for the
5    installation of the kitchen countertop for
6    Robert Lezinski in Berkeley Heights, New
7    Jersey.
8        Do you agree with that?
9    A.    Yes.
10   Q.    Do you know if this document was
11   generated in response to the names provided by
12   Artisan in its response to the
13   interrogatories?
14   A.    I think so. If that's the name
15   that is on the list I would assume so, yes.
16   Q.    (Indicating).
17   A.    Um-hum.
18   Q.    On the estimate, at least -- let's
19   take a look at that. There's -- on the
20   Created By area there's the name Kamil
21   Grzywniak. And who is that?
22   A.    I don't know him.
23   Q.    Do you know if that's a
24   salesperson that works there?
25   A.    Yeah, that must be a salesperson.

TSG Reporting - Worldwide    877-702-9580

---

Page 144

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1
2    Q.    And there's another name, Keith
3    Kowal. Do you know who Keith Kowal is?
4    A.    Yes. He's a salesperson.
5    Q.    And then looking at the next page
6    which appears to be a revised estimate --
7    A.    Yes. Well, hum. I think that's a
8    specific estimate and that's their regular
9    estimate.
10   Q.    This appears to have been created
11   by Robert Sienkiewicz.
12   A.    Um-hum.
13   Q.    And who is that?
14   A.    A salesperson.
15   Q.    And it indicates that it was last
16   corrected by Barbara Wojtach?
17   A.    Um-hum.
18   Q.    And who is that?
19   A.    He's our bookkeeper.
20   Q.    And if you look, there's another
21   estimate in here which is on Bates page number
22   AGM 165 which appears to have been created by
23   Severyn Graefling.
24        Do you see that?
25   A.    Yes.

TSG Reporting - Worldwide    877-702-9580

---

Page 145

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1
2    Q.    Who is Severyn?
3    A.    He was a salesperson.
4    Q.    Does he still work with All·
5    Granite?
6    A.    No.
7    Q.    And this indicates that it was
8    last corrected by Jerry Wojcik.
9    A.    Wojcik.
10   Q.    Wojcik.
11   A.    I don't know that name. I know
12   our salespeople but typically by face. And
13   sometimes the name they go by is different
14   than their real name so I...but it must be a
15   salesperson.
16   Q.    Then looking at the work order ID
17   which is on page AGM 169 there's an indication
18   there of a yard salesman, Peter Bucko.
19        Do you see that?
20   A.    Yes.
21   Q.    What does yard salesman mean?
22   A.    Yard salesman means somebody who
23   is showing the customer around on our yard who
24   is actually showing the slabs to the customer.
25   So yard salesman would be the person who

TSG Reporting - Worldwide    877-702-9580

Page 146

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  actually took care of the customer.
2      Q.   So that's the person who's closest
3  to the end or closest to the sale?
4      A.   Closest to the sale you may say.
5  The name over here, these are only basically
6  the people who made the estimate. They might
7  have been doing that over the -- not over the
8  phone but based on the facts or something
9  without real contact with client.
10     Yard salesman, that's the person
11  who actually had the contact with client, who
12  actually saw the client, talked to the client
13  which is important sometimes if we need to get
14  additional information.
15     Q.   And when you say the people over
16  here you're referring to the names that appear
17  on the estimate that appear on the first page
18  of this exhibit?
19     A.   Yes, um-hum.
20     Q.   Now, if I represent to you that
21  Mr. Lezinski has informed Artisan and myself
22  personally that he believed that he was
23  receiving an Artisan sink when All Granite
24  installed the sink in his home would you have

TSG Reporting - Worldwide     877-702-9580

Page 147

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  any reason to disbelieve that?
2      A.   I would because I -- it's hard for
3  me to believe that he -- in one way he
4  believed that we're installing Artisan sink in
5  his home. The only sink that was on display
6  was in South Plainfield. The rest was pretty
7  much our sink so pretty much the customer is
8  going to get what he noticed. Without that
9  one little omitment, the rest was all the
10  sinks that they were actually getting.
11     Q.   But does that take into account
12  what a salesperson may have actually told Mr.
13  Lezinski?
14     A.   No. But I don't see a reason.
15  See, that is something that is really hard for
16  me to believe. I can see the reason why my
17  salespeople would say that we give away
18  Artisan sinks because that wouldn't help us in
19  any way. On the contrary. So it would be
20  like doing something bad for the company, not
21  a thing that might help the company. So why
22  would they say that? It's beyond me. I don't
23  know.
24     Q.   Well, you testified earlier

TSG Reporting - Worldwide     877-702-9580

Page 148

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  that -- was it back when you made the decision
2  to no longer carry Artisan sinks that you
3  believed that there was no brand recognition
4  for Artisan brand?
5      A.   Correct.
6      Q.   Now, do you have any understanding
7  or belief as to the situation with respect to
8  brand recognition for Artisan as you sit here
9  today? Is it the same or is it something
10  different?
11     A.   Well, I think that I still do
12  believe that there is no brand recognition on
13  the market in terms of Artisan brand. And I
14  specifically talked to salespeople asking them
15  the question whether -- there was a situation
16  where the customer came to the showroom and
17  asked about Artisan sink and they said no,
18  there was not even single instance that the
19  customer came over and inquired specifically
20  about Artisan sink with the omission of the
21  investigator. She was the only person who
22  actually came over and asked about Artisan
23  sink, okay? So we did not have customers who
24  were actually actively seeking the product.

