**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------ x
                                   :

ARTISAN MANUFACTURING CORPORATION,  :     Civil Action No.:
                                   :     07 cv 11278 (WHP)

         Plaintiff,               :

         - against -           :

ALL GRANITE & MARBLE CORPORATION,   :

         Defendant.          :

------------------------------------------------------------ x

## SUPPLEMENTAL DECLARATION OF JOSEPH AMABILE IN FURTHER SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

       JOSEPH AMABILE, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that the following is true and correct to the best of his knowledge:

       1.       I am Regional Sales Manager for Plaintiff Artisan Manufacturing Corporation ("Artisan") in this action. I make this supplemental declaration in further support of Artisan's motion for a preliminary injunction against Defendant All Granite & Marble Corporation ("All Granite") and specifically to address issues raised by All Granite in its opposition to Artisan's motion with respect to my visits to All Granite's showrooms in June and July as well as the various contacts from confused All Granite customers that Artisan has received.

       2.       As a preliminary matter, the implication in All Granite's opposition papers that the testimony I gave at my deposition concerning my visits to All Granite's showrooms in June and July was not truthful, was "suddenly remembered," or was otherwise "suspect," is entirely off base. As I explained at my deposition, after I was hired as a sales representative by Artisan in April 2007, I made it a practice of visiting the various companies that were listed on an Artisan customer contact list. The list merely recounted all companies that Artisan had done

business with at some point and did not indicate which customers were active (still ordering product) and which were not. In other words, when I visited the All Granite showrooms in June-July 2007, I was not aware that All Granite was no longer ordering sinks from Artisan. Accordingly, when I saw a spec sheet for an Artisan sink and what appeared to be a poster that included an Artisan model number in All Granite's Ridgefield Park and South Plainfield showrooms and an actual Artisan sink in the South Plainfield showroom, I had no basis to believe that All Granite was falsely telling its customers that All Granite would be installing Artisan sinks in their homes.

3.      Moreover, when I finally met with Robert Deja, All Granite's marketing director in August 2007, I specifically raised the issue of the spec sheets and the South Plainfield sink. The purpose of my meeting, however, was not to accuse All Granite of unlawful conduct, as I still had no basis to do so, but rather to attempt to rebuild the customer relationship with All Granite. While Mr. Deja explained that All Granite was manufacturing and using its own line of sinks (and was considering selling those sinks to the trade), I explained that All Granite could carry Artisan sinks as well, which it could "upsell" to customers looking for premium 16 gauge stainless steel sinks. Mr. Deja told me that he would consider the proposal, but despite several attempts to contact him following the meeting, I have not heard from him since.

4.      Accordingly, it was not until October 2007, when Artisan was contacted by Robert Lezinski of Berkeley Heights, New Jersey, that Artisan began to uncover what All Granite was actually up to. Mr. Lezinski had contacted Artisan looking for a bottom grid, which prevents the stainless steel from scratching, for a sink he had received from All Granite. Mr. Lezinski informed me that All Granite had told him that he would be receiving a 16 or 17 gauge stainless steel Artisan sink. After not being able to find a bottom grid for the sink at any of the

stores in his area, Mr. Lezinski decided to call Artisan directly to see whether he could buy an Artisan bottom grid for his sink.

5.    Because Artisan does not sell direct to consumers, and because Artisan would typically expect that its authorized distributors and dealers would have been able to provide the bottom grid, Mr. Lezinski's call sent up a red flag. As a result, I offered to personally bring a bottom grid out to Mr.Lezinski's home in order to learn more about what had happened. When I saw the sink that had been installed in Mr. Lezinski's home, I noticed that the design that appeared on the sink, while similar to Artisan's design, was not identical. I took a photograph of the design and sent it to Alex Han, Artisan's founder and Marketing Director, for confirmation that the sink was not an Artisan sink. Further, when I tried to place the bottom grid in the sink, the grid did not fit as it is supposed to. Instead, the rim of the bottom grid was in contact with the sides of the sink, which would actually cause scratching, not prevent it. Additionally, I was fairly certain that the sink Mr. Lesinski had received was not made of 16 gauge stainless steel.

