# ARNOLD & PORTER LLP

**John Maltbie**
John.Maltbie@aporter.com

212.715.1103
212.715.1399 Fax

399 Park Avenue
New York, NY 10022-4690

March 7, 2008



3/23/08

**VIA MESSENGER**
The Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street, Room 2210
New York, NY 10007

Re: <u>Artisan Manufacturing Corp. v. All Granite & Marble Corp.</u>, 07 cv 11278 (S.D.N.Y.) (WHP)

Dear Judge Pauley:

    We represent the Plaintiff Artisan Manufacturing Corp. ("Artisan") in the above-referenced action. <u>We are writing, with the consent of counsel for Defendant All Granite & Marble Corp. ("All Granite"), to request an adjournment of the Initial Pretrial Conference currently scheduled for March 14, 2008 at 12:15 pm.</u>

    The parties make this request in light of Artisan's pending motion for preliminary injunction in addition to scheduling issues (counsel for Artisan is scheduled to be taking depositions in Los Angeles, California in another matter on March 14, 2008). As noted above, counsel for All Granite joins in this request. The next available Friday on which all Counsel will be available for the Initial Pretrial Conference is April 4, 2008.

    We thank the Court for its attention to this matter.

Respectfully yours,

ARNOLD & PORTER LLP

By: _____
      John Maltbie

cc: R. Glenn Schroeder, Esq. (via email)
     *Counsel for All Granite & Marble Corp.*

Application Granted
SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
3/17/08