UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------x

ARTISAN MANUFACTURING
CORPORATION,

               Plaintiff,

v.

ALL GRANITE & MARBLE
CORPORATION,

               Defendant.

---------------------------------------------x

07-cv-11278 (WHP)

**STIPULATED EXTENSION OF TIME FOR DEFENDANT TO ANSWER COMPLAINT**

*Filed Via ECF*

     In view of the pending motion for a preliminary injunction, Defendant All Granite & Marble Corporation and Plaintiff Artisan Manufacturing Corporation hereby request an extension of time of twenty (20) days for Defendant All Granite & Marble Corporation to Answer the Complaint in this Action. Thus, Defendant's Answer shall be filed by April 3, 2008.

By: _____
Jon A. Chiodo (JC-1215)
HOFFMANN & BARON, LLP
6 Campus Drive
Parsippany, New Jersey 07054
973-331-1700

Attorney For DEFENDANT,
All Granite & Marble Corp.

By: _____
John Maltbie (JM 3658)
ARNOLD & PORTER, LLP
399 Park Avenue
New York, NY 10022
212-715-1000

Attorney for PLAINTIFF,
Artisan Manufacturing Corp.

**SO ORDERED:**

Dated: March 17, 2008

_____
Hon. William H. Pauley, U.S.D.J.

- 1 -