UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------x
                                                       :
ARTISAN MANUFACTURING                                  :
CORPORATION,                                           :
                                                       :    07-cv-11278 (WHP)
          Plaintiff/Counterdefendant,                  :
                                                       :
     v.                                                :
                                                       :
ALL GRANITE & MARBLE                                   :
CORPORATION,                                           :
                                                       :    Filed Via ECF
          Defendant/Counterplaintiff                   :
                                                       :
                                                       :
-------------------------------------------------------x
```

## ALL GRANITE & MARBLE CORPORATION'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant All Granite & Marble Corporation states that All Granite & Marble Corporation is a privately held corporation, and there is no publicly held corporation that owns 10% or more of its stock.

Dated: April 3, 2008            By:     /s/ Jon A. Chiodo
                                        Jon A. Chiodo

                                        Counsel for Defendant
                                        All Granite & Marble Corporation