# ARNOLD & PORTER LLP

**Louis S. Ederer**
Louis.Ederer@aporter.com

212.715.1102
212.715.1399 Fax

399 Park Avenue
New York, NY 10022-4690

May 21, 2008



**VIA MESSENGER**
The Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street, Room 2210
New York, New York 10007

Re:  <u>Artisan Manufacturing Corp. v. All Granite & Marble Corp.</u>, 07 cv 11278 (S.D.N.Y.) (WHP)

Dear Judge Pauley:

    We represent the Plaintiff Artisan Manufacturing Corp. ("Artisan") in the above-referenced action. We are writing in response to the May 16, 2008 letter of counsel for the Defendant All Granite & Marble Corporation ("All Granite") requesting that Artisan be directed to file a motion pursuant to Fed. R. Civ. P. 6(b)(1)(B) seeking to extend Artisan's time to reply to All Granite's counterclaims.

    While it is true that Artisan inadvertently failed to respond to All Granite's counterclaims in a timely manner (the ECF filing not having been picked up by our office), we failed to see the point of filing a motion to extend the time to reply when All Granite had already indicated that it would not oppose the late filing or move for default. Indeed, after counsel for All Granite stated that it would not oppose a motion to extend the time for Artisan to reply to the counterclaims, we felt it would be more expedient to simply file Artisan's reply, rather than burden the Court with additional motion practice concerning an issue about which there appeared to be no controversy. Given All Granite's acknowledgement that it would not oppose such a motion, the only purpose of requiring Artisan to file a motion pursuant to Fed. R. Civ. P. 6(b)(1)(B) would be to force Artisan to incur additional expense and to burden the Court with unnecessary motion practice.

    Accordingly, while we regret our inadvertent oversight and will obviously file a <u>motion pursuant to Fed. R. Civ. P. 6(b)(1)(B) should the Court require it, we respectfully request that the Court simply accept Artisan's reply (filed May 14, 2008) to All Granite's counterclaims.</u> Alternatively, if the Court believes an order is needed, it could simply consider this letter as an application to enlarge the time to file and so order this letter.

*Application Granted.*

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
5/23/08

# ARNOLD & PORTER LLP

The Honorable William H. Pauley III
May 21, 2008
Page 2

We thank the Court for its attention to this matter.

                Respectfully yours,

                ARNOLD & PORTER LLP

By: _____
       Louis S. Ederer

cc: R. Glenn Schroeder, Esq. (via email)
    Jon Chiodo, Esq. (via email)
    *Counsel for All Granite & Marble Corp.*