UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

ARTISAN MANUFACTURING
COPORATION,

              Plaintiff,

    -against-

ALL GRANITE & MARBLE
CORPORATION,

             Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

07 Civ. 11278 (WHP)

ORDER REFERRING CASE
TO MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/08

       The above entitled action is referred to the Clerk of the Court for assignment to a Magistrate Judge. The purpose(s) for reference is/are the following:

____ General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement)

____ Specific Non-Dispositve Motion/Dispute*
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

__X__ Settlement*

____ Inquest After Default/Damages Hearing

____ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

____ Habeas Corpus

____ Social Security

____ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

_____
All such motions: ____

===========================================================================
* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: June 26, 2008
       New York, New York

                                      _____
                                      UNITED STATES DISTRICT JUDGE
                                      WILLIAM H. PAULEY III

*Counsel of Record:*

Louis Sherman Ederer, Esq.
Eleanor Martine Lackman, Esq.
John Maltbie, Esq.
Arnold & Porter, LLP
399 Park Avenue
New York, NY 10022
*Counsel for Plaintiff*

R. Glenn Schroeder, Esq.
Ludomir Budzyn, Esq.
Hoffmann & Baron, LLP
6900 Jericho Turnpike
Syosset, NY 11791
*Counsel for Defendant*

Hon. Douglas F. Eaton