UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
ARTISAN MANUFACTURING             :
COPORATION,
                    Plaintiff,     :     07 Civ. 11278 (WHP)

           -against-                :     SCHEDULING ORDER NO. 3

ALL GRANITE & MARBLE              :
CORPORATION,
                              :
                  Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

       Counsel for the parties having appeared for a conference on June 25, 2008, the following schedule is established on consent:

1. The parties shall file and serve any amended pleadings and join any additional parties by August 15, 2008;

2. All fact discovery shall be completed by November 26, 2008;

3. The parties shall identify any experts and provide initial disclosure regarding the experts by November 14, 2008;

4. The parties shall serve any expert reports by December 19, 2008;

5. All expert discovery shall be completed by January 16, 2009;

6. The parties shall submit a joint pre-trial order in accordance with this Court's individual practices by February 13, 2009; and

2

      7. The court will hold a final pre-trial conference on February 27, 2009 at 10:30 a.m.

Dated:    June 26, 2008
             New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of Record:*

Louis Sherman Ederer, Esq.
Eleanor Martine Lackman, Esq.
John Maltbie, Esq.
Arnold & Porter, LLP
399 Park Avenue
New York, NY 10022
*Counsel for Plaintiff*

R. Glenn Schroeder, Esq.
Ludomir Budzyn, Esq.
Hoffmann & Baron, LLP
6900 Jericho Turnpike
Syosset, NY 11791
*Counsel for Defendant*