TSG Reporting - Worldwide     877-702-9580

Page 149

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  And that was one major factor in my decision
2  of stopping the cooperation with Artisan. And
3  the second was even if we pointed out the
4  customer to that brand and we told them here
5  is the Artisan sink when we were -- I'm
6  talking about the time that we were carrying
7  Artisan sinks and we were giving them away,
8  still the customer did not recognize the logo,
9  did not recognize the brand. Still the
10  response was, And what is this.
11     Well -- and the same -- did you
12  guys hear about Artisan before the whole thing
13  started? You probably did not. And that's
14  the situation as it is. That's the real
15  truth. Nobody really hears about Artisan.
16  Nobody really hears about the brand. And the
17  common end-user is a person who's coming to
18  our showroom. That's the exact person who
19  never heard about the Artisan. That's why I
20  think that it did not -- if my people were to
21  say that we have those sinks in stock, okay,
22  that wouldn't help us in any way because we
23  would be talking to somebody who doesn't know
24  who Artisan is anyway. We may be talking we

TSG Reporting - Worldwide     877-702-9580

Page 150

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1   have Georgia in stock and they wouldn't --
2   that would be the same effect. That's why we
3   came, you know, with an idea of our own brand.
4   That's why that was one of the reasons that
5   we're starting from scratch.
6       Q.   And have you spoken to Mr. Bucko
7   about this particular issue?
8       A.   About the issue of?
9       Q.   Brand recognition for Artisan.
10      A.   Yeah, I asked him whether it
11  happened -- you know, I asked him did it
12  happen to you that the customer came over and
13  asked about the Artisan brand. And he wasn't
14  able to recall that. The investigator was the
15  only person and maybe that made him a little
16  bit unclear. But he didn't remember anyway.
17      Q.   But are you aware that Mr. Bucko
18  testified that he knew of Artisan brand due to
19  customer inquiries about the Artisan brand?
20      A.   No. No, I'm not aware about that.
21  But I cannot exclude the situation that the
22  customers are calling about the accessories
23  and somebody's hearing in the showroom the
24  name Artisan. But the inquiries -- I talked

TSG Reporting - Worldwide        877-702-9580

Page 151

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1   specifically to many people, sales office
2   manager in Ridgefield Park, Alex, and, no.
3   Just no.
4       MR. MALTBIE:   I'd like to have
5   marked as Plaintiff's Exhibit 15
6   documents produced by All Granite
7   bearing Bates stamp numbers AGM 187
8   through 193.
9       (Plaintiff's Exhibit 15, document
10  bearing production numbers AGM 00187
11  through AGM 0193, marked for
12  identification as of this date.)
13  BY MR. MALTBIE:
14      Q.   Mr. Deja, if you could take a look
15  at what's been marked as Plaintiff's
16  Exhibit 15 and I'll represent to you -- let me
17  ask you, actually. This appears to be the
18  estimate and work order -- I don't actually
19  see an invoice -- for Alice Anderson in
20  Highcrest, New Jersey.
21      Do you see that?
22      A.   Yes.
23      Q.   Do you -- do these documents
24  appear to be documents created by All Granite?

TSG Reporting - Worldwide        877-702-9580

Page 152

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1       A.   Yes, they do.
2       Q.   And were those documents generated
3   in response to the names provided by Artisan
4   in response to All Granite's interrogatories?
5       A.   Yes, um-hum.
6       MR. MALTBIE:   Let's mark as
7   Plaintiff's Exhibit 16 a document
8   entitled Declaration of Alice Anderson
9   which is a three-page declaration which
10  is dated January 31st, 2008.
11      (Plaintiff's Exhibit 16,
12  Declaration of Alice Anderson dated
13  January 31, 2008, marked for
14  identification as of this date.)
15      MR. CHIODO:   Could I have a little
16  break?
17      MR. MALTBIE:   Sure.
18      It should be Bates stamped ART
19  00244 through 246.
20      (Recess taken.)
21  BY MR. MALTBIE:
22      Q.   Mr. Deja, I've just handed you
23  what's been marked as Plaintiff's Exhibit 16
24  and ask you whether you've ever seen this

TSG Reporting - Worldwide        877-702-9580

Page 153

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1   document before.
2       A.   I believe so.
3       Q.   When was the first time you ever
4   saw this document?
5       A.   Yesterday -- not yesterday. On
6   Thursday I think.
7       Q.   And have you read this document?
8       A.   Yes.
9       Q.   This document is a declaration
10  from Ms. Anderson who is a customer of All
11  Granite; is that correct?
12      A.   Yes.
13      Q.   And in this declaration, and
14  specifically in paragraph 5, Ms. Anderson
15  states that when she called All Granite to
16  find out the name of the manufacturer of the
17  sink they had received she was informed by All
18  Granite that the manufacturer of the sink was
19  Artisan Manufacturing Corporation.
20      Do you see that?
21      A.   Um-hum.
22      Q.   Do you have any reason to
23  disbelieve or discredit this statement made by
24  Ms. Anderson?

TSG Reporting - Worldwide        877-702-9580

Page 154

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1
2    A.   Well, I believe it's a
3    miscommunication.  I believe she was notified
4    that -- she was inquiring about the grid and
5    somebody just told her to call Artisan, you
6    know, for a grid basically.  But I don't
7    believe she was notified that it's an Artisan
8    sink.
9        Q.   So have you made any inquiry with
10   respect to who may have notified Ms. Anderson
11   that she could call Artisan for a grid?
12       A.   No.  And at that point it's not
13   possible to know.  Nobody would even remember
14   that.  You know, just one phone call from
15   thousands.
16       Q.   If there is no brand recognition
17   with respect to Artisan, why would someone in
18   your office suggest that a customer call
19   Artisan for a sink accessory?
20       A.   Okay.  I think we've got the brand
21   recognition -- I mean by saying brand
22   recognition, I meant the customers don't know
23   who Artisan is.  There is no brand recognition
24   among the customers and the fact that our
25   salespeople know the name Artisan I think, you