6.    I confirmed with Mr. Lezinski that he had been informed by All Granite that he would be receiving a 16 or 17 gauge Artisan sink. I told him, however, that the sink he had received was not an Artisan sink.

7.    At this point, Artisan began its investigation, which is described in the previously submitted declaration of Allison Davies, and which culminated in the installation of a purported Artisan sink in my home on December 5, 2007. During this period, Artisan continued to receive calls from All Granite customers who were told by All Granite that All Granite would, or had, provided them with Artisan sinks.

8.    These calls included a call from Charles Nagle of Bridgewater, New Jersey, who was informed by All Granite's South Plainfield showroom manager that All Granite would be

installing an Artisan sink in his home. Further details concerning the installation of Mr. Nagle's sink are set forth in his declaration attached hereto as Exhibit A.

9.    Artisan was also contacted by Alice Anderson of Butler, New Jersey, who had contacted All Granite seeking a bottom grid for the sink she had received and was told that Artisan was the manufacturer of the sink. Further details concerning the installation of Ms. Anderson's sink are set forth in her declaration attached hereto as Exhibit B.

10.    Artisan was also contacted by Paul Conrad of Washington Township, New Jersey, who was looking for bottom grids for the sinks that All Granite had installed for him and his daughter. Mr. Conrad informed me that All Granite had told him that Artisan was the manufacturer of the sinks and he subsequently contacted Artisan directly. Similarly, Artisan was contacted by Larry Luchan of Demarest, New Jersey, who also stated that he believed All Granite had installed an Artisan sink in his home.

11.    In addition, I followed up on an earlier call that Artisan had received regarding All Granite's sinks. Sometime in September 2007, Artisan had received a call from Richard Anderson of Morristown, New Jersey, who had called seeking to confirm that Artisan sinks were made of 16 gauge stainless steel and had raised an issue with respect to a measurement discrepancy between a spec sheet he had apparently received from All Granite and the measurements listed on Artisan's web site. In the course of searching for documents relating to this case, I came across the Post-It note with Mr. Anderson's number on it.

12.    When I subsequently spoke to Mr. Anderson, who I learned was an engineer, he told me that he had been informed by All Granite that he would receive a 16 gauge stainless steel Artisan sink. Given his background as an engineer, Mr. Anderson was particularly interested in making sure that the sink was made of 16 gauge stainless steel and that was why he called Artisan for confirmation. I asked Mr. Anderson to describe the design that appeared on the sink,

which sounded like the design I had seen on Mr. Lezinski's sink, and I informed him that he had in all likelihood not received an Artisan sink.

13.    I also followed up on email I had received from Lynn Poynter of Massapequa, New York, who had also contacted Artisan seeking a bottom grid. I engaged in email correspondence with Ms. Poynter, who informed me that she knew she had received an Artisan sink from All Granite because All Granite had given her a spec sheet for a sink identified as AUD-23210-D9, an Artisan model number. Copies of my email correspondence with Ms. Poynter are attached hereto as Exhibit C.

14.    Chuck Volga, Artisan's National Sales Manager, subsequently visited Ms. Poynter's home and photographed the spec sheet that All Granite gave her. This appeared to be the same spec sheet that I had seen in the All Granite Ridgefield Park and South Plainfield showrooms in June-July 2007. Notably the spec sheet is titled "Aristan AUD-23210-D9 Undermount Single Bowl Kitchen/Bar," which is an accurate, albeit old, Artisan model number, and provides accurate measurements for Artisan's undermount single "D" bowl sink. A copy of the spec sheet given to Ms. Poynter is attached hereto as Exhibit D.

15.    The fact that each of these individuals was, in fact, an All Granite customer has been confirmed by All Granite's own records, which have been produced by All Granite in discovery. Copies of the All Granite estimates, work orders and invoices for the individuals identified above are attached hereto as Exhibit E.