TSG Reporting - Worldwide     877-702-9580

Page 155

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    know -- I'm not going to say that they don't.
2    Because some people know that we've been
3    selling Artisan sinks before.  Some people --
4    I mean, at that point, you know, many people
5    know Artisan just because of what's going on.
6    So -- of the litigation.  So that's -- I would
7    be lying if I say that they don't know who
8    Artisan is.  But by saying there is no brand
9    recognition, I mean the customers have no
10   knowledge about Artisan.  They -- like, if you
11   ask somebody on the street, you know, give me
12   three names of the sink manufacturers, they
13   would say Kohler and probably that's it.
14   Maybe Elkay.  Maybe Franke.  There would be
15   no -- I can safely say there would be no
16   people mentioning Artisan.
17       So I know people coming into us,
18   they don't know about Artisan.  To be honest
19   with you, I read through that declaration, I
20   noticed that she wasn't notified that she's
21   getting an Artisan sink.  She got our sink.
22   She got the sink that she was looking at
23   exactly basically.  That's what it is.  And
24   then she called us up and she wanted a grid.

TSG Reporting - Worldwide     877-702-9580

Page 156

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1
2    We don't carry it.  We told her go to some
3    other companies, maybe Kohler, maybe Artisan.
4    Maybe somebody mentioned Artisan name.
5        Q.   Well, do you know if Kohler was
6    mentioned to Ms. Anderson?
7        A.   I don't know that.  I don't know.
8        Q.   And with respect to your
9    salespeople, how many would you say in your
10   Ridgefield Park location would be familiar
11   with Artisan?
12       A.   At this point everyone.
13       Q.   I'm saying --
14       A.   Before the litigation?
15       Q.   Yes.
16       A.   It's hard to say.  I may ask
17   around how many people would -- but it's hard
18   to say.  Because I cannot exclude that people
19   knew that we've been selling Artisan sinks
20   before.
21       Q.   But I believe you testified
22   earlier that you were among the very few
23   people who are left --
24       A.   Correct.
25       Q.   Actually the only person who

TSG Reporting - Worldwide     877-702-9580

Page 157

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1
2    handled sales who's still at All Granite.
3        A.   Correct.
4        Q.   That was present at All Granite
5    when you were handling Artisan sinks.
6        A.   Correct.
7        Q.   Is there anyone other than you
8    from the salespeople at All Granite that would
9    be aware of Artisan?
10       A.   Well, from our -- whoever was
11   working for the company at the same time.  The
12   sales office manager was also working when we
13   were purchasing sinks and giving them away
14   from Artisan.
15       Q.   And that person is still with --
16       A.   Yes.  That sales office manager
17   that I mentioned.
18       Q.   Who is that?
19       A.   Thomas Wolosik.
20       MR. MALTBIE:  Let's mark as
21   Plaintiff's Exhibit 17 a document
22   bearing Bates stamp numbers AGM 179
23   through AGM 186.
24       (Plaintiff's Exhibit 17, document
25   bearing production numbers AGM 0179

TSG Reporting - Worldwide     877-702-9580

Page 158

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  through AGM 0186, marked for
2  identification as of this date.)
3  BY MR. MALTBIE:
4      Q.  Mr. Deja, this exhibit appears to
5  be the estimate, invoice, and work order for a
6  countertop installation done for Virginia
7  Anderson of Morristown, New Jersey.
8          Do you see that?
9      A.  Yes.
10     Q.  And do you know if this document
11  was generated and produced by All Granite in
12  response to the list of names provided by
13  Artisan?
14     A.  Yes, um-hum.
15     Q.  And have you confirmed, therefore,
16  that Ms. Anderson was a customer of All
17  Granite?
18     A.  Yes.
19     Q.  And if I told you that Ms.
20  Anderson was informed prior to the
21  installation of the sink in her home that she
22  was going to be receiving an Artisan sink
23  would you have any reason to disbelieve or
24  discredit that statement?

TSG Reporting - Worldwide    877-702-9580

Page 159

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      A.  I would just -- again, I would be
2  surprised why would that happen.  My question
3  would be probably what we would gain by saying
4  to her that that's an Artisan sink.  It would
5  be just no gain at all.
6      Q.  Are you aware of any recognition
7  in the industry that Artisan has gained for
8  being a provider, a manufacturer of 16 gauge
9  stainless steel sinks?
10     A.  No.  No, I mean, 16 and 18
11  gauge -- I mean, I heard that they started
12  manufacturing 16 gauge sinks because I met
13  with Artisan representative in the summertime
14  and he told me about it but I don't think
15  there is a recognition that goes like beyond
16  that.  Because there is no real gain for the
17  customer in jumping up with the stainless
18  steel grade.  The cost maybe.  Twenty and
19  18 -- but 16 and 18 when you compare them,
20  equally good.
21     Q.  Do you recall if All Granite ever
22  purchased any 16 gauge sinks from Artisan?
23     A.  It is possible.  It is possible.
24     Q.  Take a quick look back at --

TSG Reporting - Worldwide    877-702-9580

Page 160

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      A.  If we look at the invoices.
2      Q.  Take a quick look back at
3  Plaintiff's Exhibit 10.
4      A.  Seventeen gauge.  Seventeen gauge.
5  Seventeen gauge.  Seventeen gauge.  Seventeen
6  gauge.  Seventeen gauge.  Seventeen gauge.
7  Seventeen gauge.  Mostly 17, I think.
8          (Pause on the record.)
9      A.  Sixteen gauge, yeah.  I found
10  something.
11     Q.  If you look at the page that's
12  Bates ART 00210, the page before the one
13  you're looking at.
14     A.  Okay.
15     Q.  Does that document refresh your
16  recollection of All Granite's purchase of 16
17  gauge sinks from Artisan Manufacturing Corp.?
18     A.  Yes, um-hum.
19     Q.  I'd like to show you what's
20  previously been marked as Plaintiff's
21  Exhibit 9 which is a document bearing Bates
22  stamp number AGM 151 through AGM 161.
23          And this appears to be the
24  estimate ID for two customers -- sorry.