16.    Even more recently, on February 14, 2008, Artisan was contacted by Sheryl Vogel of West Nyack, New York, who was also looking for a bottom grid for the purported Artisan sink that All Granite had installed in her home. Like Ms. Poynter, Ms. Vogel believed she had received an Artisan sink because All Granite had provided her with a spec sheet that

identified Artisan as the manufacturer of the sink. Artisan is in the process of attempting to obtain a copy of the spec sheet from Ms. Vogel.

17.    To date, Artisan has been contacted by eight different All Granite customers, all of whom believed that All Granite had installed Artisan sinks in their homes. Notably, these customers received their sinks from All Granite's Ridgefield Park location and its South Plainfield location. Moreover, based on a review of the work orders and invoices to these customers that have been produced by All Granite in this litigation (*see* Ex. E), these customers were assisted by a number of different salespeople. On top of all this, the results of Artisan's investigation into All Granite, during which two different salespeople told Artisan's investigator that two different sinks were Artisan sinks, demonstrates that this is not merely a limited occurrence that can be blamed on a single salesperson or any purported effort to refer potential customers to Artisan. Rather, it is clear that All Granite's unlawful conduct was part of an organized campaign to pass off its sinks as Artisan brand sinks and to ride the coattails of the marketing and promotional efforts Artisan has put behind its brand.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE
AND CORRECT.  EXECUTED ON FEBRUARY 27, 2008.

JOSEPH AMABILE

Louis S. Ederer
John Maltbie
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022
(212) 715-1000

*Attorneys for Plaintiffs Artisan Manufacturing Corporation*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x

ARTISAN MANUFACTURING CORPORATION,

             Plaintiff,

    - against -

ALL GRANITE & MARBLE CORPORATION.,

             Defendant.

------------------------------------------------------------- x

Civil Action No.: 07 CV 11278

**SUPPLEMENTAL DECLARATION OF JOSEPH AMABILE IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

# EXHIBIT A

## DECLARATION OF CHARLES NAGLE

I, Charles Nagle, declare as follows:

1.     I submit this declaration to attest to events that occurred with respect to my purchase of a granite countertop and accompanying sink from All Granite and Marble Corporation ("All Granite") in November of 2007.

2.     In the fall of 2007, I was involved in replacing the kitchen countertops in my home. As part of that process, I visited the showrooms of four to five different companies offering countertop installation services. I noted that a number of these countertop installers carried ARTISAN brand sinks. All of the installers that carried the Artisan brand sinks consistently said good things about the brand, describing it as a high quality sink and a particularly good value in the $300 to $500 range. While I was not previously aware of the Artisan brand prior to the process of shopping around for countertops, the fact that a number of installers were using Artisan sinks and that they all had good things to say about the quality of Artisan brand sinks, provided me with assurance that Artisan was a quality brand sink.

3.     On September 8, 2007, I visited the All Granite showroom in South Plainfield, New Jersey for the first time. During this visit, I was assisted by a salesperson named Myron, who provided me with several granite samples and, with respect to sinks, a spec sheet depicting a number of different sinks that All Granite carried. Further with respect to sinks, All Granite offered to install a "free" sink with the countertop installation as long as you provided a coupon relating to the "free" sink offer. As I recall, the coupon indicated that the value of the "free" sink was $300 to $500.

4.     I subsequently returned to All Granite with my wife and mother-in-law to look at Granite slabs. We were again assisted by Myron who showed us various slabs in All Granite's warehouse. While we were in the back of the warehouse, I noticed that there were several

wooden crates containing numerous stainless steel sinks. While Myron, my wife and my mother-in-law continued to look at granite slabs, I continued to look at the sinks, and specifically was looking to see if I could find a manufacturer's name or model number.

5.    While I was in this area of the warehouse, I was approached by Alex, who told me that he was the manager of the location. I then struck up a conversation with Alex about the sinks. Referring to the spec sheet for the sinks that Myron had given me earlier, I asked Alex about the discrepancy between the price listed on the spec sheet, which was $140, and the value indicated on the coupon. Alex told me that because All Granite installs about 25 sinks a day out of the South Plainfield showroom alone and installs hundreds of sinks a week, All Granite was able to get a much better price for the sinks than consumers could get on the market. Alex further stated that I would have to pay at least $300 at a store to get the sink that All Granite would install.