TSG Reporting - Worldwide    877-702-9580

Page 161

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      A.  Kay Conrad and Ray Conrad I think.
2  That's what we were able to find.
3      Q.  This document appears to be the
4  estimate, work order, and invoice for Kay
5  Conrad installation for Kay Conrad.
6          Do you see that?
7      A.  Kay Conrad, um-hum.
8      Q.  Can you tell if this collection of
9  documents relates to one or two countertop
10  installations?
11     A.  I think -- let me just check.  I
12  see two estimates, same address, though.
13  Maybe that's a duplex.  Square footage is
14  roughly the same.  One drawing.
15          Well, I think that's one
16  installation.
17     Q.  And were these documents produced
18  by All Granite in response to the list of
19  names provided by Artisan to the
20  interrogatories?
21     A.  Yes, um-hum.
22     Q.  And if I told you the Conrads
23  believed at the time of installation that they
24  were receiving an Artisan sink, would you have

TSG Reporting - Worldwide    877-702-9580

## Page 162

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  any reason to discredit or disbelieve that
2  statement?
3      A.  Yes.  Well, as previously, they
4  looked at the sink.  Over here that's the
5  estimate out of Ridgefield Park location,
6  right?  The only sink -- Artisan sink
7  displayed that was in South Plainfield.
8  Over here we have sinks lying against the wall
9  and they're all our sinks.  So they looked at
10  it -- they must have looked at it and they
11  must have seen it and that's what they've got.
12  That's the exact same thing that they looked
13  at.
14      Q.  Well, does that explanation
15  account for what the salesman may have told
16  them with respect to the sinks they were
17  having installed in their home?
18      A.  Again, same -- same answer pretty
19  much as to what the previous.  I don't believe
20  that the salesman would tell them the Artisan.
21  I just don't have the -- I don't know the
22  reason for it might be.
23      MR. MALTBIE:  Let's mark as
24  Plaintiff's Exhibit 18 a document

TSG Reporting - Worldwide     877-702-9580

## Page 163

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  bearing Bates stamp AGM 194 and 195.
2      (Plaintiff's Exhibit 18, document
3  bearing production numbers AGM 0194 and
4  AGM 0195, marked for identification as
5  of this date.)
6  BY MR. MALTBIE:
7      Q.  Mr. Deja, could you tell me if the
8  document that's been marked as Plaintiff's
9  Exhibit 18 was a document that was produced by
10  All Granite in response to the names provided
11  by Artisan to All Granite's interrogatories?
12      A.  Yes.  Yes, yes.  Um-hum.
13      Q.  And just looking at the list of
14  names, do these documents relate to the name
15  Larry Luchan of Demarest, New Jersey?
16      A.  That is correct, yes.
17      Q.  And other than the estimate ID do
18  you see any other documents here relating to
19  this transaction?
20      A.  No.  That's the one that we
21  couldn't find the work orders that were
22  associated with the account.
23      Q.  This estimate looks like it was
24  created by Mario Szewczyk?

TSG Reporting - Worldwide     877-702-9580

## Page 164

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      A.  Um-hum.
2      Q.  Who is Mario?
3      A.  He was our salesman.
4      Q.  Is he no longer with All Granite?
5      A.  No longer with All Granite.
6      MR. MALTBIE:  I'd like to have
7  marked as Plaintiff's Exhibit 19 a
8  document bearing Bates stamps ART 00237
9  through ART 00240.
10      (Plaintiff's Exhibit 19, document
11  bearing production numbers ART 00237 and
12  ART 00240, marked for identification as
13  of this date.)
14  BY MR. MALTBIE:
15      Q.  Mr. Deja, I'll represent to you
16  these documents were provided to Artisan by
17  Ron and Lynn Poynter of Massapequa, New York
18  who contacted Artisan in order to obtain a
19  sink grid believing that the sink installed by
20  All Granite & Marble that was installed in
21  their home was an Artisan sink.
22      Do these documents appear to be
23  documents created by All Granite?
24      A.  Yes.

TSG Reporting - Worldwide     877-702-9580

## Page 165

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      Q.  With respect to the statement that
2  the Poynters believed that they had received
3  an Artisan sink as part of their installation,
4  do you have any reason to disbelieve or
5  discredit that statement?
6      A.  The installation was done out of
7  our Ridgefield Park location.  So, again, they
8  must have seen our sink only displayed.  And I
9  do not believe that any salesman advising --
10  or maybe -- well, that's in 2007.  Oh, 2007.
11      No.  That's not possible.  So I do
12  not believe that any salesman advised them
13  about Artisan sinks.  I just don't see the
14  motive.
15      Q.  Mr. Deja, we now have been -- or
16  Artisan has been contacted by at least six All
17  Granite customers, all of whom believe that
18  they received an Artisan sink from All Granite
19  as part of their installation.  Other than --
20  do you have any explanation for why six people
21  would believe that they have received Artisan
22  sinks from All Granite?
23      A.  I can assume, and that's only my
24  personal opinion, that when the customers are

TSG Reporting - Worldwide     877-702-9580

Page 166

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
1  R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
2  looking for some accessories and they're
3  calling our office, they're being directed to
4  Artisan only because Artisan carries the
5  accessories and the accessories are relatively
6  inexpensive compared to some other brand
7  names. And maybe just informing them about
8  Artisan makes that feeling in their mind that
9  they're being -- that the sinks are Artisan.
10  You know, but the fact is that the sink is
11  not. And, you know, six people for the amount
12  of projects that we're doing, it's not really
13  a big percentage. We install -- we did the
14  calculations, you know, hundreds of
15  countertops every week, you know, 300 that's a
16  number. And we're talking about years. We
17  have those invoices for the period 2006/2007.
18  So these are thousands and thousands of
19  installations. And only six people, that's
20  not a big percentage. And I don't think that
21  that shows the overall scheme of things. You
22  know, the overall way of doing things in our
23  office, because I just don't see the reason
24  why they would tell the customer about Artisan
25  if we have our own brand. That's really --