6.    I also asked Alex why the sinks were shipped in wooden crates instead of in separate cardboard boxes, which is how I saw sinks stored at the other countertop installers. Alex again told me that because of the volume of sinks that All Granite ordered, the manufacturer shipped them this way specifically for All Granite. I picked up one of the sinks to take a closer look and noticed that the sinks had a small design etched into the sink. At the time, I believed that this design was the same that I had seen on the Artisan products I had seen in the showrooms of the other countertop installers I had visited.

7.    Because of the investment I was making in connection with the countertop installation, which ended up costing approximately $3,000, I asked Alex whether the sink that All Granite was offering to install was a quality sink or whether I would be disappointed in the sink in two or three years time. I further told Alex that I would purchase my own sink separately

if there were any question with respect to the quality of the sink. Alex informed me that a majority of All Granite's customers choose to accept the "free" sink offer from All Granite and that All Granite had received no complaints about the sinks from these customers. Further, Alex explained that the sink All Granite was offering was a great value.

8.      During the conversation, my wife and mother-in-law rejoined me and Alex assisted us by chipping off a sample of one the granite slabs we were interested in. I asked Alex directly what brand of sink All Granite would install. He told me that it would be an Artisan sink. As I had heard the Artisan name from other countertop installers, who had all said good things about the brand, I felt comfortable that All Granite would be installing a quality sink in my home.

9.      The reason that I was particularly focused on the sink was because I had previously replaced the sink in my kitchen a couple of years before. At that time I changed from a sink that was 6 inches deep to a sink that was 8.25 inches deep. When he finished the installation, my plumber said that it was a close call because if the sink was any deeper, I would have had to lower the drain pipe in the wall that connected to the sink. Because of the changeover from formica to granite and because I was going to be installing a new sink, I knew that I would have to lower the drain pipe for the sink.

10.     On October 23, 2007, I had a conversation with my plumber regarding the installation of the sink. Because the spec sheet I had received from All Granite did not have any information with respect to the depth of the sink, my plumber suggested I call the manufacturer in order to get the specific measurements.

11.     I subsequently looked up Artisan's website, where I noticed a logo that I thought was identical to the one I had seen on the sink at All Granite. On November 2, 2007, I called

3

Artisan, gave them the model number that All Granite had given to me, and asked the representative to tell me the depth for the sink. The representative told me that she was not able to match the model number that All Granite had given me to any of Artisan's model numbers, but told me that the depth of Artisan's "D" bowl stainless steel sinks was 9 inches.

12.    Because I know that manufacturers sometimes create model numbers that are specific to certain customers, the failure to match up the model numbers did not concern me at the time. In fact throughout the order and installation process, and despite the confusion regarding the call to Artisan, I never suspected that I was not going to be receiving an Artisan sink from All Granite. With respect to the depth issue, my plumber ultimately lowered the drain pipe by 5 or 6 inches just to be on the safe side. On November 3, 2007, I returned to All Granite in order to finalize the order for the countertop and sink installation.

13.    Based on Alex's representations regarding the sink that All Granite would install and my own research regarding Artisan brand sinks, which further solidified the impression I had regarding the quality of the Artisan brand, I decided to accept All Granite's "free" sink offer. While the offer of a free Artisan sink was not the main reason for purchasing the countertop from All Granite, it was certainly a factor in making my decision.

14.    All Granite ultimately installed the countertop and sink in my home on November 15, 2007. As I was home that day, I noticed that the sink came in without any packaging (just like the sinks I had seen in All Granite's warehouse) and that it also had the logo that I had seen in the warehouse and, I believed, on Artisan's website.

15.    In January 2008, I was contacted by Artisan as a follow up to my November phone call and was informed that I may not have received an Artisan sink from All Granite.