TSG Reporting - Worldwide    877-702-9580

Page 167

1  R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
2  other than what I mentioned.
3  Q.  Have you checked or -- do you know
4  if Artisan accessories fit the sinks that are
5  manufactured for you by your Chinese
6  manufacturer?
7  A.  I'm not sure.
8  Q.  Have you tested that?
9  A.  No. No, we just -- you know, if
10  somebody wants to get the accessory we leave
11  it to the customer and just tell them check if
12  it fits. But we don't say that it will fit.
13  You know, if the accessories -- I'm not sure
14  basically. And that's not something that I
15  really looked into in the past.
16  Q.  Do you know if Artisan
17  Manufacturing sells its accessories or its
18  sinks directly to the retail trade? Or
19  directly to the public?
20  A.  I don't think so. I don't believe
21  so. But I don't know.
22  Q.  Do you know if your sales force or
23  whoever might be recommending Artisan as a
24  source for sink accessories knows whether
25  Artisan sells sinks directly to the public?

TSG Reporting - Worldwide    877-702-9580

Page 168

1  R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
2  A.  I don't know. I know that they're
3  selling to some other fabricators but -- can
4  they purchase -- you can purchase it off the
5  website I think. I don't know.
6  Q.  Now, you mentioned earlier that
7  you had a meeting -- was it the end of the
8  summer in 2007 with a representative of
9  Artisan?
10  A.  Um-hum.
11  Q.  Do you recall who that was?
12  A.  I thought the name that sounded
13  familiar in the paperwork, Joe Amabile, I
14  think. But I'm not 100 percent sure that that
15  was him.
16  Q.  Well, I'll confirm that that was
17  Joe Amabile.
18  A.  Okay.
19  Q.  Do you recall more specifically
20  when that meeting took place?
21  A.  When, no. Not exactly when. He
22  was in my office though in Ridgefield Park.
23  Q.  On Austin Street?
24  A.  Correct. The location I remember.
25  Q.  Do you recall whether you had any

TSG Reporting - Worldwide    877-702-9580

Page 169

1  R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
2  additional appointments to meet with Joe
3  either before or after the Austin Street
4  meeting where --
5  A.  I don't know. No, no. I never
6  saw him again.
7  Q.  Do you recall scheduling any
8  meetings with him, even before the Austin
9  Street meeting?
10  A.  No, I don't recall anything.
11  Q.  Do you recall hearing about the
12  first time that Mr. Amabile entered the
13  Ridgefield Park location?
14  A.  No.
15  Q.  Is there any reason why a
16  representative of Artisan would not be welcome
17  in the Ridgefield Park location?
18  A.  No.
19  Q.  Do you recall what you discussed
20  with Mr. Amabile during your meeting at Austin
21  street?
22  A.  Yes.
23  Q.  And what was that?
24  A.  Well, Mr. Amabile wanted me to buy
25  sinks from Artisan and I told him that, you

TSG Reporting - Worldwide    877-702-9580

Page 170

1    R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
2    know, at that point we have our own line of
3    sinks that we just imported. I just told him
4    the way it was, that we import our own sinks.
5    And he understood that, you know, and we were
6    I guess talking a little bit about the price.
7    I told him that these are half the price. I
8    also expressed the fact that clients don't
9    know the origin and there is no real gain in
10   using sinks that the clients don't know.
11         And at that time he told us, Okay,
12   but our sinks are better quality. Then I
13   learned about the 16 gauge that Artisan
14   introduced. And I told him, Well, the
15   customer -- 16, 18 gauge, the sink is the
16   sink. The customer looks at it, you know,
17   grabs it, and feels it. Eighteen gauge is a
18   very, very good sink. It's a standard in the
19   industry I guess. So it feels solid. It
20   feels good.
21         And I told him I'm not sure that
22   people, you know, would like to buy it for
23   more money from them. And he said it's just a
24   better line. And he proposed an alternative
25   solution. What about if I carry two lines of

TSG Reporting - Worldwide    877-702-9580

Page 171

1    R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
2    sinks; my line and his line as a premium line,
3    16 gauge, better, and so forth.
4         But I thought it's not -- it
5    wouldn't be good for image of my brand, first
6    of all, because it would make my sinks look
7    inferior. Then it would create a problem, how
8    would I give away two sinks for free, you
9    know. One of a better value, you know,
10   because it would be a premium 16 gauge line
11   and my sinks. How would I trade it? I would
12   have to divide the customers into better and
13   worse or something and I wouldn't like to do
14   that.
15        But at the end I just told him
16   that I'm going to think about it and I never
17   followed up because I never thought that
18   that's a good idea.
19   Q.  Do you know if Mr. Amabile was
20   proposing that All Granite give away the
21   Artisan sinks or that they upsell them to
22   customers?
23   A.  I don't remember. And I wouldn't
24   consider selling them. And I told him we give
25   away the sinks for free. So we don't make