4

16.    I have since compared the design that appears on the sink that I received from All Granite with the design that appears on Artisan's sinks and on Artisan's website, and confirmed my belief that the two designs are very similar and would likely confuse consumers. With respect to the transaction overall, I feel that I was deliberately mislead by All Granite with respect to the identity of the manufacturer of the sink that All Granite installed. I find this conduct particularly troubling because of the involvement of Alex, the South Plainfield showroom manager, who should know exactly what products All Granite is installing. I further feel that I did not receive the value I was promised by All Granite as I now have a sink of unknown origin instead of the name-brand sink that All Granite told me it would install. If I had known that All Granite was going to install a "no-name" sink, I would have refused the offer and instead spent $300 to $400 on a sink from a recognized, name-brand sink manufacturer.

Declared under penalty of perjury this _____ day of February, 2008.


_____

Charles Nagle

16.    I have since compared the design that appears on the sink that I received from All Granite with the design that appears on Artisan's sinks and on Artisan's website, and confirmed my belief that the two designs are very similar and would likely confuse consumers. With respect to the transaction overall, I feel that I was deliberately mislead by All Granite with respect to the identity of the manufacturer of the sink that All Granite installed. I find this conduct particularly troubling because of the involvement of Alex, the South Plainfield showroom manager, who should know exactly what products All Granite is installing. I further feel that I did not receive the value I was promised by All Granite as I now have a sink of unknown origin instead of the name-brand sink that All Granite told me it would install. If I had known that All Granite was going to install a "no-name" sink, I would have refused the offer and instead spent $300 to $400 on a sink from a recognized, name-brand sink manufacturer.

Declared under penalty of perjury this 27 day of February, 2008.


Charles Nagle

5

Louis S. Ederer
John Maltbie
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022
(212) 715-1000

*Attorneys for Plaintiffs Artisan Manufacturing Corporation*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

ARTISAN MANUFACTURING CORPORATION,    :    Civil Action No.: 07 CV 11278

                Plaintiff,    :

       - against -    :

ALL GRANITE & MARBLE CORPORATION.,    :

            Defendant.    :

                :

------------------------------------------------------------ x

**SUPPLEMENTAL DECLARATION OF JOSEPH AMABILE IN FURTHER SUPPORT**
**OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

# EXHIBIT B

## DECLARATION OF ALICE ANDERSON

I, Alice Anderson, declare as follows:

1.      I submit this declaration to attest to events that occurred with respect to my purchase of a granite countertop and accompanying sink from All Granite and Marble Corporation (hereinafter "All Granite") in late November and early December of 2007.

2.      In the fall and winter of 2007, I was involved in renovating my kitchen.  As part of that process, I visited the All Granite showroom in Ridgefield Park, New Jersey, where I arranged for the installation of a granite countertop in my home.  Along with the countertop installation, I took advantage of a "free sink" promotion being run by All Granite.  I was informed that the sink that would be installed would be a 16 gauge stainless steel sink.

3.      On December 1, 2007, the countertop and sink were installed in my kitchen.  I agreed to pay $5,200 in cash for the installation as All Granite promised quicker service if I paid cash.  The invoice and related paperwork for the installation are attached as Exhibit A.

4.      Approximately one week after the installation, I noticed that scratches were appearing on the sink that All Granite had installed.  In order to protect the sink's finish, I decided to purchase a bottom grid for the sink, but after purchasing a number of different grids that were available on the market, I could not find one that fit the sink.

5.      My kitchen contractor suggested that I call All Granite in order to find out the name of the manufacturer of the sink.  I subsequently called All Granite's Ridgefield Park office to ask the name of the manufacturer of the sinks and whether All Granite sold a bottom grid for the sink.  I was informed by All Granite that the manufacturer of the sink was Artisan Manufacturing Corporation ("Artisan"), but that All Granite did not sell or provide any bottom grids or other accessories for the sink.

ART 00244

6.    Thereafter, I did an Internet search for Artisan and found its website located at www.artisansinks.com. When I reached the website, I noticed a fleur-de-lis design, which I thought was the same of the design that appeared on the sink installed by All Granite.

7.    In mid-January, I called Artisan to inquire about buying a bottom grid for the sink. When I told the Artisan representative the measurements of my sink, however, I was told that they did not match the measurements of Artisan's sinks.