TSG Reporting - Worldwide    877-702-9580

Page 172

1    R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
2    money on sinks. I wouldn't consider selling
3    sinks. His sinks even. Because even though
4    if we had that premium line we would have to
5    charge the customer for it. What that would
6    mean for us, accounting system has to be
7    changed, we would have to rearrange the work
8    orders. You know, I don't know -- the system
9    is not set up for that because then we would
10   have to start tracking sinks because we'd have
11   to pay taxes on them. So it's like a hassle.
12   And what would we gain, with hundred dollars
13   here or there. Most of the people would
14   choose our sinks anyway because it's free and
15   we make granite affordable. We're the company
16   that brought the stone to New Jersey, New York
17   for the price that Formica, Corian countertops
18   used to be. So we cater to the homeowner,
19   middle America. And we want them to get the
20   sink for free. And that's what makes the
21   customer happy.
22   Q.  You raised the issue of
23   accounting. How do you account for the
24   purchase of the sinks that you buy now from
25   your Chinese manufacturer? Is that just a

TSG Reporting - Worldwide    877-702-9580

Page 173

1    R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
2    business expense with no --
3    A.  I think, yes.
4    Q.  There's no revenue generated
5    from --
6    A.  No revenue generated. Just like
7    an advertising, marketing expense. Just the
8    same way as the cleaner and other freebees.
9    Q.  And do you recall during your
10   meeting with Mr. Amabile the fact that he
11   mentioned that he saw an Artisan on display in
12   the South Plainfield showroom?
13   A.  I don't remember that.
14   Q.  Now, Mr. Amabile testified here on
15   Thursday with respect to the document that we
16   looked at earlier which has been marked as
17   Plaintiff's Exhibit 7 and Mr. Amabile
18   testified that he saw this document both in
19   the Ridgefield Park showroom and in the South
20   Plainfield showroom. Would you have any
21   reason to disbelieve or discredit Mr.
22   Amabile's testimony?
23   A.  I don't believe that basically. I
24   do not believe it because I go to the
25   showrooms and I see -- you know, I'm not there

TSG Reporting - Worldwide    877-702-9580

## Page 174

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  to look at sinks but from time to time I will
2  look at different things and I never noticed
3  that. And if something like was there I would
4  notice it and Alex would notice that
5  definitely because he's there every day. So
6  he would tell me that. And I talked to sales
7  office manager in Ridgefield Park. I talked
8  to Alex. They never saw it. So I just -- I
9  just don't believe that.
10     Q.  Do you recall ever offering a sink
11 to customers -- to consumers with the model
12 number AUD 23210-D9?
13     A.  The only model number that kind of
14 bangs in my head is that 488 something. And
15 that's the only model number that I recall.
16     Q.  Now, Mr. Deja, has -- sorry.
17     A.  I wanted to mention something
18 about Mr. Amabile.
19        If he mentioned that sink in South
20 Plainfield I'm just wondering because if he
21 saw our sinks at that time, you know, he might
22 have mentioned something about the fact that
23 he doesn't like the logo, that he thinks that
24 it's similar. And, you know, I could talk to

## Page 175

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  him to resolve the problems. And then all of
2  a sudden we've got the lawsuit coming out of
3  nowhere because he didn't mention anything
4  about those things that apparently bothered
5  him at that time. So that was unfortunate
6  because we might have avoided all that at that
7  point.
8      Q.  Now, Mr. Deja, has All Granite
9  been involved in any other intellectual
10 property disputes over the past three or four
11 years?
12     A.  Not in a defendant's position.
13 Most of the cases that we -- no, we never had
14 any case basically if that answers your
15 question. We're being copied left and right
16 and typically what we do is we send a letter
17 advising about taking photographs of our
18 countertops from the websites, taking 3D of
19 the showrooms -- there was a company that
20 copied all of our 3D tools from our websites.
21 Like 3D edges. That happens like every
22 weekend. But they copied everything, the 3D
23 showroom, 2D showroom, and they just copy.
24 And we tried to make a litigation out of it

## Page 176

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  but it's such a hassle, we just made a phone
2  call and they took it off. That's fine.
3      Q.  Do you recall ever being named in
4  a domain name dispute proceeding brought by
5  Lowes, the home improvement store?
6      A.  Lowes?
7      Q.  Yes.
8      A.  Domain name?
9      Q.  Yes.
10     A.  ourmarble.com?
11     Q.  No, another domain name.
12     A.  No, I don't know.
13     Q.  Does All Granite own any domain
14 names?
15     A.  We own like 1,500 domain names.
16     Q.  Do you know if any of those domain
17 names included the name Lowes?
18     A.  I'm not sure. I don't know.
19     Q.  Do you know who would know that?
20     A.  Our network administrator.
21     Q.  Are you aware of any Better
22 Business Bureau complaints that have been
23 lodged against All Granite & Marble?
24     A.  Yes.

## Page 177

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      Q.  And how many would you say have
2  been lodged against All Granite?
3      A.  I don't know. It's hard to say.
4  It's really hard to say. I have to check on
5  it. At this point maybe we have six maybe.
6  Something like that. I don't know. I don't
7  want to give the false number. I take that
8  back.
9      Q.  Are any unresolved at this point,
10 to your knowledge?
11     A.  There are some disputes that are
12 being worked on right now. And I guess we
13 have to reply to the customers or the case was
14 taken care of and the customer never notified
15 the Better Business Bureau about it.
16     Q.  Are you aware of any other
17 investigations being conducted into All
18 Granite & Marble?
19     A.  No.
20     Q.  Any investigation by the IRS?
21     A.  No.
22     Q.  Any --
23     A.  Um, IRS? You mean, a pending IRS?
24 We're talking about regular audits or

Page 178

1     R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
2   something?
3         Q.   Regular audits or investigations
4   by the IRS.
5         A.   I'm not aware.  I think we had an
6   audit two years ago.  I don't know.
7         Q.   Any investigations by the INS?
8         A.   No.
9         MR. MALTBIE:  I'd like to mark as
10   Plaintiff's Exhibit 20 a six-page
11   document entitled Order to Show Cause
12   For Preliminary Injunction, Temporary
13   Restraining Order and Order For
14   Expedited Discovery signed by Judge
15   William Pawley on January 11, 2008.
16         (Plaintiff's Exhibit 20, Order to
17   Show Cause For Preliminary Injunction,
18   Temporary Restraining Order and Order
19   For Expedited Discovery, marked for
20   identification as of this date.)
21   BY MR. MALTBIE:
22         Q.   Mr. Deja, if you could take a look
23   at what's been marked as Plaintiff's
24   Exhibit 20 and tell me if you've ever seen
25   this document before.