8.    On January 22, 2008, I was contacted by Joseph Amabile of Artisan who explained to me that the sink I received from All Granite may not be an Artisan sink. Joe asked me to take another look at the design that appeared on the All Granite sink and to describe it to him. Looking at the design closely, I now realized that the design on the All Granite sink and the design that I saw on Artisan's web site, while similar, were not identical. Joe informed me the Artisan had filed a lawsuit against All Granite and that I may be contacted by Artisan's attorneys.

9.    I subsequently spoke to an attorney for Artisan, related what had happened, and agreed to sign a statement setting forth these facts.

10.    While I did not go to All Granite seeking to have an Artisan sink installed in my home, All Granite did inform me that they would be installing a quality, 16 gauge stainless steel sink and, following the installation, told me that Artisan was the manufacturer of the sink. I am troubled by the fact that All Granite misled me with respect to Artisan. Moreover, now that I have learned that Artisan is not the manufacturer, I have become concerned about the quality of the sink, whether any issues relating to the sink might jeopardize the more than $5,000 investment that I made in installing the countertop, and whether there are any other issues relating to the countertop installation that All Granite did not tell me about.

ART 00245

Declared under penalty of perjury this $31$ day of January, 2008.

Alice Anderson

ART 00246

Louis S. Ederer
John Maltbie
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022
(212) 715-1000

*Attorneys for Plaintiffs Artisan Manufacturing Corporation*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------ x

ARTISAN MANUFACTURING CORPORATION, :    Civil Action No.: 07 CV 11278

        Plaintiff, :

    - against - :

ALL GRANITE & MARBLE CORPORATION., :

        Defendant. :

------------------------------------------------------------ x

**SUPPLEMENTAL DECLARATION OF JOSEPH AMABILE IN FURTHER SUPPORT**
**OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

# EXHIBIT C

**REDACTED**

-----Original Message-----
From: Joe Amabile
Sent: Tuesday, November 20, 2007 4:30 PM
To: 'LYNNRON137@aol.com'
Subject: Artisan

    We would be happy to help you what fabricator did you get our sink from?
Thanks
Joe


Joe Amabile
Regional Sales Manager
973-286-0080
973-590-7407 Cell
www.Artisansinks.com

-----Original Message-----
From: Artisan Mfg [mailto:sales@artisansinks.com]
Sent: Tuesday, November 20, 2007 12:44 PM
To: joea@artisansinks.com
Subject: FW: (no subject)


    ————
From: LYNNRON137@aol.com [mailto:LYNNRON137@aol.com]
Sent: Tuesday, November 20, 2007 11:02 AM
To: sales@artisansinks.com
Subject: (no subject)

We recently purchased your AUD 2321 D9 sink from our granite company and am interested in purchasing the grid for the bottom of the sink. Would you be able to advise us of any local dealers on Long Island, New York which sell your product. Thank you.
    ————

See what's new at AOL.com and Make AOL Your Homepage.

ART 00247

No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.5.503 / Virus Database: 269.16.1/1141 - Release Date:
11/20/2007 11:34 AM

No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.5.503 / Virus Database: 269.16.1/1141 - Release Date:
11/20/2007 11:34 AM



oledata.mso

ART 00248

REDACTED

-----Original Message-----
**From:** LYNNRON137@aol.com [mailto:LYNNRON137@aol.com]
**Sent:** Saturday, November 24, 2007 9:41 AM
**To:** joea@artisansinks.com
**Subject:** Re: Artisan

Yes, I was looking for the grid and I wanted to know the names of some dealers in our area (LOng Island) that sell your products.

Check out AOL Money & Finance's list of the hottest products and top money wasters of 2007.

ART 00249

"Joe Amabile"
<joea@artisansinks.com>

01/29/2008 09:53 PM

To    <LYNNRON137@aol.com>
cc
bcc
Subject    RE: Sink Grid for D Sink A2321

Lynn,

Can you tell me which ALL GRANITE location you purchased your sink from? I also want to make sure, how is it you know you have an Artisan? I just want to make sure so that we can be assured the grid fits since our grids are made for our sinks. Love to help you please let me know.