TSG Reporting - Worldwide     877-702-9580

Page 179

1     R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
2         A.   I might have.
3         Q.   Could you tell me if you remember
4   attending a court conference on January 11,
5   2008?
6         A.   Yes, definitely.
7         Q.   And do you remember the outcome of
8   that court conference?
9         A.   It concluded with the judge
10   wanting us to settle it.
11         Q.   Do you know if the judge entered
12   any order with respect to the alleged
13   infringement of the Artisan trademarks by All
14   Granite?
15         A.   No.
16         Q.   Since January 11th has All Granite
17   continued to install stainless steel sinks
18   which bear the crown logo?
19         A.   Yes.
20         Q.   And has there been any attempt to
21   alter or modify the crown logo on the sinks?
22         A.   Definitely, yes.  We're in process
23   of doing something to it, you know, to
24   eliminate it.  We're working on a method of
25   the removal of the logo altogether.  It's a

TSG Reporting - Worldwide     877-702-9580

Page 180

1     R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
2   special method because it's a thermal print so
3   we're talking to different printing companies
4   to find a good solvent to remove it so we're
5   working on it.
6         Q.   My question is with respect to —
7   it's one month exactly from January 11th to
8   today.  Have the sinks that All Granite has
9   installed, have they included the crown logo
10   that's the subject of this lawsuit?
11         A.   My understanding was that the
12   judge said — how did he phrase it?  When we
13   asked him whether we should continue
14   installing it he said, Well, it's not the end
15   of the world.  Something like that.  And that
16   was my impression.
17         And the whole issue I guess was
18   based on the assumption that the logo is
19   similar and he left it to our discretion to
20   decide whether it is similar or not.  If the
21   logo is similar we shouldn't be installing
22   them.  If the logo is not similar, we can
23   continue installing it and the judge said that
24   he's not going to decide on the factual matter
25   whether the logo is, in fact, similar or not.

TSG Reporting - Worldwide     877-702-9580

Page 181

1     R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY
2         So it was like — and that was my
3   impression at that time that we can still
4   continue distributing the sink until the
5   matter is resolved.
6         Q.   Was that a legal opinion given to
7   you by the judge or someone else?
8         A.   I think that was judge's opinion
9   and that's what I venture.
10         Q.   Do you recall the judge saying
11   that he wasn't going to provide you with legal
12   advice?
13         A.   Yes.  He just said...
14         (Pause on the record.)
15         Q.   Mr. Deja, just a few more
16   questions.  With respect to the branding of
17   the All Granite sinks, what value have you
18   seen come about as a result of the inclusion
19   of a logo or design on the All Granite sinks?
20         A.   As I said, there is no value that
21   we can input in dollars, obviously.  But there
22   is better reaction from the customer to see
23   the sink that has a logo, some logo, as
24   opposed to no logo at all.  And that's what it
25   is pretty much.

TSG Reporting - Worldwide     877-702-9580

Page 182

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1
2 Q. And I believe you testified that
3 you do -- other than placing the actual logo
4 on the sink there's no marketing or inclusion
5 of that logo on any other marketing material
6 that All Granite does?
7 A. That is correct. There is no logo
8 on brochures, advertisements of any sort.
9 Q. Do you have any plans to develop
10 marketing for -- for or behind that logo?
11 A. At this point with the whole
12 litigation I don't have any plans because we
13 have to see what's going to happen at the end
14 of the day here. And for the future plans,
15 branding the sinks is one of the least of my
16 worries, so to speak. There are some other
17 things that I would like to dedicate my time
18 to in the nearest future and that's not the
19 branding of the sinks.
20 Q. How about on December 13th of
21 2007? Were there any plans as of December
22 13th, 2007, before you received the cease and
23 desist letter in this case, with respect to
24 the marketing or branding of All Granite
25 sinks?

TSG Reporting - Worldwide     877-702-9580

Page 183

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1
2 A. Well, we had certain plans for the
3 sinks for the future. But that was nothing
4 really, not even sketchy. Not even -- you
5 know, for us at that point we were happy that
6 we have the sinks that are a good value for
7 the customer that are affordable for us and
8 that's pretty much it.
9 Q. With respect to your competitors
10 in the granite fabrication business how
11 closely do you keep track of their activities?
12 A. Oh, you know, not very closely but
13 somewhat closely. I look through the direct
14 print magazines because we advertise in a lot
15 of different magazine, Clipper Magazine,
16 Value-Pak, Super Coups. All sorts of direct
17 mass mailing vehicles. So I like to -- you
18 know, I always get a copy, so I skip through
19 it to see who joined as a competitor.
20 people -- fabricators like to follow our
21 example. So when we are in certain
22 publications they're automatically -- the next
23 issue two or three will join.
24 Q. Do you ever visit any of your
25 competitors' showrooms?

TSG Reporting - Worldwide     877-702-9580

Page 184

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1
2 A. I've been to some.
3 Q. Are you aware of any of your
4 competitors that do carry Artisan sinks?
5 A. I know that Atlas Marble & Granite
6 carry Artisan sinks.
7 Q. Do you know whether they sell
8 sinks or --
9 A. Give away. 100 percent give away.
10 Q. 100 percent?
11 A. I actually visited the booth
12 Saturday and looked at their brochure.
13 Q. Do you know for sure whether they
14 give away free Artisan sinks?
15 A. That's what I'm saying. They have
16 the brochure and it said free sinks and I
17 checked their sinks and I made sure with the
18 representative who was on the stand that I'm
19 going to get the free sink with the order.
20 Q. Do you know if Artisan is the only
21 brand of sinks that they carry?
22 A. It seems to be the only brand
23 because at this point they have Artisan.
24 Almost every fabricator of a decent size
25 offers free sinks right now with the coupons.