Thanks


**Joseph J Amabile**


**Regional Sales Manager**

**Artisan Manufacturing**

-----Original Message-----
**From:** LYNNRON137@aol.com [mailto:LYNNRON137@aol.com]
**Sent:** Tuesday, January 29, 2008 10:37 AM
**To:** joea@artisansinks.com
**Subject:** Sink Grid for D Sink A2321


Hi Joe,


I am sorry that I was unable to get back to you about purchasing the stainless steel grid for the sink that we purchased with our granite from All Granite and Marble. You asked for our telephone number so that we may purchase the grid from you. Our number is 516-797-1705.


Thanks for your help.


Lynn Poynter

ART 00250

Start the year off right. Easy ways to stay in shape in the new year.

ART 00251

**REDACTED**

-----Original Message-----
**From:** LYNNRON137@aol.com [mailto:LYNNRON137@aol.com]
**Sent:** Wednesday, January 30, 2008 7:50 AM
**To:** joea@artisansinks.com
**Subject:** Re: Sink Grid for D Sink A2321

Hi Joe,

We purchased the sink with our countertop from All Granite and Marble Corp. in Ridgefield Park, New Jersey. I know it is Artisan as they supplied us with a paper with the model number AUD-23210-D9 and the dimensions (outside 21 1/4" x 23 3/4") and inside bowl (18 7/8" x 21 1/2") with a 3 1/2" rear center drain.

All Granite and Marble Corp. phone number is 201-440-6855.

Thanks for your help. I just love my sink and noticed that it already has a scratch on the bottom which is why I want to purchase the grid so that it will protect it. I appreciate your help.

Lynn                                                    ART 00252

Start the year off right. <u>Easy ways to stay in shape</u> in the new year.

ART 00253

Louis S. Ederer
John Maltbie
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022
(212) 715-1000

*Attorneys for Plaintiffs Artisan Manufacturing Corporation*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------ x
                                                  :
   ARTISAN MANUFACTURING CORPORATION,             :     Civil Action No.: 07 CV 11278
                                                  :
              Plaintiff,                          :
                                                  :
           - against -                            :
                                                  :
   ALL GRANITE & MARBLE CORPORATION.,             :
                                                  :
              Defendant.                          :
                                                  :
------------------------------------------------ x
```

**SUPPLEMENTAL DECLARATION OF JOSEPH AMABILE IN FURTHER SUPPORT**
**OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

# EXHIBIT D

## Ariston AUD-23210-D9 Undermount Single Bowl Kitchen/Bar



**Design Feature:**

**Depth:** 9"

**Material:** Heavy Duty 17 Gauge Premium 304 Nickel-Bearing Stainless St

**Finish:** Satin Finish

**Underside Finish:** Fully coated and with rubber pads to reduce noise and maintain water temperature

**Drain Opening:** 3 ½" (Rear Center Drain)

**Model Number:** AUD 2321-D9

**Bowl Size:** 21 ½" x 18 7/8"

**Aristan AUD-23210-D9 Undermount Single Bowl Kitchen/Bar**



**Design Feature:**

**Depth:** 9"

**Material:** Heavy Duty 17 Gauge Premium 204 Nickel-Bearing Stainless Steel

**Finish:** Satin Finish

**Underside Finish:** Fully coated and with rubber pads to reduce noise and maintain water temperature

**Drain Opening:** 3 ½" (Rear Center Drain)

**Model Number:** AUD 2321-D9

**Bowl Size:** 21 ½" x 18 7/8"

**Water Depth:** 9"

Louis S. Ederer
John Maltbie
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022
(212) 715-1000

*Attorneys for Plaintiffs Artisan Manufacturing Corporation*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------- x

ARTISAN MANUFACTURING CORPORATION,       Civil Action No.: 07 CV 11278

         Plaintiff,

     - against -

ALL GRANITE & MARBLE CORPORATION.,

         Defendant.

-------------------------------------------------------------- x

**SUPPLEMENTAL DECLARATION OF JOSEPH AMABILE IN FURTHER SUPPORT**
**OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**


# EXHIBIT E

**REDACTED**