TSG Reporting - Worldwide     877-702-9580

Page 185

R. DEJA - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1
2 They're fairly -- that's a trend. It became a
3 trend after we started offering free sinks.
4 Q. Do you know how many fabricators
5 started offering Artisan sinks?
6 A. No.
7 Q. Other than Atlas do you know any
8 other fabricators that offer Artisan sinks?
9 A. I could check.
10 Q. As you sit here today do you know?
11 A. No. Maybe Prestige but I'm not
12 sure.
13 (Continued on next page to include
14 jurat.)
15
16
17
18
19
20
21
22
23
24
25

TSG Reporting - Worldwide     877-702-9580

Page 186

```
 1
 2              MR. MALTBIE:  I have no further
 3      questions at this time.
 4              MR. CHIODO:  Okay.  I have none.
 5              (Time Noted:    5:10 p.m.)
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19              _____
20              ROBERT DEJA
21
22      Subscribed and sworn to before me
23      this ___ day of _____, 2008.
24
25
```
TSG Reporting - Worldwide    877-702-9580

Page 187

```
 1
 2              C E R T I F I C A T E
 3      STATE OF NEW YORK  )
 4                         : ss.
 5      COUNTY OF NEW YORK  )
 6              I, FRANCIS X. FREDERICK, a
 7      Notary Public within and for the State
 8      of New York, do hereby certify:
 9              That ROBERT DEJA, the witness
10      whose deposition is hereinbefore set
11      forth, was duly sworn by me and that
12      such deposition is a true record of
13      the testimony given by the witness.
14              I further certify that I am not
15      related to any of the parties to this
16      action by blood or marriage, and that
17      I am in no way interested in the
18      outcome of this matter.
19              IN WITNESS WHEREOF, I have
20      hereunto set my hand this 14th day of
21      February, 2008.
22
23              _____
24              FRANCIS X. FREDERICK
25
```
TSG Reporting - Worldwide    877-702-9580

Page 188

```
 1
 2      ---------------- I N D E X ----------------
 3      WITNESS         EXAMINATION BY       PAGE
 4      ROBERT DEJA     MR. MALTBIE          4
 5
 6
 7
 8
 9      ---------- INFORMATION REQUESTS -----------
10      DIRECTIONS: NONE
11      RULINGS: NONE
12      TO BE FURNISHED:  NONE
13      REQUESTS: NONE
14      MOTIONS: NONE
15
16
17
18      ---------------- EXHIBITS ----------------
19      PLAINTIFF'S                       FOR ID.
20      Exhibit 10
21      document bearing production numbers
22      ART 00193 through ART 00213............. 61
23      Exhibit 11
24      document bearing production numbers
25      AGM 0035 through AGM 0040............... 76
```
TSG Reporting - Worldwide    877-702-9580

Page 189

```
 1
 2      ---------------- EXHIBITS ----------------
 3      PLAINTIFF'S                       FOR ID.
 4      Exhibit 12
 5      document bearing production numbers
 6      AGM 0041 through AGM 0043............... 87
 7      Exhibit 13
 8      document bearing production number
 9      AGM 0033............................... 93
10      Exhibit 14
11      document bearing production numbers
12      AGM 0162 through AGM 0171.............. 142
13      Exhibit 15
14      document bearing production numbers
15      AGM 00187 through AGM 0193............. 151
16      Exhibit 16
17      Declaration of Alice Anderson dated
18      January 31, 2008...................... 152
19      Exhibit 17
20      document bearing production numbers
21      AGM 0179 through AGM 0186.............. 157
22      Exhibit 18
23      document bearing production numbers
24      AGM 0194 and AGM 0195................. 163
25
```
TSG Reporting - Worldwide    877-702-9580

Page 190

```
1
2      ----------------- EXHIBITS -----------------
3      PLAINTIFF'S                    FOR ID.
4      Exhibit 19
5      document bearing production numbers
6      ART 00237 and ART 00240................ 164
7      Exhibit 20
8      Order to Show Cause For Preliminary
9      Injunction, Temporary Restraining Order
10     and Order For Expedited Discovery...... 178
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

TSG Reporting - Worldwide      877-702-9580

Page 191

```
1
2      NAME OF CASE:  ARTISAN v. ALL GRANITE
3      DATE OF DEPOSITION:  FEBRUARY 11, 2008
4      NAME OF WITNESS:  ROBERT DEJA
5      Reason codes:
           1. To clarify the record.
6          2. To conform to the facts.
           3. To correct transcription errors.
7      Page _____ Line _____ Reason _____
8      From _____ to _____
9      Page _____ Line _____ Reason _____
10     From _____ to _____
       Page _____ Line _____ Reason _____
11     From _____ to _____
12     Page _____ Line _____ Reason _____
13     From _____ to _____
       Page _____ Line _____ Reason _____
14     From _____ to _____
15     Page _____ Line _____ Reason _____
16     From _____ to _____
       Page _____ Line _____ Reason _____
17     From _____ to _____
18     Page _____ Line _____ Reason _____
19     From _____ to _____
       Page _____ Line _____ Reason _____
20     From _____ to _____
21     Page _____ Line _____ Reason _____
22     From _____ to _____
       Page _____ Line _____ Reason _____
23     From _____ to _____
24
              ROBERT DEJA
25
```

TSG Reporting - Worldwide      877-702-9580